UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:14-CR- 482-MC |
| Plaintiff, | **INDICTMENT** |
| vs. | Count 1: Engaging in Illicit Sexual Conduct in a Foreign Place |
| DANIEL STEPHEN JOHNSON, | 18 U.S.C. § 2423(c) |
| Defendant. | |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Engaging in Illicit Sexual Conduct in a Foreign Place)**

Between on or about November 28, 2005 and on or about October 12, 2006, defendant **DANIEL STEPHEN JOHNSON**, a United States citizen whose last known residence in the United States was in the state of Oregon, traveled in foreign commerce, from the United States to the Kingdom of Cambodia, and engaged in illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f), with "Minor #1" a boy under 18 years of age at the time that defendant JOHNSON engaged in illicit sexual conduct with him.

\ \ \

\ \ \

\ \ \

Indictment                                                                                                                      Page 1

In violation of Title 18, United States Code, Section 2423(c).

Dated this 10th day of December 2014.

A TRUE BILL.

*[signature]*
GRAND JURY FOREPERSON

Presented by:

S. AMANDA MARSHALL
United States Attorney

*[signature]*
JEFFREY S. SWEET
Assistant United States Attorney

RAVI SINHA
CRM-CEOS Trial Attorney