UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

UNITED STATES OF AMERICA,

                      Plaintiff,

        v.                                 Case No.  6:14-CR-00482-MC-01

                                       JURY NOTE

DANIEL STEPHEN JOHNSON,

                      Defendant.

_____

Judge:        Michael J. McShane

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

JURY NOTE

1:13 PM    5/16/18

We have reached
a verduct.