1              UNITED STATES DISTRICT COURT

2                   DISTRICT OF OREGON

3                     EUGENE DIVISION

4        THE HON. MICHAEL J. McSHANE, JUDGE PRESIDING

5

6

7   UNITED STATES OF AMERICA,          )
                                       )
8                     Government,      )
                                       )
9            v.                        ) No. 6:14-cr-00482-MC-1
                                       )
10  DANIEL STEPHEN JOHNSON,            )
                                       )
11                    Defendant.       )
    _____)

12

13

14          REPORTER'S TRANSCRIPT OF PROCEEDINGS

15                   EUGENE, OREGON

16               WEDNESDAY, MAY 2, 2018

17           VOLUME 2B - AFTERNOON SESSION

18                  PAGES 205 - 319

19

20

21

22                        Kristi L. Anderson
                          Official Federal Reporter
23                        United States Courthouse
                          405 East Eighth Avenue
24                        Eugene, Oregon 97401
                          (541) 431-4112
25                        Kristi_Anderson@ord.uscourts.gov

1   APPEARANCES OF COUNSEL:

2   FOR THE GOVERNMENT:

3   Jeffrey S. Sweet
    United States Attorney's Office
4   405 E. Eighth Avenue, Suite 2400
    Eugene, OR 97401
5   541-465-6771
    Fax: 541-465-6917
6   Email: jeff.sweet@usdoj.gov

7   Lauren E. Britsch
    U.S. Department of Justice
8   Criminal Division
    1400 New York Ave NW, 6th Floor
9   Washington, DC 20530
    202-514-2220
10  Fax: 202-514-1793
    Email: lauren.britsch@usdoj.gov

11

12  Ravi Sinha
    United States Attorney's Office
    1000 SW Third Ave, Suite 600
13  Portland, OR 97204
    503-727-1014
14  Fax: 503-727-1117
    Email: ravi.sinha@usdoj.gov

15  FOR THE DEFENDANT:

16

17  Craig E. Weinerman
    Office of the Federal Public Defender
    859 Willamette Street, Suite 200
18  Eugene, OR 97401
    541-465-6937
19  Fax: 541-465-6975
    Email: craig_weinerman@fd.org

20

21  Lisa A. Maxfield
    Pacific Northwest Law LLP
    1255 NW Ninth Avenue, No. 11
22  Portland, OR 97209
    (503) 222-2661
23  Fax: (503) 222-2864
    Email: lamaxfield@pacificnwlaw.com

24

25

```
1                        GENERAL INDEX

2     WITNESS INDEX        DIRECT   CROSS   REDIRECT   RECROSS

3     Suzanna Brand         216     238      262

4     LT XXXXXXXXXXXXXX     266     297      316

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                          PROCEEDINGS
 2                    WEDNESDAY, MAY 2, 2018
 3            THE COURT:  You don't have to stand.  Who is our
 4   next witness?
 5            MR. SWEET:  The next witness is Suzy Brand, Your
 6   Honor.
 7            THE COURT:  Okay.  We are ready for the jury.
 8            All right.  We'll bring them in.
 9            MR. SWEET:  Actually, Your Honor, can I have 35
10   seconds to clean up before we bring the jury in, please?
11            THE COURT:  Yes.
12            MR. WEINERMAN:  And Judge, I may want to make some
13   preemptive objections.  I don't know exactly where counsel
14   is going with her, but I am looking at her 302 and there
15   seems to be a number of things that the government asks her
16   to testify to that would be objectionable.
17            So let me -- well, like many witnesses, she
18   apparently can testify that there was a disclosure of sexual
19   abuse by BT XXXXXXX.  We would object to that on hearsay.
20            She also had numerous phone conversations with PE
21   XXXXXX.  We would also object to that as hearsay.
22            She kind of characterizes things she sees
23   without -- going beyond describing what she saw.  She kind
24   of reads into it what it is.  So let me give you an example
25   here.
```

13:19:20

1    She thought it was weird that one evening she saw

2    Daniel sleeping in a mosquito net with two of the boys.  She

3    thought it was weird.  We would object to that

4    characterization.

5    She apparently is going to testify that Daniel

6    Johnson tried to separate the English-speaking boys from the

7    Brands.  That seems to me it calls for speculation how she

8    would know that, so we object to that.

9    I have a few others, so bear with me, please.

10   She apparently is going to testify that

11   Mr. Johnson wanted nothing to do with God or the ministry.

12   We object to that on relevancy and 403 grounds, and calling

13   for a conclusion and calling for speculation.

14   That he didn't participate in Bible stories,

15   church songs, and didn't go to church.  We would object to

16   that.

17   And then she is also -- in this 302, talks about

18   things she has heard about Mr. Johnson from various sources,

19   not even alleged victims in the case.  Her cousin, Melody.

20   She heard rumors that Johnson misappropriated

21   money.  It seems to me that that's objectionable as being

22   speculative, calling for a conclusion, lack of personal

23   knowledge.

24   She heard that LT XXXXXXX went back to live with

25   his mom.  That would seem to be hearsay.

13:21:03

1    She heard that LT XXXXXXX was sexually abused by

2    Johnson.  That seems to be also hearsay, lack of firsthand

3    knowledge.

4    She apparently is willing to say that LS XXXXX was

5    Johnson's favorite boy and got everything he wanted.  You

6    know, again, that calls for conclusion and speculation.

7    And she is going to get into this, and I think

8    Ms. Comstock got into this, in that how she thought it was

9    strange that Daniel would sometimes -- Daniel Johnson, I'm

10   sorry -- would sometimes walk around with just a very thin

11   towel around his waist.  We just don't think that that's

12   relevant.

13   So those are our preliminary objections to the

14   testimony.

15   THE COURT:  All right.  Mr. Sweet, I assume you

16   are expecting that the hearsay statements and her

17   speculation based on observations would generally stay out?

18   MR. SWEET:  Yes, Your Honor.  And I think I can

19   respond more or less one by one because there are a couple

20   that needed clarification.

21   Statements from PE XXXXXX or BT XXXXXXX, I agree

22   at this point there's been no impeachment of them so there's

23   been no prior consistent statement.

24   The cousin or nephew [sic], Melody, same thing;

25   nothing from her.

13:22:31

1          Rumors regarding Daniel Johnson, we are not

2    intending on asking about that.

3          I am not sure how she knows about LT XXXXXXX

4    leaving.  That wasn't something I planned on asking her

5    about.

6          THE COURT:  Okay.

7          MR. SWEET:  Whether she starts to talk about that

8    as part of something else, I don't -- we can certainly stop

9    her.  But that was wasn't an intended question.

10          What we do want to get into, Your Honor, is her

11    specific observation that Mr. Johnson at night was lying

12    down with both LS X and RT XX under -- basically cradling

13    each of them.  And she can talk about her observation of him

14    cradling, and she can talk about her observations of other

15    people cradling; the differences, how she felt about it, and

16    how she thought they were essentially rewarded the next day

17    for sleeping with him.

18          So I think she has more than just, "I thought that

19    was weird."  She has thoughts and opinions based on her

20    experience as a parent and what she saw.  So I would ask

21    that that come in.

22          Regarding being kept separate from the boys, you

23    know, to the extent she can say it appeared that Daniel

24    Johnson was trying to keep certain boys away from us or from

25    being alone with us, I think that's -- I think that's

13:23:43  1  appropriate, given, I am sure, legitimate concern about

2  disclosure.

3         Likewise, to the extent she talks about

4  Mr. Johnson -- and I think she will -- not really

5  participating in the ministry, that it was Pastor Sopheak

6  who was doing these things and Mr. Johnson was not really

7  part of it, well, part of his defense, Your Honor, is that

8  he is traveling over there for the ministry, so we think

9  that is relevant.

10         LS X.  LS X getting gifts.  She has a specific

11  example of when LS X got special treatment for gifts.  I

12  don't think that's speculative.

13         The towel.  She can talk about how many people she

14  saw wearing towels in Cambodia like Mr. Johnson.

15         And finally, the money.  She did loan -- or, I

16  think, gave a large amount of money to Mr. Johnson.  That is

17  not the focus of what we are talking about.  It certainly

18  may come up.  But to the extent she gave money for a certain

19  purpose and she believes that money wasn't used for that, I

20  think that's something that she could go into.

21         But, again, that's not the focus of what we are

22  talking about.  I expect the defense to potentially raise

23  it.  But she did provide money for certain boys and for

24  certain projects, and apparently that didn't -- that money

25  may not have been used for the ministry but for other

13:25:06    1    purposes.

2              THE COURT:  Okay.

3              MR. WEINERMAN:  So, Judge, I have no issue with

4    observations; what she sees, hears, thinks -- but what she

5    thinks about things she sees, what her opinions are, it just

6    seems to me that that is not relevant and she is not

7    qualified.  At least it's not relevant.  And she is not

8    qualified, in essence, to make these opinions, what's

9    normal, what's not normal.  So we don't think anything

10    falling in the realm of thoughts and opinions about things

11    that she sees should come in.

12              THE COURT:  I think to a degree that's true, but

13    often observations are based on or remembered because there

14    was something unusual about the situation.  And I think she

15    can testify that she felt -- she remembered an event; for

16    instance, maybe seeing Mr. Johnson in a towel, as an unusual

17    set of circumstances that caught her attention and made her

18    question what was going on.

19              But going into the deeper speculation about why

20    things were happening and what's underlying the motivation

21    for why they are happening, I agree, I would sustain

22    objections to that kind of speculation.  But if something

23    caught her as odd or unusual, I think she can testify as to

24    that.

25              I would sustain objections to statements by BT

13:26:21    1    XXXXXXX or PE XXXXXXX regarding prior abuse.

2                    Rumors that she has heard from others would not

3        come in.

4                    I think her testimony about Mr. Johnson's

5        participation in the ministry and church activities is

6        relevant to his motivation for being there, so I would allow

7        that testimony.

8                    I think her -- the fact that she has given money

9        to the ministry and she feels wronged by how it was spent, I

10       would sustain relevance arguments as to that.  Her

11       connection, though, to the ministry, that she supported it

12       financially when she was there, physically to support it,

13       she can testify to that.

14                   MR. SWEET:  Thank you, Your Honor.

15                   THE COURT:  All right.  Have the jury in.

16                   MR. SWEET:  I am sorry.  Were you asking us to

17       bring her in first?

18                   THE COURT:  Oh, you can bring her in now.  That's

19       fine.  Just have her in the courtroom.  We will call her up

20       when the jury gets seated.

21                   MR. SWEET:  Okay.

22                            *(Jury in.)*

23                   THE COURT:  All right.  Please be seated

24       everybody.

25                   Next witness, then, for the government.

13:28:58   1        MR. SWEET:  Thank you, Your Honor.

2         Your Honor, the government calls Suzy Brand.

3         THE COURT:  Ms. Brand, if you could step up to the

4  witness stand here to my left.  Ms. Brand, go ahead and step

5  up to the witness chair.  Remain standing for just a moment

6  and raise your right hand.

7               *(The witness was sworn.)*

8         THE COURT:  Please have a seat.  I am going to

9  have you please state your full name for us, and spell your

10  first and last name.

11         THE WITNESS:  My first name is Suzanna,

12  S-U-Z-A-N-N-A.  And my last name is Brand, B-R-A-N-D.

13         THE COURT:  All right.  Thank you, Ms. Brand.

14         Mr. Sweet?

15         MR. SWEET:  Thank you, Your Honor.

16         And Your Honor, just as a preliminary matter,

17  there are approximately 15 exhibits which I discussed with

18  defense counsel which they have no objection to, that we are

19  going to be going through with Ms. Brand.  They are 2, 71,

20  4, 25, 31, 43, 50, 57, 58, 68, 78, 79, 120, 123, -4, and -5.

21  I believe there's no objection to those being admitted and

22  published.

23         THE COURT:  If there's no objection, those will be

24  admitted and published.

25         THE CLERK:  Can you read that again?  I am sorry.

13:30:21   1          MR. SWEET:  Yes.  I am going to give you a sheet.

2          THE CLERK:  That would work.

3          MR. SWEET:  I just need it back.  Thank you,

4    Ms. Pew.

5                      **DIRECT EXAMINATION**

6    BY MR. SWEET:

7    Q.    Good afternoon, Ms. Brand.

8    A.    Good afternoon.

9    Q.    And Ms. Brand, you stated and spelled your name.  And

10   do you have a nickname that you go by?

11   A.    I do.  Call me Suzy.

12   Q.    And I am going to call you Ms. Brand, however, here

13   today.

14              Where do you live, please?

15   A.    I live in Clovis, California, right next to Fresno,

16   California.

17   Q.    And what do you do, please?

18   A.    I am a public school teacher.  I teach first grade at

19   an inner-city school.

20   Q.    About how long have you been doing that?

21   A.    Oh, I have been teaching probably for about eight

22   years.

23   Q.    And do you have a family?

24   A.    I do.  I have a wonderful husband, Phillip, and three

25   little girls; five, three, and 15 months.

13:31:12

1    Q.   And Ms. Brand, do you know Daniel Johnson?

2    A.   I do.

3              MR. WEINERMAN:  Your Honor, I am sorry to

4    object -- to interrupt, but can the witness speak a little

5    closer to the mic?

6              THE WITNESS:  Oh, sure.

7              THE COURT:  So that little button in front of you

8    is actually a microphone.

9              THE WITNESS:  Oh, okay.

10   BY MR. SWEET:

11   Q.   And do you know Daniel Johnson?

12   A.   I do.

13   Q.   Have you ever been to one of his orphanages in

14   Cambodia?

15   A.   I have.

16   Q.   Do you know about when it was that you went to

17   Cambodia?

18   A.   I want to say in 2012.

19   Q.   And about how many years before that did you first meet

20   Mr. Johnson?

21   A.   I knew him for a couple years before that, maybe around

22   three.  I really got to know him probably the year of 2012.

23   We became pretty good friends.

24   Q.   And how is it that you first met him?

25   A.   Daniel used to come to our church, and he would bring

13:32:04   1   videos of what he was doing in Cambodia and pictures of the

2   kids, and would tell us about all the needs that they had

3   overseas.  And he was pretty much raising support to bring

4   back to support the kids.

5   Q.   And did that strike a chord with you?

6   A.   Oh, of course.

7   Q.   And so did you become involved with Hope Transitions

8   Center?

9   A.   I did.  We started off just giving support, money.

10   Whenever he would come down, we would give him checks.  And

11   then whenever he would come down we would take him to

12   dinner, hang out with him, find out everything there was to

13   know.  He would tell us about the kids.

14        And he invited us one time.  He -- we were at

15   dinner and he said, "You and Phillip love people very well."

16   He said, "You guys should come to Cambodia.  The kids would

17   love you guys."  So we did.

18   Q.   And were you excited to hear that, that you were

19   invited?

20   A.   I was.  I was.

21   Q.   And so when you said you were giving money, were you

22   sponsoring children?

23   A.   I did.  I sponsored Pong, I sponsored Ravy's.  And then

24   if there was, you know, any bigger needs, like if they

25   needed to build a well.  You know, we always gave wherever

13:33:17  1   there was a need.

2   Q.   Approximately how much money were you giving a year?

3   A.   Thousands.

4   Q.   Thousands of dollars?

5   A.   *(Nodded head.)*

6   Q.   And what was your first impression of Mr. Johnson?

7   A.   Well, what a great work that someone is doing, giving

8   up their life to go overseas to help these vulnerable

9   children.  I wanted to be a part of it.

10  Q.   And does your church play an important role in your

11  life, Ms. Brand?

12  A.   It does.

13  Q.   So did -- I believe you said you became friends with

14  Mr. Johnson and closer in 2012; is that right?

15  A.   Yes.

16  Q.   And do you know approximately what time of year you

17  went to Cambodia in 2012?

18  A.   In the spring.  I want to say like April.  I want to

19  say April, actually.

20  Q.   Okay.  And who went on your trip, please?

21  A.   My mom, my husband, and a friend of ours.  We went to

22  the same church but we also worked at the same school

23  together.  Her name is Nicole.

24  Q.   So -- and your husband is Phillip Brand; is that right?

25  A.   Yes.

13:34:27    1    Q.    Okay.  And Nicole and --

2    A.    My mom.

3    Q.    And your mom?

4    A.    Mm-hmm.

5    Q.    I am going to pull up, please, or ask that Exhibit 272

6    should be pulled up.  And it should pop up to your left.

