1              UNITED STATES DISTRICT COURT

2                  DISTRICT OF OREGON

3                   EUGENE DIVISION

4        THE HON. MICHAEL J. McSHANE, JUDGE PRESIDING

5

6

7   UNITED STATES OF AMERICA,          )
                                       )
8                     Government,      )
                                       )
9            v.                        ) No. 6:14-cr-00482-MC-1
                                       )
10  DANIEL STEPHEN JOHNSON,            )
                                       )
11                    Defendant.       )
    _____)

12

13

14          REPORTER'S TRANSCRIPT OF PROCEEDINGS

15                  EUGENE, OREGON

16                MONDAY, MAY 7, 2018

17             VOLUME 5A MORNING SESSION

18                 PAGES 572 - 650

19

20

21

22                      Kristi L. Anderson
                        Official Federal Reporter
23                      United States Courthouse
                        405 East Eighth Avenue
24                      Eugene, Oregon 97401
                        (541) 431-4112
25                      Kristi_Anderson@ord.uscourts.gov

APPEARANCES OF COUNSEL:

FOR THE GOVERNMENT:

Jeffrey S. Sweet
United States Attorney's Office
405 E. Eighth Avenue, Suite 2400
Eugene, OR 97401
541-465-6771
Fax: 541-465-6917
Email: jeff.sweet@usdoj.gov

Lauren E. Britsch
U.S. Department of Justice
Criminal Division
1400 New York Ave NW, 6th Floor
Washington, DC 20530
202-514-2220
Fax: 202-514-1793
Email: lauren.britsch@usdoj.gov

Ravi Sinha
United States Attorney's Office
1000 SW Third Ave, Suite 600
Portland, OR 97204
503-727-1014
Fax: 503-727-1117
Email: ravi.sinha@usdoj.gov

FOR THE DEFENDANT:

Craig E. Weinerman
Office of the Federal Public Defender
859 Willamette Street, Suite 200
Eugene, OR 97401
541-465-6937
Fax: 541-465-6975
Email: craig_weinerman@fd.org

Lisa A. Maxfield
Pacific Northwest Law LLP
1255 NW Ninth Avenue, No. 11
Portland, OR 97209
(503) 222-2661
Fax: (503) 222-2864
Email: lamaxfield@pacificnwlaw.com

