1                UNITED STATES DISTRICT COURT

2                   DISTRICT OF OREGON

3        THE HON. MICHAEL J. McSHANE, JUDGE PRESIDING

4

5    UNITED STATES OF AMERICA,     )

6                 Government,     )

7         vs.                     )  No. 6:14-cr-00482-MC-1

8    DANIEL STEPHEN JOHNSON,       )

9                 Defendant.      )

10

11           REPORTER'S TRANSCRIPT OF PROCEEDINGS

12                   EUGENE, OREGON

13                 Tuesday, May 1, 2018

14                 Day 2, Morning Session

15                 Vol 1A PAGES 1 - 61

16

17

18

19

20

21              DEBORAH COOK, RPR, CSR.
                OFFICIAL COURT REPORTER
22               405 East 8th Avenue
                     Suite 2130
23              Eugene, Oregon 97401
                   (541) 431-4162
24           Deborah_Cook@ord.uscourts.gov

25

Page 2

1    APPEARANCES OF COUNSEL:

2    FOR THE GOVERNMENT:

3    Jeffrey S. Sweet
     United States Attorney's Office
4    405 E. Eighth Avenue, Suite 2400
     Eugene, OR 97401
5    541-465-6771
     Fax: 541-465-6917
6    Email: Jeff.sweet@usdoj.gov

7    Lauren E. Britsch
     U.S. Department of Justice
8    Criminal Division
     1400 New York Ave NW, 6th Floor
9    Washington, DC 20530
     202-514-2220
10   Fax: 202-514-1793
     Email: Lauren.britsch@usdoj.gov
11
     Ravi Sinha
12   United States Attorney's Office
     1000 SW Third Ave, Suite 600
13   Portland, OR 97204
     503-727-1014
14   Fax: 503-727-1117
     Email: Ravi.sinha@usdoj.gov
15
     FOR THE DEFENDANT:
16
     Craig E. Weinerman
17   Office of the Federal Public Defender
     859 Willamette Street, Suite 200
18   Eugene, OR 97401
     541-465-6937
19   Fax: 541-465-6975
     Email: Craig_weinerman@fd.org
20
     Lisa A. Maxfield
21   Pacific Northwest Law LLP
     1255 NW Ninth Avenue, No. 11
22   Portland, OR 97209
     (503) 222-2661
23   Fax: (503) 222-2864
     Email: Lamaxfield@pacificnwlaw.com
24
                    * * * * *
25

Page 3

1                          WITNESS INDEX

2                                                Page/Line

3         FOR THE GOVERNMENT:

4             KARLA COMSTOCK                      4      20
          DIRECT EXAMINATION                      5       3
5         BY MR. SWEET
          CROSS EXAMINATION                      37      17
6         BY MS. MAXFIELD:
          REDIRECT EXAMINATION                   57       7
7         BY MR. SWEET

8

9

10

11                  EXHIBIT OFFERED INDEX

12        EXHIBIT 21, 29, 34, 43, 50, 57, 58,    12      11
          66, OFFERED
13        EXHIBIT 82, 83, 84, 123, 124 OFFERED   33      16

14                  EXHIBIT RECEIVED INDEX

15        EXHIBIT 21, 29, 34, 43, 50, 57, 58,    12      16
          66, RECEIVED
16        EXHIBIT 82, 83, 84, 123, 124 RECEIVED  33      20

17

18

19

20

21

22

23

24

25

                DEBORAH COOK, OFFICIAL COURT REPORTER
                   deborah_cook@ord.uscourts.gov

1                    EXCERPT OF PROCEEDINGS

2              Tuesday, May 1, 2018, at 10:21 a.m.

3

4                    (Brief recess taken from 10:01 a.m.

5                     to 10:21 a.m.)

6                    (JURY IN)

7              THE COURT:  First witness for the government.

8              MR. SWEET:  Thank you, Your Honor.  The United

9    States calls Karla Comstock.

10             MS. MAXFIELD:  Your Honor, before we begin, may we

11   move to exclude witnesses?

12             THE COURT:  Yes.  Witnesses should be excluded, so

13   both sides.

14             I am just going to center the front row so you are

15   not behind either group there.  Thank you.

16             Ms. Comstock if you step up to the witness stand to

17   my left.  Step up the stairs, and remain standing for just a

18   moment and you will be sworn in.

19

20                    KARLA COMSTOCK,

21      produced as a witness, having been first duly sworn,

22             was examined and testified as follows:

23             THE WITNESS:  I do.

24             COURT CLERK:  Please be seated.  State your name for

25   the record, spelling the last.

Page 5

1          THE WITNESS:  Karla Comstock, C-O-M-S-T-O-C-K.

2

3                    DIRECT EXAMINATION

4     BY MR. SWEET:

5   Q   Good morning, Ms. Comstock.

6   A   Good morning.

7          MR. WEINERMAN:  Judge, we can't hear very well.

8          THE COURT:  Ms. Comstock, that button in front of

9   you is a microphone.  So sometimes if you put things in front

10  of it, it gets noisy.  There's a screen to your left, and at

11  times different exhibits might pop up for you to look at.

12         We have a court reporter in front of you.  She's

13  taking down everything we say, so sometimes we have to talk a

14  little slower and louder than you normally would.

15  Q   BY MR. SWEET:  Ms. Comstock, where do you live?

16  A   Marble, Colorado.

17  Q   What do you do there?

18  A   I am a nanny.

19  Q   Where did you spend most of your childhood?

20  A   Coos Bay, Oregon.

21  Q   How long did you stay at Coos Bay?  At what age did you

22  leave?

23  A   I left after high school, so around 18.

24  Q   So, Ms. Comstock, do you know Daniel Johnson?

25  A   Yes, I do.

DIRECT EXAMINATION - R. COMSTOCK

Page 6

1   Q     Have you ever been to Cambodia?

2   A     Yes, I have.

3   Q     Did you stay at one of the orphanages in Cambodia with

4   Mr. Johnson?

5   A     Yes, I did.

6   Q     Can you please give the jurors a brief summary of how

7   you went from Coos Bay, Oregon to Cambodia?

8   A     I, after high school, went to college.  I ended up doing

9   some mission trips to Africa and Honduras, and fell in love

10  with third-world cultures.  I spent several years searching

11  for a way to be involved overseas in different cultures, and

12  ended up joining an organization that allowed me to work in

13  countries such as Pakistan and Nepal, teaching English.

14         I then ended up not being able to work in Pakistan.

15  They didn't give us our visa, so I went to Thailand to teach

16  English and was encouraged and invited by my pastor in Oregon

17  to go and meet an organization in Cambodia ran by Daniel

18  Johnson and work with the kids for Christmas, and meet them

19  in 2011.

20  Q     And Ms. Comstock, does your church play a large role in

21  your life?

22  A     Yes.

23  Q     And has your religion helped shape your decisions and

24  your conduct?

25  A     Yes.

1  Q    Could you -- let's talk a little bit more about how you

2  first -- when was the first time you met Mr. Johnson?

3  A    Officially, he had actually come to Oregon and spoke at

4  the church, I think, in 2008 or 2009 before I went to

5  Pakistan.  Briefly -- it was a momentary introduction, and

6  then I didn't realize that was the same guy that I would be

7  meeting when I went to Cambodia.

8  Q    So before you went to Cambodia, you were in Thailand; is

9  that correct?

10  A    Yes.

11  Q    So let's talk about how you went, in a little more

12  detail, how you went from Thailand to Cambodia.  What does

13  that look like, please?

14  A    So I was just basically teaching English, trying to

15  reestablish whether I would be going back to Pakistan, what I

16  could do for my future.  And I didn't have much of a plan at

17  that time.  So when the pastor said that there was a team

18  from Oregon going to work in Cambodia, that I could go there,

19  maybe join them, meet these kids, possibly look into a future

20  of working in Cambodia, since I didn't know if I could go

21  back to Pakistan -- and I wasn't necessarily interested to

22  stay in Thailand.  That was more of a waiting ground for me

23  to find out what I would be doing for my future.

24  Q    And if we could pull up Government's Exhibit 273,

25  please, something should pop up for you.

1    THE COURT:  We need Ms. Pew for that, I am sorry.

2    MR. SWEET:  Hopefully this looks like a map.

3  Q   BY MR. SWEET:  Do you see that, Ms. Comstock?

4  A   Yes.

5  Q   Could you please just show us where you were?  If you

6  point on that, if you touch that --

7    THE COURT:  You can draw with your finger.

8    A JUROR:  We can't see it.

9    THE COURT:  Are you going to offer the exhibit into

10 evidence?