7              Do you recognize that?

8    A.    There's no picture.

9              Oh, yes, I do.

10    Q.    Okay.  And what is -- what is that photo of, please?

11    A.    That's the boys' home in Phnom Penh.

12    Q.    Okay.  And did you go there?

13    A.    I did.

14    Q.    And is that where you stayed?

15    A.    No.  We stayed across the street in the girls' home, I

16    would say like on the second floor.

17    Q.    Did you regularly go to the boys' home?

18    A.    Oh, yeah.  Every day.

19    Q.    And I want to show you Exhibit 71, please.

20              And do you remember this photo, Ms. Brand?

21    A.    I do.  That was at the boys' home.

22    Q.    And do you know the boys in this photo?

23    A.    I know all the boys.

24    Q.    If you touch the screen, it should mark when you touch

25    them.  Could you go ahead and identify the people in there,

*Suzanna Brand - 5/2/2018*
*Direct Examination by Jeffrey Sweet*
221

13:35:30  1  please.

2  A.   Yes.  Here is RT XX, and CC X, PE XX, me, Nicole, Tola,

3  Pong, Wattana.

4  Q.   Okay.  And let's take a look at Exhibit 4, please.

5          And do you recognize those boys?

6  A.   I do.

7  Q.   And who are they, please?

8  A.   ES XXX and LS X.

9  Q.   And 31, please.  Do you know that boy?

10  A.   CC X.

11  Q.   And 43, please.

12          Do you know who that is, please?

13  A.   RT XX.

14  Q.   And 50?

15  A.   PE XX, Tola.

16  Q.   PE XX is on the left, Tola is on the right?

17  A.   Yes.

18  Q.   And 57, please.

19          There's a name on there, so that helps.

20  A.   LT XXXXXXX.

21              *(Reporter interrupted.)*

22       THE WITNESS:  LT XXXXXXX.

23  BY MR. SWEET:

24  Q.   Is it LT XXXXXXXXXXXXXXXXXXXXXXX?

25       And does LT XXXXXXX have a brother?

13:36:57   1   A.   Yes.

2   Q.   What's his brother's name?

3   A.   RT XX.

4   Q.   And 58, please.

5        Do you know those boys?

6   A.   Mm-hmm.   Pong, SESX.

7   Q.   So Pong is on the left?

8   A.   Yes.   SESX is on the right.

9   Q.   And do you also know the name SS XX for Pong?

10        Does that --

11   A.   We called him Pong, so that's what I know him by.

12   Q.   I understand.

13        And 68, please.

14   A.   BT XX.

15   Q.   And 78.

16        And do you know where this photograph was taken?

17   A.   Mm-hmm.   At the boys' home in Phnom Penh.

18   Q.   And that looks like -- is that the ground floor?

19   A.   Yes.

20   Q.   And 79, please.

21        You are in there somewhere.   Is that you in the

22   back?

23   A.   Yes.

24   Q.   Okay.   And 123, please.

25        Do you know where this photo is from?

*Suzanna Brand - 5/2/2018*
*Direct Examination by Jeffrey Sweet*
223

13:38:14

1   A.   Yes.  That's in Kampot.

2   Q.   Is that a different province than the city of --

3   A.   It is.  It's more in the countryside.

4   Q.   And did you ever go to Kampot?

5   A.   I did.

6   Q.   And 124, please.

7        Do you recognize that?

8   A.   I think that's the girls' home, actually.

9   Q.   Okay.  How about 125?

10  A.   Yes, that is the girls' home.

11  Q.   And 120.

12       Do you recognize that room?

13       Sorry.  Go ahead and have a drink of water.

14  A.   I think that's at the boys' home.

15  Q.   Do you know whose room that is?

16  A.   I think it's Daniel's.

17  Q.   Have you been in his room?

18  A.   Yes.

19  Q.   If we could go back to 125 for a second, it may not

20  have popped up for everyone.  So let's go back to 125.

21       Do you recognize that?

22  A.   No.

23  Q.   Okay.  Okay.  Thank you.

24       Ms. Brand, what was your impression of -- well,

25  what was life like at the orphanage?

13:39:46

1          What was a typical day?

2    A.    The boys would go to school.

3          MR. WEINERMAN:  Objection, unless a foundation is

4    laid as to how many times she has been there, what she

5    observed.

6          THE COURT:  All right.  Do you want to ask

7    foundational questions?

8    BY MR. SWEET:

9    Q.    Ms. Brand, how long were you at the orphanage in

10   Cambodia?

11   A.    Almost three weeks.

12   Q.    And did you have an opportunity to observe the boys go

13   about their daily activities?

14   A.    Yes.

15   Q.    What did you see them doing during those daily

16   activities?

17   A.    When we first got there, the boys, they would go to

18   school in the morning.  And then we actually did a lot of,

19   like, traveling.  And we came there to do a lot of fun stuff

20   with the kids, so we went to the beach.

21          And we did ministry.  We did ministry in Prey

22   Veng, we did ministry in Kampot, but we also saved time do a

23   lot of fun activities with the boys.  Like we took them to

24   the arcade and we took them to the beach.

25          And we went to -- I don't know.  It was like

13:40:45
1    another beach.  So we also had fun with them, too.  Took

2    them out for ice cream.

3    Q.    And so you said Kampot.  We talked a bit ago about

4    Kampot.  Was that the place with the pink netting?

5    A.    Yes.

6    Q.    And is Prey Veng, is that a separate location?

7    A.    Yes.

8    Q.    And so you talked about ministry.  Do religion and the

9    church play a large role in the boys' life of the boys at

10   the orphanage?

11   A.    Yes.

12   Q.    Could you describe that a little bit, please.

13   A.    Yes.  The boys absolutely love the Lord.  They pray --

14   they will pray for anybody.  They are always telling people

15   about Jesus.  They are friendly.  They are kind.

16            When we were in Phnom Penh one time, on the

17   ceiling [sic] we had a worship session and all the kids were

18   singing to God.  And it just -- it was from that point on

19   where I was, like, in.  They were singing and, I don't know,

20   I was like overwhelmed.  And I just started to weep.  And I

21   cried and I cried.  And I didn't really know why, but I was

22   just like crying.  And I just -- from that point on I said I

23   will always be a part of these kids' lives.  It was just --

24   it was beautiful.  It -- the way they sing.

25            Yeah, God is very important to them.

Suzanna Brand - 5/2/2018
Direct Examination by Jeffrey Sweet
226

13:42:11

| 1 | Q.   And there are a couple boys we talked about.  One of |

1  Q.   And there are a couple boys we talked about.  One of
2  them was BT XX.  What was BT XX's role?
3          First, do you know BT XX's full name?
4  A.   BT XXXXXXXXXX.
5  Q.   Okay.  And do you know his last name?
6          Do you know the last name BT X?
7  A.   BT X, yes.
8  Q.   And what was BT XXXXXXX's role in the orphanage?
9  A.   He helped Daniel a lot.  He took us to the slums.  He
10 took us in the tuk-tuks.  He actually played like a
11 leadership role, I would say.  Like Daniel, I think, trusted
12 him.  And so he would, you know, take us around.  And he
13 always rode with us and --
14 Q.   You said a tuk-tuk.  What is a tuk-tuk, please?
15 A.   Tuk-tuk is like a little motor, and on the back it's --
16 there's an attachment.  And you can sit in it and they take
17 you places all around the town.
18 Q.   What -- do you know Pastor Sopheak?
19 A.   I do.
20 Q.   And what was his role, please?
21 A.   Pastor Sopheak is incredible.  He takes care of the
22 kids.  He does Bible stories with them.  He does worship
23 with them.  He speaks Khmer.  And he -- I feel like he did
24 mostly all of the church stuff, all of the Christian stuff.
25 Q.   And what was Mr. Daniel Johnson, what was his role when

13:43:35

1   you were there?

2   A.   Daniel would, like, set everything up.  So like he

3   would say, Oh, we are going to be in this village from this

4   time to this time.  And we would all go there together and

5   he would, like, book hotels and kind of tell us what we

6   would do at the places.

7   Q.   Was he involved in the ministry with the boys like

8   Pastor Sopheak and BT XX?

9   A.   No.  Like he never did worship with us or Bible study,

10  or he didn't -- like when we were praying for sick people in

11  the village, he wasn't with us.  Or when we went into the

12  slums, BT XX and PE XX took us.

13  Q.   Did that surprise you?

14  A.   Yes.

15          MR. WEINERMAN:  Objection; relevancy.

16          THE COURT:  Sustained.

17  BY MR. SWEET:

18  Q.   How did Mr. Johnson treat the boys?

19  A.   They had a roof over their head and they had clothes on

20  their back.  When we first got to Phnom Penh, LS X was

21  curious and he was -- he came over to the girls' home.  And

22  he was wanting to see my husband and talk to him, and just

23  being a curious little boy.

24          And Daniel came over and we were talking to him

25  and, like, doting over him.  He was just the most adorable

13:44:56
1    thing you have ever seen.  And Daniel looked at him and was

2    really angry and was like, "Why aren't you at school?"  And

3    he, like, took him into the other room and, like, you could

4    hear him talking to him in Khmer and kind of being harsh

5    with him.  And he spanked him.  We didn't see it, but he

6    spanked him.  And he came back into room --

7              MR. WEINERMAN:  Objection; lack of personal

8    knowledge.  If she didn't see it --

9    BY MR. SWEET:

10   Q.   If you didn't see it -- I'm sorry.

11             If you didn't see it --

12   A.   Well, we heard a spanking.  We heard a spanking.  And

13   he came into the room crying, and we gave him a hug.

14             And Daniel was like, you know, I just got to let

15   you know -- he was upset because he had skipped school.  And

16   he was like, you know, I just got to let you know right off

17   the bat, you know, I have to be firm with these boys.  And

18   they need it, and it's good for them.  I said okay.

19   Q.   And you said "Khmer."  Is Khmer the national language

20   of Cambodia?

21   A.   Yes.

22   Q.   And how did the -- how did the boys act around

23   Mr. Johnson?

24   A.   He was the boss.  You don't talk back to him.  You

25   don't question him.  They respected him very much, but you

13:46:07   1   wouldn't dare talk back to him.

2   Q.   And how did the boys behave, generally?

3         Were they out of control?  Were they generally

4   well behaved?  Were they just boys?

5   A.   Like wild boys, but respectful to anybody that would

6   come in.  Very -- you know, "What can I" -- "Can I get you

7   anything?"  Or just very hospitable.

8   Q.   And you said you stayed at the girls' dorm; is that

9   correct?

10   A.   Yeah.

11   Q.   About how many girls were there?

12   A.   I want to say like four or five.

13   Q.   And did you have an opportunity to observe Mr. Johnson

14   interact with the girls?

15   A.   He really didn't.

16   Q.   He didn't?

17   A.   He didn't interact with the girls, really.

18   Q.   Did you see him around them much at all?

19   A.   I mean, they would come and eat, but not really.

20   Q.   What about -- did Mr. Johnson seem to have some

21   children who were favorites or that he gave more attention

22   to than others?

23   A.   Yes.

24   Q.   And who were those, that you observed?

25   A.   I would say RT XX, SO XXX, and especially LS X.

Suzanna Brand - 5/2/2018
Direct Examination by Jeffrey Sweet
230

13:47:27  1    Q.   And what makes you say that?

2            What treatment makes you say that?

3    A.   LS X never really had to do -- like if all the boys had

4    to clean or like move stuff, he really never had to do that.

5    When we traveled to Kampot in the truck, all the boys were

6    in the back and LS X got to sit in front with the air

7    conditioning.

8            When we were there, one of the ministries brought

9    all kinds of stuff and clothes and toys, and LS X got to

10   pick what he wanted first.  And, yeah, he just -- of

11   everyone, I felt like he got -- was treated the best.

12   Q.   What about -- did you have any observations regarding

13   SO XXX or RT XX?

14   A.   Yeah.  He didn't -- I never -- with the older boys, he

15   was pretty harsh with them.  But I would say I didn't really

16   ever see him harsh with LS X, SO XXX, or RT XX.

17   Q.   And did you -- I believe earlier you said you went to

18   Mr. Johnson's room.  Did you go once?  Several times?

19   Often?

20   A.   Yeah.  I was going to ask Daniel a question.  And I

21   went over to the boys' home and I was like, "Where's

22   Daniel?"  They're like, "Oh, he's upstairs."

23           And I went upstairs and I -- they are like, "Oh,

24   his room is right there."

25           And I walked in, and he had his shirt off and he

13:48:49
1    was laying on the bed and a bunch of the boys were giving

2    him a massage.  And then I asked him this question and then

3    he answered it, and then I went back and told everyone what

4    the plan was.

5    Q.   You said a bunch of boys.  What's a bunch of boys?

6    A.   It was probably like four of them.  Four or five.

7    Q.   And they were giving him a massage.

8         Were they giving him a massage at the same time?

9    A.   Yeah.  They were like rubbing his back.  They were

10   sitting on him.  He was laying face-forward.  Sitting on

11   him, massaging him.

12   Q.   Ms. Brand, obviously you are sitting here in a trial

13   now, so it's easy to look at things through different

14   colored glasses, but did you notice that at the time?

15        Did that strike you at the time?

16   A.   It did.  I just -- we were guests there.  And, I mean,

17   I know they loved him like a father and all of that.  But

18   for me, if I had guests there, I just would be, like, "Boys,

19   we are not going to give massage."

20            MR. WEINERMAN:  Objection as to what she would do.

21            THE COURT:  Sustained.

22            MR. WEINERMAN:  Move to strike.

23            THE COURT:  Please strike the last statement.

24   BY MR. SWEET:

25   Q.   Ms. Brand, did Mr. Johnson encourage the children to

13:50:01   1    spend time with you and your husband and your group?

2    A.    No.   Some of -- I felt like he wouldn't let them get

3    too close to us.   Like one -- one night, PE XX and BT XX,

4    they were in a room and we were joking round with them.   And

5    we were laughing and cracking up and just having fun getting

6    to know one another, asking about each other's countries and

7    just things that were similar and different.   And Daniel

8    walked in and he was not happy.   He, like, yelled at them

9    and kicked them out.

10        And, yeah, I just -- we couldn't get -- ever get

11    too close.

12    Q.    And was there a mother figure at the orphanage?

13    A.    No.

14    Q.    How long did you spend in Kampot, approximately?

15    A.    I don't remember.

16    Q.    Was it just a day trip?

17    A.    We spent the night, for sure.

18    Q.    And Kampot is 123.   Would you mind -- or would you mind

19    pulling up 123 to make sure that's --

20        Let me ask you, is that Kampot?

21        I am sorry.   Is there a picture on your screen?

22    A.    Not yet.   Not yet.

23        MR. WEINERMAN:   I am sorry, I didn't hear.   That's

24    not Kampot?

25        THE COURT:   Not yet.   There's no picture.

13:51:23   1              MR. SWEET:  It just hasn't popped up yet.

2              MR. WEINERMAN:  Oh, it hasn't come up.  I am

3      sorry.

4              THE WITNESS:  Yes, that is Kampot.

5      BY MR. SWEET:

6      Q.    And I believe you just said you spent at least one

7      night there?

8      A.    Yes.

9      Q.    Where did you stay?

10     A.    In this room.

11     Q.    Sort of this open -- okay.  So this is one large room?

12     A.    Yes.

13     Q.    And did you observe anything that night that you

14     recall?

15     A.    Yes.  We were exhausted that night, and we all went to

16     bed.  We -- under the mosquitoes nets.  Each of us had one.

17     And some of the boys -- there's like a room on the side.

18     They went and slept in there.  And then the other half of

19     the boys, they had to sleep outside the building.  And

20     Daniel came to bed, and RT XX and LS X went to sleep, one on

21     each side of his arms.

22     Q.    And -- okay.  Ms. Brand, you have a husband, correct?

23     A.    I do.

24     Q.    And you have daughters?

25     A.    I do.

*Suzanna Brand - 5/2/2018*
*Direct Examination by Jeffrey Sweet*
234

13:52:32  1   Q.   Does your husband ever lie down with his daughters in

2   his arms?