574

```
 1                        WITNESS INDEX
 2    WITNESS                    DIRECT
 3    BT XXXXXXXXXXXXXXXXX       291
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

|   |   |
|---|---|
| 1 | PROCEEDINGS |
| 2 | MONDAY, MAY 7, 2018 |
| 3 | THE COURT:  All right.  Ms. Pew said there might |
| 4 | be some preliminary matters we need to discuss? |
| 5 | MR. WEINERMAN:  Yes, Judge. |
| 6 | THE COURT:  Yes.  For the defense. |
| 7 | MR. WEINERMAN:  So, Judge, the government is going |
| 8 | to offer -- I am not sure -- can you help me, Counsel? |
| 9 | MR. SWEET:  Exhibit 163. |
| 10 | MR. WEINERMAN:  It's Exhibit 163.  I think we had |
| 11 | submitted to the court some things so you could follow our |
| 12 | objections to a document that says "Johnson 02416" at the |
| 13 | bottom.  I am not sure if the court has that. |
| 14 | THE COURT:  I don't have it.  I am sorry. |
| 15 | MR. WEINERMAN:  I think we had one, actually, if |
| 16 | you don't. |
| 17 | THE COURT:  I have it now. |
| 18 | MR. WEINERMAN:  So, Judge, maybe I should just go |
| 19 | along. |
| 20 | This is chats, Facebook chats between Daniel |
| 21 | Johnson and BT XXXXXXX.  And BT XXXXXXX is going to be the |
| 22 | next witness.  And there are things that we disagree with. |
| 23 | So at the very top of the first page there's a |
| 24 | portion that says -- and I think it's highlighted in yellow |
| 25 | for the court, starting with "And." |

09:11:32   1                THE COURT:  Mm-hmm.

           2                MR. WEINERMAN:  So this is something that we

           3    think, under the rule of completeness, should come in.  And

           4    it also adds context for what they were talking about.  Were

           5    they talking about Daniel Johnson alleging sexually abusing

           6    kids or were they talking about problems involving CC XXXXXX

           7    and SO XXXXXXX regarding sexuality.  I know this brings in

           8    the Evidence Code 412 issues, but it just seems to me that

           9    this adds context to the discussion.  And it is our

          10    contention that's what is the subject of this conversation

          11    going forward and not that Daniel Johnson had engaged in

          12    sexual abuse.

          13                So I don't know if the court wants to hear from

          14    the government before I go on with my other objections, but

          15    that's the first one.

          16                THE COURT:  Okay.  This is the first page of

          17    the --

          18                MR. SWEET:  No, it's not, Your Honor.  There

          19    should be an exhibit sticker 163.  It has a large black

          20    section on half of it, Your Honor.

          21                So what the court's looking at is marked as

          22    Page 2416, so it's about halfway back into that document.

          23    And that's where the first defense objection is.

          24                Just for a little context, Your Honor, earlier in

          25    this rather lengthy series of kind of an ongoing

09:12:54  1    conversation between BT XXXXXXX and Mr. Johnson, BT XXXXXXX

2    directly says to Mr. Johnson, "I knew" -- I am just going to

3    read what he wrote.

4           "I knew long time already that you had sexual

5    abuse to the kids but I didn't want to defile you."

6           So the sex abuse of children by Mr. Johnson is

7    directly at issue and BT XXXXXXX has confronted Mr. Johnson

8    about that.  And so then what follows is a series of kind of

9    back-and-forth about that.

10          In terms of the statement that the defense wants

11   to remove on Page 2416, frankly, it is a little ambiguous as

12   to whether it's talking about Mr. Johnson abusing CC X and

13   SO XXX or whether it's involving the 412 issues.  It just

14   says, you know, CC X and SO XXX's sexuality issue.  But then

15   they were afraid that Mr. Johnson would be judged by the

16   law.

17          I understand about providing context to other

18   things.  I would note, Your Honor, there are significant

19   other portions of this exhibit that the parties have agreed

20   to redact.  Those also provide context but they also touch

21   on matters that aren't relevant to the jury.

22          So because of the ambiguity, we are asking that

23   that be kept out.

24          THE COURT:  Okay.  How quickly are you planning on

25   moving to introduce the document?

09:14:08    1          MR. SWEET:  Your Honor, it would probably be

2    within 45 minutes or so.  And I believe that's something

3    that we can do -- we can't change the paper copy this

4    second, but we can certainly change what gets published for

5    both BT XXXXX and for the jury.

6          THE COURT:  Okay.

7          Are there other areas of documents?

8          MR. WEINERMAN:  Yes, Judge.  So -- and I am sorry.

9    I just looked at this, and I have an additional objection

10   which I haven't shared with counsel.

11          But having read this more closely, the same page,

12   I'd say maybe about six, seven lines down, starting with

13   "About my dad, you had told me you had spent general

14   ministry money."  And it goes all the way down to, I would

15   say where this ends -- you know, again, I am sorry.  We

16   don't have lined paper here.  But the sentence where it ends

17   is, "I was there.  I had planned to leave the center when I

18   finished high school from the time."

19          So what this is is accusations by BT XXXXXXX that

20   Daniel misused, mismanaged -- Mr. Johnson, I am sorry --

21   mismanaged money regarding a bakery and paying bills of his

22   father.  By that I mean BT XXXXXXX's father, who apparently

23   had some medical issues and was taken to a doctor.  And

24   BT XXXXXXX was accusing Daniel Johnson of not having paid

25   the bill.

09:15:27    1              It just seems that this is not relevant and the

2    court should not allow this in.  It confuses issues.  We are

3    getting involved in money, and we have a response

4    particularly as to the issue of the bakery.  So do we really

5    need for this trial to detour into a dispute between people

6    over whether a bill was paid or whether money was used for a

7    bakery.

8              So that would be our objection.

9              THE COURT:  The government's view on that?

10              MR. SWEET:  Your Honor, the government has no

11    particular concern about redacting that part.  I do want to

12    make sure I understand which part counsel is talking about

13    redacting.  I assume the "about my dad"?

14              MR. WEINERMAN:  Yes, about my dad.

15              And then I would say --

16                    (Counsel conferred.)

17              MR. WEINERMAN:  No, if the government's agreeing

18    to it, I don't think --

19              MR. SWEET:  If I could have a minute.

20              And, Your Honor, the only other thing I will note

21    is there are a few more we have to discuss.  I know it's a

22    lengthy document, but because there is sort of a -- there is

23    a -- a lot of these are interconnected, once we do make our

24    argument, perhaps should we give the court a few minutes to

25    just review the document and see if it's -- in its entirety.

09:16:43    1            THE COURT:  I think so.  I am going to have to put

2    them in some kind of context, so it will take me a little

3    time to read that.

4            All right.

5            MR. WEINERMAN:  Do you want me to go on to the

6    next one?

7            THE COURT:  Yes.

8            MR. WEINERMAN:  Next page of mine says 2420 at the

9    bottom.  We are asking that the government remove -- this is

10    the end of the second line.  This is absolute -- "There is

11    absolutely nothing in Vietnam."

12            And then I don't know if the next line is in or --

13    yes.  And then the next line, "I know that the detective is

14    working very hard to make a case because they do not have a

15    strong enough case against me and they face big problems if

16    they cannot convict me."

17            And then I think, "I will not make any problems

18    for them."

19            And then the last line, "They are trying all the

20    lies to people they can get to turn against me and I know

21    that some of the folks from Skyline was involved with the

22    detective before any problem in Cambodia."

23            So this refers to Detective Harrison and the

24    investigation that was going on in the United States.  And

25    that's something that, at least up until this point, the

09:17:49   1    court has ruled is not coming in.  And it just seems to me

2    that this is opening the possibility the jury is going to

3    speculate about what was going on with the detective and

4    what were they investigating.  So we believe that that

5    should be removed as well.

6            MR. SWEET:  Thank you, Your Honor.

7            Your Honor, regarding, "There's absolutely nothing

8    in Vietnam," I believe twice Mr. Johnson, after being

9    confronted with sexually abusing children in Cambodia, says

10    there's nothing in Vietnam.  And he later says there's

11    nothing in the USA.  He never says there's nothing in

12    Cambodia.  And so the fact that he's highlighting other

13    countries in which he is denying abuse I think makes all the

14    more significant his non-denial of abuse in Cambodia.

15            So as far as the, "There is absolutely nothing in

16    Vietnam," we would very much ask that that remain.

17            In terms of the part regarding the folks from

18    Skyline, I am fine removing the part about, you know, who it

19    was that was trying to figure out what was going on, the

20    folks from skyline.

21            But, again, I would note the "before any problem

22    in Cambodia," that's kind of a funny thing to say.  "The

23    problem in Cambodia."  It's almost like a passive thing, and

24    there's no denial associated with that.  So certainly the

25    "before any problem in Cambodia," and the sentence before

09:19:06  1    that.

2              THE COURT:  Can you help me out where that is?

3    I'm sorry.

4              MR. SWEET:  I am sorry, Your Honor.

5              So the first line of black, Your Honor, on Page

6    2420.

7              Oh, I see, Your Honor.  I am sorry.  This will

8    be -- we are switching between the marked Exhibit 163 and

9    the three-page sheet.

10             On Page 2420, the first line of black.  It's about

11   two, three, four, five -- about five and six lines down.

12             "They are trying all the lies to people they can

13   get to turn against me, and I know that some of" -- then

14   "folks from Skyline," we're fine removing that -- "was

15   involved with before any problem in Vietnam."

16             And I believe Mr. Weinerman had a sentence above

17   that that I was fine redacting, but I don't think that was

18   on the list that we discussed earlier.

19             THE COURT:  All right.  Can you give me the exact

20   line, Mr. Weinerman?  I am sorry.

21             MR. WEINERMAN:  Well, what we are asking to be

22   removed is, "There's absolutely nothing in Vietnam."  It

23   just causes the jury to speculate about if there was

24   anything in Vietnam.

25             And, again, there's a lot of text that we have

09:20:14   1    consumed, but I just don't recall Vietnam being raised as an

2    issue in any way, shape, or form.  And it's just going to

3    cause the jury to speculate about what this really means.

4           I see that the government has redacted

5    "detective," but, again, it turns it into an incomplete

6    statement.  And we are concerned that, again, it's going to

7    cause the jury to speculate.

8           So that is our objection to that part.

9           And I think we reached an agreement on another

10   part down below, starting with, "Now I am at the lowest

11   point in my life" or "absolute lowest point in my life."  I

12   believe the government has agreed to keep that in at our

13   request.

14           MR. SWEET:  That is correct, Your Honor.  That is

15   turning back to the defense three-page document.  We are

16   fine.  We are -- I think we have already added that back in.

17           And my one comment on 2420, the part about, "I

18   know that" -- the detective is blacked out -- "is working

19   very hard to make a case."

20           You know, frankly, I feel less strongly about that

21   than "there's absolutely nothing in Vietnam" and then "any

22   problem in Cambodia."  I think if we remove just that one

23   middle sentence it wouldn't significantly change things and

24   that middle sentence being, "I know that Detective Harrison

25   is working very hard to make a case there because they did

09:21:26

1    not have a strong enough case against me."

2           THE COURT:  To me it seems still like he's simply

3    trying to convince one of the alleged victims or witnesses

4    in the case of his innocence and is making attempts to

5    manipulate the witness into believing him and that all of

6    this becomes relevant, what he is telling the witness.

7           So the issue regarding nothing in Vietnam and

8    before any problem in Cambodia, it seems to me those are --

9    would come in as admissions.  The fact that others are

10   trying to build a case against him simply goes towards his

11   overall conversation with the witness that none of this is

12   true.  And I think his attempts at trying to convince the

13   witness and trying to get the witness to testify accordingly

14   come in.

15          So with regards to the objections on 2420, I will

16   overrule the objections.

17          MR. SWEET:  And then, Your Honor, the government