11    MR. SWEET:  Yes, 273 was admitted.

12    THE COURT:  You can draw on the map with your

13 finger.

14    THE WITNESS:  I believe I was in Chiang Mai, which

15 is in the north.

16  Q   BY MR. SWEET:  And that's in Thailand?

17  A   It's a mountain area of Thailand.

18  Q   From Thailand you ended up going -- could you put your

19 finger on the whole country, too.

20  A   To Cambodia.

21  Q   And so why was it you wanted to -- you said Thailand

22 wasn't working out that well for you.  Is there anything in

23 particular?

24  A   I had been in a very remote area of Pakistan, not a lot

25 of electricity, very impoverished persons, and that was more

1    the people I felt my heart was towards.  When I got to

2    Thailand, my students were amazing, the people I worked with

3    were amazing, but it was a wealthy environment and I didn't

4    feel that that would be where I wanted to spend a lot of my

5    years.  So I was there, it was great, but I was looking to

6    see where God might take me.

7    Q    So did Cambodia have some appeal for you?

8    A    They were extremely impoverished, and extremely run

9    down.  They need a lot.  They didn't have much of a foot to

10   stand on.  They are a very sweet culture, but I believe

11   because of the killing fields in Pol Pot, they didn't have

12   much going for them.  There weren't a lot of highly educated

13   persons in their country to build them up, and become

14   something grand.  So they are a very needy, hungry, wonderful

15   people to work for.

16   Q    At that time, Ms. Comstock, were you single?

17   A    Yes.

18   Q    Did you know if Mr. Johnson was single?

19   A    Yes.

20   Q    Was that another factor in going to Cambodia?

21   A    It was a potential curiosity, yes.

22   Q    And is that something your pastor -- did people mention

23   that to you, that he was single?

24   A    Yes, it was brought up to me as a, by the way, he's also

25   around your age and working with a ministry and is available.

Page 10

1   Q    So do you recall when you first went to Cambodia?

2   A    Christmas -- December 25, 2011.

3   Q    And let me show you Government's Exhibit 272, which was

4   admitted earlier this morning.  And do you see anything on

5   your screen there?

6   A    Yes.

7   Q    And do you recognize 272?

8   A    I believe that's the home they were living in when I

9   arrived for Christmas, 2011, yes.

10  Q    And before going into some more details about that, how

11  many trips did you make to Cambodia over the next year or so?

12  A    I ended up going three times in total.

13  Q    Could you tell us how long each of those trips were?

14  A    The first trip was three weeks, the second trip was six

15  weeks, and then I was able to go again for another three

16  weeks.

17  Q    The first trip was Christmas of 2011.  Approximately

18  when was the second trip?

19  A    Around April, March and April I believe.  And then the

20  third trip was in July.

21  Q    And are those both 2012?

22  A    Yes.

23  Q    So what -- could you tell us please, what was it like at

24  the orphanage?  You get to Cambodia.  You get to the

25  orphanage.  What was it like?

1 A    In the beginning it was amazingly energetic, chaotic.   A

2 lot of laughter and smiles from the kids.   Very busy.   The

3 kids definitely loved foreign interaction, and were delighted

4 to be around us, and easy to get to know, easy to fall in

5 love with.   They are just amazing kids.

6 Q    And let's talk about some kids.   I would like to show

7 you some photographs to make sure we're talking about the

8 same people.

9         MR. SWEET:   Your Honor, these are a series of

10 photographs that counsel and the government have discussed,

11 and so I would like to run through these.

12         THE COURT:   Go ahead.

13         MR. SWEET:   The first is Exhibit 8, please.

14 Q    BY MR. SWEET:   I am going to ask if you recognize this

15 person?

16 A    That's LS X.

17 Q    And Exhibit 21?

18 A    That's SO XXX.

19 Q    And 29?   And I am talking about the person on the left.

20 A    That's CC X.

21 Q    And 34?

22 A    That's "ES XXX" or "ES XXX" and Daniel.

23 Q    And 43?

24 A    RT XX.

25 Q    50?

DIRECT EXAMINATION - R. COMSTOCK

Page 12

1    A    PE XXXXXX is on the left, and Tola is on the left.

2    Q    57?

3    A    LT XXXXXXX.

4    Q    58?

5    A    Heng and his brother SESX.

6    Q    And 66?

7    A    BT XXXXXXX.

8              MR. SWEET:  Thank you.  And I believe those have all

9    been admitted.  But to the extent not, we offer them so they

10   can be admitted.

11                        (**EXHIBIT 21, 29, 34, 43, 50, 57, 58,**

12                        **66, OFFERED**.)

13             THE COURT:  Any objections?

14             MS. MAXFIELD:  None.

15             THE COURT:  They will be admitted.

16                        (**EXHIBIT 21, 29, 34, 43, 50, 57, 58,**

17                        **66, RECEIVED**.)

18   Q    BY MR. SWEET:  Do you know all the boys whose pictures

19   you identified?

20   A    Yes.

21   Q    Let's talk a little bit more.  You are at the orphanage,

22   it's energetic.  So what was your role?

23   A    I came to see, observe, find out if there was a way I

24   could assist as just like side support.

25             I was given an opportunity to possibly help some of

Page 13

1    the teams that came in that were short-term teams from

2    America to pick up whatever they needed, supply coffee.  I

3    was given whatever random task needed to be done that was a

4    lot of -- there's a lot of things going on in ministries and

5    there wasn't a team, really.  So basically whatever I could

6    do.

7    Q    And did you enjoy it?

8    A    Yeah.  Yes, I did.

9    Q    Did the boys -- can you talk a little bit about what a

10   typical day would look like for the boys?  What is a typical

11   school day?

12   A    They seem to be kind of just scrambling in the mornings

13   to get their breakfast, which would usually be a pot of

14   leftover rice from the night before.  They would go to school

15   in groups.  There was different times for the younger kids or

16   the older kids.  They didn't have a bus or van or anything.

17   They would walk in small groups to school.

18          They come back, sometime in the afternoon, play a

19   little bit, do some chores, rest.  We would have some dinner

20   together.  Usually in the evening they would eat together in

21   a large group, and play.  Just kind of all over the place.  A

22   lot of different things happening.  A little bit chaotic.

23          But some would be up in their rooms doing homework

24   or resting.  But most would be down hanging out together.

25   That was when there wasn't a team around.  There were

1    different teams there.

2    Q    If you would estimate, roughly, how many boys were in

3    the boys' house?

4    A    Around 25 -- there was about 35 total, but I think there

5    were five girls, so around 25 or 30 boys.

6    Q    And was there -- you mentioned the girls, so can you

7    tell us briefly about the girls?

8    A    There were about five of them, different ages from 5 to

9    13 or 14 at the time I was there.  And they did have their

10   own little room and -- wonderful, wonderful girls.

11   Q    When you were there, this is your first trip, if you had

12   to describe your impression of the children's mood, how did

13   the children seem to you?

14   A    When I was there in the beginning, very happy to see us

15   and hang out with us.  When there was a foreigner, very happy

16   during that first trip I noticed.  That's pretty much all I

17   paid attention to the first time.

18   Q    So you said you were there for about three weeks.  Why

19   were you only there three weeks, and what did you do next?

20   A    I was only there for three weeks, because I was an

21   English teacher.  And I had -- in Thailand, and I had classes

22   to get back to.  We were there for like a Christmas break

23   time that we didn't have to teach.  So I needed to go back to

24   Thailand and teach some classes.

25   Q    What did you do -- so you went back to Thailand, and

Page 15

1    what led you back to a second trip?

2    A    The country, the kids, just such -- so beautiful and

3    really -- excuse me.  It was a ministry that I wanted to be

4    part of for those kids, and to -- there was a need, and I

5    knew I could fill it.

6            That's what I was looking for is a place that I

7    could dedicate my life to in any way I could.  And there was

8    a lot of need there.  And the kids didn't have a mother

9    figure.  They were very drawn towards just having someone

10   around that was female, and that they could enjoy with, and

11   laugh with.  And I wanted to be part of that.

12   Q    And so let's talk a little bit about Mr. Johnson.  Was

13   he there for your first trip?