3   A.   He does.

4           MR. WEINERMAN:  Objection; relevancy.

5           THE COURT:  Overruled.

6           THE WITNESS:  He does.  It's different.  He

7   doesn't snuggle with them the way Daniel was snuggling with

8   the boys.  It's different.  Like cuddling and -- but it's

9   not like -- I don't know.  It was -- something was a

10  little -- I felt a little bit uncomfortable when I saw it.

11  Q.   Could you describe --

12          MR. WEINERMAN:  Objection as to her feelings.

13          THE COURT:  Overruled as to the last statement.

14          MR. SWEET:  I didn't -- so the objection is

15  overruled?

16          THE COURT:  Correct.

17  BY MR. SWEET:

18  Q.   I am sorry.

19          Could you describe how he was holding them?

20  A.   Yeah.  So Daniel came in and he laid down, and he said

21  something in Khmer.  And then right away LS X and RT XX

22  came, and he just went to bed.  And he had each boy, like,

23  on the side.

24          And even -- I mean, I was -- yeah.  It was just

25  one on each side, and it was a little -- it was a little a

13:53:33    1    little weird.

2              MR. WEINERMAN:  Objection as to weird.  Move to

3    strike.

4              THE WITNESS:  Okay.

5              THE COURT:  Sustained.  The jury can draw their --

6              THE WITNESS:  I thought it was a little bit --

7              THE COURT:  Just wait a second.  I am talking for

8    a moment.

9              Just describe things, what you saw and what you

10   heard.

11             THE WITNESS:  Okay.

12             THE COURT:  Thank you.

13             THE WITNESS:  And then the next morning when we

14   all woke up, Daniel, I noticed, was letting LS X and RT XX

15   play video games on his phone and playing games.  And

16   something just didn't feel right about that.

17   BY MR. SWEET:

18   Q.   Let me ask --

19             MR. WEINERMAN:  Objection as to "something didn't

20   feel right."  Move to strike.

21             THE COURT:  Sustained.  It will be stricken.

22             MR. SWEET:  But the first part of the sentence

23   remains, about the video game?

24             THE COURT:  Yes.

25   BY MR. SWEET:

13:54:12

1    Q.    And Ms. Brand, were other boys playing video games?

2    A.    No.

3    Q.    Ms. Brand, did you ever see boys spend the night in

4    Mr. Johnson's room at the orphanage in Phnom Penh?

5    A.    No, because I wasn't sleeping in the boys' home.

6    Q.    Ms. Johnson -- excuse me.  Ms. Brand, you said you were

7    friends with Mr. Johnson.  What was your relationship like

8    with Mr. Johnson during your time in Cambodia?

9    A.    We had a good relationship.

10   Q.    When you came back from Cambodia, did you continue to

11   support the boys?

12   A.    I did.

13   Q.    Did you have concerns about what was happening in

14   Cambodia?

15   A.    I did.

16   Q.    And how did that impact you?

17         Let me ask you this:  Did you take any steps

18   regarding what you saw?

19   A.    I prayed to the Lord a lot.  I also told my husband

20   that I wanted to make sure that I stayed -- that we both

21   stay a part of the boys' lives and that we, you know, have

22   an opportunity to go down there and, you know, be a part of

23   them, just because some things I felt could be better.

24   Q.    Who was it that you were sponsoring?

25   A.    I sponsored Pong.  I sponsored Ravy.  That was like a

13:56:04    1   monthly thing.  And then when Daniel would come down and

2   there was bigger needs for like churches and wells and

3   whatever else is going -- whatever other needs they had, we

4   would also support in that area directly.  We would give it

5   directly to Daniel.

6   Q.   And Ms. Brand, when you were in Kampot, was there a

7   time when you saw Mr. Johnson -- what was Mr. Johnson

8   typically dressed like in either Phnom Penh or outside?

9   A.   In Kampot he -- just in shorts and a T-shirt.  But in

10  Prey Veng, when we stayed there, Daniel would walk around in

11  a little towel.  And nobody else was.

12  Q.   When you say "little," how little is little?

13  A.   I mean he was covered.

14  Q.   When you say nobody else was, do you mean no other

15  westerners were?

16  A.   There was no Khmer people walking around like that

17  either.

18  Q.   And Ms. Brand, are you still in contact with the boys

19  or, now, young men?

20  A.   I am.

21  Q.   And are you still friendly with the boys who you

22  identified or do you still stay in contact with many of the

23  boys you identified in the photographs?

24  A.   I do.

25            MR. SWEET:  Thank you, Ms. Brand.  I have no

13:57:40  1  further questions?

2         THE COURT:  All right.  Cross-examination.

3         MR. WEINERMAN:  Thank you.

4                    **CROSS-EXAMINATION**

5  BY MR. WEINERMAN:

6  Q.   So Ms. Brand, you -- your relationship with Daniel

7  started as one where you are donating money to his ministry

8  and to Hope Transitions, correct?

9  A.   Yes.

10  Q.   And I assume you donate to other religious causes

11  besides Daniel's ministry; is that right?

12  A.   No.

13  Q.   Just to Daniel's ministry?

14  A.   I mean, I will give an offering to my church, but

15  not -- I don't give the kind of money that I was giving to

16  Daniel to my congregation.

17  Q.   And your congregation, you are from Fresno; is that

18  correct?

19  A.   I am.

20  Q.   And did the congregation in which you heard Daniel make

21  a recitation, is it called the church of Fresno?

22  A.   No.  Actually, I no longer go to the church that Daniel

23  used to come visit.  I don't go to that church anymore.

24  Q.   Okay.  So did Daniel visit the new church that you are

25  a member of now?

1   A.    No.

2   Q.    So just the Church of Fresno?

3   A.    Yes.

4   Q.    That's where he made the presentation?

5   A.    It was called Fresno Church Triumphant, not Church of

6   Fresno.

7   Q.    Thank you.  All right.

8         So your contact with Daniel started in around

9   2012?  That's when he made the presentation?

10  A.    Yeah.  That's when we got the invite to go to Cambodia.

11  Q.    And you were in Cambodia in April of 2012, I believe

12  you testified to?

13  A.    Yes.

14  Q.    And you were there for three weeks?

15  A.    Approximately.

16  Q.    And you weren't with -- you weren't in the actual Hope

17  Transitions Center building 24/7; is that right?

18  A.    We were there a lot.  Like we did everything together.

19  So we ate together.  The only thing that -- the only time we

20  were not together is when we were sleeping at night.

21  Q.    Okay.  You slept in, I think, the girls' quarters?

22  A.    Yes.

23  Q.    In the same building, just a different floor?

24  A.    Yes.

25  Q.    Now, you talked about some of the things you sponsored.

13:59:45    1         So you actually sponsored, it sounds like, two of

2    the boys?

3    A.    Consistently, yes.

4    Q.    And that involved sending a monthly stipend for the

5    boys?

6    A.    Yes.

7    Q.    And you also sponsored projects such as building of

8    wells?

9    A.    Wells, churches, anything that they needed.

10         I -- when we were in Cambodia, one thing we

11    noticed was that they heavily relied on support from

12    America.  And so we thought -- Daniel and my husband and I,

13    we were talking.  And Daniel told us, you know, we need to

14    get a business started here in Cambodia to where we don't

15    have to rely on Americans and we can bring in our own money.

16    And we were all for that.

17         And so Daniel told us -- PE XX is one of the boys

18    who --

19         MR. WEINERMAN:  I am going to stop to object now

20    as nonresponsive, Judge.

21         THE WITNESS:  Okay.  Well, we also gave him --

22         MR. WEINERMAN:  The judge has to rule on the

23    objection.

24         THE WITNESS:  Okay.

25         THE COURT:  Let's go ahead and we'll stop here.

14:00:57   1    Let's ask a question.

           2              MR. WEINERMAN:  Thank you.

           3    BY MR. WEINERMAN:

           4    Q.   So if we could bring up Exhibit 615, Page 48.

           5              I am going to show you a few photos, and hopefully

           6    that will come your way soon.  That's already admitted, so

           7    that should be published to everyone.

           8              THE COURT:  It will be published.

           9    BY MR. WEINERMAN:

          10    Q.   Just tell me if you see it.

          11    A.   I see the picture.

          12    Q.   All right.  Do you recognize that as the Kampot church?

          13    A.   Yes.  It's a different angle.  Yes, I do.

          14    Q.   All right.  And that's the one you stayed in that one

          15    evening when you saw Daniel in the mosquito net?

          16    A.   Yes.

          17    Q.   And could we pull up Defense Exhibit 616.

          18              MR. WEINERMAN:  Well, we can -- we can -- that's

          19    not 616, is it?

          20              MS. MORROW:  No.

          21    BY MR. WEINERMAN:

          22    Q.   All right.  Well, why don't we talk about this one when

          23    you were at Kampot?

          24    A.   This is Prey Veng.

          25    Q.   This is Prey Veng.  I apologize.

14:02:08  1          THE CLERK:  What exhibit is this, Counsel?

       2          MR. WEINERMAN:  This is Exhibit 616, page 49,

       3    that's been admitted.

       4    BY MR. WEINERMAN:

       5    Q.   While we are here, I will ask a few questions about

       6    that.

       7          So you are familiar with Prey Veng, obviously?

       8    A.   Yes.

       9    Q.   Did you contribute to its -- to the building of the

      10    Prey Veng complex?

      11    A.   Yes.

      12    Q.   And that kind of started from scratch.  That wasn't a

      13    remodel.  That was buying land and making model drawings and

      14    then building one structure at a time, correct?

      15    A.   Correct.

      16    Q.   So did you visit Prey Veng?

      17    A.   We did.

      18    Q.   All right.  The same trip?

      19    A.   Yes.

      20    Q.   All right.  And when you went to Prey Veng, were there

      21    people at the church, in the courtyard?  In the housing?

      22    A.   No.  We were actually painting the church.  So when we

      23    were all in Prey Veng, the work that we were doing there is

      24    we were painting the church.

      25    Q.   So you were helping put the finishing touches on the

14:03:02

1    construction?

2    A.    Yes.

3    Q.    And when you went there on this trip, others went with

4    you from Hope Transitions Center?

5    A.    Yes.

6    Q.    So some of the kids?

7    A.    Yes.

8    Q.    Okay.  Did Daniel go?

9    A.    Yes.

10    Q.    Sopheak?

11    A.    Hmm?

12    Q.    Sopheak?  Pastor Sopheak.  I pronounce his name wrong,

13    and I apologize.  Sopheak, the pastor?

14    A.    Sopheak?

15    Q.    Sopheak.

16    A.    I don't remember Sopheak.

17    Q.    How many boys went?

18    A.    All the older boys.  And then the younger ones were

19    just RT XX and LS X were the younger -- only younger ones

20    that went.

21    Q.    All right.  So did you all go in the same vehicle?

22    Different vehicles?

23    A.    Yeah.  We went in two.  So there was a van that we

24    rent -- or they rented, Daniel rented for us.  We were in

25    there with some of the boys, and then Daniel had a big Ford

14:03:54  1    truck.

2             And we brought a bunch of stuff:  Food, drinks,

3    water, and all of that.

4    Q.   All right.  So who was in the van with you?

5    A.   Oh, I -- do you have the picture?

6             For sure I can't remember.

7    Q.   Definitely don't have a photo of you on that trip.  I

8    am sorry.

9    A.   Okay.

10   Q.   But you don't remember who was there?

11   A.   It was all -- a lot of the older boys were with us.

12   Q.   Okay.  And you are saying the younger boys went with --

13   in the --

14   A.   Daniel.

15   Q.   -- pickup truck?

16   A.   They were in the --

17   Q.   Who else was in that truck besides Daniel?

18   A.   I want to say Pong.  And I don't remember.  I know for

19   sure Daniel, and then the two younger boys.

20   Q.   When you say the two younger boys, do you mean LS X?

21   A.   LS X and RT XX.

22   Q.   Okay.  And any adults?

23   A.   I don't remember.

24   Q.   We are going to show you a photo of the pickup.  Okay.

25             We are going to have to -- you know what?  We'll

14:05:00    1    maybe get to it later.  We'll move on to something else.

2            All right.  So you worked on the Prey Veng complex

3    doing some painting and things like that, correct?

4    A.    Mm-hmm.

5    Q.    How many -- did you stay overnight or did you just go

6    for the day?

7    A.    We stayed the night.

8    Q.    Stayed the night?

9    A.    Yes.

10    Q.    All right.  And where did you sleep?

11    A.    There was a room upstairs.  My husband and myself were

12    on one bed, and then my mom and Nicole were on the other

13    bed.  And then Karla was in the room right behind us, by

14    herself.

15    Q.    And where did everybody else sleep?

16            Where did the others sleep?

17    A.    Like the boys and Daniel?  I don't know.  We all just

18    said goodnight and went to bed.

19    Q.    So you didn't walk down and see how the sleeping

20    arrangements were at any time?

21    A.    *(Shakes head.)*

22    Q.    No?

23    A.    No.

24    Q.    So you have to -- when you answer a question, you have

25    to kind of say yes or say no --

*Suzanna Brand - 5/2/2018*
*Cross-Examination by Craig Weinerman*
246

14:05:54

1    A.    No.

2    Q.    -- because the court reporter can't see you shaking

3    your head.

4    A.    No.

5    Q.    Thank you.

6          So getting back now to Kampot, where you stayed

7    overnight as well.

8          Could we put up the photo of the government's

9    exhibit, and I apologize for not remembering but the one

10   with the mosquito nets.

11         All right.  There we go.  We have it.

12         So there were three separate mosquito nets set up.

13   I can't tell -- looks like there's one behind the one in the

14   foreground, but I can't tell.

15         Were there two or three set up?

16   A.    This was -- this is not when we were there.  But I

17   would say there was like three or four.

18   Q.    Three or four mosquito nets with mattresses set up --

19   A.    Yes.

20   Q.    -- when you stayed there?

21   A.    Yes.

22   Q.    So you stayed in one with -- who stayed with you in

23   one?

24   A.    My husband -- my husband and I were in one mosquito

25   net.  Nicole and my mom were in another mosquito net.  And

14:06:52

1    then Daniel and the two boys were in another one.

2    Q.    And the other kids were sleeping somewhere else?

3    A.    Outside.  And then some of them were in that -- there

4    was a side room with bunk beds, and some of them slept in

5    there.

6    Q.    So you talked about what you saw in terms of Daniel

7    holding -- having two of the kids maybe fall asleep in his

8    arms.

9          Were you up all night to see all the positions, if

10   any --

11   A.    No.

12   Q.    -- that they slept through the night?

13   A.    No.

14   Q.    All right.  So you don't know if that changed during

15   the night?

16   A.    No.

17   Q.    And you don't know what it looked like in the morning?

18   A.    I did.  I know what it looked like in the morning.

19   Q.    All right.

20   A.    We all woke up together.

21   Q.    Okay.  All right.

22   A.    And I woke up to Daniel getting up and giving the boys

23   a cell phone to play with.  And they sat there for about a

24   good 20 minutes under the mosquito net playing the game

25   together.

14:07:41  1    Q.    So the boys were playing video games for a while.  For

2    an hour?

3    A.    20 minutes.

4    Q.    All right.  Then he took them back?

5    A.    No.  Then we all tore everything down --

6    Q.    All right.

7    A.    -- and got up and started the day.

8    Q.    Did Daniel take the cell phones back from the kids?

9    A.    Eventually, yeah.

10   Q.    So you don't know whether these were cell phones that

11   the kids owned and Daniel was just supervising --

12   A.    It was Daniel's.

13   Q.    Let me finish the question.

14   A.    Okay.

15   Q.    You will get a chance to answer.

16   A.    Sorry.

17   Q.    So you don't know whether these were Daniel's phones or

18   whether these were phones that the kids belonged and Daniel

19   was supervising their use?

20   A.    I know it was Daniel's because he took it out of his

21   pocket and gave it to them.

22   Q.    That doesn't rule out that Daniel had in his pocket

23   phones belonging to the two kids, correct?

24   A.    Yes.

25   Q.    I mean, some of the donors were very generous and gave,

14:08:44

1    as gifts to kids that they sponsored, cell phones, right?

2    A.    I didn't.  But yes, maybe other people did.

3    Q.    All right.  You talked about BT XX leading your group

4    around, I think, Phnom Penh, right?