18   will redact the "folks from Skyline" part as we told the

19   defense --

20                  (Reporter interrupted.)

21          MR. SWEET:  Redact the statement "the folks from

22   Skyline" from 2420, which we told them we would.

23          MR. WEINERMAN:  So next, Judge, is the following

24   page.  I think we are up to page 2421.

25          THE COURT:  Okay.

09:22:52    1              MR. WEINERMAN:  I think.

          2         And the first part that we are asking be stricken

          3    is, again, this reference to the folks from Skyline.  "I

          4    know that the folks from Skyline had been pushing from the

          5    start to answers."  You know, again, I don't believe that

          6    the jury is going to hear any evidence from anybody from

          7    Skyline about concerns they may have.  And, again, this --

          8    we feel it is not relevant and it's prejudicial because it

          9    causes the jury to speculate about exactly what they are

         10    talking about.

         11         So that's -- we are asking the court to strike

         12    that.

         13         And we are also -- and I understand, based on the

         14    court's ruling about Vietnam, the court is probably going to

         15    rule the same way in this one.  But I feel we have to make a

         16    record.  And that is, "I tell you I did nothing in the USA."

         17         And I understand the government's argument here.

         18    But, you know, again, allegations in the USA have been cut

         19    out of the case pretty much, the Detective Harrison piece

         20    and all the other things about alleged wrongdoing in the

         21    United States.

         22         And it just seems to inject an issue that the

         23    court has previously said shouldn't come in, and we have

         24    agreed to abide by that.  And now, all of a sudden, the jury

         25    is reading something about something going on in the U.S.

09:24:19   1    "I did nothing in the USA."

2              It could have been anything.  It could have been

3        sex abuse.  It could have been anything else.  So we think

4        it's speculative and that should come out.

5              And then the last piece on this page, we think the

6        court should strike after the word "Vietnam" -- yes.  After

7        "Vietnam" -- I am sorry.  Let me just read the whole thing.

8        It's about the middle of the page.

9              It starts with, "And that's all I am trying to do

10       right now is the Christ-like thing.  I assure you there's

11       nothing in Vietnam.  That is another one of his lies."

12             And I think what Mr. Johnson is referring to there

13       is Detective Harrison.  Again, that potentially causes some

14       speculation.  We think that the relevancy is minimal, so.

15             All right.  So I stand corrected.  I have just

16       been told "that is another one of his lies" is coming out.

17       And I am sorry to take the court's time on that.

18             THE COURT:  Yes.  All right.  So that comes out,

19       that line.

20             But the lines regarding "I tell you I did nothing

21       in the USA" and "there is nothing in Vietnam" would come in

22       as part of his overall statement.

23             MR. WEINERMAN:  Thank you, Judge.

24             So now we are on the next page.

25             THE COURT:  Wait.  Hold on a second.  There is

09:25:48

1    this issue about -- I guess I don't understand what Skyline

2    is.

3               MR. SWEET:  Skyline is a church in Coos Bay, Your

4    Honor.

5               So the government is fine removing the phrase

6    "folks from Skyline" on Page 2421.  I don't think it really

7    matters one way or another, so we are happy to take that

8    out.  And we will take out the line, "That is another of his

9    lies."

10              And I would just note, Your Honor -- and, again, I

11    think after we give the court a minute to read this in

12    context, it's -- what this follows is BT XXXXXXX immediately

13    above saying, "What did I do wrong?  I just told you the

14    truth about what I saw and experienced with you in

15    Cambodia."

16              That is the line, couple lines immediately above

17    this section, which is why, when Mr. Johnson says, "I am not

18    saying anyone is wrong.  I am just saying this might not be

19    the wrong spirit -- "I am saying this might be the wrong

20    spirit in the situation based on scripture.  I did nothing

21    in the USA."

22              It doesn't matter whether it's the USA or France.

23    It's the fact that he's naming countries but not naming

24    Cambodia.

25              And I would note, Your Honor, I don't believe the

588

09:26:48  1    court ever explicitly ruled that the parties cannot address

2    the Oregon side of the case.  I think the court just advised

3    defense of the perils if they do so.

4              THE COURT:  Correct.

5              All right.  I will allow in those lines on 2421

6    with the redactions that have been agreed to by the

7    government.

8              Is there anything else?

9              MR. WEINERMAN:  No, Judge.

10             THE COURT:  So that really just leaves the one

11   line on 2416.  "And I also told you about CC X and SO XXX's

12   sexuality issue that we were so afraid to tell you and that

13   you will be judged by the law."

14             MR. SWEET:  And I am sorry, was there a question,

15   Your Honor?  I am sorry.  I missed that part.

16             THE COURT:  That's the one line I haven't ruled

17   on, on 2416.

18             MR. SWEET:  That's correct, Your Honor.

19             And, again, the government does believe there's

20   ambiguity.  And Your Honor, I do think just because of

21   curtain -- I know we -- this is a large document.  We have

22   kind of sprung on it the court.  We are happy to give the

23   court whatever time it needs to kind of review it because it

24   is essentially one flowing, interconnected conversation,

25   once we start about December 15th through -- throughout.

09:28:01   1   And so it's very much related.

2            THE COURT:  Well, let me try to put that in

3   context.  I will read the rest of the document, and I should

4   be able to rule on it fairly quickly once we get going.

5            So I think we can bring the jury in; go ahead and

6   start with our witness.

7            MR. SWEET:  Thank you, Your Honor.

8            And, Your Honor, one last brief thing, if I may.

9   We are going to be using the same interpreter for BT XXXXX.

10  Once we hit approximately the hour mark, would it be

11  acceptable to the court just to take a break?

12           THE COURT:  Certainly.  You might need to remind

13  me.

14           MR. SWEET:  Yes, Your Honor.

15           THE COURT:  Also, apparently the county is trying

16  to get ahold of me over the whooping cough issue, and so I

17  have told them that if there's a call I will take it this

18  morning.  I mean, I will be honest with you.  They are

19  telling me that I am not supposed to be in a public setting,

20  but I think I can convince them otherwise.

21           So we'll see.  I have read, at least, if I am on

22  antibiotics for more than five days I am not supposed to be

23  transmittible.  So -- but apparently they are concerned.  My

24  doctor called over the weekend to say that they would be

25  calling.  So I do want to make sure I am talking to them and

09:29:41    1    not having them come in and wonder what's going on.

2                        *(Jury in.)*

3                THE COURT:  All right.  Please be seated,

4    everyone.

5                Hi, folks.  Good morning.  Welcome back to the

6    courthouse.  I hope you had a good weekend.  We are going to

7    jump right into the testimony.  We are going to have the

8    government call their next witness.

9                MR. SWEET:  Thank you, Your Honor.  The government

10   calls BT XXXXXXX.

11               THE COURT:  All right.  All right.  BT XXXXX, if

12   you would like to step up to the witness stand here to my

13   left.  You can go ahead and step up the stairs.  Remain

14   standing for just a moment and you will be sworn in.

15               THE CLERK:  Please raise your right hand.

16                    *(The witness was sworn.)*

17               THE CLERK:  Please be seated.  State your name for

18   the record, spelling your first and last.

19               MR. SWEET:  Excuse me, Your Honor.  I think we

20   have some interpreter confusion.  I think the discussion

21   was -- I am sorry.  Rithy.  I can't remember his last name.

22               Sir, I apologize.  I think that was who I was

23   dealing with.

24               THE COURT:  All right.  Thank you.

25               BT XXXXX, let's touch base.  You speak some

09:31:54   1    English, correct?

2                     THE WITNESS (By the interpreter):  Yes.

3                     THE COURT:  All right.  It is important that you

4    listen to Mr. Sweet's question.  Even if you understand it

5    in English, please wait until you have the translation and

6    answer in your first language.  Okay?

7                     THE WITNESS (By the interpreter):  Yes.

8                     THE COURT:  All right.  And have you had an

9    opportunity to talk with the translator at all earlier?

10                    THE WITNESS (By the interpreter):  Not this

11   morning.

12                    THE COURT:  Okay.  Are you having any difficulty

13   understanding anything now?

14                    THE WITNESS (By the interpreter):  No.  I -- I

15   actually have good relationship.

16                    THE COURT:  Okay.

17                    All right.  Go ahead, then, Mr. Sweet.

18                    MR. SWEET:  Thank you, Your Honor.

19                          **DIRECT EXAMINATION**

20   BY MR. SWEET:

21   Q.   And BT XXXXX, could you please state your full name.

22   A.   (By the interpreter) My name is BT XXXX.  My last name

23   is BT X.

24   Q.   And do you have a nickname?

25   A.   (By the interpreter) Yes.  My nickname is BT XX.

BT XXXXXXXXXXXXXXXXXX - 5/7/2018
*Direct Examination by Jeffrey Sweet*
592

09:33:08

1  Q.   And so in this case, when we hear people talk about a

2  BT XX or BT XXXXXXX, is that referring to you?

3  A.   (By the interpreter) Yes.

4  Q.   And just to keep things uniform, is it all right if I

5  call you BT XX today?

6  A.   (By the interpreter) Yes.

7  Q.   Could you tell us where you were born, please.

8  A.   (By the interpreter) I was born in Phnom Penh.

9  Q.   And what is your birth date, please?

10  A.   (By the interpreter) My birth date on the passport,

11  they put it down XXXXXXXXXXXXX, 1990.

12  Q.   And I am going to show you what's marked as

13  Government's Exhibit 228, and it should appear on the screen

14  on your left.  And while that's coming up, let me ask you

15  one question.

16       You said the date on your passport is

17  XXXXXXXXXXXXX, 1990.

18       Is there another birth date that you have also

19  used?

20  A.   (By the interpreter) Yeah.  The day and the month were

21  correct.  But then the year, it was 1991 because they issued

22  it incorrectly.

23  Q.   And so can you see the passport on the screen to your

24  left?

25  A.   (By the interpreter) Yes.

09:35:10   1              MR. WEINERMAN:  Judge, we are not getting it on

2      counsel table.

3              MS. BRITSCH:  Excuse me, Your Honor.

4              THE COURT:  All right.

5              MR. WEINERMAN:  We have it now.

6              THE COURT:  Okay.

7      BY MR. SWEET:

8      Q.   And other than the year being 1991, does that look

9      correct?

10     A.   (By the interpreter) Yes, it --

11             MS. BRITSCH:  Your Honor, I am sorry to interrupt

12     again, but it looks like now the jury can't see the exhibit

13     even though counsel can.  I apologize.

14             THE COURT:  All right.

15             THE WITNESS (By the interpreter):  Yes, everything

16     is correct.

17             THE COURT:  Up now?

18             THE JURORS:  *(Nodded heads.)*

19             MR. SWEET:  Okay.  Thank you.

20     BY MR. SWEET:

21     Q.   And BT XX, where did you grow up, please?

22     A.   (By the interpreter) I was born in Boeung Trabek at the

23     city of Phnom Penh.

24     Q.   Okay.  And is that where you grew up as a child?

25     A.   (By the interpreter) Yes.

09:36:14

1    Q.   And could you tell us about your family, please.  How

2    many members of your family?

3    A.   (By the interpreter) I have four biological siblings,

4    and then my parents are still alive.

5    Q.   And where do you live now, please?

6    A.   (By the interpreter) Right now I am living in

7    Beaverton.

8    Q.   Okay.  And Beaverton, Oregon, correct?

9    A.   (By the interpreter) Yes.

10   Q.   And when did you come to the United States?

11   A.   (By the interpreter) I came to the U.S. in 2013, the

12   month of August.

13   Q.   And what brought you here?

14   A.   (By the interpreter) Yeah.  It was in August.

15           So I went through the experimental program.  So

16   it's through the volunteer work.

17   Q.   And what -- what kind of program is it?  What were you

18   doing when you first came to the U.S.?

19   A.   (By the interpreter) So it was a program that had

20   something do with agriculture.  So when I first came in I

21   worked at a garden and also the greenhouse.

22   Q.   And what are you doing now, please?

23   A.   (By the interpreter) Right now I am working at a store

24   that sell different things.

25   Q.   Are you also in school?

09:38:20   1   A.   (By the interpreter) Yes, I am going to school.

2   Q.   Okay.  BT XX, do you know Daniel Johnson?