14   A    Yes.

15   Q    Did you spend time with him?

16   A    Yes.

17   Q    And so what was Mr. Johnson like?

18   A    In the beginning, charming, friendly, able to laugh

19   easily, and have fun with us, when he was with us.  Busy,

20   very hectic, kind of coming and going a lot, and kind of just

21   seemed overwhelmed, telling a lot of -- just always giving

22   instructions for people to come, go, and do this, and do

23   that, and make arrangements for teams to come.  But he was

24   friendly.  He was charming with us in the beginning.

25   Q    And was that throughout your first trip?

1   A     Yeah.

2   Q     And how was he with the boys for your first trip?

3   A     When we were around as a group, when there was a team,

4   very friendly and -- but sort of so busy that he mostly was

5   just kind of barking orders to go do things.  This needs to

6   be done, this needs to be done, this needs to be done.  Not

7   really sitting and resting and relaxing with them, or having

8   too much fun with them.  He would have fun with us as a team,

9   a group of people, but more or less sort of that -- just a

10  lot of things needing to get done that he was giving to them

11  to do, the older boys.

12        The younger boys I didn't, in the beginning, see a

13  whole lot of interaction with them during the daytime, in the

14  afternoons.

15  Q     Did you see interaction in the evenings?

16  A     A little bit, yeah, especially when the teams were

17  around.  But when we had like worship services or something,

18  he wasn't usually there.  He would take a lot of time off to

19  be in his room, or go on an errand, or go to a meeting.

20        I saw a little bit of interaction with the younger

21  kids, but it was, You guys need to go take a shower.  You

22  need to do your homework.  Those types of things.

23  Q     Did you talk with Mr. Johnson -- at some point, did you

24  talk to Mr. Johnson about coming back for a second trip?

25  A     Yes.

Page 17

1   Q    How did that go?

2   A    He was fine with it, and said the kids looked forward to

3   seeing me, and was okay for me to come back as long as I

4   wanted.  Just basically said, yeah, what's your dates, what's

5   your times, come on back.

6   Q    So your second trip, approximately, when was that again,

7   please?

8   A    In April.

9   Q    And how long was the second trip?

10  A    Six weeks.

11  Q    So could you describe the second trip, and things you

12  noticed?

13  A    I did notice a little bit of this in the beginning, but

14  the second time I noticed more of it.  Teams were coming a

15  lot more, there's a lot heavier burden, it seemed, on getting

16  things done.  A little more barking happening.  Something I

17  saw is whenever the kids needed or had a problem, he would

18  puff himself up, and hold his fists, and like push out his

19  chest, and just glare, and basically like a little bit of a

20  threat or control issue happening with making sure the kids

21  got in line.

22          I would not even necessarily have noticed anything

23  had just happened, I didn't know what kid did what wrong.

24  That type of behavior started increasing.  I started seeing

25  more of that.  Noticed the kids weren't really interacting

1   with him on a personal level, so not coming up and hugging or

2   loving on them, or them hugging and loving on him, like they

3   were with us when we would come.

4       It was more like a fear base.  He would walk into a

5   room, and with me, they would be laughing and having a good

6   time.  When he came in, he would be in whatever mood, and

7   they didn't know if he was going to be friendly or not, and

8   they would avert their eyes away from him.  And even I

9   started doing it, too, because you didn't know what he was

10  going to do.  He would be a little more sharp, upset about

11  something, yelling about something, frustrated about

12  something.  I saw a lot more of that coming out and starting

13  to increase.

14  Q    On this second trip, where were you staying?

15  A    They had rented a girls' house by then that was down the

16  street a little bit, and I was staying at the top level in a

17  guest room.

18  Q    And was anyone else there, other than you and the girls?

19  A    Off and on teams were coming in, and we made another

20  room across the hall from me for the teams to stay in.  So

21  they would be there for a week or so, like they would come

22  from around 10 or 11 days, and part of that time they would

23  stay there or go to a village.

24  Q    So when you say team, does that mean -- what does that

25  mean?

Page 19

1    A    It's an American group of people, maybe 10, 15 people,

2    possibly or six people coming from somewhere in the US to

3    work with Daniel's ministry.

4    Q    So let's go back to Mr. Johnson's moods.  You mentioned

5    when he would walk in a room, looking for his mood.  Why is

6    it that you would have to check and see what his mood was?

7    A    It was unpredictable, and he would be -- when the teams

8    were around, a lot of friendliness, a lot of laid-backness,

9    and joking.  But when they weren't around or about to come,

10   it was more intense.  Just seemed really irritated and easily

11   angry, and would be harsh and quick to like, I need this,

12   where is this.

13          And everyone would be in the room, so we don't know

14   who he's talking to, or who needs to do what, but just jump.

15   And you'd stop what you are doing, jump, do this, do this,

16   get me this, where is this.

17          And we didn't know when he would walk into the room

18   if he would be laid back and able to talk to, or angry or

19   upset about something.

20   Q    Let me ask you this.  A lot of people get sharp under

21   stress, but a minute ago you turned your head to the side.

22   Could you describe in as much detail as you can, what the

23   boys' reaction would be when Mr. Johnson would walk into a

24   room.

25   A    Something like that (indicating).  The joking and

Page 20

1    laughing with each other, having a good time, and he would

2    walk into the room and it was, Like don't look at him.  It

3    was felt like everybody was doing, like don't look at him, so

4    we don't get attention from him because it wasn't going to be

5    a positive attention.

6            MS. MAXFIELD:  I am going to object; much of the

7    testimony is based on speculation.

8            THE COURT:  You can describe what you saw, but

9    please don't speculate what people may have been thinking.

10           THE WITNESS:  I saw the laughter stop, the smiles

11   stop, the heads go down, trying to look busy or active

12   instead of just relaxed.

13   Q    BY MR. SWEET:  And you were reacting that way, as well?

14   A    I began to, yes.

15   Q    Ms. Comstock, have you been in various orphanages or

16   centers with children, other than Mr. Johnson's?

17   A    A few, yes.

18   Q    Have you seen similar reaction from children in other

19   type locations?

20   A    No.

21           MS. MAXFIELD:  Objection; relevance.

22           THE COURT:  Overruled.

23   Q    BY MR. SWEET:  Ms. Comstock, the reaction you described

24   having when Mr. Johnson would walk into the room, is that a

25   reaction you typically have with people?

1    A    No.

2    Q    Have you encountered people who are strict or

3    strong-willed?

4    A    Yes.

5    Q    Do you have that reaction with these strict or

6    strong-willed people?

7    A    No.

8    Q    Could you talk, please, about -- let me ask you this.

9    Were there some boys who were Mr. Johnson's favorites?

10   A    I would say so, yes.

11   Q    And could you identify them, please?

12   A    SO XXX, LS X, LT XXXXXXX, Tola, BT XXXXXXXXXX.

13   Q    What makes you say they were his favorites?

14   A    He was warmer towards them.  He gave them -- like they

15   were in a room at Christmas getting special gifts with him

16   that the other kids weren't there getting.  I am not sure

17   why.

18            Kids were asked to be cleaning while he left.  I was

19   responsible to go over to the boys' house and make sure they

20   were cleaning.  He was in the village with the other team.

21   SO XXX was playing, or just sitting and reading his Bible.

22   And I said, "Why are you not cleaning?"  "Well, I am reading

23   my Bible."  And I said, "You still need to be cleaning.  You

24   can do that later.  That's great, but you still have to

25   clean."

1          And when Daniel came back he was told about this

2     interaction.  And he said, "Why would you ask him to clean?

3     He was reading his Bible."  And he, himself, had given me

4     strict orders to make sure all the kids were working to clean

5     up the house.  "Yeah, it's great that he's reading his Bible,

6     but he still needs to be cleaning like the rest."

7          And there was an understanding SO XXX had that he

8     didn't have to do things that others were doing.

9          MR. WEINERMAN:  Objection to what SO XXX was

10    thinking.

11         THE COURT:  If you can go ahead and ask a question.

12    Q    BY MR. SWEET:  Was SO XXX, based on your observations,

13    treated differently than --

14    A    Yes.

15    Q    I am sorry.  One second.

16         Was he treated differently than many of the other

17    boys?

18    A    Yes.

19    Q    What are some -- so you gave a Bible example, what are

20    some other examples?

21    A    The gifts that were given, and a warmth and friendliness

22    and closer connection than I saw with the others on a more

23    regular basis.