5             You have to say yes or no.

6    A.    Yes.

7    Q.    And he -- did BT XXXXXXX accompany you when you went to

8    Prey Veng or Kampot?

9    A.    Yes.

10   Q.    Okay.  I mean, BT XXXXXXX spoke English pretty well,

11   correct?

12   A.    Yes.

13   Q.    So he was a good person, if Daniel wasn't there or even

14   if Daniel was there, to explain what Hope Transitions Center

15   was doing in the city and out in the country?

16   A.    Yes.

17   Q.    You testified about some of Daniel's discipline, how he

18   interacted with the boys or what your observations were.

19             Do you recall that testimony?

20   A.    Yes.

21   Q.    Would you agree that -- well, first let me ask you

22   this:  Hope Transitions Center had approximately 25 to 30

23   boys and approximately five girls during the time you

24   visited in 2012?

25   A.    Yes.

*Suzanna Brand - 5/2/2018*
*Cross-Examination by Craig Weinerman*
250

14:10:24

1    Q.    So would you agree that, particularly when it comes to

2    boys, you need to have rules?

3    A.    Yes.

4    Q.    All right.  You let 25, 30 boys run wild, it's anarchy?

5    A.    Yes.

6    Q.    So Daniel had rules, right?

7    A.    I wouldn't say rules.  When he told them to do

8    something, they did it.  It wasn't like these are the rules

9    of the house.  You know, this is the structure, here's what

10   we do.  It was like whatever he says, they just do it.

11   Q.    Sometimes the boys didn't follow the rules and Daniel

12   punished them?

13   A.    When I was there, they always listened to him.

14   Q.    You never saw -- I think you testified earlier that

15   you -- that there was punishment for minor things, breaking

16   the rules.  Daniel raised his voice, and I believe you

17   testified that you thought he spanked someone --

18   A.    Yes.

19   Q.    -- who broke the rules, correct?

20   A.    Yes.

21   Q.    Did you get the impression that Daniel was overwhelmed?

22   A.    No.

23   Q.    Okay.  Overwhelmed when it came to interacting with the

24   kids?

25   A.    No.

14:11:35  1   Q.   Did you feel that Daniel needed more support?

       2   A.   Accountability, yes.

       3   Q.   He needed maybe additional adults supervising the kids?

       4   A.   There were adults there.  They were -- the people that

       5   would come and cook.  There were adults there.

       6   Q.   But they didn't live there?

       7   A.   No.

       8   Q.   Okay.  We are talking now about people who were

       9   actually on the premises.

      10   A.   Yes.

      11   Q.   That was pretty much Daniel and Sopheak, correct?

      12   A.   Yes.

      13   Q.   And 25 to 30 boys and approximately five girls, that's

      14   not a very good parent or adult-to-child ratio.  Would you

      15   agree?

      16   A.   Yes.

      17   Q.   He needed more help?

      18   A.   Yes.

      19   Q.   And one of the reasons that ministries came, people

      20   visited like you, was to help out --

      21   A.   Yes.

      22   Q.   -- for short periods of time?

      23   A.   Yes.

      24   Q.   And that's what you tried to do when you were there?

      25   A.   Yes.

14:12:42

1    Q.    Now, as far as -- you testified about Daniel's -- the

2    massages, okay?  You testified about the massages.

3              When you saw Daniel being massaged, I assume he

4    wasn't wearing a shirt?

5    A.    Yes.

6    Q.    But he was wearing shorts?

7    A.    Yes.

8    Q.    And the kids were wearing clothes?

9    A.    Yes.

10   Q.    Would you agree that Cambodia is a little -- is pretty

11   informal in terms of dress compared to, maybe, Fresno?

12   A.    Informal?  What do you mean by that?

13   Q.    People walk around without T-shirts -- without a shirt

14   on?

15   A.    When I was there, the boys all wanted to cover up

16   because I noticed when I was there they all have this

17   complex about being so dark.  And I continually tell them

18   that brown is beautiful, and in America we love tan skin.

19              So the boys were always covered up.  Long-sleeve

20   shirts on hot days, because they didn't want their skin to

21   be brown.

22   Q.    Okay.  So let me ask you a question, then, about the

23   climate.  Cambodia is a pretty warm climate?

24   A.    Yes.

25   Q.    Very humid?

14:13:58   1   A.   Yes.

2   Q.   And the boys, for whatever reason, who you saw wear

3   shirts, they -- you indicate they did that -- you -- well,

4   let me ask this:  Did you talk to the boys about why they

5   wore shirts?

6   A.   Yes.

7   Q.   All right.  You -- you also talked about Daniel walking

8   around with just a towel, and you thought that that was

9   inappropriate.

10   A.   Yes, because nobody else was.

11   Q.   Okay.

12   A.   And there was women there.  My mother, who is older.

13   Older Khmer women around.

14   Q.   So we are going to show you Exhibit 616, page 115.

15           And that is --

16       *(Counsel conferred with tech. support staff.)*

17   BY MR. WEINERMAN:

18   Q.   So I'd like you to look at that photograph.

19           And first, do you recognize the person in the

20   photograph?

21   A.   It's blurry.  I can't really see.

22   Q.   Did you ever meet Pastor Kim San in Prey Veng?

23   A.   Yes.

24   Q.   Would you look at that photo and tell me if that

25   appears to be Pastor Kim San?

14:15:38    1    A.    Oh, yes.

2    Q.    Okay.  And what is he wearing?

3    A.    A towel.

4    Q.    Okay.  Did you ever see him wearing a towel when you

5    were in --

6    A.    No.

7    Q.    All right.  Okay.

8          So after you got back, you -- let me ask this:

9    You know who Karla Comstock is?

10    A.    I do.

11    Q.    Okay.  So she is a woman who also supported the church

12    and visited Hope Transitions Center and a lot of the other

13    places; Prey Veng, Kampot, correct?

14    A.    Yes.

15    Q.    Okay.  And do you recall chatting on Facebook with

16    Karla Comstock about some of these things we just talked

17    about, the massage and Daniel just wearing a towel?

18    A.    I don't remember.

19    Q.    All right.  So I am going to ask you to look at your

20    screen.  It's not an exhibit.  We are not publishing it to

21    the jury, but if we can just publish this to Ms. Brand's

22    screen?

23          And just for identification, it's Johnson 08840.

24          *(Counsel conferred with tech. support staff.)*

25          MR. WEINERMAN:  And we'll also see it here, and

14:17:01   1   the Court will see it.

2          THE COURT:  I believe so.

3          MR. WEINERMAN:  This is the first time I am trying

4   this, so --

5          THE COURT:  Okay.

6   BY MR. WEINERMAN:

7   Q.   Now, the writing is kind of small.  I don't know if we

8   can make it a little bigger.

9          All right.  So I am just going to show you a small

10   exchange of chats you had with Karla Comstock on June 2nd, I

11   am presuming that would be 2012, a few months after you got

12   back from visiting Daniel's ministry in Cambodia.

13   A.   Yes, I did.  Yes, I remember this.

14   Q.   All right.  And then -- go ahead.  I am sorry.

15   A.   I do remember this.

16   Q.   All right.  And then we are going to show you another

17   portion of your chat exchange with Karla Comstock about it.

18   A.   Okay.

19   Q.   All right.  So you discussed with Karla Comstock in

20   this chat about Daniel getting massages from some of the

21   kids?

22   A.   Yes.  Straddling him, yes.

23   Q.   All right.  And Karla Comstock replied that she saw the

24   same thing and didn't think it was that big of a deal.

25   A.   She is talking about the massages that the boys would

14:19:10

1    come give us.  They would come behind our neck and they

2    would massage us real fast like that.  And we would be like,

3    "Oh, thank you."  They would say, "For hard work," and they

4    would come around, they would just rub all our necks.  We --

5    they weren't straddling us.

6    Q.   All right.  And you also told her what you saw about

7    the four boys giving Daniel a massage, right?

8         You talked about that?

9    A.   Yes.  But the straddling, no.

10   Q.   And her response was that he would give -- he,

11   referring to Daniel, would give the kids like a dollar or

12   something small for giving him, Daniel, a back massage,

13   right?

14   A.   Yes.

15   Q.   And she also mentioned that the kids would also come

16   down and give back massages to the visitors.

17   A.   Yes.  The massage was different because I got one, too.

18   Q.   All right.  And did you give the kids a little money

19   for doing that?

20   A.   No.

21   Q.   And Karla Comstock, when -- her response was it seemed

22   to make sense for Daniel to, in essence, tip the kids for

23   giving him a massage, or the visitors tipping the kids to

24   give them a massage.

25        MR. SWEET:  Objection; hearsay, Your Honor.  What

14:20:31    1    Ms. Comstock says is --

2              THE COURT:  Sustained.

3    BY MR. WEINERMAN:

4    Q.   Did you also discuss with her about when Daniel got a

5    massage, he had his shirt off and only shorts on, correct?

6    A.   Yes.

7    Q.   Okay.  And you didn't think -- you didn't express any

8    concern that that was weird or inappropriate?

9    A.   I did.  The message said I did.  If you pull it up

10   again, I can --

11   Q.   Okay.  Go ahead.  Let's pull it up.

12   A.   I said it made me feel uncomfortable, if you pull it up

13   again.

14   Q.   All right.  Yeah, we will.

15   A.   Make it bigger.

16   Q.   I think you said your mom was uncomfortable, if you

17   look at the third paragraph down.  That was with the Prey --

18   that was with the towel.  I am sorry.

19              So correct me if I am wrong.  You didn't say

20   anything about thinking it was -- that it made you

21   uncomfortable?

22   A.   I can't read it because it's blurry and you have all

23   the text.  If you can blow it up again?

24   Q.   All right.  Yes, we will.

25   A.   Yes.  The part that you are bringing up is me saying

14:22:38

1   that the boys were straddled on him on the bed massaging

2   him.  And -- and then Karla just -- on the other part, where

3   I said we felt uncomfortable.

4   Q.   And you didn't say you felt uncomfortable?

5   A.   Yeah.  My mom was uncomfortable when we -- yeah, when

6   he was walking around with the towel.

7   Q.   So you are agreeing with me or not?

8   A.   Yes.

9   Q.   So getting back to Daniel Johnson's role at Hope

10  Transitions Center, would it be fair to call him a director?

11  A.   Yes.

12  Q.   So he supervised other people, not only volunteers but

13  the kids who lived there, and then other people who lived at

14  the -- who lived at Hope Transitions Center?

15  A.   When you say "supervise," I would say he scheduled

16  things for us and he was definitely in charge of

17  fundraising.

18  Q.   All right.  And when he was there, he was in charge of

19  the everyday operations of Hope Transitions Center in terms

20  of --

21  A.   In terms of --

22  Q.   -- delegating?

23  A.   Delegating, yes.

24  Q.   So he delegated things to other people --

25  A.   Yes.

14:24:24

| | |
|---|---|
| 1 | Q.    -- who either worked there or volunteered? |
| 2 | A.    Yes. |
| 3 | Q.    All right.  So you mentioned that he didn't go to |
| 4 | church when you were there, but somebody else was there, |
| 5 | Pastor Sopheak, correct? |
| 6 | A.    Yes. |
| 7 | Q.    And by virtue of him being called Pastor Sopheak, would |
| 8 | it be fair to say that he had a more understanding of the |
| 9 | doctrines of Christianity than Daniel, who was not a pastor? |
| 10 | A.    When Daniel would come to our churches and talk about |
| 11 | God and how -- |
| 12 |           THE COURT:  You need to start focusing on the |
| 13 | question and answering the question that's been asked of |
| 14 | you. |
| 15 |           THE WITNESS:  Okay.  Okay.  Can you repeat the |
| 16 | question? |
| 17 | BY MR. WEINERMAN: |
| 18 | Q.    Yes, I will. |
| 19 |           So would it be fair to say that delegating the |
| 20 | teachings, the religious teachings, running services, to |
| 21 | Pastor Sopheak made more sense because Pastor Sopheak was |
| 22 | trained as a pastor? |
| 23 | A.    Yes. |
| 24 | Q.    And as far as you know, Daniel Johnson had no formal |
| 25 | training as a pastor? |

14:25:21   1   A.   Not to my understanding.  He was with YWAM, very well

2   trained.

3                    (Reporter interrupted.)

4              THE WITNESS:  He was with YWAM, very well trained.

5   BY MR. WEINERMAN:

6   Q.   As a pastor?

7   A.   As a missionary for Christ.

8   Q.   But not as a pastor, someone who would lead religious

9   services?

10   A.   Yes, I guess.

11   Q.   So when you are there for three weeks, you -- well,

12   when you leave your three-week visit, you don't know if

13   Daniel's role on the day-to-day operation of Hope

14   Transitions Center changes?

15   A.   No.

16   Q.   And you took a short period of time, three weeks, and

17   you are testifying what you observed during that three-week

18   period?

19   A.   Yes.

20   Q.   You don't know what his role was before you arrived and

21   after you arrived?

22   A.   No.

23   Q.   I think you testified that you observed some of the

24   boys -- I think you used the word "wild," and I am trying to

25   recall the context.  I think you testified that you did

14:26:55

1  observe the boys just kind of acting wild, like normal boys

2  would?

3  A.   Like no structure.  Like they'd get up in the morning

4  on a weekend, and there was like -- they were just kind of

5  hanging around, hanging out.  There was no, like, this time

6  we do this.  No structure.

7       Like at lunchtime, everyone needs to be here at

8  12:00, or dinnertime, or worship starts at this time.  There

9  was none of that.  It was like Daniel came and said, "Here's

10 what we are going to do," and everyone is like, "Yes, sir."

11 Q.   Okay.  You testified that in your opinion Daniel gave

12 special treatment to LS X?

13 A.   Absolutely.

14 Q.   LS X was one of the youngest, if not the youngest kid

15 at Hope Transitions Center?

16 A.   Yes.

17 Q.   And he was, in stature, one of the smaller, if not the

18 smallest boy?

19 A.   Yes.  There was a few others too.  RT XX and --

20 Q.   And when you said -- when you went to Kampot, you went

21 in a van and Daniel went in a pickup truck --

22 A.   Yes.

23 Q.   -- or you went -- all right.

24       So you went in a separate vehicle?

25 A.   Yes.

14:28:32   1          MR. WEINERMAN:  Thank you.  I have no further

2    questions.

3          THE COURT:  Redirect.

4          MR. SWEET:  Thank you.

5                    **REDIRECT EXAMINATION**

6    BY MR. SWEET:

7    Q.   Ms. Brand, I just have a few short questions.

8          You saw a picture a few minutes ago.  I believe it

9    was Pastor Kim wearing a towel?

10   A.   Yes --

11   Q.   Was the towel that you saw Mr. Johnson wearing, was it

12   similar to Pastor Kim's towel?

13   A.   Pull it up, please.

14   Q.   Can you pull up Pastor Kim's picture, please.

15         Thank you.

16   A.   No.  It was a shorter -- the towel was shorter.  It was

17   like a -- like a towel that we would use in America, but it

18   wasn't as long.  It wasn't to the knees.  It was up a little

19   higher.

20   Q.   And Ms. Brand, you -- in talking about massages, I

21   would like to just go back to that conversation with

22   Ms. Comstock -- excuse me.  Yes.  With Karla Comstock for a

23   minute.

24         And we can pull it up if need be, but let me ask

25   you if this is -- did you raise the issue of the massages

14:29:43  1  with Ms. Comstock?

2  A.   Yes.

3  Q.   And after she said, well, it didn't appear sexual, did

4  you say some people mentioned that Daniel -- well, let me go

5  to a different part.

6         "One morning I went over to the boys' house and he

7  had the door closed and LT XXXXXXX and most of the younger

8  boys were straddled on him on his bed massaging him."

9         Is that what you wrote back to Ms. Comstock?

10  A.   Yes.

11  Q.   And why is it that you were bringing that up?

12  A.   I felt a little bit uncomfortable about it.

13  Q.   And when you -- you said American missionaries received

14  massages from some of the boys; is that correct?

15  A.   Yeah.  The boys, after we'd paint, they would come up

16  behind us and they would put their -- I mean, it was -- they

17  weren't up close.  They weren't straddling.  It wasn't

18  anything.  They would just come behind us and they would

19  give us a quick, like, neck massage.  And we would be like,

20  "Oh, thank you."  And it was just this friendly, like happy

21  thing.