3   A.   (By the interpreter) Yes, I do.

4   Q.   And when did you first meet him, please, approximately?

5   A.   (By the interpreter) I met him in around 2016.

6   Q.   And where did you meet him?

7            INTERPRETER LIM:   I'm sorry.   Correction.   The

8   interpreter make a mistake.   2006.

9   BY MR. SWEET:

10   Q.   And where did you meet him, please?

11   A.   (By the interpreter) I met him at his house that had a

12   program called coffee house.

13   Q.   And how did you come -- how did that come about?   What

14   led you to the coffee house?

15   A.   (By the interpreter) At the time I had a friend who was

16   going to the university, and he asked me if I wanted to

17   learn English without -- you know, for free.   And I wanted

18   to do that because I didn't really have any money.

19   Q.   And did you speak any English at that time?

20   A.   (By the interpreter) At that time I just knew a few

21   words.

22   Q.   And so you went to the coffee house, and what was

23   Mr. Johnson's role in the coffee house?

24   A.   (By the interpreter) At that time I knew that he was

25   the administrator.   And so when kids came in, you know, like

09:40:33   1   that, he would distribute food and cookies and things like

2   that.

3   Q.   And did you start to go regularly to the coffee house?

4   A.   (By the interpreter) Yes, I went because there were,

5   like, class programs and courses.  And then also I get

6   something to eat and drink.

7   Q.   And at some point did you and your friends begin to

8   sometimes spend the night at Mr. Johnson's?

9   A.   (By the interpreter) Yes.

10   Q.   And at that point do you recall what grade you were in

11   or what grade you were going to go into?

12   A.   (By the interpreter) At that time I was in eighth grade

13   going on to be ninth.

14   Q.   And did you have money for school?

15   A.   (By the interpreter) At that time we were really, like,

16   poor.  We didn't have any money to pay for the teacher.

17   Q.   Okay.  And so is there -- is there a way that you

18   started to earn some money?

19   A.   (By the interpreter) So, yes, at that time I -- he gave

20   me a job at the coffee house and -- you know, cleaning and

21   arranging, organizing tables and things like that.  So he

22   gave the money for me to go to school.

23   Q.   And did something ever happen at night at Mr. Johnson's

24   that made you uncomfortable?

25   A.   (By the interpreter) Yes.

09:42:52   1    Q.    And did it happen more than once?

         2    A.    (By the interpreter) Yes, many times.

         3    Q.    Let's talk about the first time.  Could you please tell

         4    us where this happened?

         5    A.    (By the interpreter) So it happened where he rented a

         6    house close to my house in the area called Lu Teuk Soy.

         7    Q.    And what room in that house did it happen?

         8    A.    (By the interpreter) In that house it happened in front

         9    of the television screen.

        10    Q.    In that house it had a -- what, in front of the

        11    television screen?

        12          THE COURT:  I think we need to take a break.  I am

        13    sorry.

        14                        *(Recess.)*

        15          THE COURT:  All right.  Sorry about that, folks.

        16    I had to take one quick call.

        17          You are fine.  Thank you.

        18          Yes, he was sworn.

        19          The witness was sworn in.  Yes.

        20          Go ahead, Mr. Sweet.

        21          MR. SWEET:  Thank you.

        22    BY MR. SWEET:

        23    Q.    And BT XXXXX, I think I may have misheard what you just

        24    said.  Did you say it happened in front of the TV?

        25    A.    (By the interpreter) Yes, it was in the TV room.

BT XXXXXXXXXXXXXXXXXX - 5/7/2018
*Direct Examination by Jeffrey Sweet*
598

09:46:48

1   Q.   Okay.  And were there other people there at the time?

2   A.   (By the interpreter) Yes, there were two of my friends

3   sleeping close to there.

4   Q.   And were you all just sleeping on the floor?

5   A.   (By the interpreter) Yes, we were sleeping directly on

6   the floors.

7   Q.   And what happened?

8   A.   (By the interpreter) So at the time we were just

9   sleeping.  And Daniel was returning, you know, back to the

10  house from being out.  So he opened the door and came in.

11  Q.   And then what happened?

12  A.   (By the interpreter) So he sat on the sofa, and then he

13  turned on the television first.

14  Q.   And then what happened?

15  A.   (By the interpreter) Then he took his hand and then put

16  it in my pants.

17  Q.   And did he touch you?

18  A.   (By the interpreter) Yes.

19  Q.   And where did he touch you?

20  A.   (By the interpreter) He touched me right on my thing,

21  my penis.

22  Q.   And did he do anything to your penis?

23  A.   (By the interpreter) At that time he was playing.

24  Q.   And was -- did the skin of his hand touch the skin of

25  your penis?

BT XXXXXXXXXXXXXXXXXX - 5/7/2018
Direct Examination by Jeffrey Sweet
599

09:48:57

1    A.    (By the interpreter) Yes.

2    Q.    And did he masturbate you?

3    A.    (By the interpreter) Yes.

4    Q.    Did you ejaculate?

5    A.    (By the interpreter) Yes.

6    Q.    What were you doing while Mr. Johnson was doing this to

7    you?

8    A.    (By the interpreter) I -- Well, at that time I was

9    sleeping on the floor.

10   Q.    Did you say anything to him?

11   A.    (By the interpreter) At that time, I was afraid.  I was

12   really young, and I didn't know anything.

13   Q.    Were your eyes open or closed when he did this?

14   A.    (By the interpreter) At that time I -- I was kind of

15   snuck in and looked at him a little bit, but I didn't look

16   at him directly because I was kind of nervous.

17   Q.    Do you recall who else was in the room?

18   A.    (By the interpreter) I remember there was Ravi and

19   SES XXXXXX.

20   Q.    And is SES XXXXXX, SESX, SES XXX?

21   A.    (By the interpreter) Yes.  His nickname is SESX.

22   Q.    And he has a younger brother, SS XX?

23   A.    (By the interpreter) Yes.

24   Q.    BT XX, how old were you -- or let me start, what grade

25   were you in when this happened?

09:50:54   1    A.    (By the interpreter) I was in eighth grade.

2    Q.    And do you recall how old you were?

3    A.    (By the interpreter) During that time, maybe like 14 or

4    15.

5    Q.    And did it happen more than once at that location?

6    A.    (By the interpreter) Yes.

7    Q.    About how often did it happen?

8    A.    (By the interpreter) It was like every time he went out

9    and he drank.  And then he would come back and then he would

10   do that when he is drunk -- when he was drunk.

11   Q.    When he did that to you, would you smell alcohol?  How

12   do you know that he had been drinking?

13   A.    (By the interpreter) I could smell the alcohol very

14   strongly.

15   Q.    So just in terms of a number, though, did it happen

16   twice?  Did it happen more?

17               Just approximately how many times at that

18   location?

19   A.    (By the interpreter) In that location, he did that

20   probably like six to seven times.

21   Q.    And did Mr. Johnson do anything to you other than

22   touching your penis?

23   A.    (By the interpreter) Yes.

24   Q.    Can you tell me what else he did?

25   A.    (By the interpreter) He sucked.

BT XXXXXXXXXXXXXXXXXXX - 5/7/2018
*Direct Examination by Jeffrey Sweet*
601

09:53:10   1   Q.   And do you mean did he put his mouth on your penis?

2   A.   (By the interpreter) Yes.

3   Q.   And did he do that once or more than once?

4   A.   (By the interpreter) He did that more than once.

5   Q.   And when he did that, did you ejaculate?

6   A.   Yes.  Every time he did that, I -- I came.

7   Q.   And what room did he do that to you?

8   A.   (By the interpreter) In his room, in the room behind

9   the television.

10   Q.   So there was tile in front of the TV where you would

11   sleep sometimes; is that right?

12   A.   (By the interpreter) Yes.

13   Q.   But then for oral sex, that was in -- was that in

14   Mr. Johnson's separate bedroom?

15   A.   (By the interpreter) Yes, it was in his room.

16   Q.   And did you ever sleep with Mr. Johnson in his bed?

17   A.   (By the interpreter) At the first location it was once

18   in a while.  So when -- when he drank and he was drunk, he

19   would come out.

20           MR. WEINERMAN:  Objection as to the

21   characterization of drunk.

22           THE COURT:  You can follow it up with questions if

23   you need to.

24           Overruled.

25           THE WITNESS (By the interpreter):  Then he would

09:55:09   1   cradle me and took me into his room.

2   BY MR. SWEET:

3   Q.    And what would he wear when he -- when Mr. Johnson took

4   you into his bedroom, what would he wear?

5         Would he keep his clothes on or off?

6   A.    (By the interpreter) At first he had his clothes on,

7   but once he got into his room he took off his clothes.

8   Q.    And what about your clothes?

9   A.    (By the interpreter) He also took them off.

10   Q.    And BT XXX, how many locations altogether did you live

11   at or stay at with Mr. Johnson?

12   A.    (By the interpreter) I lived with him total of five

13   places.

14   Q.    Okay.  So I'd like to show you a picture, just briefly,

15   of Government's Exhibit 271.

16         And can you see that picture there?

17   A.    (By the interpreter) No, not on this -- oh, now we can.

18         MR. SWEET:  And Your Honor, this has been

19   admitted, so I'd ask that it be published.

20         THE COURT:  Yes, it will be published.

21   BY MR. SWEET:

22   Q.    You can see that now, BT XX?

23   A.    (By the interpreter) Yes.

24   Q.    For this location do you recall what number location

25   this was for you?

09:56:42   1    A.   (By the interpreter) For me it was a third location.

           2    Q.   Okay.  So you lived at two locations with Mr. Johnson

           3    before you lived at Government's 271?

           4    A.   (By the interpreter) Yes.

           5    Q.   Okay.  All right.  Thank you.

           6              So we have talked about the first location.  I'd

           7    like to talk to you about the second location.

           8              Could you tell us -- could you tell us where that

           9    was, please?

          10    A.   (By the interpreter) So at the second location, it was

          11    close to Street 271.  271.  And they called it an area that

          12    is called Mlop Psa Derm Thkov.

          13    Q.   And who lived at that location?

          14    A.   (By the interpreter) So in that air -- that location

          15    there was an interpreter and there was a -- myself,

          16    Mr. Johnson, and -- and Ton Vichay.

          17    Q.   And did Mr. Johnson touch you sexually at the -- for

          18    you, for the second location?

          19    A.   (By the interpreter) Yes.

          20    Q.   And about how many times did it happen?

          21    A.   (By the interpreter) At that time they were about -- it

          22    was about six or seven times also.

          23    Q.   And was there a room that it would usually happen in?

          24    A.   (By the interpreter) Yes, in his room.

          25    Q.   And was it usually day or night?

09:59:05  1    A.    (By the interpreter) Majority of the time it was during

2    the nighttime.

3    Q.    And could you -- what kind of abuse?  What kind of

4    touching was it?

5    A.    (By the interpreter) At first he kissed, and then he

6    fondled and caressed.

7    Q.    When you say he kissed you, where would Mr. Johnson

8    kiss you?

9    A.    (By the interpreter) Cheeks and mouth.

10   Q.    And when you say fondled, where was he fondling you?

11   A.    (By the interpreter) He fondled our body and our

12   equipment.

13   Q.    And when you say equipment, do you mean your penis?

14   A.    (By the interpreter) Yes.

15   Q.    You talked about Mr. Johnson performing oral sex on you

16   at the first location.  Did that also happen at the second

17   location?

18   A.    (By the interpreter) Yes.

19   Q.    Is there a specific incident that you recall happening

20   at that house that you could describe?

21   A.    (By the interpreter) The majority of the time I just

22   remember that -- or mostly I just remember that he went out

23   a lot, and then he came home smelling or reeked with

24   alcohol.

25   Q.    And would Mr. Johnson say anything to you after he

10:01:20   1   abused you?

2   A.   (By the interpreter) Majority of the times he would

3   apologize.

4   Q.   And would he apologize -- when would he apologize to

5   you?

6   A.   (By the interpreter) He apologized in the morning.

7   Q.   Where would you sleep after he abused you?

8   A.   (By the interpreter) I slept in his room until the

9   morning before I left.

10   Q.   And did Mr. Johnson ever give you anything after

11   abusing you at either the first house or the second house?

12   A.   (By the interpreter) Yes.  When he did that to me at

13   the first house, he gave me money.

14   Q.   Do you recall about how much money?

15   A.   (By the interpreter) I remember it was Cambodian money.

16   About 10- to 20,000.

17   Q.   And about how much does that switch into American

18   dollars?

19   A.   $5.

20   Q.   Okay.  So 20,000 would be $5; is that correct?

21   A.   (By the interpreter) Yes.

22   Q.   10,000 would be 2.50?

23   A.   (By the interpreter) Yes.

24   Q.   And would he explain to you why he was giving you that

25   money?

10:03:35   1   A.    (By the interpreter) Well, it was in the morning and it