24    Q    Were you friendly with SO XXX?

25    A    The same as the others, yes.

Page 23

1    Q    Did -- you talked about gifts.  Could you elaborate,

2    please?  How often did boys get gifts?

3    A    I was there for Christmas, so everybody was getting

4    gifts at Christmas.  But there were different levels of

5    gifts.  Supposedly, from my understanding, coming from

6    supporters.  Daniel had just been in America and was bringing

7    things back.  For birthdays -- but some would be given really

8    amazingly nice things in comparison to others.  Tola's

9    birthday he was given a really nice guitar, that type of

10   thing.

11   Q    What about food?  Was there a difference in who would

12   get special foods?

13   A    I am not overly aware of that.  I do know Daniel would

14   sometimes have food brought into his room, like KFC, which

15   the kids would be eating a group meal down below of like rice

16   soup, or something.  He would have special food in his room,

17   and those boys were in his room with him.  So I don't know if

18   they ate it or not.

19   Q    Let's talk about boys in the room.  You said "those boys

20   would be in his room."  Could you specify which boys you are

21   talking about, generally?

22   A    As far as I knew, the ones staying in the same room were

23   SO XXX, LT XXXXXXX, LS X and BT XXXXXXXXXX.

24   Q    And when you say staying, what do you mean by staying?

25   A    They slept in that room.

Page 24

1    Q    How do you know that?

2    A    When I'd come in the evenings, or go around the house to

3    help them clean, I knew approximately where different ones

4    were staying.  They had multiple mattresses on the floor, and

5    the house was completely full.  There was -- every room had

6    to have multiple people in them.  And those boys were in that

7    room in the evenings, at nighttime.

8    Q    When you say "that room," which room is that room?

9    A    Daniel's room.

10    Q    And would other boys routinely spend the night in

11    Mr. Johnson's room, or was it the ones you described,

12    generally?

13    A    Not that I know of.  Just the ones I described.

14    Q    Was there a time when -- let's talk about, were there

15    things you saw that made you uncomfortable?

16    A    Yes.

17    Q    Can you describe one, please?

18    A    One evening I went up to talk to him about something

19    happening the next day that I needed to get -- I don't know

20    the details of why I needed to speak with him, but I needed

21    to get some information.  And he told me to just come up if

22    you ever need something.

23         So I knocked on the door of his bedroom and he said

24    come on in.  And I opened up the door, and SO XXX and LT XXX

25    XXXX were sitting against the back wall on a mattress just in

Page 25

1    their underwear.  Daniel was in his underwear, and LS X was

2    in his underwear.

3            And LS X was bent out, with his legs out, and his

4    back -- he's facing down on his legs.  And Daniel was pressed

5    on top of him, full weight, like laying on him.  And LS X was

6    kind of making like -- he was saying something in Khmer,

7    angrily.  The boys were laughing, but uncomfortably laughing,

8    looking at me looking at Daniel.

9            And Daniel brushed it off, and got off and said they

10   were wrestling.  And I had never seen wrestling like that.

11   It was just bizarre.  And LS X was extremely mad and angry

12   and like reaching back and touching his back, like hurting

13   and in pain.

14   Q    And obviously, you are in court here today, so things

15   may be viewed through a different prism, but at the time did

16   that bother you?

17   A    Yes.

18   Q    Did you ever write things down that bothered you?

19   A    Yes, I did.

20   Q    Approximately when did you write them down?

21   A    Sometime in the middle of the second trip.  I just had

22   enough little things starting to add up that I began to try

23   to evaluate whether I could even join this ministry, or be

24   around this.  Some stuff was bothering me, so I started

25   writing down what I was seeing.

Page 26

1    Q    You described Mr. Johnson wearing boxers or underpants,

2    I don't recall which.

3              Was that the only time you saw him in skimpy

4    clothes?

5    A    No.  There was a variety of times, but even just around

6    the same time period, that day or the day before, I had

7    needed something.  Again, went up, knocked on the door.  He

8    was in the bathroom taking a shower.  I was going to leave.

9    He said, "It's okay.  Hold on, I am almost out."  He came out

10   in a very tiny yellow towel, and he's not a small individual

11   at that time.

12             And he's completely naked, except for this little

13   towel.  And he's like, "What do you need?"  And I said,

14   "Okay.  I will come back."  And he said, "It's okay.  We will

15   talk."

16             And he sat down on a bench, facing the kids,

17   spread-eagle, wearing a towel and I could see his thigh.  And

18   I was averting my eyes, really uncomfortable.  And he just,

19   "No, it's no problem."

20             So I sat down facing the same direction so I

21   couldn't see anything.  But the boys were standing there, I

22   believe LS X, SO XXX, a couple of them -- I don't know who

23   else -- pointing and laughing at his middle section where the

24   towel was at.  And he was just basically, completely exposed

25   in front of them.  And I was very uncomfortable with that.

Page 27

1  Q    Was LS X's reaction to what he was seeing visible and

2  obvious?

3  A    Yes.

4  Q    Did Mr. Johnson attempt to change his position or

5  anything?

6  A    No.

7  Q    Did you talk to Mr. Johnson at some point about some of

8  his behavior?

9  A    I attempted to, yes.

10  Q    How did that go?

11  A    I called him to do some private talk in an office.  We

12  went up, and before I began even to explain what I was upset

13  with, he jumped into just saying, "I never knew I would be a

14  single man working in this country with all these kids.  It's

15  really hard," buried his head, threw his notebook down,

16  started -- I don't know if he was crying or sobbing, but

17  really upset.

18        And I said -- I consoled him, I am really sorry it's

19  this hard.  I know you have a lot of burdens on you.  I am

20  not sure what you are talking about.

21        And he composed himself and said, Oh, well, what are

22  you talking about?  Is it because of this?  Well, this is

23  this, and that happened because of that, and then got upset

24  about something else that was unrelated to what I was going

25  to talk about.

1    Actually, I am trying to address the fact that you

2  are yelling at the kids, and I am very uncomfortable with the

3  extent to which you are yelling.  And he says, I don't yell.

4  I am just strict.

5    I am very calm at this point, and I said, When you

6  are getting angry you are yelling full volume.

7    I'm not angry.  I'm not yelling.  These are drug

8  kids from the streets.  I am trying to keep control of them

9  and be strict with them.

10 Q    Let me ask you, was there -- were there jokes or

11 discussions made regarding sexual references to the children?

12 A    I am not sure what you mean.

13 Q    Was there words in Khmer used by Mr. Johnson to some of

14 the boys to describe them?

15 A    Yes.

16 Q    What was that?

17 A    He would use the word "kathoey", which means -- because

18 of working in Thailand I understand that means lady-boy.

19 Q    How did the boys react to that?

20 A    The one being called that would get embarrassed or feel

21 ashamed, and the ones around that would hear it would laugh

22 and mock and tease that person.

23 Q    So you are there for six weeks.  What were your plans

24 initially when you went back for six weeks?  Did you have a

25 goal in mind for what you were going to do?

DIRECT EXAMINATION - K. COMSTOCK

Page 29

1   A    At that point I was seriously considering joining his

2   ministry as some sort of ministry team person.  He went -- I

3   gave him the money and he went to the embassy office to get

4   me a one-year visa to stay in Cambodia to work long-term.

5   And we were considering that I would be joining his team.

6   Q    Did you do that?

7   A    No.

8   Q    When did you decide not to do that?

9   A    Towards the end of that trip I began to see enough red

10  flags that I went back to Thailand and did a lot of praying

11  and fasting and seeking counsel to find out if the problems I

12  was seeing were serious enough, and if I needed to

13  actually -- if I could go back or not.  If it would be an

14  environment that would be healthy enough to go back to, and

15  it was determined at that point it was not.

16  Q    Let me ask you a few things about some other people

17  there that we haven't spoken about earlier.

18          You mentioned BT XX, BT XXXXXXX.  Can you talk about

19  what his role was at the orphanage?

20  A    I would call him Daniel's right-hand man.  He was

21  responsible for doing whatever errands needed to be done, he

22  organized teams, picked them up from the airport.  He would

23  get the groceries, everything.  He was in charge of the kids.

24  He was in charge -- basically when Danny was absent, he was

25  in charge.

1          And even when Daniel was there, if Daniel wasn't

2     interacting directly with the kids, it would be BT XX's

3     responsibility to make sure people were doing what they

4     needed to be doing.