22  Q.   And let me ask you this:  How many of the missionaries

23  that were receiving massages from the boys received them at

24  night in bed?

25  A.   None.

14:30:50

1    Q.    How many had their shirt off?

2    A.    None.

3    Q.    How many were being straddled by the boys?

4    A.    None.

5    Q.    Ms. Brand, is your testimony here today influenced by

6    any feelings you have about Mr. Johnson?

7    A.    No.  I hold no hard feelings against Mr. Johnson.

8              MR. SWEET:  Thank you.  I have nothing further.

9              THE COURT:  All right.  Thank you.  You are free

10   to step down.

11             Next witness for the government.

12             MR. SWEET:  Your Honor, would it be possible to

13   take a five- or ten-minute break between this witness?

14             THE COURT:  Yes, we can do that.

15             Folks, we'll be in recess for five minutes.

16                       *(Jury out.)*

17             THE COURT:  Is there anything we need to discuss

18   or just taking a break?

19             MR. SWEET:  No, Your Honor.  I just wanted to --

20   before bringing in the next witness, if I could have just

21   have a minute with the next witness.

22             THE COURT:  Sure.

23             MR. SWEET:  Thanks.

24                       *(Recess.)*

25             THE COURT:  All right.  Should we bring the jury

*Suzanna Brand - 5/2/2018*
*Redirect Examination by Jeffrey Sweet*
265

14:46:16  1  in?

2              THE CLERK:  I think so.

3              THE COURT:  Yes.

4              MR. SINHA:  Your Honor, we had one housekeeping

5  question.

6              THE COURT:  Okay.

7              MR. SINHA:  So I don't know how long the next

8  witness is going to be going.  But, if possible, we are

9  hoping to avoid having a witness straddle the night because

10  I think it's stressful for them to come back.  So I asked

11  the defense -- or Mr. Johnson's team, rather, if we could

12  end after this witness, whether it's at 4:00 or whether it's

13  whatever, because the next witness is one of the kids who

14  lived at the orphanage.  So we are asking the court if

15  perhaps we could end whenever this witness ends and start

16  him tomorrow.

17              THE COURT:  Sure.  Are we generally on track for

18  where we need to be?

19              MR. SINHA:  I think we are doing okay.  Yeah, I

20  think we are doing pretty well.

21              THE COURT:  Okay.  Yeah, that's fine.

22                        *(Jury in.)*

23              THE COURT:  All right.  Please be seated,

24  everybody.

25              Next witness for the government.

14:48:44   1           MR. SWEET:  Thank you, Your Honor.  The government

2   calls LT XXXXXXXXXXXXXX.

3           THE COURT:  Sir, if you'd like to step up to the

4   witness stand here to my left.  Just come on up.  If you can

5   stay standing for just a moment, Ms. Pew will have you sworn

6   in.

7           THE CLERK:  Raise your right hand.

8                   *(The witness was sworn.)*

9           THE WITNESS (By the interpreter):  Yes.

10           THE CLERK:  Please be seated.  State your name for

11   the record.

12           THE WITNESS (By the interpreter):  Yes.  My name

13   is LT XXXXXXXXXXXXXX.

14           THE CLERK:  If you could spell your first and your

15   last.

16           THE WITNESS (By the interpreter):  LT XXXXXXXXXX

17   XXXXXXXXXXXXXXXXXXXXXXXX.

18                   **DIRECT EXAMINATION**

19   BY MR. SWEET:

20   Q.   Good afternoon, LT XXXXXXX.

21   A.   (By the interpreter) Yes.

22   Q.   And LT XXXXXXX, what is your date of birth, please?

23   A.   (By the interpreter) I was born in the month of

24   XXXXXXXXXXXXXXXXXXXXXXXX, 1997.

25   Q.   And where were you born, please?

14:51:03    1    A.    (By the interpreter) In the province of Kraches.

2    Q.    And is that in the Kingdom of Cambodia?

3    A.    (By the interpreter) Yes.

4    Q.    Where do you live now, please?

5    A.    (By the interpreter) I live in Kraches.

6    Q.    And what do you do there?

7    A.    (By the interpreter) I stay home.

8    Q.    Do you have a job?

9    A.    (By the interpreter) No.

10    Q.    Are you in school?

11    A.    (By the interpreter) No.

12    Q.    And tell us about your family, please.

13         Do you have any brothers?

14    A.    (By the interpreter) I have a younger brother.

15    Q.    Any sisters?

16    A.    (By the interpreter) One younger sister and two older

17    sisters.

18    Q.    And do you live with either of your parents?

19    A.    (By the interpreter) Yes.

20    Q.    And who is that, please?

21    A.    (By the interpreter) My mom.

22    Q.    And I am going to show you a picture.

23    A.    (By the interpreter) Yes.

24         MR. SWEET:  And Your Honor, there were a series of

25    exhibits which we discussed with counsel and with Ms. Pew.

14:52:45   1   I believe there's no objection to that list being admitted.

        2           THE COURT:  Those will be published.  Thank you.

        3   BY MR. SWEET:

        4   Q.   And do you recognize -- first, do you see something on

        5   the screen to your left?

        6   A.   (By the interpreter) I see.

        7   Q.   And what is that, please?

        8   A.   (By the interpreter) This is my identification.

        9   Q.   And it has you being born on XXXXXXX, 1997?

       10   A.   (By the interpreter) Yes.

       11   Q.   Okay.  And LT XXXXXXX, do you know Daniel Johnson?

       12   A.   (By the interpreter) I know.

       13   Q.   How did you first meet him, please?

       14   A.   (By the interpreter) I know him through Ma Ta or Ma Na.

       15   Q.   And who is Ma Na?

       16   A.   (By the interpreter) That person is someone who lives

       17   in a different church.

       18   Q.   And so how is it that Ma Na introduced you to Daniel

       19   Johnson?

       20   A.   (By the interpreter) At that time he went to visit my

       21   town.

       22   Q.   Mr. Johnson went to visit your town?

       23   A.   (By the interpreter) No.  Ma Na is the one.

       24   Q.   And so was Ma Na a friend of your family or you just

       25   met him when he came to your town?

14:54:36    1    A.    (By the interpreter) He knows my cousin.  He is a

        2    friend.

        3    Q.    And LT XXXXXXX, did something happen to your father

        4    when you were young?

        5    A.    (By the interpreter) My father passed away.

        6    Q.    And about how old were you when that happened?

        7    A.    (By the interpreter) Around ten years old.

        8    Q.    And at that time, was it just your mom taking care of

        9    you, your brother, and your sisters?

       10    A.    (By the interpreter) Yes.  Yes.

       11    Q.    Was it easy or hard for her to support you all?

       12    A.    (By the interpreter) Yes, difficult.

       13    Q.    And so is that part of why Ma Na was introducing you to

       14    Daniel Johnson?

       15    A.    (By the interpreter) Yes.

       16    Q.    And so at some point did you go live at a location with

       17    Mr. Johnson?

       18    A.    (By the interpreter) Yes.

       19    Q.    And I'd like to show you what's marked as Exhibit 271.

       20          Do you recognize that?

       21    A.    (By the interpreter) Yes.

       22    Q.    Okay.  What is that location, please?

       23    A.    (By the interpreter) This is the first place in which I

       24    lived.

       25    Q.    And did Mr. Johnson live there as well?

14:57:00   1   A.    (By the interpreter) Yes.

2   Q.    And about how old were you when you first moved there?

3   A.    (By the interpreter) Around 11 or 12 years old.

4   Q.    And did anybody from your family join you?

5   A.    (By the interpreter) Daniel.

6   Q.    And what about any of your brothers or sisters?  Did

7   they go to this location as well?

8   A.    (By the interpreter) No.  Only two of my siblings.  Two

9   of my sibling and I.

10   Q.    Okay.  And who were those two siblings, please?

11   A.    (By the interpreter) RT XX and I.

12   Q.    Okay.  So did you make friends when you were living at

13   this location?

14   A.    (By the interpreter) Yes, I did.

15   Q.    Who were some of the people you were friends with?

16   A.    (By the interpreter) Everybody that lived there.

17   Q.    And could you name some of the people that lived there,

18   please.

19   A.    (By the interpreter) Yes, I can.

20   Q.    Please, go ahead.

21   A.    (By the interpreter) Older sibling, SESX.

22   Q.    Let me ask one question.  Is that Pastor Sopheak or SES

23   XXXXXXXX?

24   A.    (By the interpreter) My older, SESX.

25   Q.    And let me show you Exhibit 45, please.

14:59:24    1                And who is that, please?

          2    A.    (By the interpreter) Vy.

          3    Q.    Okay.  And 47, please.

          4                And who is that?

          5    A.    (By the interpreter) RT XX.

          6    Q.    And is he your little brother?

          7    A.    (By the interpreter) Yes.

          8    Q.    Okay.  And 272, please.

          9                Did you ever live at this location?

         10    A.    (By the interpreter) I have.

         11    Q.    And 139, please.

         12                Did you ever live at this location?

         13    A.    (By the interpreter) I have.

         14    Q.    Okay.  So LT XXXXXXX, could you tell me a little bit

         15    about what you did at the orphanage?

         16                Did you go to school?

         17    A.    (By the interpreter) I went.

         18    Q.    And did you like school?

         19    A.    (By the interpreter) I like.

         20    Q.    Did you go to school the whole time you were at the

         21    orphanage?  All three locations?

         22    A.    (By the interpreter) Yes.

         23    Q.    And did you have chores?

         24    A.    (By the interpreter) Yes.

         25    Q.    And did you play with friends?

15:01:16    1    A.    (By the interpreter) Yes.

2    Q.    And who were some of the boys who were about the same

3    age as you at these orphanages?

4    A.    (By the interpreter) The name is Cha.  Vy.  I forgot

5    most of them and others.

6    Q.    And do you know ES XXX?

7    A.    (By the interpreter) I know.

8    Q.    Do you know LS X?

9    A.    (By the interpreter) I know.

10    Q.    SO XXX?

11    A.    (By the interpreter) I know.

12    Q.    Do you know BT XXXXXXX?

13    A.    (By the interpreter) I know.

14    Q.    So let's talk about BT XXXXXXX for a minute.

15             What was BT XXXXXXX's role at Hope Transitions

16    Center?

17    A.    (By the interpreter) He's like, you know, the one who

18    run the place or a manager or supervisor.

19    Q.    And what about Pastor Sopheak?  What was his role?

20    A.    (By the interpreter) He is the -- the preacher of the

21    Bible.

22    Q.    And Daniel Johnson, what was his role at the orphanage?

23    A.    (By the interpreter) He's the leader.  He's the -- he's

24    the head.

25    Q.    And where did he stay?

15:03:08

1  A.   (By the interpreter) He -- he stayed in the house.

2  Q.   Did he have his own room?

3  A.   (By the interpreter) Yes.

4  Q.   And did other people stay in his room sometimes?

5  A.   (By the interpreter) No.

6  Q.   Did other boys go to his room?

7  A.   (By the interpreter) I have seen some.

8  Q.   And who did -- you said you have seen some.  Who have

9  you seen?

10  A.   (By the interpreter) Sometimes I have seen the names

11  like Cha, and two or three of them.

12  Q.   Did you see people giving Mr. Johnson massages?

13  A.   (By the interpreter) I have seen.

14  Q.   And have you seen people -- where did you see people

15  give -- what room did they give Mr. Johnson massages in?

16  A.   (By the interpreter) In the room.

17  Q.   I am sorry?

18  A.   (By the interpreter) In the room.

19  Q.   And which room is that, please?

20  A.   (By the interpreter) His room where he sleeps.

21  Q.   Daniel Johnson's room?

22  A.   (By the interpreter) Yes.

23  Q.   And would people who give massages, would they get any

24  money or food or gifts?

25        MR. WEINERMAN:  Objection without laying a

15:05:35    1    foundation as to personal knowledge.

2              THE COURT:  Go ahead; lay a foundation.

3    BY MR. SWEET:

4    Q.   Do you know if anyone received gifts or money in

5    exchange for giving massages?

6    A.   (By the interpreter) Sometime he gives the weekly money

7    for study.

8    Q.   And did everybody get money for studying?

9    A.   (By the interpreter) Yes.

10   Q.   And was there sometimes separate money for giving a

11   massage?

12   A.   (By the interpreter) No.  I don't know.

13   Q.   You said you saw some boys giving Mr. Johnson a massage

14   in his room.  Who did you see giving him a massage?

15   A.   (By the interpreter) LS X.

16             MR. SWEET:  I'd like to pull up for just a

17   second -- this is a different one that we discussed.  This

18   is Exhibit 4.  It's already been admitted.

19   BY MR. SWEET:

20   Q.   Do you know the boys in that photo, LT XXXXXXX?

21             INTERPRETER LAURENT:  No, some -- excuse me.

22             THE WITNESS (By the interpreter):  Yes, I know.

23   Q.   Who is in the left, please, in the red sweatshirt?

24   A.   (By the interpreter) ES XXX.

25   Q.   And who is on the right, the smaller one?

15:08:11   1   A.   (By the interpreter) LS X.

2   Q.   LT XXXXXXX, when you talk about people giving

3   Mr. Johnson massages, which location of the orphanage did

4   you see that at?

5           The first?  The second?  The third?  Or any

6   combination?

7   A.   (By the interpreter) I see in his room.

8   Q.   Okay.  And let's clarify.  Let's talk about --

9           MR. SWEET:  Could we pull up 271, please?

10   BY MR. SWEET:

11   Q.   And how about this location, LT XXXXXXX?  Did you see

12   boys giving Mr. Johnson massages in his room here?

13   A.   (By the interpreter) No.

14   Q.   How about 272, please.

15           How about at this location?

16   A.   (By the interpreter) No.  No, no, no.

17   Q.   How about -- was it "no" or "I don't know"?

18           INTERPRETER LAURENT:  No.  No, no.

19   BY MR. SWEET:

20   Q.   And how about 139, please?

21   A.   (By the interpreter) Saw.

22                   (Reporter interrupted.)

23           THE WITNESS (By the interpreter):  I see or I saw.

24   BY MR. SWEET:

25   Q.   LT XXXXXXX, did you see boys go into Mr. Johnson's room

LT XXXXXXXXXXXXXX - 5/2/2018
Direct Examination by Jeffrey Sweet
276

15:10:15    1    to watch movies?

2    A.    (By the interpreter) I have.

3    Q.    Have you ever watched a movie in Mr. Johnson's bedroom?

4    A.    (By the interpreter) Yes.

5    Q.    And sometimes would boys watch movies in the evening or

6    at night in Mr. Johnson's room?

7    A.    (By the interpreter) Yes.

8    Q.    And did you ever see boys fall asleep in Mr. Johnson's

9    room?

10    A.    (By the interpreter) No.

11    Q.    Did you ever fall asleep -- actually, let me ask one --

12    let me back up.

13            LT XXXXXXX, was there a night when you walked --

14    was there a day or a time where you walked into

15    Mr. Johnson's room, just opened the door?

16    A.    (By the interpreter) Yes.

17    Q.    And did you see Mr. Johnson in that room?

18    A.    (By the interpreter) I saw.

19    Q.    Was there anyone else in the room with Mr. Johnson?

20    A.    (By the interpreter) I saw LS X and --

21                    *(Reporter interrupted.)*

22            THE WITNESS (By the interpreter):  And --

23    BY MR. SWEET:

24    Q.    And was Mr. Johnson doing something to LS X?

25    A.    (By the interpreter) I don't know because I opened and

15:12:29   1   I closed.  I open and I saw and I closed.

2   Q.   So you opened, you saw, and you closed; is that right?

3   A.   (By the interpreter) Yes.

4   Q.   Okay.  So I want to talk to you about the "saw" part

5   for just a minute.  Okay?

6          Okay.  Was LS X standing or sitting?

7   A.   (By the interpreter) He was sleeping.  He was sleeping

8   on.

9   Q.   What was he sleeping on?

10   A.   (By the interpreter) On the bed or mattress.

11   Q.   And what was Mr. Johnson doing?

12   A.   (By the interpreter) Because I open, I saw.  Then I

13   close it back up.