2   was Sunday, Sunday morning, so I thought he gave me the

3   money to -- to offer the tithe, to give it to the tithe.

4   Q.    To tithe the church?

5   A.    (By the interpreter) Yes.

6   Q.    And did Mr. Johnson separately give you money for the

7   work that you were doing or for the help that you were

8   providing?

9   A.    (By the interpreter) For washing dishes or sweeping,

10   cleaning the house, he gave me 5 to 7 dollars per week.

11   Q.    And so I just want to clarify.  After Mr. Johnson

12   abused you, you said he sometimes gave you money; is that

13   correct?

14   A.    (By the interpreter) Yes.

15   Q.    Is that separate from money that you received weekly

16   for doing chores and helping out?

17   A.    (By the interpreter) Correct.  It is separate.

18   Q.    All right.  Did Mr. Johnson ever try to have you

19   masturbate him?

20   A.    (By the interpreter) Yes, he try.  He took my hand to

21   touch his penis, the skin of his penis.

22   Q.    And what did you do?

23   A.    (By the interpreter) So he tried to do that, and he put

24   my hand there and I tried to take my hand away.  So he tried

25   to do that several times, and then I -- I pulled my hands --

BT XXXXXXXXXXXXXXXXXX - 5/7/2018
*Direct Examination by Jeffrey Sweet*
607

10:05:55   1   I mean my hand away so that he stopped.

2   Q.   And did he ever put you on top of his body?

3   A.   (By the interpreter) Yes.

4   Q.   And what was he wearing when he did that?

5   A.   (By the interpreter) At that time he took off his

6   clothes and his -- I mean his pants and his shirt.  He was

7   completely naked.

8   Q.   And what were you wearing?

9   A.   (By the interpreter) At that time I had my shorts on,

10   but he -- he took those off, too.

11   Q.   And when he put you on top of him, did your penis touch

12   his penis?

13   A.   (By the interpreter) Yes.  They were touching.

14   Q.   And did you ever say anything to Mr. Johnson about what

15   he was doing to you?

16   A.   (By the interpreter) During that time, no, I didn't say

17   anything because I was so afraid.

18   Q.   And was Mr. Johnson gone sometimes on occasion?  Would

19   he travel?

20   A.   (By the interpreter) Yes.

21   Q.   Do you know where he went?

22   A.   (By the interpreter) Majority of the time he went to --

23   to visit Thailand and Vietnam.

24   Q.   Did he ever go to the United States?

25   A.   (By the interpreter) Yes, he went to collect money

10:07:43   1   every year.

2   Q.   And I'd like to pull Exhibit 271 back up, please.  Let

3   me know you can see that, please.

4   A.   (By the interpreter) Yes.

5   Q.   Okay.  So we have established for you, BT XX, this was

6   the third location; is that right?

7   A.   (By the interpreter) Yes.

8   Q.   And were there a lot of people at this location?

9   A.   (By the interpreter) Yes.  At that location there were

10   many kids.

11   Q.   And do you recall how old you were, approximately, when

12   you moved to this location?

13   A.   (By the interpreter) At that time I was seven -- I was

14   17 years old.

15   Q.   And what was your role in the orphanage at this

16   location?

17   A.   (By the interpreter) So at that time he allowed me to

18   be supervise over -- super -- supervising kids, buying

19   clothes for the kids and then also to enroll them in school.

20          And if any kid was sick, I took them to the

21   clinic.

22   Q.   And did you also play a role in ministering to

23   children?

24   A.   (By the interpreter) Yes.

25   Q.   And did Christianity play a strong role in both the

10:09:43

1    orphanage and your life?

2    A.    (By the interpreter) Yes.

3    Q.    And did you receive a payment for the -- for your

4    contributions to the orphanage?

5    A.    (By the interpreter) Yes.

6    Q.    What room did you stay at, please, in this location,

7    for you, the third location?

8    A.    (By the interpreter) In that location, I was in his

9    room.

10   Q.    And who is "he"?

11   A.    (By the interpreter) Daniel Johnson.

12   Q.    And what was the -- what was the bed situation in his

13   room?

14   A.    (By the interpreter) In his room there was a bunk bed,

15   a set of bunk beds.  So he was -- he took the bottom bed and

16   I took the top one.

17   Q.    And did Mr. Johnson ever touch you sexually at this

18   location, Government's Exhibit 271?

19   A.    (By the interpreter) Yes.  In there, yes.

20   Q.    Do you recall about how many times?

21   A.    (By the interpreter) So that is the -- I mean, that was

22   the last home, so he did that maybe seven to eight times.

23   Q.    And when you say it's the last home, do you mean that's

24   the last home he abused you at?

25   A.    (By the interpreter) Yes.

BT XXXXXXXXXXXXXXXXXX - 5/7/2018
*Direct Examination by Jeffrey Sweet*
610

10:11:48

1   Q.   And where did he abuse you?

2   A.   (By the interpreter) In his room.

3   Q.   And could you talk about the last time Mr. Johnson

4   abused you, please.

5   A.   (By the interpreter) I remember that it happened in his

6   room and he did it like he did before, meaning he sucked and

7   he played my penis.

8   Q.   Did anything else happen that last time?

9   A.   (By the interpreter) Yes.

10  Q.   And can you describe it, please.

11  A.   (By the interpreter) So he sucked me in that house, and

12  then after that he tried to put his penis in my butt.

13  Q.   And when he did that, what position were you in?

14  A.   (By the interpreter) He had me sitting, and he was

15  behind me.

16  Q.   And when you say "sitting," do you mean on your hands

17  and knees?

18  A.   (By the interpreter) Yes.

19  Q.   And what did he do then?

20  A.   (By the interpreter) And he tried to -- to put it in.

21  And he put on the lubrication and things like that, and he

22  tried to put in, but I tried to avoid -- I tried to stop him

23  from doing that.

24  Q.   Did Mr. Johnson put on a condom?

25  A.   (By the interpreter) Not at that time.

10:14:27   1    Q.   Did his peanut -- did his penis touch any part of your

2    body?

3    A.   (By the interpreter) He touched my butt, and then after

4    that he also tried to put it in my mouth again.

5    Q.   So you said he tried to put his penis into your butt,

6    but you were moving; is that right?

7    A.   (By the interpreter) Yes.

8    Q.   Were you moving so that he couldn't put it in?

9    A.   (By the interpreter) Yes.

10    Q.   And so did he give up?

11    A.   (By the interpreter) Yeah, he tried to do that three or

12    four times, and then he couldn't do it, so he stopped.

13    Q.   And then you said he tried to put his penis -- did you

14    say he tried to put his penis in your mouth after that?

15    A.   (By the interpreter) Yes.

16    Q.   And what did you do?

17    A.   (By the interpreter) I struggled.  I -- not to let him

18    put it in.

19    Q.   And did he?

20    A.   (By the interpreter) He -- he tried.  I did that like a

21    couple -- several times, three or four times.  And then he

22    couldn't do it, so he stopped.

23    Q.   And what did he do after that?

24    A.   (By the interpreter) After that he sucked, and then he

25    went back to sleep.

10:16:33   1    Q.   And BT XX, was that the first time that Mr. Johnson had

2    ever tried to put his penis in your butt?

3    A.   (By the interpreter) Yes, that was the only time, and

4    he only tried to do that just once.

5    Q.   And was that the first time he had ever tried to put

6    his penis in your mouth?

7    A.   (By the interpreter) Yes.

8    Q.   And BT XX, did -- did Mr. Johnson say anything to you

9    afterwards or the next day?

10   A.   (By the interpreter) Yes.  The next day he acted like a

11   different person, and he put on a face and he apologized,

12   you know, making you feel compassionate for him.

13   Q.   And BT XX, what grade were you in at that point?

14   A.   (By the interpreter) You mean at the third location?

15   Q.   Yes.  So this last time, do you recall what grade you

16   were in?

17   A.   (By the interpreter) Yes.  Eleventh grade.

18   Q.   Okay.  And do you recall how old you were on this last

19   time Mr. Johnson abused you?

20   A.   (By the interpreter) At 11th grade I was 17, turning

21   18.

22   Q.   And did Mr. Johnson give you anything after that last

23   time?

24        You said he apologized.  Did he give you anything?

25   A.   (By the interpreter) At that time, no.

10:18:44

1   Q.   Did you and Mr. Johnson ever talk about why he abused

2   you?

3   A.   (By the interpreter) So yes.  I couldn't stand it

4   anymore, so then I spoke about it.

5   Q.   And what house was it that you spoke with him about it?

6   A.   (By the interpreter) At the house that he was arrested.

7   Q.   And do you recall what -- do you recall what he said to

8   you?

9   A.   (By the interpreter) Yes, I do.

10  Q.   Okay.  And what did he say?

11  A.   (By the interpreter) Majority of the time he would --

12  cited -- he would cite the scripture from the Bible for me

13  to forgive him.

14  Q.   And so I am clear, this is at the very last house that

15  was -- at which Mr. Johnson was arrested; is that correct?

16  A.   (By the interpreter) Yes.

17  Q.   And do you recall approximately when it was?  What

18  year?

19  A.   (By the interpreter) During that time I think it was

20  2013.

21  Q.   And did you talk to him directly about abusing you?

22       Did you say, "Why are you abusing me?"  Or what

23  did you say?

24  A.   (By the interpreter) At that time I did not speak to

25  him directly because he -- he was saying that I always

10:21:03    1    mentioned about that.  So I didn't speak to him directly.

2    So I spoke to Pastor Sopheak and asked him to speak to him

3    about that.

4            No, it was not like that, actually.  Sopheak

5    and -- brother Sopheak and I went into his room and spoke

6    about that.

7    Q.    And went into Mr. Johnson's room and spoke about that?

8    A.    (By the interpreter) Yes, we went into his room.

9    Q.    And did you talk to Mr. Johnson directly about sex

10    abuse or was it more indirect?

11    A.    (By the interpreter) I -- I didn't use direct phrases

12    or words, but he knew about abuse, what he did to other

13    children.

14    Q.    Did Mr. Johnson ever tell you that he had tried to

15    change?

16    A.    (By the interpreter) Yes.

17    Q.    Did he ever talk about -- did he ever talk to you

18    directly about why he was abusing you?

19    A.    (By the interpreter) Yes, I remember.  He used to tell

20    me.

21    Q.    And what did he say?

22    A.    (By the interpreter) He said when he was young someone

23    abused him just like he was abusing us -- abusing me.

24    Q.    And BT XX, did you ever try and stop Mr. Johnson from

25    abusing you?

10:23:10   1           Other than -- other than moving away the last

2   time, did you ever try to stop him?

3   A.   (By the interpreter) I -- I made effort.  I mean, I

4   cited Bible verses, you know, for him to repent.

5   Q.   And did you think about telling any other -- any other

6   adults, like Pastor Sinai or anyone else?

7   A.   (By the interpreter) I just told my friends like Karla

8   and Suzie, Phillip.

9   Q.   But what you are talking about is much later.  That's

10   after Mr. Johnson's arrest, correct?

11   A.   (By the interpreter) Yes.

12   Q.   Okay.  And BT XX, before Mr. Johnson was arrested, did

13   you ever think about telling the police about what he was

14   doing to you?

15   A.   (By the interpreter) At that time I didn't think about

16   that because I felt embarrassed.

17   Q.   BT XX, did you care for and love Mr. Johnson?

18   A.   (By the interpreter) Yes.

19           MR. SWEET:  Your Honor, I think we are about at an

20   hour.

21           THE COURT:  Okay.  Folks, I make want to make sure

22   that our translator and court reporter get a chance to take

23   a break, so we are going to break now for the morning for 10

24   or 15 minutes and we'll have you back out.

25                       *(Jury out.)*

10:25:51    1            THE COURT:  All right.  The witness is free to

2    step down.

3            And I have reviewed, now, Government Exhibit 163.

4    There was the line towards the top of page 02416 that the

5    government had stricken but that the defense was wishing to

6    keep in the document.  And it reads, and I -- and this is

7    part of the e-mail chain.  The statement is specifically

8    from the witness, BT XXXXX, to Mr. Johnson.  And it reads,

9    "And I also told you about CC X and SO XXX sexuality issue

10   that we were so afraid to tell you then, and you will be

11   judged by the law."

12           So in reading the document I don't see any other

13   references or conversations that refer to the sexuality of

14   other boys in the center.  This statement seems very

15   discrete and insular, and I think it's appropriate to keep

16   out suggestions that the victims may have had some sexual

17   relationship with each other at some point.

18           So I agree with the government that under Rule 412

19   the -- that line should be stricken from Exhibit 163.

20           Is there anything else we need to discuss?

21           MR. SWEET:  And, Your Honor, do all of the other

22   court's rulings regarding the objections remain the same

23   after the court's reviewed it?

24           THE COURT:  Yes.

25           MR. SWEET:  Thank you.  And then there were a few

10:27:38   1   that we agreed on.  We'll work to do those and then confer

2   with the defense to make sure we are all in agreement on

3   those before it's offered.

4            THE COURT:  Okay.  Great.  Thank you.  We'll be in

5   recess.

6                    *(Recess.)*

7            THE COURT:  All right.  Go ahead and keep working.