5     Q    Does he speak English?

6     A    Yes.

7     Q    What about Pastor Sopheak?

8     A    Pastor was -- seemed to be more of the religious side of

9     things.  He was in charge of going to the villages, the

10    churches, and corresponding with the pastors and church

11    people there, and bringing teams to and from.  And basically

12    he made sure the kids were doing a worship of some sort.

13    Q    Were the children -- did the children like BT XX?

14    A    Yeah.

15    Q    What about Pastor Sopheak?

16    A    They seemed to, yes.

17    Q    We haven't talked -- I want to ask you one thing.

18    Massages, were massages a common occurrence when you were

19    there?

20    A    Somewhat, yes.

21    Q    Who was massaging who?

22    A    On different occasions the kids would come down if a

23    team was there, and walk behind and do a little bit of a

24    massage on our shoulders.  And Daniel explained they do it

25    with him, and he explained that he would give them a tip to

1    do a massage so they could like contribute to teams, and that

2    was their way of helping out.

3           And then sometimes, like when we were at a church,

4    there was a net that we were all sleeping under.  And one of

5    the kids was in giving Daniel a massage.  He didn't have his

6    shirt on, and he was massaging him.

7    Q    In terms of -- let me ask you this.  Were there some

8    boys who left during your time there?

9    A    Yes.

10   Q    What did you notice about that?

11   A    Different ages, a lot of them were really young.  They

12   would be there one day having a great time, laughing,

13   everything seemed normal, I am getting to know them.  And

14   then they would be gone the next day or that day.  And I

15   would say, Where is so-and-so?  They left.  Different

16   reasons, maybe because they wanted to, or because --

17          MR. WEINERMAN:  Calls for speculation.

18          THE COURT:  Sustained.

19   Q    BY MR. SWEET:  Did you believe the boys were -- in terms

20   of their having shelter and food, were they in a good

21   situation at the orphanage?

22   A    In the beginning, yes.

23   Q    You mentioned a third trip, but yet you also said you

24   weren't going back to work.  Would you explain that, please?

25   A    I had known I was not going to join his ministry at that

Page 32

1  point.  I decided to go back to America to kind of regroup
2  and think about and pray about what was going to be next and
3  see my family.
4        And I Skyped with some of the kids to say I am not
5  coming back to work, but I couldn't explain to them why,
6  because of language barriers and not knowing how to explain
7  what I was saying to them.  So they said before you go back
8  to America, can you please come see us.
9        MR. WEINERMAN:  Objection to "they" without
10  specifying who she was talking to.
11  Q    BY MR. SWEET:  Who was it --
12  A    The kids.  Multiple kids.
13  Q    Do you recall who it was?
14  A    I think I Skyped with BT XXXXXXXXXX and the kids were
15  there with him in a big group.
16  Q    And I believe you said they were asking you to come
17  back?
18  A    Yes.
19  Q    What did you decide to do?
20  A    I said, Sure, I will try.  So I arranged with Daniel --
21  he was in America, and I specifically wanted to go back while
22  he wasn't there so I could see the kids in a more relaxed
23  atmosphere, also find out if what I was seeing was
24  problematic.  And I went back when he was in America for
25  three weeks in July.

Page 33

1  Q    And what did you notice, if anything, when you went

2  back?

3  A    They were relaxed and happy.  More than I had ever seen

4  them before.

5  Q    They being --

6  A    The kids, all of them.

7  Q    I have a few more photos, Ms. Comstock.

8           MR. SWEET:  Pull up 82, please.

9  Q    BY MR. SWEET:  And what does that show, please?

10 A    It's not up.  That was upon my arrival, that third time.

11          A JUROR:  We don't have anything.

12          MR. SWEET:  Your Honor, I am sorry, this is 82.

13 These are the ones we talked about with counsel, 82, 83, 84,

14 123 and 124, following five photos that we discussed with

15 counsel, and I don't believe there's any objection.

16              **(EXHIBIT 82, 83, 84, 123, 124**

17                  **OFFERED.)**

18          MS. MAXFIELD:  No.

19          THE COURT:  They will be admitted.  Thank you.

20              **(EXHIBIT 82, 83, 84, 123, 124**

21                  **RECEIVED.)**

22 Q    BY MR. SWEET:  What are you seeing in this photo?

23 A    I had just arrived my third time, and those were the

24 first ones that got to see me, the first of the kids when I

25 was in the room and I had just come from the airport.

1   Q    And what is on the wall behind you?

2   A    That's a mural that we painted while I was there, that I

3   helped the kids with.  Daniel built the wall, and asked if I

4   would do a mural of some sort.  And I had the kids draw

5   pictures, and from their pictures we designed a mural.

6   Q    Let's look at 83, please, and what is this, please?

7   A    That's one of my last nights there, saying goodbye.

8   Q    Obviously, you were on the far left; is that correct?

9   A    Yes.

10  Q    Could you point out a few of the boys that you recognize

11  in this photo?  Touch it, and it should -- touch a face.

12  A    Do you want any specific one?

13  Q    Anyone you would like.

14  A    So LT XXXXXXX --

15  Q    Could you speak up just a little because you are away

16  from the mic?

17  A    LT XXXXXXX, Pong, LS X, Wattana, Samneang, Little D with

18  Rotna, BT XX.  He was new.  His name was Baptist.  RT XX,

19  Heng, ES XXX, Tola, SO XXX, Ravy, Sambo, CC X, Sophal, Sean,

20  Pastor Sopheak, and the girls, Ongsa, Vesna, Julie, and this

21  little guy was Vanni.

22  Q    I want to pull up one photo that I showed you earlier,

23  and that is pull up No. 34 again, please.  Do you recall this

24  day?

25  A    Yes.

Page 35

1   Q     Were you there?

2   A     Yes.

3   Q     Do you know if you took the photograph?

4   A     I did.

5   Q     Why is it that you recall this day?

6   A     I had arrived, this was my second trip.  They had the

7   girls' home.  Daniel wanted to get a refrigerator and washing

8   machine, and some other things for the girls' home, and I had

9   said I would help out.

10          So we went to this mall and he had one of the older

11  men, named Heng, specifically go back and grab ES XXX to come

12  that day.  And when he arrived he was extremely sad or

13  somber, wouldn't smile, looked very upset.  And multiple

14  times throughout the day, or the hour, Daniel said, Aren't

15  you happy?  You are here, this is a good thing.  You get to

16  come here.

17          And he didn't really perk up or smile.  So again, he

18  said, You need to get happy.  And he didn't really perk up or

19  smile.  We came down to have ice cream, and at that point

20  Daniel basically said, Get happy.  And just like that he

21  flipped a switch, smiled real big, and acted extremely happy,

22  which was to see him so somber and then flip to be happy was

23  pretty impressive.  I can't do that.  But it was after he

24  commanded him to.

25  Q     Was ES XXX generally a happy child when you were there?

1   A    No, most of them were, but he was not.  He was pretty

2   depressed acting --

3          MR. WEINERMAN:  Objection to depression; lack of

4   qualifications.

5          MR. SWEET:  Sad.

6          THE COURT:  Overruled.

7   Q    BY MR. SWEET:  Let me ask you -- almost done,

8   Ms. Comstock.  Did you -- you finished the third trip and

9   then what did you do?

10  A    I had to go back to America, and I was ill at that time.

11  They found cancer, so I went home and went through chemo and

12  radiation treatments for a year, and was in Iowa with my

13  family.

14  Q    At some point did you address your concerns with

15  Mr. Johnson?

16  A    The night before my first chemo treatment, I felt like

17  God told me to release it.  I had been praying and really

18  agonizing over who to talk to about what I was seeing, the

19  problems, but I did attempt to talk to one person.  They

20  didn't really listen to me.

21         So the night before chemo I felt like I needed to

22  address it directly to Daniel, and I wrote him an e-mail

23  stating very specifically what I thought I had been seeing

24  and he needed to seek help, or that the ministry wasn't going

25  to -- should not be able to continue.

1  Q    And was that before Mr. Johnson's arrest?

2  A    Yes, it was.

3  Q    And have you stayed in contact with many of the boys,

4  Ms. Comstock?

5  A    Yes, I have.  It's not been as frequent right now, but

6  yes, I was able to Skype with them while I had cancer and

7  talk with them and e-mail with them.

8  Q    And are you still in contact with some of them until

9  this day?