14   Q.   Did you see LS X's clothes being taken off by

15   Mr. Johnson?

16          MR. WEINERMAN:  Objection; leading.

17          THE COURT:  Overruled.

18          THE WITNESS (By the interpreter):  I saw that

19   there was no shirt.

20   BY MR. SWEET:

21   Q.   LT XXXXXXX, did you talk to LS X about that afterwards?

22   A.   (By the interpreter) I have.

23   Q.   And did LS X tell you something that Mr. Johnson did to

24   him?

25   A.   (By the interpreter) Yes.  I heard -- he told me

LT XXXXXXXXXXXXX - 5/2/2018
*Direct Examination by Jeffrey Sweet*
278

15:14:38   1   that --

2                MR. WEINERMAN:  I'd object as hearsay.

3                THE COURT:  Overruled.

4                THE WITNESS (By the interpreter):  Mr. Daniel

5   Johnson touched his penis.

6   BY MR. SWEET:

7   Q.   And did -- so LS X told you that Mr. Johnson touched

8   LS X's penis.  Is that what you are saying?

9   A.   (By the interpreter) Yes.

10  Q.   Did LS X say anything about sucking -- Mr. Johnson

11  sucking LS X's penis?

12               MR. WEINERMAN:  Objection; leading.

13               THE COURT:  I will let it go a little bit here.

14  Overruled.

15               Go ahead.

16               INTERPRETER LAURENT:  I am sorry.  I could not

17  hear him.  Speak slowly, I said.

18               THE WITNESS (By the interpreter):  Yes, he did

19  tell me once.

20  BY MR. SWEET:

21  Q.   LS X told you that Mr. Johnson sucked LS X's penis

22  once.  Is that what you are saying?

23               MR. WEINERMAN:  Objection; asked and answered.

24               THE COURT:  Overruled.  It's clarifying.

25               THE WITNESS (By the interpreter):  Yes.

15:16:15   1    BY MR. SWEET:

2    Q.   Did you talk to SO XXX about sex activity with

3    Mr. Johnson or did you not?

4    A.   (By the interpreter) No.

5    Q.   Did SO XXX ever talk to you about being abused by

6    Mr. Johnson?

7    A.   (By the interpreter) No.

8    Q.   So when you talked to LS X about being abused, did you

9    go ask him about it?

10             Let me clarify.  Did you go ask LS X about being

11   abused by Mr. Johnson?

12   A.   (By the interpreter) Asked.

13   Q.   You went and asked LS X?

14   A.   (By the interpreter) Yes.

15   Q.   Is there a reason you went and asked LS X if he was

16   being abused by Mr. Johnson?

17             INTERPRETER LAURENT:  Excuse me for a second.

18             THE WITNESS (By the interpreter):  I saw -- when

19   he came, I saw his face and his face was unhappy.

20   BY MR. SWEET:

21   Q.   And was that soon after you opened the door, saw, and

22   closed the door?

23   A.   (By the interpreter) After closing the -- after the

24   closing and he came out, you know, for a short while, and

25   then I went to ask.

*LT XXXXXXXXXXXXXX - 5/2/2018*
*Direct Examination by Jeffrey Sweet*
280

15:18:59   1   Q.   So did something you see when you opened the door lead

2   you to go ask him?

3           I am sorry.  Did something you see when you opened

4   the door lead you to go ask LS X?

5   A.   (By the interpreter) Yes.  It's because I saw him

6   laying there, and after he came outside he was not happy.

7   So I went to ask him -- in a -- in a --

8                    *(Reporter interrupted.)*

9           THE WITNESS (By the interpreter):  I went to ask

10  him in a jokingly manner.

11  BY MR. SWEET:

12  Q.   When you saw LS X lying on Mr. Johnson's bed, were his

13  pants off or on?

14  A.   (By the interpreter) I did not see because the blankets

15  was covered.  The cover -- the blanket was made.

16                    *(Reporter interrupted.)*

17          THE WITNESS (By the interpreter):  Covered.  There

18  was a cover.  The blanket covered.

19  BY MR. SWEET:

20  Q.   Was Mr. Johnson under the blankets or somewhere else?

21  A.   (By the interpreter) Inside the blanket.  He was

22  sleeping on the bed.

23  Q.   What words do you remember LS X saying to you about

24  Mr. Johnson touching or sucking his penis?

25          MR. WEINERMAN:  Objection; asked and answered.

15:21:18   1   Hearsay.

2              THE COURT:  Overruled.  Go ahead.

3              THE WITNESS (By the interpreter):  He only told me

4   once.  That's all I remember.

5   BY MR. SWEET:

6   Q.   Do you remember the words he used to you?

7   A.   (By the interpreter) He said, "He sucked my dick once."

8   Q.   In which location was this at, that LS X said that to

9   you?

10   A.   (By the interpreter) It was the place in which I -- in

11   my bedroom where I slept.

12   Q.   And is that -- put up 139, please.

13              Was that this location?

14   A.   (By the interpreter) Yes.

15   Q.   LT XXXXXXX, how long did you live at this location?

16   A.   (By the interpreter) Two to three months.

17   Q.   Did you move to this location from the second location?

18              Did the whole group move?

19   A.   (By the interpreter) Yes.

20   Q.   But you only stayed two or three months?

21   A.   (By the interpreter) Yes.

22   Q.   Two quick things that I want to clear up, LT XXXXXXX.

23              When I showed you Exhibit 4, the boy in the red

24   sweatshirt, you say "ES XX" or "ES XX."  Is that the same

25   person as ES XXX?

15:24:09    1    A.    (By the interpreter) Yes.

2    Q.    Same person, different pronunciation of the name?

3    A.    (By the interpreter) Yes.

4    Q.    And could you pull up 151, please.

5          And on your passport, LT XXXXXXX, I just want

6    to -- I want to clarify your birthdate.

7          Is it XXXXXXX, 1997?

8    A.    (By the interpreter) Yes.  Yes.

9    Q.    Thank you.

10          And so LT XXXXXXX, I want to ask you about -- I

11    want to ask you if you remember what time of year it was you

12    left the orphanage, you left Hope Transitions Center.  Was

13    it before Christmas?  Was it after Christmas?

14    A.    (By the interpreter) Before.

15    Q.    Do you -- I'd like to talk to you about why you left

16    Hope Transitions Center.  Is that something you can talk

17    about, LT XXXXXXX?

18    A.    (By the interpreter) At that time, at that time I left

19    there, I left there because there was some kind of problem

20    or issues.

21    Q.    Okay.  I'd like to talk to you a little bit about the

22    problem.  Okay?

23          So LT XXXXXXX, can you tell me where the problem

24    happened, please?

25    A.    (By the interpreter) In the house.

15:26:54   1   Q.   And did it -- where in the house did it happen?

2   A.   (By the interpreter) Inside the house, once and for

3   all.

4   Q.   And was the problem with Daniel Johnson?

5   A.   (By the interpreter) Yes.

6   Q.   And were you asleep when the problem happened?

7   A.   (By the interpreter) Yes.

8   Q.   Were you awoken?

9   A.   (By the interpreter) Yes.

10   Q.   And what woke you up?

11   A.   (By the interpreter) He touched me, and then I was

12   awoken.

13   Q.   Is "he" Daniel Johnson?

14   A.   (By the interpreter) Yes.

15   Q.   And can you tell us where he touched you?

16   A.   (By the interpreter) He touched my penis, and I was

17   awakened.

18   Q.   And what did you do?

19   A.   (By the interpreter) I opened the door and left.

20   Q.   Were you in someone's room?

21        Did you leave someone's room?

22   A.   (By the interpreter) I was in my -- in my sleeping

23   area.

24   Q.   Were -- when he touched you, was it under your shorts

25   or -- was it under your pants or over your pants?

15:29:01    1    A.    (By the interpreter) On my pants.  On top of my pants.

2    Q.    Did you say anything to Daniel Johnson?

3    A.    (By the interpreter) No.

4    Q.    Did it happen a second time?

5    A.    (By the interpreter) He touched two to three times.

6    Q.    And where did it happen the second time?

7          What room were you in?

8    A.    (By the interpreter) In the bedroom with him.

9    Q.    And were you awake or asleep?

10    A.    (By the interpreter) I was asleep.

11    Q.    And what woke you up?

12    A.    (By the interpreter) He touched himself.  He touch me.

13    I -- I was awakened.

14    Q.    And did you say he also touched himself?  Daniel

15    touched himself?

16    A.    (By the interpreter) He touched me.

17    Q.    Where did he touch you?

18    A.    (By the interpreter) In the bedroom.

19    Q.    Okay.  And what part of your body did he touch you?

20    A.    (By the interpreter) He touched my penis on top of my

21    pants.

22    Q.    And what did -- and did that wake you up?

23    A.    (By the interpreter) Yes.

24    Q.    Did you say anything to Daniel Johnson?

25    A.    (By the interpreter) No.  I opened -- no.  Opened the

15:31:29   1    door and left.

2    Q.    How did you feel?

3    A.    (By the interpreter) Angry and -- angry, open the door,

4    and left.

5    Q.    And can you tell us about the third time?

6          Where did it happen?

7    A.    (By the interpreter) In his room.

8    Q.    And were you awake or asleep?

9    A.    (By the interpreter) Sleep.

10   Q.    And did something wake you up?

11   A.    (By the interpreter) Yes.

12   Q.    What woke you up, LT XXXXXXX?

13   A.    (By the interpreter) My body was touched, so I was

14   awoken.

15   Q.    And who touched you?

16   A.    (By the interpreter) Daniel.

17   Q.    Where did he touch you?

18   A.    (By the interpreter) Touched nearby my penis, and I was

19   awakened or awoken.

20   Q.    Was -- when you say he touched nearby your penis, was

21   it your leg?  Was it your testicles?  Where was it?

22   A.    (By the interpreter) My thigh.  Right here.

23   Q.    And what was Daniel wearing?

24   A.    (By the interpreter) He has a pants for sleeping at

25   night.

15:33:27   1    Q.    And after you woke up, what did you do?

           2    A.    (By the interpreter) Left outside.

           3    Q.    Outside the room or outside the building?

           4    A.    (By the interpreter) I went outside -- outside the room

           5    and went to the -- my sleeping quarter.

           6    Q.    And how did you feel about that?  How did you feel

           7    towards Mr. Johnson?

           8    A.    (By the interpreter) I was angry at him because he was

           9    touching in that way.

          10    Q.    When you say "in that way," can you describe it?  In

          11    what way was he touching you?

          12    A.    (By the interpreter) Touching.  Before he's touching my

          13    penis, he touched in that way.  I was angry.

          14    Q.    And while this was happening, did you ever see Daniel

          15    Johnson touch his own penis?

          16    A.    (By the interpreter) No.

          17    Q.    And when he was touching you, was he using his hand or

          18    was he using something else?

          19    A.    (By the interpreter) He used his hand to touch.

          20    Q.    Did you talk to Mr. Johnson about this after any of

          21    these three incidents?

          22    A.    (By the interpreter) No.

          23    Q.    Did you tell anyone else?

          24    A.    (By the interpreter) No.

          25    Q.    Did you think about telling the police?

15:36:28   1   A.   (By the interpreter) No.

2   Q.   And why not?  Is there a reason why not?

3   A.   (By the interpreter) No.

4   Q.   Other than Mr. Johnson touching your penis, were you

5   happy at the orphanage at Hope Transitions Center?

6   A.   (By the interpreter) No.

7   Q.   You were -- so were you happy going to school?

8   A.   (By the interpreter) Yes.

9   Q.   And did you have friends at Hope Transitions Center?

10   A.   (By the interpreter) Yes.

11   Q.   And did you have enough food?

12   A.   (By the interpreter) Yes.

13   Q.   And did you get presents from sponsors?

14   A.   (By the interpreter) Yes, I did.

15   Q.   So were most things at the center good?

16   A.   (By the interpreter) Yes.

17   Q.   So what is it that made you decide to leave?

18   A.   (By the interpreter) When I think about things, think

19   about things over, think it over, and then I have all these

20   issues or problems, I just don't want to live there anymore.

21   Q.   Because of the touching?

22   A.   (By the interpreter) Yes.

23   Q.   And so how did you leave?

24        Did you -- did you tell Mr. Johnson you wanted to

25   leave?

15:38:52

1    A.   (By the interpreter) The previous time I told him.  And

2    when the first time I told him, he said he doesn't want me

3    to go.  And then I didn't.

4    Q.   When you say the previous time, is that after the first

5    time Mr. Johnson touched you?

6    A.   (By the interpreter) No.  No.  I just said I don't want

7    to -- I want to -- I want to stop living here.  I want to go

8    back to my town.

9    Q.   And -- but this time when you left, did you tell

10   Mr. Johnson or did you just go?

11   A.   (By the interpreter) I did not tell him.  I just left.

12   Q.   And where did you go live, LT XXXXXXX?

13   A.   (By the interpreter) I went to live in Kraches.

14   Q.   And who did you go live with?

15   A.   (By the interpreter) With my mom.

16   Q.   And were you still able to go to school?

17   A.   (By the interpreter) Yes.

18   Q.   After you left -- let me ask -- stop.  Back that up,

19   please.

20           How did you feel about leaving and your brother

21   still being there?

22   A.   (By the interpreter) I was worried about him having

23   problems.

24   Q.   About being touched by Mr. Johnson?

25   A.   (By the interpreter) No.  Like whatever problems he has

15:41:39   1   and I am not around, and I am his older brother.

2   Q.   After you left the orphanage, did Mr. Johnson call you

3   a lot or send you messages a lot right after you left?

4   A.   (By the interpreter) Yes, he did call -- he did ask or

5   call me to come back and say, "Hey, you are still in school.

6   Come back and go to school."

7   Q.   Okay.  And when you left the orphanage, was that about

8   a year or six months -- about how long was that before

9   Mr. Johnson was arrested?

10   A.   (By the interpreter) I do not know.  I forgot.

11   Q.   Once Mr. Johnson was arrested, did he start sending you

12   a lot of Facebook messages?

13   A.   (By the interpreter) Yes, he sent me messages.

14   Q.   And did he ask you to come see him in jail?

15   A.   (By the interpreter) Yes.

16   Q.   And did you go see him?

17   A.   (By the interpreter) Yes.

18   Q.   And who did you go with?

19   A.   (By the interpreter) With SO XXX and --

20                    *(Reporter interrupted.)*

21          THE WITNESS (By the interpreter):  With SO XXX

22   and --

23   BY MR. SWEET:

24   Q.   SO XXXXXXXX.

25   A.   (By the interpreter) And Piseth.

15:43:55    1                    *(Reporter interrupted.)*

2              INTERPRETER LAURENT:  P-I-S-E-T-H.

3    BY MR. SWEET:

4    Q.   And when -- did you talk to Mr. Johnson when you saw

5    him at jail?

6    A.   (By the interpreter) No.  I just sat and looked at his

7    face.

8    Q.   Did he say anything to you about what he did, about the

9    touching?

10   A.   (By the interpreter) He didn't say anything.  He just

11   said, "I am sorry."

12   Q.   He told you he was sorry?

13   A.   (By the interpreter) He didn't tell me any story.  He

14   just said, "I am sorry," but I don't know what he's sorry

15   about.

16   Q.   Did he tell you what -- did he talk about the FBI?

17   A.   (By the interpreter) No.

18   Q.   Did he say anything -- do you remember if he said to

19   not talk to the FBI?

20   A.   (By the interpreter) He did.

21   Q.   Did he say that to you or was it a Facebook message?

22   A.   (By the interpreter) Facebook.

23   Q.   And what do you recall him saying on Facebook?

24   A.   (By the interpreter) He just said, Don't say anything

25   to the FBI -- don't say anything to the FBI.  I only said

15:46:09   1    that -- I only read it briefly.

2    Q.   And LT XXXXXXX, did you have two Facebook accounts that

3    you used?

4    A.   (By the interpreter) Yes.

5    Q.   And did Mr. Johnson send you messages on both accounts?

6    A.   (By the interpreter) No.  Only the one on LT XXXXXXX

7    XXXXXXX.

8    Q.   Did you get some money sent to you by anyone after

9    Mr. Johnson was arrested?

10   A.   (By the interpreter) No.

11   Q.   Did Gary Johnson -- do you remember if Gary Johnson

12   sent you any money?

13   A.   (By the interpreter) Yes.  Yes, he -- he had for me

14   to -- for spending and to pay rent and *et cetera*.