8            MR. SWEET:  Thank you, Your Honor.

9            The parties have -- 163 has now been modified

10   pursuant to the court's ruling and to our discussion.  We

11   have reviewed it together.  I believe both parties are fine

12   with it.  And so, with that, we will -- we don't have a

13   printed copy of the modified one yet, but we do have one

14   that we could publish to the jury.

15            THE COURT:  All right.  That's fine.  Preserving

16   your objections, as the document is presented --

17            MR. WEINERMAN:  Yes, it's acceptable, Judge.

18            THE COURT:  Okay.  Thank you.

19            MR. SWEET:  And, Your Honor, may we put BT XXXXX

20   back on the stand before the jury comes in?

21            THE COURT:  Yes.  All right.

22            MR. WEINERMAN:  Judge, could I just ask -- I will

23   stop if the jury starts coming in.

24            Are we going to be reading these line-for-line?

25            I mean, there's a lot of text.  I don't know what

10:52:54   1    the government's intentions are --

           2              THE COURT:  I don't know.

           3              MR. WEINERMAN:  -- but -- so maybe I should listen

           4    first before I object to anything.

           5              MR. SWEET:  Well, I am happy to say there are some

           6    shorter ones that I would like to read, or at least lines.

           7    There are some that I would probably ask if it's essentially

           8    correct, but I certainly do not intend to read even every

           9    word of what is highlighted in yellow.

          10              THE COURT:  Okay.

          11              MR. SWEET:  But I would be reading portions of it.

          12              THE COURT:  Okay.  All right.  I think it's

          13    appropriate and appropriate for the witness to see it.

          14              MR. WEINERMAN:  And I am assuming -- I have no

          15    doubt about this, but I just want to confirm the yellow part

          16    is not going to be sent to the jury, I assume.

          17              THE COURT:  I mean, I am assuming we are not

          18    sending highlights to the jury.

          19              MR. SWEET:  Well, I think for the final one -- the

          20    one that would be published, it is highlighted, Your Honor.

          21    I can certainly -- the one we ultimately submit the paper

          22    form, the government can remove the highlights from that

          23    before it goes to the jury.  But for today for publication,

          24    if we could have that.

          25              THE COURT:  Those are the areas you are going to

10:54:01   1    be focusing on in front of the jury?

2               MR. SWEET:  Yes, Your Honor.

3               THE COURT:  That makes sense, then.  We can do

4    that.

5               MR. SWEET:  And I can't say that each and every

6    highlighted one that I will touch actually upon, but it does

7    make it easier to find certain areas.  But we will remove

8    the yellow highlighting before we give a paper copy to the

9    jury, if that's acceptable.

10              THE COURT:  Okay.  We'll bring the jury in.

11                         (Jury in.)

12              THE COURT:  Please be seated, everybody.  All

13   right.  We'll continue with the testimony.

14              MR. SWEET:  Thank you, Your Honor.

15   BY MR. SWEET:

16   Q.   BT XX, I'd like to turn your attention to some

17   photographs, just so we can see if we are talking about the

18   same people.

19              First I'd like to start with Government's Exhibit

20   66.

21              MR. SWEET:  And, Your Honor, I have provided the

22   defense with the list of the exhibits and the photographs.

23   As far as it relates to the photographs, these -- the first

24   group has all been admitted.

25              THE COURT:  All right.  Those will be published.

10:56:29   1    BY MR. SWEET:

2    Q.    So can you see 66, BT XX?

3    A.    (By the interpreter) Yes, I do.

4    Q.    And is that you?

5    A.    (By the interpreter) Yes, that's me.

6    Q.    And what were you doing there?

7    A.    (By the interpreter) I was flying to Thailand.

8    Q.    And who were you flying with, please?

9    A.    (By the interpreter) I went with Mr. Daniel Johnson.

10   Q.    Okay.  And 67, please.

11         And could you tell us, what's that a photograph

12   of, please?

13   A.    (By the interpreter) It is a picture of -- in -- of a

14   kitchen, of the kitchen while we were cooking with PE XX.

15   Q.    Okay.  And is that you on the right?

16   A.    (By the interpreter) Yes, that's me.

17   Q.    Okay.  And do you recall which location that was?

18   A.    (By the interpreter) That is -- they called it a second

19   home from the -- after the big house.

20   Q.    Okay.  And 68, please.

21         Is that you, BT XX?

22   A.    (By the interpreter) Yes.

23   Q.    And 69.

24         Is that you as well?

25   A.    (By the interpreter) Yes, that's me.

10:58:15    1    Q.   Do you know who the little boy is in the picture?

           2    A.   (By the interpreter) That little boy?  I remember his

           3    name is -- is CC X.

           4    Q.   Is that different than CC XXXXXX?

           5         Is he different than CC XXXXXX?

           6    A.   (By the interpreter) Yes, different from CC XXXXXX.

           7    Q.   Okay.  And 144, please.

           8         THE CLERK:  Counsel, can this be published?

           9         MR. SWEET:  144.  The defense has no objection to

          10    144.  It's a photograph of -- we can publish it first just

          11    to the defense, if we may.

          12         MR. WEINERMAN:  No objection.

          13         THE COURT:  All right.  144 will be received.

          14    BY MR. SWEET:

          15    Q.   And what's that a photograph of, please, BT XX?

          16    A.   (By the interpreter) It's a picture of Christmas

          17    celebration.

          18    Q.   And what were you doing?

          19    A.   (By the interpreter) I interpreted for him.

          20    Q.   Okay.  And were you speaking to an audience at the time

          21    or was Mr. Johnson speaking to an audience?

          22    A.   (By the interpreter) Yes.

          23    Q.   And was interpretation a job that you -- is that

          24    something you did often?

          25    A.   (By the interpreter) Yes, the majority of the time I

10:59:48   1   interpret for him, mostly.

2   Q.   Okay.  And I'd like to show some pictures of some other

3   boys.  Pull up 81, please.

4              THE CLERK:  Counsel, this is --

5              MR. SWEET:  And -- yes, I believe 81 defense no

6   objection to?

7              MR. WEINERMAN:  No objection.

8              THE COURT:  All right.  81 will be received.

9   BY MR. SWEET:

10   Q.   And BT XX, if you touch the screen, could you indicate

11   on that screen if you see ES XXX or ES XXX, please?

12   A.   (By the interpreter) I touch it directly?

13   Q.   Yes.  Yes.

14   A.   *(Complied.)* ES XXX.

15   Q.   And you can make big marks, too.  It's easier to see.

16              How about SO XXX?

17   A.   *(Complied.)* (By the interpreter) SO XXX.

18   Q.   Okay.  And LS X, please?

19   A.   *(Complied.)* (By the interpreter) LS X.

20   Q.   And RT XX?

21   A.   *(Complied.)* RT XX.

22   Q.   Do you see LT XXXXXXX?

23   A.   (By the interpreter) I don't see him.

24              Oh.  Oh, here LT XXXXXXX.

25   Q.   Okay.  And what about Pastor Sopheak?

11:01:13   1   A.   (By the interpreter) He is right here.

2   Q.   Okay.  BT XX, there's another photo I would like to

3   show you.

4        MR. SWEET:  And if we could just have this one go

5   to the defense and BT XX first, please.  It's 275.

6        MR. WEINERMAN:  No objection.

7        THE COURT:  All right.  That will be received.

8   BY MR. SWEET:

9   Q.   And BT XX, could you identify who is in this

10  photograph, please.

11  A.   (By the interpreter) This one is me.  That is

12  Mr. Daniel Johnson.  And this one is Mr. Sinai friend.  I

13  don't know the name.  And he has a big job, like big

14  position.

15  Q.   Okay.  And do you know, is he -- a position with who?

16  A.   (By the interpreter) He worked for the government.

17  Q.   Okay.  Cambodian government?

18  A.   (By the interpreter) Yes.

19  Q.   And BT XX, did Mr. Johnson -- do you know if he had

20  friends in the Cambodian government?

21  A.   (By the interpreter) Yes.  He said he had many friends

22  in Cambodia.

23  Q.   Many friends in Cambodia.  And what about friends in

24  the Cambodian government or police?

25  A.   (By the interpreter) Yes, he said that he knew many

11:03:25   1    people at higher places.

2    Q.   And BT XX, earlier you had said -- you said you didn't

3    call the police because I believe you said you were ashamed

4    or something like that?

5    A.   (By the interpreter) Yes.

6    Q.   Okay.  Were there any other reasons you didn't report

7    what Mr. Johnson did to you?

8    A.   (By the interpreter) Yes, there are many.  There are

9    many.

10   Q.   Okay.  What are those, please?

11   A.   (By the interpreter) Number one, it was my family

12   because my dad was really sick, and he provided money to

13   help my family.

14   Q.   Who provided money to help your family?

15   A.   (By the interpreter) Mr. Daniel Johnson.

16   Q.   Okay.  So he provided money to your family, and you

17   were worried about that.

18             What else?

19   A.   (By the interpreter) And also my education.  In my

20   family, nobody finished the university.

21   Q.   And was Mr. Johnson helping support you financially to

22   go to school?

23   A.   (By the interpreter) Yes.  He found donors for me.  So

24   if I reported him, then I did not know what to do.  Then I

25   had to give up my education, and I wouldn't know what to do

11:05:28   1   next.

2   Q.   BT XX, you said earlier that during the abuse you kept

3   your eye closed most of the time.

4        Were you afraid of Daniel Johnson?

5   A.   (By the interpreter) Yes.

6   Q.   Okay.  So you have said you loved him and yet you have

7   also said you are afraid of him.  Could you explain that a

8   little bit more, please?

9        How were you afraid of him?

10  A.   (By the interpreter) There were times he -- when he

11  tended to be a good person and he made you -- he made you

12  feel compassionate toward him.  But then there were times

13  that he would scream at you in front of everybody.  In

14  short, he just made you stuck and speechless.

15  Q.   Did Mr. Johnson ever talk about calling the police on

16  boys at the orphanage?

17  A.   (By the interpreter) Yes.

18  Q.   Okay.  Could you -- what would he say?  Who would he

19  say it to?

20  A.   (By the interpreter) I remember he said that to ES XXX.

21  Q.   Said that he would call the police?

22  A.   (By the interpreter) Yes.

23  Q.   Did you believe?  Did you believe that he might call

24  the police?

25       Was that something that concerned you?

*BT XXXXXXXXXXXXXXXXXXX – 5/7/2018*
*Direct Examination by Jeffrey Sweet*
626

11:07:39    1    A.    (By the interpreter) Yes, because he said in Cambodia

2    he knew many people.  And then, in Cambodia, you use money

3    so people will listen to you.

4    Q.    Okay.  BT XX, so you are a citizen of Cambodia,

5    correct?

6    A.    (By the interpreter) Yes.

7    Q.    And you were in your own country when you were at the

8    orphanages?

9    A.    (By the interpreter) Yes.

10    Q.    Who did you believe had more power at the orphanages,

11    you or Mr. Johnson?

12    A.    (By the interpreter) Mr. Daniel Johnson.

13    Q.    And why is that?

14    A.    (By the interpreter) Because he was the one who

15    gathered the money, and he also have a lot of connections.

16    Q.    BT XX, there's one thing I want to clarify before

17    moving on.

18    A.    (By the interpreter) Yes.

19    Q.    And you have talked about living at five separate

20    houses with Mr. Johnson; is that correct?

21    A.    (By the interpreter) Yes.

22    Q.    And 271, please.  Was I correct in hearing you say that

23    Mr. Johnson did not abuse you at the last two houses?

24    A.    (By the interpreter) Correct.  The last two houses, no.

25    Q.    And so is the last house Mr. Johnson abused you the one

11:09:49  1    that's on the screen marked 271?

       2    A.    (By the interpreter) Yes.

       3    Q.    And one more clarification, BT XX.  I had asked you

       4    about Mr. Johnson trying to put his penis in your mouth.

       5    And you said that the last time he abused you, that's what

       6    he tried to do; is that correct?

       7    A.    (By the interpreter) Yes, at that place.

       8    Q.    And was that the only time and the only place that

       9    Mr. Johnson tried to put his penis in your mouth, or did he

      10    also try to do that to you at other locations?

      11    A.    (By the interpreter) He tried to do it at different

      12    places.

      13    Q.    Oh.  So he did try to put his penis in your mouth at

      14    other locations?

      15    A.    (By the interpreter) Yes, but I just don't remember

      16    when because it had been a long time.

      17    Q.    Okay.  But -- okay.  In terms of Mr. Johnson putting

      18    his mouth on your penis, did that happen at locations one,

      19    two, and three for you?

      20    A.    (By the interpreter) You mean when he sucked my penis?

      21    Q.    Yes.

      22    A.    (By the interpreter) Yes, all -- at all locations.

      23    Q.    All first -- all three locations?

      24    A.    (By the interpreter) Yes.

      25    Q.    Thank you, BT XX.  I am going to move on to a different