10  A    Yes.

11          MR. SWEET:  Check one exhibit.  Thank you,

12  Ms. Comstock.

13          I have no further questions, Your Honor.

14          MS. MAXFIELD:  Thank you.  Would the Court mind if I

15  examine from here?

16          THE COURT:  Anywhere you like.

17

18                    CROSS EXAMINATION

19      BY MS. MAXFIELD:

20  Q    Good morning.  I am Lisa Maxfield, and I am one of the

21  lawyers representing Mr. Johnson.

22          You testified that you had gone to Cambodia three

23  times; is that right?

24  A    That is correct.

25  Q    And the first time you went you believe was on Christmas

CROSS EXAMINATION - R. COMSTOCK

Page 38

1    Day in 2011?

2    A    Yes.

3    Q    You stayed there about three weeks?

4    A    Yes.

5    Q    And left sometime around January 15th; is that right?

6    A    I believe so.

7    Q    And if you had Facebook exchanges with Mr. BT X on the

8    16th indicating you were gone, would that help you set the

9    dates?

10   A    Yes.

11   Q    When you arrived on that day, you did watch the kids

12   open their gifts?

13   A    Yes.

14   Q    Did you know how the children were funded within the

15   center?

16   A    I knew there were supporters.

17   Q    What occurred at that center was each child had its own

18   sponsor or supporter, and that sponsor or supporter would

19   provide the kid with gifts sometimes, clothing, and basically

20   care for that individual child; is that right?

21   A    I believe so.

22   Q    And so it's true that on Christmas of 2011 some sponsors

23   had sent child A certain gifts, and a different sponsor had

24   sent child B different gifts; is that right?

25   A    As far as I know.

1  Q    So as those gifts were doled out, they were doled out
2  and the child was told the gift was from the person in the
3  United States who sent it to them?
4  A    I didn't hear the conversations of what they were told.
5  I didn't know.
6  Q    But you did know that sponsor A didn't necessarily
7  provide the same level of support as sponsor B?
8  A    I don't know.
9  Q    Some sponsors had more money, and some sponsors were
10 more generous?
11 A    I don't know.
12 Q    You did know that that sort of sponsorship, or that sort
13 of love offering was something that happened voluntarily; is
14 that right?
15 A    I would assume so.
16 Q    So Mr. Johnson didn't really have control over the level
17 of sponsorship?
18 A    I don't know.
19 Q    He didn't have control over the extravagance of the
20 gift?
21 A    I don't know.
22 Q    But you made some assumptions anyway about whether he
23 was favoring one child over another child?
24 A    Not based on that.
25 Q    Now, during your first visit you testified that you had

Page 40

1   gone there based on a suggestion of your pastor?

2   A    Yes.

3   Q    Your pastor in Coos Bay?

4   A    Yes.

5   Q    And that pastor had sent you as an assistant for a very

6   short period of time; is that right?

7   A    He just asked me to be a presence.

8   Q    And you were to be a presence for a team that was coming

9   from Coos Bay from an associated church?

10  A    That was his hope.

11  Q    And that team was only going to be there for a few days,

12  ten days?

13  A    I believe so.

14  Q    And that was the extent of your mission or your

15  requested mission to Cambodia the first time?

16  A    No.

17  Q    You weren't sent there -- when you went there you did

18  know that Mr. Johnson was the director of the center, or the

19  leader of the center?

20  A    Yes.

21  Q    You knew he was in a leadership role?

22  A    Yes.

23  Q    You did not go there expecting a leadership role?

24  A    I didn't have an expectation.

25  Q    But one expectation that you did have was that

Page 41

1    Mr. Johnson was single?

2    A    I knew he was.

3    Q    And you were single?

4    A    Yes.

5    Q    And there was some hope that when you got there that you

6    could decide whether he was someone you were willing to date,

7    or even someone you were willing to marry?

8    A    I was curious, yes.

9    Q    But you didn't travel to Cambodia by yourself, is that

10    right, the first time?

11    A    No, I did not.

12    Q    Instead you traveled with another woman?

13    A    I did.

14    Q    And that woman's name was Mariah Nok (spelling); is that

15    right?

16    A    Nok is what I called her, yes.

17    Q    How long had you known Ms. Nok?

18    A    A few weeks or months.  I met her a couple months before

19    that.

20    Q    Would you recognize her?

21    A    Yes.

22        MS. MAXFIELD:  Could I ask to show Defendant's

23    Exhibit 603, page 20, please.

24        This is the curse.  So much for my tech skills.

25    Q    BY MS. MAXFIELD:  Can you see what is there on your

1  monitor?

2  A    Yes, I can.

3         MS. MAXFIELD:  And can the jury see it as well?  Can

4  I ask it be published to the jury?  It's been previously

5  admitted, Your Honor.

6         THE COURT:  Yes.

7  Q    BY MS. MAXFIELD:  Can you see Ms. Nok in that

8  photograph?

9  A    Yes, I can.

10 Q    Where is she?

11 A    (Indicating).

12 Q    In the blue shirt?

13 A    Yes.

14 Q    Ms. Nok was a very pretty woman, isn't she?

15 A    Yes.

16 Q    Ms. Nok left the Hope Transition Center about a week

17 after she got there?

18 A    I believe so, yes.

19 Q    But you stayed behind?

20 A    Yes.

21 Q    Now, during this first visit there wasn't really room

22 for you to stay at the Center, correct?

23 A    No.

24 Q    So instead, you stayed at the Green House Hotel; is that

25 right?

CROSS EXAMINATION - R. COMSTOCK

Page 43

1  A    With Ms. Nok, yes.

2  Q    And Mr. Johnson had made those arrangements for you?

3  A    Yes.

4  Q    And after Ms. Nok left, did you leave the Green House

5  Hotel or stay there?

6  A    I stayed there.

7  Q    So at the end of the first visit, it sounds as though

8  you just noticed happy children, a lot of enthusiasm, a lot

9  of good energy?

10  A    Mostly.

11  Q    And perhaps some gifts that you thought were uneven?

12  A    Somewhat, yes.

13  Q    You went back to the Hope Transition Center again in --

14  like a few weeks later, is that right, in March or April of

15  2012?

16  A    About six weeks later.

17  Q    If Facebook records would suggest that you were there

18  between March 12th of 2012 and April 26th of 2012, would you

19  quarrel with that?

20  A    It would be around that, yes.

21  Q    So you arrived on the 12th, and you left Cambodia on

22  April 26th, the second time?

23  A    I believe so.

24  Q    Now, you went to Cambodia the second time to assist

25  Mr. Johnson?

CROSS EXAMINATION - R. COMSTOCK

Page 44

1   A    Yes.

2   Q    And again, you did not believe you were going there in

3   any sort of leadership role?

4   A    Not at that time.

5   Q    And when you returned the second time, you did not know

6   that Mr. Johnson and Mariah Nok had secretly been

7   communicating?

8   A    I knew they were friends, we were all friends.

9   Q    During the second visit the accommodations had changed,

10  and now there was a place for you to stay; is that right?

11  A    That is correct.

12  Q    And that would have been in the girls' room?

13  A    Yes.

14  Q    And you stayed there with, you said, five girls?

15  A    I believe there were between five and 10 at that time,

16  but they were possibly getting more.

17  Q    And who else was staying in the girls' -- were there any

18  boys staying in the girls' home?

19  A    There were two boys staying in the middle level, PE XXX

20  XXX and BT XXXXXXXXXX.

21  Q    Because we're going to get confused down the road, is

22  that the same as BT XXXXXXX?

23  A    Yes, BT XXXXXXX.

24  Q    Now, you said Mr. Johnson slept in the boys' room --

25  slept in the boys' building?

CROSS EXAMINATION - R. COMSTOCK

Page 45

1   A    He was in the boys' house, yes.

2   Q    And he had a bedroom, and there were several boys who

3   stayed in that bedroom, as well?

4   A    Yes.

5   Q    And I think when you took your contemporary notes you

6   thought there were as many as four or five boys who stayed in

7   that bedroom?

8   A    I don't remember.

9   Q    You did know that that bedroom seemed to you to be some

10  sort of a hang-out room?

11  A    Not for everyone, no.

12  Q    Well, when you would go there, there would be often

13  several boys in the room?

14  A    A few, yes.

15  Q    Now, the TV room at this next building, it was a

16  communal room?

17  A    In which building?

18  Q    During your second visit, in the boys' building, there

19  was a television room that was separate from anyone's

20  bedroom; is that right?