15   Q.   And did he send you money before Mr. Johnson was

16   arrested or after Mr. Johnson was arrested?

17   A.   (By the interpreter) Before.

18   Q.   And what about a phone?  Did you get -- did Mr. Johnson

19   get you a phone or give you money for a phone?

20   A.   (By the interpreter) No.

21   Q.   Did you talk to the police or the FBI after Mr. Johnson

22   was arrested?

23   A.   (By the interpreter) No.

24   Q.   Did you want to talk to the police or the FBI?

25   A.   (By the interpreter) No.

15:48:49    1    Q.    Why not?

2    A.    (By the interpreter) Oh, I am too lazy to -- to be

3    involved in such messiness.

4    Q.    Is it something you didn't want to talk about?

5    A.    (By the interpreter) Frankly speaking, I don't want to

6    get involved.

7    Q.    I want to ask you -- I want to make sure I understand

8    something.

9            Could we pull up Exhibit 43, please.

10            Do you see that, to your left?

11    A.    (By the interpreter) Yes.

12    Q.    And this has been previously admitted.

13            And who is that, please?

14    A.    (By the interpreter) My younger sibling.

15    Q.    And what's his name?

16    A.    (By the interpreter) RT XX.

17    Q.    And he also lived with you?

18            Did he also live with you at Hope Transitions

19    Center?

20    A.    (By the interpreter) Yes.

21    Q.    And when you left Hope Transitions Center, was it RT XX

22    that was still staying there?

23    A.    (By the interpreter) Yes, sir.

24    Q.    Did Mr. Johnson ask you to come see him in jail a lot,

25    if you remember?

15:50:43  1   A.   (By the interpreter) Got to twice.

2   Q.   You went twice?

3   A.   (By the interpreter) Yes.

4   Q.   I'd like to show you a few Facebook messages for a

5   minute.  Okay?

6   A.   (By the interpreter) Yes.

7             MR. SWEET:  If you could pull up Exhibit 164.

8             And, Your Honor, this has been admitted.

9   BY MR. SWEET:

10   Q.   And can you see that, LT XXXXXXX?

11   A.   (By the interpreter) Yes.

12   Q.   It will get bigger.  Just one second.  Can you -- can

13   you see that clearly, LT XXXXXXX?

14        Do you need it bigger?

15   A.   (By the interpreter) That's good.

16   Q.   Okay.  So at the top it says LT XXXXXXX.  Is that your

17   Facebook account?

18   A.   (By the interpreter) Yes.

19   Q.   And that's actually one of your two Facebook accounts?

20   A.   (By the interpreter) Yes, just the name changing.

21   Q.   Okay.  And then it says "Author, Johnson Daniel."

22        Do you see that?

23   A.   (By the interpreter) Yes.

24   Q.   And does it say, "I tried calling you but it off.  I

25   will call you tomorrow about 9:00 p.m., LT XXXXXXX."

15:52:45   1          I should have said, "LT XXXXXXX, I love you very,

          2     very, very much."

          3          Is that -- did Mr. Johnson send you a lot of

          4     messages like that?

          5     A.    (By the interpreter) Yes.

          6     Q.    And at the bottom there's another message, June 25th,

          7     2014:  "I will hold your hand and walk with you forever."

          8     A.    (By the interpreter) Yes.  Yes.

          9     Q.    And did Mr. Johnson send you a lot of messages like

         10     that?

         11     A.    (By the interpreter) Yes.

         12     Q.    Go to page 10, please.

         13          And at the top, to PoZz Ra from Johnson Daniel,

         14     "You are my light."

         15          And then down at the bottom, "And my life."

         16          Is that the kind of message he sent you?

         17     A.    (By the interpreter) Yes.

         18     Q.    Just a couple more.

         19          On page 11, I have a question for you.  Top of

         20     page 11.

         21          At the top, from Johnson Daniel, it says, "Love

         22     Jayden."

         23          What does Jayden mean to you?

         24     A.    (By the interpreter) That is a name that he called me

         25     teasingly.

15:55:24    1                (Reporter interrupted.)

2                THE WITNESS (By the interpreter):  Teasingly or

3      jokingly.

4      BY MR. SWEET:

5      Q.   Did he talk to you about switching your name to Jayden

6      Johnson?

7      A.   (By the interpreter) Yes.

8      Q.   And was it -- did he ask you to come see him a lot in

9      the jail?

10     A.   (By the interpreter) He asked me once to go -- he asked

11     me to go see him once, and after that I never got to look at

12     the messages.

13     Q.   So would he send you a lot of messages and you would

14     only respond pretty rarely?

15     A.   (By the interpreter) Yes.

16     Q.   Would he count the number of days it had been since he

17     had seen you?

18                "Love you, LT XXXXXXX.  I haven't seen you in 23

19     days."

20                Would he send you messages like that?

21     A.   (By the interpreter) Yes.  I don't know because I

22     didn't -- I never got a chance to look at it.

23     Q.   So you didn't look at all the messages he sent you?

24     A.   (By the interpreter) Yes.

25     Q.   And LT XXXXXXX, did you talk to the FBI in Cambodia

15:57:25    1    about two months ago about the problems?

         2    A.    (By the interpreter) Yes.

         3    Q.    LT XXXXXXX, the FBI wanted to talk to you a few years

         4    ago, and you said you didn't want to go through the trouble.

         5    You didn't want to be involved; is that right?

         6    A.    (By the interpreter) Yes.

         7    Q.    And what changed your mind, LT XXXXXXX?

         8    A.    (By the interpreter) Because I was called to come and

         9    talk.  I wanted to come.  You -- you wanted to talk, so I

        10    just wanted to come and tell you.

        11    Q.    And did your brother ask you to come talk to us?

        12    A.    (By the interpreter) Yes, my younger sibling asked me

        13    and said, "Whatever you know, just tell them."

        14    Q.    And so did you come to Phnom Penh and talk to the FBI

        15    and the prosecutors?

        16    A.    (By the interpreter) Yes, I went to speak with them at

        17    the embassy.

        18    Q.    Was it comfortable for you?  I mean, was it hard for

        19    you to talk about Daniel Johnson touching you?

        20    A.    (By the interpreter) Yes.

        21    Q.    And LT XXXXXXX, we -- you, me, the FBI, we talked about

        22    this a few days ago, too; is that right?

        23    A.    (By the interpreter) Yes.

        24    Q.    And you talked to the FBI about two months ago in Phnom

        25    Penh; is that right?

16:00:02   1    A.    (By the interpreter) Yes.

2    Q.    And LT XXXXXXX, those -- and including today, the three

3    times we have talked, there's some things you have given

4    more detail on and some things you have given less detail

5    on.  Is that correct?

6                MR. WEINERMAN:  Objection; leading.

7                THE COURT:  Overruled.

8                THE WITNESS (By the interpreter):  Yes.

9    BY MR. SWEET:

10   Q.    LT XXXXXXX, when you say that Daniel Johnson touched

11   your penis, are you telling the truth?

12   A.    (By the interpreter) Yes.

13               MR. SWEET:  Thank you.  I have no further

14   questions.

15               THE COURT:  All right.  Cross-examination.

16                        **CROSS-EXAMINATION**

17   BY MR. WEINERMAN:

18   Q.    Is it all right if I call you Mr. LT XXXXXXX as well?

19   A.    (By the interpreter) Yes.

20   Q.    My name is Craig Weinerman.  I represent Daniel

21   Johnson.  I have some questions.

22               You are now 19 years old?

23   A.    (By the interpreter) 20.

24   Q.    Sorry.

25               And the abuse that you say happened was five, six

16:01:51   1    years ago?

           2    A.   (By the interpreter) Yes.

           3    Q.   And you never told anyone about it until you met with

           4    the FBI on March 9th of this year?

           5    A.   (By the interpreter) Yes.

           6    Q.   No one?  No one?  You didn't tell anyone?

           7    A.   (By the interpreter) Yes.

           8    Q.   Not your brother?

           9    A.   (By the interpreter) Yes.

          10    Q.   Not your good friend, BT XXXXXXX?

          11    A.   (By the interpreter) Yes.

          12    Q.   No adults?

          13    A.   (By the interpreter) Yes.

          14    Q.   You didn't tell your mother?

          15    A.   (By the interpreter) Yes.

          16    Q.   And you testified a minute ago that the reason you

          17    didn't say anything is you didn't want to get involved.

          18    A.   (By the interpreter) Yes.

          19    Q.   And then you were asked what changed your mind, right?

          20    A.   (By the interpreter) Yes.

          21    Q.   And you said you changed your mind because the FBI

          22    wanted to talk to you.

          23    A.   (By the interpreter) Yes.

          24    Q.   But the FBI has wanted to talk to you for many years

          25    and you didn't respond to them, correct?

16:03:42    1    A.    (By the interpreter) Yes.

2    Q.    But what changed your mind was you became aware that

3    many of your friends were coming to the United States to

4    testify in the trial of Daniel Johnson?

5    A.    (By the interpreter) Yes, because I want to be here to

6    talk about what is the truth.

7    Q.    Okay.  And there are other reasons you want to be here,

8    correct?

9    A.    (By the interpreter) Yes.

10    Q.    So you heard when you were still in Cambodia that your

11    brother, BT XXXXXXX, and some of your other friends were

12    coming here and the trip was being paid by the FBI.

13          Is that true?

14    A.    (By the interpreter) Yes.

15    Q.    So you knew they were offering to pay for the travel

16    expenses?

17    A.    (By the interpreter) Generally speaking, I really

18    didn't want to be here.  I didn't want to come.  It's

19    because I want to come here and tell all about what

20    happened, what's going on.

21          And also when I am -- like in the middle of my

22    work they would often call me to question about this, about

23    that.  And I just want to be done with it, once and for all.

24    Q.    But for years and years you never talked to them and

25    just ignored them.

16:06:22   1   A.   (By the interpreter) It is because when I started to

2   work and then the questioning made it really troublesome for

3   me, and it's hard for me, and I -- it's hard for me.  And so

4   then when I come here, I don't get to work.

5   Q.   You work?

6   A.   (By the interpreter) Yes.

7   Q.   What type of job do you have?

8   A.   (By the interpreter) I am sorry?

9   Q.   What type of job do you have?

10   A.   (By the interpreter) I work with gold, like necklaces,

11   making -- and bracelet -- you know, normal stuff.

12   Q.   And how much do you get paid?

13   A.   (By the interpreter) What kind of money?

14   Q.   Yes.  How much money?

15   A.   (By the interpreter) It's depending on the days,

16   whether the -- what's the profit is little or a lot.

17   Q.   What's the most money you have ever made at that job,

18   in American dollars?

19   A.   (By the interpreter) In a month, $700.

20   Q.   How much?

21   A.   $700.

22   Q.   Seven hundred American dollars in a month?

23   A.   (By the interpreter) Yes.

24   Q.   How many times has that happened?

25   A.   (By the interpreter) I work there for almost a year,

16:08:52   1  and sometimes I get $600; a hundred dollar less, normally,

2  but mostly 700.

3  Q.   A month?

4  A.   (By the interpreter) Yes.

5  Q.   What's the name of the place where you work?

6  A.   (By the interpreter) Open the store to make gold.

7  Q.   And that's in what town or what city?

8  A.   (By the interpreter) In Phnom Penh.

9  Q.   Phnom Penh?

10        INTERPRETER LAURENT:  Phnom Penh, mm-hmm.

11  BY MR. WEINERMAN:

12  Q.   So this is a financial sacrifice for you to come here

13  to testify in this case?

14  A.   (By the interpreter) Yes.  I lost.

15  Q.   Okay.  So you could make more money staying in Cambodia

16  than coming here to testify.  Is that what you are saying?

17        MR. SWEET:  Objection, Your Honor.  I don't think

18  counsel's laid a proper foundation that LT XXXXXXX actually

19  knows how much money he will be getting.  I mean, I think he

20  can get there.  I just think it takes another question or

21  two first.

22        MR. WEINERMAN:  I think he can answer that.

23        THE COURT:  If he can answer it, he can answer it.

24  If not, we may need to lay more of a foundation.

25        INTERPRETER LAURENT:  I don't remember the

16:10:34

1    question.

2              MR. WEINERMAN:  That's all right.  I don't either,

3    so.

4    BY MR. WEINERMAN:

5    Q.   So you -- have you been told by any of the gentlemen

6    and ladies sitting over there, or the FBI agent sitting back

7    here, how much money you are going to get per day to be here

8    to testify in the Daniel Johnson case?

9    A.   (By the interpreter) No.  I -- I -- they never told me

10   the amount or how much I would get, you know.  In fact, I

11   had to prepare my own money for spending, just in case.

12   They didn't give a chance -- they didn't tell me the amount

13   at all until we got here.

14   Q.   So no one told you that you are going to get $99 a day?

15   A.   (By the interpreter) Yes.

16   Q.   No one told you?  No one?

17   A.   (By the interpreter) No -- yes.

18             INTERPRETER LAURENT:  I am sorry.

19             THE WITNESS (By the interpreter):  I didn't hear

20   him.  What did you say?

21   BY MR. WEINERMAN:

22   Q.   Before you left Cambodia, did anybody from the

23   government tell you you would get witness fees and expenses

24   in the amount of $99 per day if you came to the United

25   States to testify?

16:12:53   1   A.   (By the interpreter) I want to tell you I swear with my

   2   right hand that no one told me anything about the amount of

   3   money about -- for this, for that, at all.  I came here

   4   freely and voluntarily.

   5   Q.   Since you have been here, has anybody told you you are

   6   going to get $99 a day to testify?

   7   A.   (By the interpreter) Even -- even up to this moment, I

   8   don't know about the money for testifying.  I just know

   9   about the money for food and other things to -- to -- for

  10   sustenance.

  11   Q.   Okay.  How much are you getting for that?

  12   A.   (By the interpreter) 500.

  13   Q.   500 a day?  A week?  A month?

  14   A.   (By the interpreter) A week.  A week.

  15   Q.   500 a week?

  16   A.   (By the interpreter) Yes.

  17   Q.   So you are going to make a lot more money if you are

  18   here for a month than you would if you would be working in

  19   Cambodia where you say you make $600 a month?

  20   A.   (By the interpreter) Yes.  That's a lot because I work

  21   for a month.

  22   Q.   So 500 a week is 2,000 a month, right?

  23   A.   (By the interpreter) Yes.

  24   Q.   So who told you that?

  25   A.   (By the interpreter) Once I arrived here, when I got

16:15:50   1   here they took us to cash the money for food and stuff like

2   that.  That's when I found out the amount.

3   Q.   Can you tell us who told you that?

4   A.   (By the interpreter) The -- the older lady sitting over

5   there.

6   Q.   Well, I am not even going to try to figure out who that

7   is.

8            It's somebody back there, right?

9   A.   (By the interpreter) Yes.  I think her name is Kee or

10   Keeley or something like that.  She told me her name, but I

11   forgot.

12   Q.   Okay.

13   A.   (By the interpreter) There are so many names, I can't

14   remember them all.

15   Q.   I know how you feel.

16            So you are telling us that your good friend -- and

17   BT XXXXXXX is a good friend of yours, right?

18   A.   (By the interpreter) Yes.  He is like my own flesh and

19   blood.

20   Q.   BT XX?

21   A.   (By the interpreter) Yes.

22   Q.   And you have been communicating him -- with him on

23   Facebook ever since he left the United States about five

24   years ago?

25   A.   (By the interpreter) I do not have any contact with

16:17:34   1   BT XX.  I do not know his Facebook name.

2   Q.   When is the last time you Facebooked BT XX?

3   A.   (By the interpreter) When I came to the United States

4   and he came to visit, and that's when he asked me for my

5   Facebook name.

6   Q.   Came to visit you where?

7   A.   (By the interpreter) In the hotel.  And he came, he

8   said, "How come I don't know your Facebook name?  I wanted

9   to chat and visit you on the -- my chitchat, and I don't

10   know it.  So can I have it?"  And I gave it to him.

11   Q.   So you just talked to him since you have been in the

12   United States, right?

13   A.   (By the interpreter) Yes.

14   Q.   Before this time, when's the last time you communicated

15   with him?

16        I will ask that again.  That wasn't a good

17   question.