11:11:50   1   topic.

2              BT XX, I'd like to show you a picture of two other

3   houses.  The first is 272.

4              MR. SWEET:  And this can be published, Your Honor.

5              THE COURT:  Yes.

6              MR. SWEET:  Thank you.

7   BY MR. SWEET:

8   Q.  And BT XX, do you recognize that house?

9   A.  (By the interpreter) Yes, I remember.

10  Q.  And was this the fourth location for you?

11  A.  (By the interpreter) Yes, for me it was the fourth

12  house.

13  Q.  Okay.  And I would also like to show you 139, please.

14              And do you recognize this location?

15  A.  (By the interpreter) Yes, I do.

16  Q.  And is that the last location that you ever lived at

17  with Mr. Johnson?

18  A.  (By the interpreter) Yes.

19  Q.  At the -- so I'd like to talk, BT XX, about these --

20  these last three locations.  Okay?

21  A.  (By the interpreter) Yes.

22  Q.  Did you see boys in Mr. Johnson's bedroom?

23  A.  (By the interpreter) Yes, I have -- I saw them pretty

24  often.

25  Q.  Okay.  And could you name some of the boys that you

BT XXXXXXXXXXXXXXXXXXX - 5/7/2018
*Direct Examination by Jeffrey Sweet*
629

11:13:17   1   saw?

2   A.   (By the interpreter) People that I saw, it was LS X,

3   SO XXX, ES XXX, CC X, and VS XXXX.  And there were many

4   others, but I just don't remember.

5   Q.   And when you said ES XXX, is that LS X's older brother?

6   A.   (By the interpreter) Yes.

7   Q.   And when you said CC X, do you know CC X's last name?

8   A.   (By the interpreter) Yes.  His last name is CC X.

9   Q.   Okay.  What about LT XXXXXXX?  Did you ever see

10   LT XXXXXXX in Mr. Johnson's room?

11   A.   (By the interpreter) Yes, LT XXXXXXX, too.

12   Q.   And talk about some of the things that these boys did

13   in Mr. Johnson's room that you saw.

14   A.   (By the interpreter) Majority of the time, the kids

15   whom he called to go in to do massage.  Then after that he

16   gave food, like good things to play in the room.

17   Q.   And so could you describe these massages, where they

18   took place, what people wore?

19        MR. WEINERMAN:  Objection; lack of foundation,

20   personal knowledge.

21        THE COURT:  You can lay the foundation.  Go ahead.

22   BY MR. SWEET:

23   Q.   BT XX, did you see these massages take place?

24   A.   (By the interpreter) Massages happened in his room.

25   Q.   And did you see them take place in Mr. Johnson's room?

BT XXXXXXXXXXXXXXXXXX - 5/7/2018
*Direct Examination by Jeffrey Sweet*
630

11:15:39  1    A.    (By the interpreter) Yes, I did.

2    Q.    Okay.  And, in fact, did you -- did you still share a

3    bedroom with Mr. Johnson at any of the last three locations?

4    A.    (By the interpreter) No.  I already moved to another

5    room.

6    Q.    Okay.  So just describing what you saw, describe to us

7    some of the massages, where they took place in the room, and

8    what people wore.

9    A.    (By the interpreter) In his room, and massaged his back

10   and he took off his shirt.  And those kids, sometimes they

11   had their shirts on and shorts.  Sometimes they just had

12   shorts on but no shirts.

13   Q.    And where in the room?  Were they sitting in a chair?

14   Were they somewhere else?

15   A.    (By the interpreter) On his bed.

16   Q.    And would Mr. Johnson be on his bed as well?

17   A.    (By the interpreter) Yes.

18   Q.    And you said the boys might get some special food.

19         I assume at the orphanage boys were fed every day,

20   correctly -- correct?  Sorry.

21   A.    (By the interpreter) Yeah, we were fed every day.  But

22   then if you go into his room, you get pizza and chicken.

23   You know, just foreign food.

24   Q.    BT XX, did you see boys spend the night in

25   Mr. Johnson's bedroom?

11:17:58   1    A.   (By the interpreter) Yes, I saw that pretty often.

2    Q.   And who are boys that you saw spend the night in

3    Mr. Johnson's room?

4    A.   (By the interpreter) ES XXX, LS X, SO XXX, LT XXXXXXX.

5    I just remember those four very clearly.

6    Q.   BT XX, did you ever see a sex act between Daniel

7    Johnson and one of the boys?

8    A.   (By the interpreter) I did not.

9    Q.   Did you ever see Mr. Johnson in his bed naked with

10   other boys?

11   A.   (By the interpreter) Yes, I saw him sleeping in the

12   nude.  And the kids were also in the nude, but then in the

13   morning they would run away.

14   Q.   Okay.  What boys did you see in Mr. Johnson's bed naked

15   when Mr. Johnson was naked?

16   A.   (By the interpreter) LS X, ES XXX.  Those two.  You

17   know, I saw them with my own eyes, so I remember them very

18   clearly.

19   Q.   And BT XX, I believe you said you moved to America

20   in -- was it August of 2013?

21   A.   (By the interpreter) Yes.

22   Q.   Prior to you moving to America, did SO XXX talk to you

23   about anything that Mr. Johnson did to him?

24   A.   (By the interpreter) Yes, SO XXX told me.

25   Q.   What did SO XXX tell you?

11:20:37    1    A.    (By the interpreter) SO XXX said that after he went out

2    to drink and hang out, he would come back and play with

3    SO XXX's equipment and sucked.

4    Q.    So SO XXX said, after he went out, he came back.  Who

5    is the "he" SO XXX was referring to?

6    A.    (By the interpreter) SO XXX said that it was Mr. Daniel

7    Johnson.

8    Q.    Did -- before you moved to the U.S., did ES XXX or

9    ES XXX, did he talk to you about anything that Mr. Johnson

10    did?

11    A.    (By the interpreter) Yes, ES XXX also told me.

12    Q.    Okay.  And what do you recall him telling you?

13    A.    (By the interpreter) So he didn't really say it

14    directly.  He told me that Daniel Johnson did to him just

15    like husband and wife.  You know, in Cambodian culture "like

16    husband and wife" meaning sleeping together and do all kinds

17    of stuff.

18    Q.    And so, BT XX, you have talked about a time when you

19    and Pastor Sopheak talked to Mr. Johnson, correct?

20    A.    (By the interpreter) Yes.

21    Q.    Was there a second time or another time when you talked

22    to Mr. Johnson?

23    A.    (By the interpreter) I talk with him through -- you

24    know, like just sending e-mails and Facebook.

25    Q.    Okay.  So before you left to the United States, was

11:23:00

1    there a time separate from your conversation with Pastor

2    Sopheak when you confronted Mr. Johnson about what he did?

3    A.    (By the interpreter) I -- I only spoke with Pastor

4    Sopheak because I was kind of afraid.

5    Q.    And BT XX, earlier you talked about Mr. Johnson and

6    forgiveness.  Was this a topic that would come up often?

7    A.    (By the interpreter) Yes.

8    Q.    Could you explain that?

9          When would forgiveness come up?

10   A.    (By the interpreter) So I told him what he had done,

11   and he -- he had to -- I mean, he had to recognize it and

12   accept it.  And then he would say something like -- about

13   God forgive him and we -- and I should not mention what had

14   happened in the past.

15   Q.    And is forgiveness an important part of your religious

16   beliefs?

17   A.    (By the interpreter) Yes.

18   Q.    Okay.  And BT XX, in talking to Mr. Johnson, what is it

19   that you were trying to accomplish?

20   A.    (By the interpreter) I just want all of the kids have

21   the opportunity to go to school and so they can have

22   brighter future, and also to -- to be together to love one

23   another.

24   Q.    And so, BT XX, you said that you came to the U.S. in

25   August of 2013 through a program; is that right?

11:25:31

1   A.   (By the interpreter) Yes.

2   Q.   And was coming to the United States a goal of yours,

3   something you wanted to do?

4   A.   (By the interpreter) Yes, it was my goal to come to

5   visit.

6   Q.   And once you arrived, were you happy in the U.S.?

7   A.   (By the interpreter) When I -- yeah, at first I was

8   very -- I was happy.

9   Q.   And did you stay in contact with your friends in

10  Cambodia?  The boys at the orphanage?

11  A.   (By the interpreter) Yes.

12  Q.   And do you recall receiving, after you came to the

13  U.S., a chat or a message from Pastor Sopheak?

14  A.   (By the interpreter) Yes, I remember.

15  Q.   And was it a message specifically regarding Daniel

16  Johnson abusing boys?

17  A.   (By the interpreter) Yes.

18  Q.   And do you recall if you received that chat before or

19  after Mr. Johnson was arrested?

20  A.   (By the interpreter) I am not quite sure, but I think

21  it was before he was arrested.

22  Q.   Do you remember what month Mr. Johnson was arrested in?

23  A.   (By the interpreter) All I know that he was arrested in

24  2013, but I don't -- I am not sure if it was in November or

25  December.

*BT XXXXXXXXXXXXXXXXXX – 5/7/2018*
*Direct Examination by Jeffrey Sweet*
635

11:27:38   1   Q.   Okay.  And BT XX, did you -- are you friends with Karla

2   Comstock?

3   A.   (By the interpreter) Yes.

4   Q.   And did you see her when you were in Oregon?

5   A.   (By the interpreter) Yes, she came to visit me.

6   Q.   And were you at her house the night before

7   Mr. Johnson's arrest?

8   A.   (By the interpreter) No.  I was at my workplace.

9   Q.   BT XX, when did you learn -- how did you learn of

10  Mr. Johnson's arrest?

11  A.   (By the interpreter) People who -- who live at the

12  orphanage sent me a message.

13  Q.   Okay.  Was that over Facebook or e-mail?

14  A.   (By the interpreter) Facebook.

15  Q.   And so, BT XX, did you later give the FBI access to

16  your Facebook account?

17  A.   (By the interpreter) Yes.

18  Q.   Okay.  And so looking at your messages, it seems like

19  after Mr. Johnson was arrested, you were encouraging --

20  trying to encourage the boys to say good things about Daniel

21  Johnson; is that right?

22  A.   (By the interpreter) Yes.

23  Q.   And you were trying to stop some of the boys from

24  disclosing abuse; is that correct?

25  A.   (By the interpreter) Yes.

11:29:30   1   Q.   And, in fact, when people asked you if Daniel had done

       2   anything wrong, you were telling them, no, he's innocent, he

       3   hasn't done anything; is that correct?

       4   A.   (By the interpreter) Yes.

       5   Q.   And BT XX, why is it that you were saying -- saying

       6   those things?

       7   A.   (By the interpreter) Because I looked at the news,

       8   Cambodian news.  And among all of the kids that were accused

       9   of -- accused, only VS XXXX admitted or told the truth.

      10   So -- and I did not know if VS XXXX was -- you know,

      11   admitted or not.  So then I was kind of afraid, and nobody

      12   talked about it.  So I was always so afraid.

      13   Q.   What were you afraid of?

      14   A.   (By the interpreter) Because after that thing happened,

      15   he -- Mr. Daniel Johnson told the kids that, okay, he was

      16   going to get out.  And he was going to get out, and then the

      17   center was going to proliferate and grow.  So that made the

      18   kids have a lot of hope.

      19        So then -- so then I was afraid, you know, the

      20   kids would not have a place to stay and -- and we wouldn't

      21   know where they would go to school.

      22        And another thing, he said -- and another thing,

      23   because he knew a lot of people, and if we were to say that

      24   he did these bad things to us and they didn't believe us,

      25   they would go after us.

11:32:18   1          So in Cambodian culture, when people did good

2    deeds to you, you don't turn around and not -- and not be

3    un -- and not being grateful about it.  You have to return

4    the favor, you know, like that.

5          You know, in Cambodia, it's not like here.  They

6    used money to do many things.  You know, like in the news

7    they would pay money to have someone killed.  So I am just

8    afraid of that.

9          MR. WEINERMAN:  Judge, I will object.  I think we

10   are going a little further --

11         MR. SWEET:  That was my last most --

12         MR. WEINERMAN:  Move to strike.

13         THE COURT:  Strike the last part of that answer,

14   please.

15   BY MR. SWEET:

16   Q.   BT XX, at the same time, let me ask you this:  Who is

17   Knot, please?  Knot?

18   A.   (By the interpreter) A Thai person, national.

19   Q.   Is that -- is her first name Knot?

20   A.   Yes, Knot.

21   Q.   And was she in a relationship with Mr. Johnson?

22   A.   (By the interpreter) Yes, correct.

23   Q.   After you found out about Mr. Johnson's arrest, did you

24   communicate with Knot?

25   A.   (By the interpreter) Yes, I spoke with her.

11:34:04  1   Q.   Did you speak with her or were you chatting with her or

2   messaging with her?

3   A.   (By the interpreter) Messaging.

4   Q.   And did you speak with her very soon after

5   Mr. Johnson's arrest?

6   A.   (By the interpreter) Yes.

7   Q.   And did she ask you if Mr. Johnson tried to have sex

8   with you?

9          INTERPRETER LIM:  I am sorry, counsel.  The

10  interpreter did not hear you.

11  BY MR. SWEET:

12  Q.   Did Knot ask you if Mr. Johnson tried to have sex with

13  you?

14  A.   (By the interpreter) Yes, she did.

15  Q.   And did you, in essence, tell her that Mr. Johnson

16  tried but you didn't let him?

17  A.   (By the interpreter) The first time I think I didn't

18  tell her the truth, but only the -- the next time around I

19  told her the truth.

20  Q.   And when you talked with Knot, were you also talking

21  about -- were you talking about the need to pray for

22  Mr. Johnson and to encourage him?

23  A.   (By the interpreter) Yes.

24  Q.   And BT XX, so, you know, you are telling some people he

25  abused you.  You are telling other people he didn't.  Were