21  A    Yes.

22  Q    And at that time, at least, there was no projector set

23  up in Mr. Johnson's room?

24  A    Not that I know of.

25  Q    So if Mr. Johnson watched movies in that bedroom, he did

1    it on his computer?

2    A    I don't know.

3    Q    But as far as you knew, when people wanted to watch

4    movies, that took place in a communal television room?

5    A    I didn't observe them watching very many movies in that

6    house.  I don't know.

7    Q    Now, sometime during this second visit, did you learn

8    that Mr. Johnson was beginning a relationship with Mariah

9    Nok?

10   A    Not that I knew of.

11   Q    Pardon?

12   A    Not that I knew of.

13   Q    You didn't know?

14   A    No.

15   Q    Not at any time during the second visit?

16   A    No.

17   Q    At some point during the second visit, though, you did

18   keep a journal of things that Daniel Johnson did that kind of

19   made you mad?

20   A    Yes.

21   Q    And you later told the FBI you called that your red flag

22   memo, the red flags that you had seen?

23   A    Sure.

24   Q    And the red flags that you seen, one of the things that

25   really made you mad was that Daniel Johnson had the sub

1  woofer in his vehicle turned up too loud.  In fact, that was

2  the first thing that made you mad?

3  A    I don't know if it was the first thing.

4  Q    What was the first thing you wrote down?

5  A    I don't know what I first wrote down, but I don't know

6  if that was the first thing that made me mad.

7  Q    You were upset that his sub woofer was overly loud, and

8  set at an uncomfortable level?

9  A    That wasn't what made me upset.

10  Q    You complained to him and asked him to turn it down?

11  A    I said it was -- Do you like listening to it this loud?

12  And he slammed it off, instead of talking with me about it.

13  Q    So you didn't like the fact that he just turned it off

14  and gave you the silent treatment, and instead would not

15  engage you about your preferred volume for the sub woofer?

16  A    His action was extreme.

17  Q    Pardon?

18  A    His action felt extreme to me.

19  Q    And that extremity was him turning off the stereo and

20  not talking to you anymore?

21  A    He slammed it off when I simply asked him, do you really

22  like it this loud.

23  Q    Now, your second complaint, or your second red flag was

24  that he regularly makes very fast and decisive decisions

25  about everything?

CROSS EXAMINATION - R. COMSTOCK

Page 48

1  A   That was something I did notice.

2  Q   You were upset that he was very opinionated about how

3  things should be done?

4  A   I believe I wrote more.

5  Q   You were upset because when the boys drank all the water

6  in the girls' water cooler, that he asked the boys not to do

7  that?

8  A   Again, I believe I wrote more than that.

9  Q   I am just talking about subject areas.  That would be

10 the subject that you wrote; is that right?

11 A   Yes.

12 Q   And then there was a day that you wanted to go to the

13 zoo, and Mr. Johnson didn't want to go to the zoo and you

14 wrote about that?

15 A   I did write about that, yes.

16 Q   When he finally relented and said we could go to the

17 zoo, you didn't like the attitude he had, either en route or

18 when you got there?

19 A   He became angry when we finally did go.

20 Q   He was grumpy?

21 A   I don't know his direct --

22 Q   This is one of the red flags that you noted when you

23 started to write down the things that made you mad?

24 A   Yes.

25 Q   You said that he would constantly get upset with the

Page 49

1  kids for not doing what he wants them to do?

2  A    True.

3  Q    You said that sometimes when he was mad at the kids,

4  that he would make a muscle man pose and glare at the kids?

5  A    Yes.

6  Q    There was a time when the water tank in your bedroom

7  overflowed?

8  A    It did.

9  Q    And you were upset because he was angry at you for not

10  telling him quickly enough?

11  A    He didn't run up to find it, I did.  He was mad I didn't

12  shout down the hall at him instead of running back down to

13  tell him it was happening.

14  Q    You didn't like his recordkeeping?

15  A    I'm sorry?

16  Q    You didn't like the way he kept records?

17  A    I didn't see him keep records.

18  Q    Did you notice that in your parade of horribles, one of

19  the things was his recordkeeping was chaotic?

20  A    That he didn't keep records.

21  Q    So that was something you listed, as well?

22  A    It was a concern.

23  Q    And you also listed that he ran the place as if he were

24  a king?

25  A    Yes.

Page 50

1  Q   That bothered you?

2  A   Yes.

3  Q   You spent, single-space, six pages of documentation of

4  red flags; is that right?

5  A   I don't know how many pages.

6  Q   Not once did you make even a peep about any kind of

7  inappropriate touch?

8  A   I believe I did -- no, you are right.

9  Q   You did not?

10 A   That is correct.

11 Q   Now, you talked about these massages and you said that

12 the kids would give Mr. Johnson massages?

13 A   Yes.

14 Q   He was open about that?

15 A   Yes.

16 Q   The kids would give these church teams who came to

17 visit, massages?

18 A   Yes.

19 Q   Did a kid ever give you a massage?

20 A   Yes.

21 Q   That was part of the Cambodian culture, was it not?

22 A   I don't know.

23 Q   Other things that you complained about was that when --

24 let me back up a little bit.

25          When we would have -- we had two things going on at

1    the same time.  Mr. Johnson was doing ministry work or

2    helping to build some things for rural communities, churches,

3    wells, things like that, outside of the center; is that

4    right?

5    A    As far as I knew, yes.

6    Q    So what would happen is different church teams would

7    contact Mr. Johnson and ask if they could assist on this

8    project or that project?

9    A    I believe so.

10   Q    And these teams would come for anywhere between 10 days

11   and two weeks and help out on different projects?

12   A    That's what it looked like, yes.

13   Q    Mr. Johnson asked you to stay behind with the children

14   while he went out with the teams?

15   A    Most of the time.

16   Q    And that's one of the things that you complained about

17   was that these teams would leave and work on these projects

18   instead of staying at the center to play with the children;

19   is that right?

20   A    I don't believe that was a complaint.

21   Q    During the second trip at some point you refocused your

22   romantic attention to Pastor Sopheak; is that right?

23   A    Not that I know of.

24   Q    That did happen very soon, either during the second trip

25   or very soon thereafter?

1   A    I don't believe so, no.

2   Q    Was there a time that you made dinner for Pastor Sopheak

3   and got upset because he didn't like the dinner you had made?

4   A    I made dinner for all of them, everyone.

5   Q    Uh-huh.

6   A    I don't remember him saying if he liked it or not.

7   Q    Sometime after that second visit you were communicating

8   with BT XXXXXXX on Facebook?

9   A    That is right.

10  Q    And one of the sad news that BT XXXXXXX had to share

11  with you was that Pastor Sopheak was looking for -- or maybe

12  you shared with him, that Pastor Sopheak was looking for a

13  younger wife or a younger bride, and that that had hurt your

14  feelings?

15  A    I don't believe it hurt my feelings.

16  Q    But you actually noticed that you were no longer within

17  his preferred group of potential spouses?

18  A    I did not look to him as a potential spouse.

19  Q    You made your second visit in April of 2012?

20  A    Yes.

21  Q    And was it your testimony that between April and your

22  third visit, that you did not want to go back to the center

23  because you knew that Mr. Johnson was there, and you wanted

24  to avoid him?

25  A    Can you repeat the first part of that?

Page 53

1  Q    Was it your testimony that after you left the second

2  time, and before you came back the third time, that you did

3  not want to visit the center as long as Daniel Johnson was

4  going to be at the center?

5  A    I was happy he was not going to be there.

6  Q    It's also true, though, that before July of 2012 when

7  you returned for the third visit that you were in contact

8  with Mr. Johnson, and trying to arrange for that third visit?

9  A    Originally, we had talked about if I was going to come

10  back.  I was still debating whether that was going to happen

11  or not.

12  Q    It wasn't really a debate, was it?

13  A    It was.

14  Q    In May of 2012 you were in contact with Mr. BT X, BT XXX

15  XXXX, regarding whether you would return, and he wrote and

16  asked whether you would be coming soon.

17        Do you remember telling him that you had attempted

18  to negotiate with Mr. Johnson to return to the center, but

19  that he had a very strong reaction, not good, to your return?

20  A    About coming back with a team.

21  Q    He did not want you to return.

22  A    With a team.

23  Q    But you had been willing to return, even with him there?

24  A    At that point, if I had another team with me, and he

25  didn't want the team to come with me --

1  Q    You made an assumption about which part he wanted there,

2  and which part he did not; is that right?