18        When was the last time you communicated with BT

19   XXXXXXX when you were in Cambodia and he was in the United

20   States?

21   A.   (By the interpreter) I never chat with him with -- with

22   older BT XX, I never have any contact or relation.

23   Q.   All right.  Can we show -- this is Defense Exhibit

24   70 -- no.  I am sorry.  700 and -- no, this will be

25   published and the government -- well, it has writing on it.

16:19:52

1          So, Judge, we would move this as defense next in

2     order.  I think it's 702.

3               THE COURT:  Any objection?

4               MR. SWEET:  I am sorry.  Was there a question?

5               THE COURT:  Is there an objection to the exhibit?

6               MR. SWEET:  No objections, Your Honor.

7               THE COURT:  All right.  It will be received.

8     BY MR. WEINERMAN:

9     Q.    So this is a Facebook page from one of your Facebook

10    accounts?

11    A.    (By the interpreter) Yes.

12    Q.    Do you recognize it?

13    A.    (By the interpreter) Yes.

14    Q.    And on your Facebook page you have a photo of you and

15    BT XX together, right?

16    A.    (By the interpreter) No.  That's just my face.  My

17    picture.

18    Q.    Yeah.  Well, unfortunately we have a miscommunication

19    here.  Sorry.

20    A.    (By the interpreter) My Facebook page never have older

21    BT XX's picture.

22    Q.    All right.  We are trying to find it.  You are correct

23    that the one you looked at does not have BT XX's photo.  We

24    are trying to find it.

25               MR. SWEET:  Your Honor, before we publish

16:21:32  1  something we have not seen, I am not sure what we are

2  talking about.

3                    *(Counsel conferred.)*

4            MR. SWEET:  No objection, Your Honor.  Hang on one

5  second.  Actually --

6                    *(Counsel conferred.)*

7            MR. SWEET:  I guess just in terms of foundation,

8  Your Honor, whose account -- Your Honor, I am not sure we

9  know whose account this is.

10            THE COURT:  Let's ask.  Don't publish it to the

11  jury.  Let's ask before we publish it to the jury.

12            MR. WEINERMAN:  Excuse me, Judge?

13            THE COURT:  Let's ask before we publish it to the

14  jury.

15            MR. WEINERMAN:  So can the witness see the --

16            THE COURT:  Yes.

17            MR. WEINERMAN:  He can.  All right.

18  BY MR. WEINERMAN:

19  Q.   Is that the Facebook page for the account of LT XXXXXXX

20  XXXXXXX?

21  A.   (By the interpreter) Yes.

22  Q.   Okay.  That's you, right?

23  A.   (By the interpreter) Yes.

24  Q.   Okay.  And on the Facebook page is a photograph of you

25  with BT XXXXXXXXXXXXX?

16:23:05   1    A.    (By the interpreter) Where?   Which one is BT XX?

2    Q.    Well, there's some text that says LT XXXXXXXXXXXXXXX is

3    with BT XXXXXXXXXXXXX and 76 others.   And there's

4    photographs underneath that.

5             MR. SWEET:  Your Honor, I object.   They are

6    talking about a photo of BT XXXXXXX, and there's apparently

7    no photo of him on here.   It's a minuscule photograph from

8    August of 2014 for a different Facebook account that we are

9    talking about to begin with, and with 76 other people in

10   this photograph.   This is premature, and a foundation has

11   not been laid for this.

12            THE COURT:  I think we have got to allow Mr.

13   Weinerman to lay a foundation, so --

14            MR. SWEET:  And Your Honor, Mr. Sinha knows

15   Facebook, but I don't.   I am going to let him --

16            THE COURT:  Let's let Mr. Weinerman ask a few

17   questions if he can establish foundation.

18   BY MR. WEINERMAN:

19   Q.    All right.   So this is not a photograph of BT XXXXXXX,

20   I am now told.

21   A.    (By the interpreter) That's my friend's picture.

22   Q.    Okay.   But you mentioned BT XXXXXXX on your Facebook

23   page, right?

24   A.    (By the interpreter) No, I never.   I never have it.

25            THE COURT:  He is not laying a foundation.   Fine.

16:24:57  1   I understand what's going on on the Facebook page.

2   BY MR. WEINERMAN:

3   Q.   So when you say on the Facebook page that you, LT

4   XXXXXXXXXXXXXXX, is with BT XXXXXXXXXXXXX, it means you are

5   tagging him?

6            THE COURT:  Mr. Weinerman, that's Facebook saying

7   that.

8            MR. WEINERMAN:  Okay.

9            THE COURT:  It's not -- it's not --

10           MR. WEINERMAN:  I am as familiar with Facebook as

11   Mr. Sweet, so --

12           THE COURT:  I end up being with all sorts of

13   people without writing notes on Facebook.  It just happens.

14           MR. SWEET:  So is this withdrawn?  Is 702

15   withdrawn?

16           MR. WEINERMAN:  Yes, we will withdraw it.  I

17   apologize for not knowing more about Facebook than I should.

18   BY MR. WEINERMAN:

19   Q.   So before you came over to the United States to

20   testify, you knew your brother, RT XX, had talked to the

21   FBI?

22   A.   (By the interpreter) Yes.

23   Q.   And you knew he was coming over?

24   A.   (By the interpreter) Yes.

25   Q.   And he wanted you to come as well?

16:26:39   1   A.   (By the interpreter) Yes.

          2   Q.   And did you talk to him about what you were expected to

          3   say if you were going to be able to come to the United

          4   States?

          5   A.   (By the interpreter) Yes.

          6   Q.   That you were going to have to testify that Daniel

          7   Johnson sexually touched you?

          8   A.   (By the interpreter) Yes.

          9   Q.   And you decided that you were going to talk to the FBI

         10   and tell them that?

         11   A.   (By the interpreter) Yes.

         12   Q.   So I want to ask you some questions about Gary Johnson.

         13        You met Gary Johnson at Hope Transitions Center

         14   when he was visiting a few years ago?

         15   A.   (By the interpreter) Yes.

         16   Q.   And he took a liking to you?

         17   A.   (By the interpreter) Yes.

         18   Q.   And this all happened before Daniel Johnson was

         19   arrested?

         20   A.   (By the interpreter) Yes.

         21   Q.   And he started sending you sponsorship money every

         22   month, correct?

         23   A.   (By the interpreter) Yes.  Yes.

         24   Q.   A hundred dollars a month?

         25   A.   (By the interpreter) Yes.

16:28:38    1    Q.    And that helped you with your expenses in Cambodia?

           2    A.    (By the interpreter) Yes.

           3    Q.    And that started in 2012?

           4    A.    (By the interpreter) Yes.

           5    Q.    Maybe even earlier?

           6    A.    (By the interpreter) Yes.

           7    Q.    So Daniel Johnson's family, or at least his brother,

           8    has taken an interest in you for a very, very long time?

           9    A.    (By the interpreter) Yes.

          10    Q.    And that continued after Daniel Johnson was arrested?

          11    A.    (By the interpreter) Yes.

          12    Q.    And that hundred dollars a month continued until very

          13    recently; is that true?

          14    A.    (By the interpreter) I -- I am forgetting most of it,

          15    sir, because the contact via the Facebook page, mostly I let

          16    my younger brother is the one who play with it or respond

          17    with it.  And whatever money or sponsorship that are

          18    involved or being sent, I let him use it for his expenses

          19    because I don't want to get -- yes, because I already have

          20    my own work.  And I thank him so much for him helping me

          21    with my education, with housing, and paying for the rent and

          22    stuff like that.  I thank you.

          23    Q.    When did he stop sending money?

          24    A.    (By the interpreter) I do not know when it stopped

          25    because my -- I heard my brother said -- because he is the

16:31:48   1   one who receive the money to go pay for the school and

2   *et cetera*.

3   Q.   Did it stop before you went to see the FBI in Cambodia

4   on March the 9th of this year?

5           THE INTERPRETER:  I am sorry, Your Honor.  I could

6   not make sense of what he just said.

7           THE COURT:  Okay.  Ask for clarification.

8           THE WITNESS (By the interpreter):  I think he

9   supported my -- me for about a year.  However, my younger

10   brother took that money to pay for his school and I did not

11   get.  And then my younger sibling said thank you for helping

12   him to -- and having the opportunity to go to school.

13           And once the supporting stopped, I also provided.

14   I helped out with some of the expenses, money for the

15   expense to help pay for the school.

16   Q.   When did the Gary Johnson money stop?

17           MR. SWEET:  Your Honor, I think this has been

18   asked and answered.

19           MR. WEINERMAN:  He's never answered the question.

20   He's never answered.

21           THE COURT:  Let's see if he can answer the

22   question directly.  Go ahead.

23           THE WITNESS (By the interpreter):  I do not know

24   because my younger sibling is the one who received it.

25           THE COURT:  Okay.

16:34:24  1  BY MR. WEINERMAN:

2  Q.  So I know you don't know when the money stopped, but

3  when you were getting the money, were you getting it through

4  Western Union?

5  A.  (By the interpreter) Yes.

6  Q.  And when you were collecting --

7         THE INTERPRETER:  Uh --

8         MR. WEINERMAN:  Sorry.

9         THE INTERPRETER:  Your Honor, I apologize once

10  again.  The witness's answer doesn't make since.

11         THE COURT:  All right.  Ask for clarification.

12         THE WITNESS (By the interpreter):  I am trying to

13  say that he helped me with the money.  And now that I am

14  here to testify and you are bringing the money that he

15  helped me to talk about it.  If I knew that, I wouldn't -- I

16  wouldn't take the money.

17  BY MR. WEINERMAN:

18  Q.  So does your brother use your Facebook and your ID card

19  to collect the money from Western Union?

20  A.  (By the interpreter) Yes.  Yes.

21  Q.  So your brother is using your Facebook account, right?

22  A.  (By the interpreter) Only my younger sibling, that's

23  the one who is chatting and -- but my ID is also with him.

24  Q.  We are talking now about RT XX?

25  A.  (By the interpreter) Yes.

16:37:07   1   Q.   Now, you testified that you left Hope Transitions

          2   Center sometime after Daniel touched you, correct?

          3   A.   (By the interpreter) Yes.

          4   Q.   Isn't it true that you were having problems at school

          5   with some boys who were fighting you or threatening you?

          6   A.   (By the interpreter) Yes.  When I was in school, you

          7   know, I -- we were arguing, we were fighting with friends

          8   among friends, and we fight.

          9   Q.   Okay.  But weren't you threatened more seriously?

         10   A.   (By the interpreter) I don't know.  I forgot about it.

         11   Q.   Okay.  Did any boys threaten you with knives?

         12   A.   (By the interpreter) No.

         13   Q.   Has Daniel Johnson been interested in you going to

         14   school?

         15           THE INTERPRETER:  I am sorry, Counselor.  I

         16   couldn't hear you because I was fiddling with this.

         17           MR. WEINERMAN:  That's okay.  I am going to

         18   rephrase the question.

         19   BY MR. WEINERMAN:

         20   Q.   Has Daniel Johnson always encouraged you to go to

         21   school?

         22   A.   (By the interpreter) Yes.

         23   Q.   He thought it was important for you to get a good

         24   education?

         25   A.   (By the interpreter) Yes.

16:39:39  1   Q.   And he pushed you to do that?

2   A.   (By the interpreter) Yes.

3   Q.   And that's the word he used?  Pushed you?  Or pushed

4   you to do better, to go to school?

5   A.   (By the interpreter) Yes.

6   Q.   So after all this is over and you are done testifying,

7   are you going to try to stay in the United States?

8   A.   (By the interpreter) Not at all.  I want to go back and

9   live in Cambodia.

10   Q.   Okay.  You are not going to -- you don't have any plans

11   to talk to anybody after your testimony to see if you can

12   stay in the United States?

13   A.   (By the interpreter) Because I think, whether I live in

14   the United States or in Cambodia, it's the same because I

15   have my job, my -- my define job.

16   Q.   When BT XXXXXXX visited you at the hotel the other day,

17   did he tell you that he is staying in the United States?

18        MR. SWEET:  Objection; hearsay, Your Honor.

19        THE COURT:  Sustained.

20        MR. WEINERMAN:  Well, BT XXXXXXX is going to

21   testify, so he can be cross-examined on that.

22        THE COURT:  He hasn't testified yet.

23        MR. WEINERMAN:  So Judge, I would say it's not

24   being admitted for the truth but to establish the state of

25   mind of the witness.

16:41:40   1          THE COURT:  Sustain the objection.

         2          MR. WEINERMAN:  Thank you.  No further questions.

         3          THE COURT:  Any redirect?

         4                  **REDIRECT EXAMINATION**

         5   BY MR. SWEET:

         6   Q.   Just a few things, LT XXXXXXX.  This won't take long.

         7          I just want to clarify, when you said you were

         8   thankful to Gary Johnson for giving you support, is that

         9   Daniel Johnson's brother you are thankful to?

        10   A.   (By the interpreter) Yes, I thank Gary Johnson for

        11   helping me.  However, if I knew he would bring that money

        12   and wish that he help me to question me about it in the

        13   court, I would not have taken that money.

        14   Q.   But you are thankful to Gary for what he did for you

        15   and your brother; is that right?

        16   A.   (By the interpreter) Yes, I will always be thankful to

        17   him for his help.

        18   Q.   And LT XXXXXXX, when you spoke to the FBI in Phnom Penh

        19   in March and you told the FBI that Daniel Johnson touched

        20   your penis, was that the truth?

        21          MR. WEINERMAN:  Objection; asked and answered,

        22   beyond the scope of direct.

        23          THE COURT:  Sustained.  He has answered the

        24   question.

        25   BY MR. SWEET:

16:43:35   1    Q.   You said a minute ago you knew if you came to America

2    you would be testifying; is that correct?

3    A.   (By the interpreter) I knew.

4    Q.   And LT XXXXXXX, you arrived in America last week; is

5    that correct?

6    A.   (By the interpreter) Yes.

7    Q.   And you are scheduled to leave, I believe it's

8    May 20th; is that right?

9    A.   (By the interpreter) Can you say it again, please?

10   Q.   And your return flight is scheduled May 20th, correct?

11            Or on or about May 20th?

12   A.   (By the interpreter) Yes.

13   Q.   Okay.  Your witness fee and your daily expense fee,

14   those are set and those aren't going to change.  Do you

15   understand?

16   A.   (By the interpreter) Yes.

17   Q.   Okay.  So since that's not going to change, let me just

18   ask you this:  Did Daniel Stephen Johnson touch your penis

19   in Cambodia at Hope Transitions Center?

20            MR. WEINERMAN:  Objection; asked and answered.

21            MR. SWEET:  He's been accused --

22            THE COURT:  It has been asked and answered.

23   Sustained.

24            MR. SWEET:  I have nothing further.  Thank you,

25   LT XXXXXXX.

16:45:14   1          THE COURT:  All right.  Thank you very much, sir.

         2   Feel free to step down.  You may have to be available later

         3   if you are needed.

         4          THE WITNESS (By the interpreter):  Yes, sir.

         5          May I step down now?

         6          THE COURT:  Yes.

         7          THE WITNESS (By the interpreter):  Yes, sir.

         8          THE COURT:  The translator can step down, too.

         9          Folks, that concludes our testimony for today.  We

        10   will start back up tomorrow morning at nine o'clock and

        11   continue with testimony at that time.  So we'll see all of

        12   you at nine o'clock.

        13          Again, please remember the rules about talking to

        14   other people about the case and about looking up any

        15   information with the case.  With that, thank you very much

        16   for your patience with us today.

        17                     *(Jury out.)*

        18          THE COURT:  Anything we need to discuss?

        19          MR. SWEET:  Nothing from the government.

        20          MR. WEINERMAN:  Not from the defense, Judge.

        21          THE COURT:  Okay.  We'll see everybody in the

        22   morning at nine o'clock.  Thank you.

        23          MS. BRITSCH:  Thank you, Judge.

        24          *(The proceedings were concluded this*

        25          *2nd day of May, 2018.)*

16:47:03  1          I hereby certify that the foregoing is a true and

2     correct transcript of the oral proceedings had in the

3     above-entitled matter, to the best of my skill and ability,

4     dated this 2nd day of May, 2018.

5

6     /s/Kristi L. Anderson
      _____
7     Kristi L. Anderson, Certified Realtime Reporter

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25