11:35:37   1    you speaking out against Mr. Johnson because you wanted to

         2    stay in the United States?

         3    A.   (By the interpreter) I never had, you know, the -- the

         4    want to -- to live here.

         5    Q.   BT XX, after Mr. Johnson was arrested, did you

         6    communicate with him on Facebook?

         7    A.   (By the interpreter) Yes.

         8    Q.   And did you decide that you would confront Mr. Johnson

         9    about what he did?

        10    A.   (By the interpreter) Yes.

        11    Q.   And BT XX, have you had an opportunity to look at some

        12    Facebook messages between you and Mr. Johnson?

        13    A.   (By the interpreter) Yes.

        14    Q.   And so when you gave the FBI access to your Facebook

        15    account, are the messages between you and Mr. Johnson -- are

        16    those, as far as you know, complete?

        17    A.   (By the interpreter) Correct.

        18    Q.   Okay.  After you confront -- well, let me ask you this:

        19    Did you confront Mr. Johnson directly with abusing children?

        20    A.   (By the interpreter) Yes.

        21    Q.   Did he deny abusing children?

        22    A.   (By the interpreter) He never denied.

        23    Q.   Did he say that you were lying?

        24    A.   (By the interpreter) No.

        25    Q.   So BT XX, I'd like to show you some messages, and I

11:37:49    1   want to ask you if -- so there were some messages that have

            2   been blacked out or removed.

            3            My question to you is did you do that or was that

            4   done by the parties?

            5   A.   (By the interpreter) You mean the black?

            6   Q.   Yes, the black parts in your Facebook messages.

            7   A.   (By the interpreter) I don't know.  I did not do that.

            8   Q.   And did I explain to you that there were parts that

            9   were removed by the parties because they are not relevant to

           10   the case here?

           11   A.   (By the interpreter) Yes.

           12            THE COURT:  So folks, you will have this exhibit

           13   into evidence, and I think in just a moment you will have a

           14   copy to be able to track along some of the questions.  There

           15   are areas that are blacked out, and that's because the

           16   parties have agreed to black out certain areas because

           17   either they weren't relevant or the court has ordered that

           18   certain things be stricken from the document.  So please

           19   don't try to read into any redacted portions anything.

           20   Don't try to guess what would have been in the document.

           21   Simply accept the words for what they are.

           22            Thank you.

           23   BY MR. SWEET:

           24   Q.   And BT XX, just to move things along, there are a few

           25   areas that I am going to summarize and ask you if it's

11:39:19   1   correct.  And then you can always refer to the message if

2   that would help.

3           MR. SWEET:  So at this point, Your Honor, I would

4   ask that 163 be brought up, and just for the defense and

5   BT XXXXX at this point.

6           THE COURT:  Okay.

7           MR. SWEET:  Just for clarity.

8   BY MR. SWEET:

9   Q.   BT XX, after Mr. Johnson's arrest, did he tell you that

10   the FBI would probably come talk to you?

11   A.   (By the interpreter) Yes, I was told.

12   Q.   And did he let you know that you have the right to tell

13   them you don't want to talk to them?

14   A.   (By the interpreter) Yes, that's what he told me.

15   Q.   And I'd like to call your attention to Page 12.

16           MR. SWEET:  And at this time I'd ask that it be

17   published, Your Honor.

18           THE COURT:  We can do that.

19           MR. SWEET:  It's going to take a second to get to

20   the page, Your Honor.

21   BY MR. SWEET:

22   Q.   And towards the bottom, BT XX, the bottom paragraph,

23   it's enlarged in yellow.  And I have added that yellow just

24   to make it easier.  I'd like to read you a short part and

25   tell me if it's correct.

BT XXXXXXXXXXXXXXXXXX – 5/7/2018
*Direct Examination by Jeffrey Sweet*
642

11:41:11   1         And BT XX, all this English part, did you write
          2    all the English in this yourself?
          3    A.   (By the interpreter) Yes, I was the one who wrote it.
          4    Q.   Okay.  So towards the bottom did you write, "I felt the
          5    Holy Ghost gave me courage to tell directly what you did is
          6    sinful but you still deny it.  I knew long time already that
          7    you had sexual abuse to the kids, but I didn't want to
          8    defile you."
          9         Did you write that, BT XX?
         10    A.   (By the interpreter) Yes.  Yes.
         11    Q.   And I would like to turn to the next page, please.
         12         And in the second paragraph highlighted in yellow,
         13    did Mr. Johnson say, "I don't have the heart to answer all
         14    of your message."
         15         Skipping, "I wish you all the best, my BT XX.  I
         16    love you very much."
         17         Did he write that?
         18    A.   (By the interpreter) Yes.
         19    Q.   And then the next paragraph highlighted in yellow
         20    towards the bottom, did Mr. Johnson write, "Now I am just
         21    praying that all of this does not remove all support as
         22    Sopheak has said he wants to continue the ministry.  I am
         23    deeply sorry for not doing my best in Christ."
         24    A.   (By the interpreter) Yes.  He -- he is the one who
         25    wrote it.

11:42:58  1   Q.   And did you go on in other messages to confront

2   Mr. Johnson that you knew he did inappropriate to LS X and

3   ES XXX?

4   A.   (By the interpreter) Yes.

5   Q.   And then turning to Page 15, the middle part in yellow.

6   It's actually 2417.  I am sorry.

7        Did Mr. Johnson write to you, "Please, please

8   speak nothing negative with me from this point on.  I really

9   can't take it."

10  A.   Yes, he wrote that.

11  Q.   And then continuing, "I will talk with you face-to-face

12  or by phone.  Not on here because one, it's very impersonal;

13  two, people check my messages."

14       Did he write that?

15  A.   Yes, he wrote that.

16  Q.   Okay.  Then to Page 2420.  I have a few more but not

17  too many.  At the very top highlighted in yellow did he

18  write, "BT XX, as I said before, you can continue to try and

19  turn everyone away from me."

20       And then skipping, "There is absolutely nothing in

21  Vietnam."

22  A.   (By the interpreter) Yes, he wrote that also.

23  Q.   And then on the next page, please, 2421, at the top,

24  did you write to Mr. Johnson, "You said you love me, but all

25  the things you wrote to me it sounds like you blame on me

11:45:17   1    everything.  What did I do wrong?  Just say the truth about

2    what I had seen and experienced with you in Cambodia."

3           Did you write that?

4    A.   (By the interpreter) Yes, I wrote that.

5    Q.   And then the paragraph below, beginning -- did

6    Mr. Johnson respond toward the middle, "I am not saying

7    anyone is wrong.  I am just saying that might be the wrong

8    spirit in this situation based on scripture.  I tell you I

9    did nothing in the USA."

10   A.   (By the interpreter) Yes, he wrote that.  That is his.

11   Q.   And on the same page, lower, in yellow, did Mr. Johnson

12   write, "I want to have a life, and it is still possible, but

13   that could change based on others' words and actions against

14   me."

15          And then, "There are many reasons why God says it

16   is not good for man to be alone."

17   A.   (By the interpreter) Yes, he wrote that.

18   Q.   BT XX, did you feel that Mr. Johnson was trying to get

19   you to stop speaking against him negatively?

20          MR. WEINERMAN:  Objection; calls for speculation.

21   Calls for a conclusion.

22          THE COURT:  Overruled.  It as to what his state of

23   mind was at the same time.

24          THE WITNESS (By the interpreter):  Yes.

25   BY MR. SWEET:

11:47:01

1   Q.   BT XX, I have about three more.  On the next Page,

2   2422, did you say at the top, "I have done nothing wrong.  I

3   really don't want to say anything, but when people ask me

4   what is the truth, I can't lie to them."

5        Did you write that?

6   A.   (By the interpreter) Yes, I wrote that.

7   Q.   And then did Mr. Johnson respond below that, "Brother,

8   sometimes saying, I am sorry, I don't want to talk about it

9   or I don't want to speak anything negative or I don't know

10  for sure or right now the best thing we can do is pray or I

11  would like to think not, *et cetera* are the options.  I would

12  like to think you still love me and want to see me through

13  this."

14  A.   (By the interpreter) Yes, he wrote that.

15  Q.   I just have two more, BT XX.

16        On the next page, 2423.  That middle paragraph in

17  yellow.

18        Did Mr. Johnson write, "I need you to know that

19  you are not hurting me, only hurting God's ministry."

20  A.   (By the interpreter) Yes, he wrote that.

21  Q.   And also, "We need to be as wise as a serpent and as

22  harmless as a dove.  Peace upon you and your tongue and

23  wisdom in your thoughts, words, answers and actions.

24  Healing does not begin until we stop picking at the scab."

25  A.   (By the interpreter) Yes, he wrote that.

11:49:24

1    Q.    And the last one, BT XX, on Page 2426, the middle of

2    the page, did you write to Mr. Johnson, "I really don't know

3    what am I doing wrong."

4    A.    (By the interpreter) Yes, I wrote that.

5    Q.    And after talking about another person, Heng, did he

6    say, "As I tell everyone who tells me anything about you,

7    BT XX has a good heart.  He is a good man."

8    A.    (By the interpreter) Yes, he wrote that.

9    Q.    So BT XX, those were just a portion of the chats.  But

10   did you remove any messages that said in which Mr. Johnson

11   denied abusing children?

12   A.    (By the interpreter) I did not remove anything.

13   Q.    BT XX, were you -- in 2014, in the U.S., did the FBI

14   contact you?

15   A.    (By the interpreter) Yes.

16   Q.    And did you talk to the FBI?

17   A.    (By the interpreter) Yes, I did.

18   Q.    And where was that, please?

19   A.    (By the interpreter) I met the person at my work in

20   Albany.

21   Q.    And did the FBI agent ask you about Mr. Johnson?

22   A.    (By the interpreter) Yes.

23   Q.    And did you talk to them about Mr. Johnson abusing you?

24   A.    (By the interpreter) At first I told them some but not

25   everything.

11:51:48   1    Q.    And did you speak to the FBI on multiple occasions?

2    A.    (By the interpreter) Yes.

3    Q.    And were you originally scheduled to go back to

4    Cambodia in mid-2014?

5    A.    (By the interpreter) Yes.

6    Q.    And did the FBI talk about you staying in the United

7    States?

8    A.    (By the interpreter) At first they said I could maybe.

9    Q.    And did they help you to speak with an immigration

10   attorney?

11   A.    (By the interpreter) They just told them to contact me,

12   and then I -- I actually did it on my own.

13   Q.    And have you received legal status in the U.S., BT XX?

14   And let me rephrase that.  Let me back it up.

15            Were you already in the U.S. on a visa, BT XX,

16   when you first came?

17   A.    (By the interpreter) Yes.

18   Q.    And did you ultimately apply for and receive a

19   different status which would allow you to stay longer?

20   A.    (By the interpreter) Yes.

21   Q.    And is it your understanding that that is related to

22   what Mr. Johnson did to you?

23   A.    (By the interpreter) Yes.  I spoke to the attorney.

24   The attorney explained to me because I --

25   Q.    I am going to stop you one second, Your Honor, just

11:54:08  1   because I think we are getting into potential

2   attorney-client conversations.

3         We'd just ask BT XXXXX to talk about not any

4   conversations but simply what it is that you were trying to

5   do.  If you could translate that part.

6   A.   (By the interpreter) I wanted to finish my school.

7         MR. SWEET:  Okay.  And, Your Honor, I believe the

8   government only has a few more questions, but I think we are

9   about at lunch, and if we could just -- I think I could

10  condense it if we could take a lunch break and finish after

11  that.

12        THE COURT:  All right.  Folks, let's go ahead and

13  break for lunch at this time.  We'll break until 1:15.

14                    *(Jury out.)*

15        MR. WEINERMAN:  Judge, before we break, we have

16  settled on our exhibits which I would like to just read --

17                (Reporter interrupted.)

18        THE COURT:  Maybe if we are going to read out

19  exhibits, we should probably have Ms. Pew here so she can

20  keep track.

21        MR. WEINERMAN:  Probably would be a great idea,

22  Judge.  I mean, we could do it before we start this

23  afternoon if you prefer.

24        THE COURT:  Yeah, why don't we do that.  Ms. Pew,

25  she is going to be really tracking which exhibits are coming

11:56:05   1 | in.

2 | All right.  Thank you.

3 | *(Recess.)*

1              I hereby certify that the foregoing is a true and

2    correct transcript of the oral proceedings had in the

3    above-entitled matter, to the best of my skill and ability,

4    dated this 7th day of May, 2018.

5

6    /s/Kristi L. Anderson
     _____
7    Kristi L. Anderson, Certified Realtime Reporter

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25