3  A    He told me in an e-mail that he was uncomfortable with

4  the other group.

5  Q    He didn't tell you that he had a very strong reaction to

6  you, personally?

7  A    Not at that time.

8  Q    So when you returned in July of 2012, the reason you

9  were able to return is because Mr. Johnson didn't care if you

10 were at the center as long he wasn't there?

11 A    I don't know his reason, but he said it was okay for me

12 to go.

13 Q    It is fair to say that you and Mr. Johnson butted heads?

14 A    Not openly.

15 Q    Well, you had some ideas about how he should run his

16 center?

17 A    I have ideas how anyone should be running anything that

18 is ministry-based.

19 Q    He did not believe that you were the appropriate person

20 to give him counsel?

21 A    I don't know what he believed.

22 Q    He told you he didn't believe that you were the

23 appropriate person to give him counsel, and that, in fact, he

24 had other people that he relied on for input and counsel?

25 A    I believe he said that after November when I was back in

Page 55

1   the US, and told him what I felt was wrong.

2   Q    You said that during the time that you were there, that

3   Mr. Johnson was -- in the beginning, you noticed it was just

4   chaotic and that he had many, many tasks to complete?

5   A    Yes.

6   Q    He was trying to arrange these church teams to go out

7   into the rural areas to build churches, to dig wells, and

8   things like that?

9   A    Sure.

10  Q    And he had all of these kids that were now living in his

11  center?

12  A    Yes.

13  Q    You said that he was frustrated by this child care

14  responsibility?

15  A    I don't know.  He was frustrated, yes.

16  Q    This conversation that the two of you had where he told

17  you he was frustrated because he was a single man who had

18  been burdened with the care of all these kids, you actually

19  had a conversation about that, right?

20  A    He didn't use the word frustrated.

21  Q    What word did he use?

22  A    He just said he never expected to be a single man living

23  in Cambodia with all of these children.

24  Q    And you didn't take from that that he was frustrated?

25  A    He was sad, acting upset or burdened.

Page 56

1  Q    You had taken a photograph of ES XXX having the ice

2  cream?

3  A    Yes.

4  Q    Who was on that trip?

5  A    Heng.

6  Q    So you, Mr. Johnson, Heng, and ES XXX?

7  A    Yes.

8  Q    And you had gone out to get appliances for the girls'

9  room?

10 A    Yes.

11 Q    And Mr. Johnson went back and said, let's take ES XXX,

12 too?

13 A    He told Heng to pick him up, and bring him.

14 Q    So during the trip ES XXX seemed sad?

15 A    He was not responding in a smiling way at all to

16 anything.

17 Q    And Mr. Johnson kept telling him to smile and cheer up?

18 A    Yes.  Yes.

19 Q    And when they were having ice cream, he told him he

20 should smile because he was having ice cream?

21 A    He demanded it.

22 Q    And this bothered you so much that you took a picture of

23 ES XXX having ice cream?

24 A    I don't know why I took the picture.

25 Q    Did you take any pictures of ES XXX grumpy and sad, if

1  you were that bothered?

2  A    I didn't specifically look at taking pictures when they

3  were happy or sad.

4         MS. MAXFIELD:  Thank you.  No further questions.

5         THE COURT:  Redirect.

6         MR. SWEET:  Thank you.

7

8                    REDIRECT EXAMINATION

9      BY MR. SWEET:

10  Q    Ms. Comstock, counsel described to you "a parade of

11  horribles" that you wrote.

12         Let me ask you, Ms. Comstock, do you typically write

13  letters about other people to yourself titled, What Things

14  About Daniel Bothered Me And My Reaction?

15  A    Not often, no.

16  Q    The list of things that were discussed, I believe there

17  were some that were left out.

18         Do you recall if your letter said, He slept in the

19  same room with 4-5 of the kids.  LS X, LT XXXXXXX, SO XXX,

20  and BT XX, I believe.

21  A    Yes.

22  Q    Do you recall if you were also concerned about him

23  yelling at LS X and ES XXX's mom, kicking her out, and he

24  kicked her out to the streets, unconcerned?

25  A    Yes.

1    Q    Did that upset you?

2    A    Yes.

3    Q    Did it upset you that Mr. Johnson yelled at her, He told

4    me he could understand why her husband would beat her.  And

5    that if he had to live with a woman like that, it would drive

6    him to drink and he'd likely beat her, too?

7    A    Yes.

8    Q    Did that bother you?

9    A    Yes.

10   Q    I believe the phrase was, not a peep was said by you

11   regarding any inappropriate behavior.  Yet there's something

12   you wrote, and the way you wrote it, that I would like to ask

13   you about.

14          And when you described the incident that you have

15   talked about earlier with the wrestling, ask me if this

16   sounds correct:  "I knocked on the door one day and he said

17   to come in.  But when I opened the door I saw they were all

18   in their underwear.  SO XXX and LT XXXXXXX were watching as

19   Daniel had LS X bent in half, and he was laying almost his

20   full weight on top of him.  It looked very odd.  Daniel

21   didn't even flinch when he saw me, and kept doing it until

22   LS X yelled in pain to get off.  Then Daniel made it seem

23   like a joke, making fun of him.  Said they were wrestling or

24   something like that."

25          This is the part I am curious about.  You wrote, "It

Page 59

1   made sense they were in their underwear because of the

2   extreme heat and humidity," but then you put dot, dot, dot,

3   dot, as if you were questioning it.

4           Were you questioning whether that made sense to you?

5   A   Yes.

6   Q   So did you have concern -- let me ask you this.  Is it

7   the water tank overflowing that upset you, or is it more than

8   that?

9   A   It's more than that.

10  Q   Why is it that you wrote a letter that details multiple

11  things?  What is it that led you to come to this?

12  A   I have never been in a ministry where directors acted in

13  such a way, and I began to make note that it wasn't a

14  one-time thing.  It was increasing, multiple concerns, things

15  that were not -- at first I could dismiss, but then I started

16  taking note.  Why am I having so many moments of red flags

17  with this man?  So I began to document them, because my brain

18  was noticing a pattern.

19  Q   Counsel asked you about other people getting massages.

20  So let me ask you this:  were the team members who were

21  getting massages from the kids, were they also in bed with

22  their shirt off, having the kids massage them?

23  A   No, never, that I saw.

24  Q   Was Mr. Johnson the only one you saw in that type of

25  situation?

REDIRECT EXAMINATION - K. COMSTOCK

Page 60

1    A    Yes.

2    Q    And then one more question.  On cross you were asked

3    about Ms. Nok, and essentially whether that made you upset.

4         Are you testifying here today because you are upset

5    that Mr. Johnson dated Ms. Nok, and not you?

6    A    No.

7    Q    Why are you testifying here today?  What is driving your

8    testimony?

9    A    I love those kids, and I want to see justice.  And I saw

10   wrong things happening.

11        MR. SWEET:  Thank you.  Nothing further.

12        THE COURT:  Thank you, ma'am.  You are free to step

13   down.  So my thought is break right now for our lunch.  I

14   have a doctor's appointment that they are going to hopefully

15   fix my throat.

16        So we're going to break now.  We will be on break

17   until 1:15.  We need you in the jury room at 1:15 so we can

18   start up then, so we will be in recess until 1:15.

19                    (Morning session concluded at

20                      11:40 a.m.)

21

22

23

24

25

DEBORAH COOK, OFFICIAL COURT REPORTER
deborah_cook@ord.uscourts.gov

Page 61

1    STATE OF OREGON   )

2                              )ss

3    COUNTY OF YAMHILL)

4

5              I, Deborah L. Cook, RPR, Certified Shorthand

6    Reporter in and for the State of Oregon, hereby certify that

7    at said time and place I reported in stenotype all testimony

8    adduced and other oral proceedings had in the foregoing

9    hearing; that thereafter my notes were transcribed by

10   computer-aided transcription by me personally; and that the

11   foregoing transcript contains a full, true and correct record

12   of such testimony adduced and other oral proceedings had, and

13   of the whole thereof.

14              Witness my hand and seal at Dundee, Oregon, this

15   1st day of May, 2018.

16

17

18   _____

19   DEBORAH L. COOK, RPR
     Certified Shorthand Reporter
20   OREGON CSR #04-0389
     CALIFORNIA CSR #12886
21   WASHINGTON CSR #2992

22

23

24

25