Page 320

1          UNITED STATES DISTRICT COURT

2              DISTRICT OF OREGON

3      THE HON. MICHAEL J. McSHANE, JUDGE PRESIDING

4

5   UNITED STATES OF AMERICA,     )

6                 Government,     )

7        vs.                      )  No. 6:14-cr-00482-MC-1

8   DANIEL STEPHEN JOHNSON,       )

9                 Defendant.      )

10

11          REPORTER'S TRANSCRIPT OF PROCEEDINGS

12                 EUGENE, OREGON

13               Thursday, May 3, 2018

14              Day 4, Afternoon Session

15            Volume 3P PAGES 320 - 434

16

17

18

19

20

21

22            DEBORAH COOK, RPR, CSR
                OFFICIAL COURT REPORTER
23             405 East 8th Avenue
                    Suite 2130
24            Eugene, Oregon 97401
                  (541) 431-4162
25          Deborah_Cook@ord.uscourts.gov

Page 321

1    APPEARANCES OF COUNSEL:

2    FOR THE GOVERNMENT:

3    Jeffrey S. Sweet
     United States Attorney's Office
4    405 E. Eighth Avenue, Suite 2400
     Eugene, OR 97401
5    541-465-6771
     Fax: 541-465-6917
6    Email: Jeff.sweet@usdoj.gov

7    Lauren E. Britsch
     U.S. Department of Justice
8    Criminal Division
     1400 New York Ave NW, 6th Floor
9    Washington, DC 20530
     202-514-2220
10   Fax: 202-514-1793
     Email: Lauren.britsch@usdoj.gov
11
     Ravi Sinha
12   United States Attorney's Office
     1000 SW Third Ave, Suite 600
13   Portland, OR 97204
     503-727-1014
14   Fax: 503-727-1117
     Email: Ravi.sinha@usdoj.gov
15
     FOR THE DEFENDANT:
16
     Craig E. Weinerman
17   Office of the Federal Public Defender
     859 Willamette Street, Suite 200
18   Eugene, OR 97401
     541-465-6937
19   Fax: 541-465-6975
     Email: Craig_weinerman@fd.org
20
     Lisa A. Maxfield
21   Pacific Northwest Law LLP
     1255 NW Ninth Avenue, No. 11
22   Portland, OR 97209
     (503) 222-2661
23   Fax: (503) 222-2864
     Email: Lamaxfield@pacificnwlaw.com
24
                        * * * * *
25

```
 1                      WITNESS INDEX

 2                                        Page/Line

 3        FOR THE GOVERNMENT
               ES XXXXXXXXXXXXXXXX         323     8
 4        DIRECT EXAMINATION               323    20
          BY MR. SINHA
 5        CROSS EXAMINATION                352    12
          BY MS. MAXFIELD:
 6
               CELENA OCON,               364    11
 7        DIRECT EXAMINATION               364    20
          BY MR. SINHA
 8        CROSS EXAMINATION                379    21
          BY WEINERMAN:
 9        REDIRECT-EXAMINATION             403     1
          BY MR. SINHA
10        RECROSS EXAMINATION              405    19
          BY MR. WEINERMAN:
11
               SES XXXXXXXXXXXXXX          407     3
12        DIRECT EXAMINATION               408     1
          BY MR. SWEET
13

14

15

16

17             EXHIBIT OFFERED INDEX

18        COURT EXHIBIT 5 OFFERED          362     6
          EXHIBIT 226 OFFERED              432     8
19
               EXHIBIT RECEIVED INDEX
20
          COURT EXHIBIT 5 RECEIVED         362     9
21        EXHIBIT 226 RECEIVED             432    12

22

23

24

25
```

Page 323

PROCEEDINGS

Thursday, May 3, 2018, at 12:35 p.m.

1

2

3    THE COURT:  Go ahead and bring your witness in.

4              (JURY IN.)

5    THE COURT:  Please be seated everybody.  Mr. ESX I

6  will have you continue standing, and will be sworn in.

7

8              ES XXXXXXXXXXXXXXX,

9     produced as a witness, having been first duly sworn, was

10  examined and testified as follows:

11    THE WITNESS:  Yes.

12    COURT CLERK:  Please be seated.  State your name in

13  the record, spelling your first and last.

14    THE WITNESS:  My name is ES XXXXXXXX.

15

16    (NOTE:  Unless otherwise indicated, all answers

17  represented by "A" and "THE WITNESS" will be answers given by

18  the witness through the interpreter after translation.)

19

20              DIRECT EXAMINATION

21    BY MR. SINHA:

22  Q    And do people call you ES XXX?

23  A    Yes.

24  Q    And may I call you ES XXX?

25  A    Yes.

Page 324

1    Q    So ES XXX, could you tell us what your birthday is,

2    please?

3            MR. WEINERMAN:  Judge, can we ask the interpreter to

4    move the mic a little closer.

5            THE INTERPRETER:  I will hold it, Your Honor.

6            THE COURT:  Folks, I want to thank you, everybody,

7    for your patience this morning.  These things happen, and we

8    understand.  So I appreciate it.

9            Go ahead, Counsel.

10           MR. SINHA:  Thank you, Your Honor.

11           THE WITNESS:  I was born on January 30, 1997.

12   Q    BY MR. SINHA:  So ES XXX, I am going to show you a few

13   pictures today.  And when I show them, they are going to

14   appear on a screen down in this corner (indicating).

15           So the first I am going to show you is Exhibit 148.

16           MR. SINHA:  That, I think, has been admitted, and I

17   would ask it to be published, please.

18   Q    BY MR. SINHA:  So ES XXX, can you tell me what this is,

19   please?

20   A    It's a passport.

21   Q    Who's passport is it?

22   A    It's mine.

23   Q    And looking at it, can you see the date of birth on this

24   passport?

25   A    I do.

DIRECT EXAMINATION - ES XXXXXXXXXXXXXX

1   Q    And does the date of birth correctly state that your

2   date of birth was XXXXXXXXXXX, of 1997?

3   A    Yes.

4        MR. SINHA:  We can take that down.  Thank you.

5   Q    BY MR. SINHA:  ES XXX do you have any siblings at all?

6   A    Yes, I have six siblings.

7   Q    And is one of your siblings LS X?

8   A    Yes.

9   Q    And I am not great at math, but my understanding is LS X

10  is about five years younger than you; is that right?

11  A    Six.

12  Q    Six years younger than you?

13  A    Yes.

14  Q    Where were you born?

15  A    Kompot Chen.

16  Q    And I am sorry?

17  A    Kompot Chen, Turey Ler.

18       THE INTERPRETER: It's T-U-R-E-Y and then L-E-R.

19  Q    BY MR. SINHA:  And, ES XXX is that in Cambodia?

20  A    Yes.

21  Q    And that's where LS X was born, also?

22  A    Yes.

23  Q    And what did your parents do for a living?

24  A    My mom, purchasing recyclables.

25  Q    What about your father?

DIRECT EXAMINATION - ES XXXXXXXXXXXXXXX

Page 326

1    A    He is unemployed.

2    Q    Where do you live, currently?

3    A    Well, right now I am staying at a hotel, but over there,

4    I was at the rental place in Phnom Penh.

5    Q    And outside of coming here for this trial, you usually

6    live there Phenom Penh?

7    A    Yes.

8    Q    And I know you are employed.  What do you do for a

9    living?

10   A    I am an English teacher.

11   Q    And how long have you done that?

12   A    Six months.

13   Q    And even though you speak English, you are testifying in

14   Khmer today because that's your native language; is that

15   correct?

16   A    Yes.

17   Q    ES XXX, I want to talk to you about some place that you

18   left after you moved away from your parents' home called Hope

19   Transition Center.  Do you know how old you were when you

20   moved to Hope Transition Center?

21   A    13.

22   Q    And did LS X move over there with you?

23   A    Yes.

24   Q    And so LS X would have been somewhere around seven years

25   old?

1   A    Yes.

2   Q    Do you know what year it was that you moved to Hope
3   Transition Center?

4   A    2009.

5   Q    And then do you know when you stopped living at Hope
6   Transition Center?

7   A    2012.

8   Q    If I told you that it might have been 2013 when Daniel
9   was arrested, would that change your answer?

10  A    I left there after he was arrested.

11  Q    So if he was arrested in 2013, you probably lived there
12  from 2009 to 2013?  Does that seem right?

13  A    I am not sure what year it was, but to me, I think it
14  was in 2012 when he was arrested.

15  Q    But you left there after he was arrested?

16  A    Yes.

17  Q    Why did you move -- why did you and LS X move to Hope
18  Transition Center?

19  A    One of the neighbors saw that we were poor, and that
20  neighbor wanted to take us to live at that center.

21  Q    What were the benefits of living at a center?

22  A    If we were to live at our village, we couldn't go to
23  school.  So to be at a center, we could.

24  Q    And is it your understanding that it's common in
25  Cambodia for children of poor families to live at centers?

Page 328

1   A    Yes.

2   Q    So I am going to talk to you a little bit about what an

3   average day at Hope Transition Center was like for you.  So

4   could you tell us an average weekday during the time you

5   lived there, what types of things did you do?

6   A    I read, I played ball.

7   Q    Okay.  What kind of ball did you play?

8   A    Volleyball.

9   Q    Did you do any chores?

10  A    Yes, cleaning in the house and around the house.

11  Q    And were you going to school at the time?

12  A    Yes.

13  Q    I am going to show you some pictures and ask you if -- a

14  couple of questions about each one.  So they will come up on

15  the screen, and the first one I would like to show --

16          MR. SINHA:  And I will note these are Exhibits 33

17  through 41.  And I believe these have been admitted, and I

18  would ask to publish them to the jury, please.

19          THE COURT:  They will be published.

20  Q    BY MR. SINHA:  This is 33.  ES XXX, who is this in this

21  photograph?

22  A    That's my picture.

23  Q    Do you know about how old you were when this photo was

24  taken?

25  A    13.

1  Q    Were you living at Hope Transition Center around this
2  period of time?
3  A    Yes.
4  Q    Do you know where you were standing when this photograph
5  was taken?
6  A    At the first house.
7  Q    And I am going to show you all three houses, so we will
8  talk a little about that.  Let's look at the next photograph,
9  Exhibit 34.
10        So ES XXX, what are we looking at here?
11 A    That's me.
12 Q    And who is that with you?
13 A    D.
14 Q    And is that a name that you know Daniel Johnson by?
15 A    Yes.
16 Q    Do you recall who took this photograph?
17 A    I don't remember.
18 Q    Let's go to 35, please.  ES XXX, is this you, as well?
19 A    Yes.
20 Q    Was this at Hope Transition Center?
21 A    Yes.
22 Q    Which house was this one at?
23 A    It was the first one.
24 Q    Do you know what you are doing in this photograph?
25 A    Open a present.

Page 330

1  Q    Let's go to 36, please.  So ES XXX, this is you again, I

2  think.  Could you tell us how old you are in this one?

3  A    I think around 14 or 15.

4  Q    Let's go to the next one, please.  ES XXX, who is this

5  in this photograph?

6  A    Me.

7  Q    And is that Daniel Johnson with you?

8  A    Yes.

9  Q    So where are you guys in this photo?

10  A    It was at the province to dig wells, and things like

11  that.

12  Q    And what is happening in this photo, if you know?

13  A    I don't remember.

14  Q    Let's go to the next one, please.  And then this looks

15  like it may be on Christmas.  Is this you at Hope Transition

16  Center?

17  A    Yes.

18  Q    Let's go to the next one, please.  And this is

19  presumably also you.  Was this at a time when you were at

20  Hope Transition Center?

21  A    Yes.

22  Q    Let's do the next one.  ES XXX, is this you at Hope

23  Transition Center?

24  A    Yes.

25  Q    And then this is the last one of this group.  This is

Page 331

1  Exhibit 41, please.  So ES XXX, where is this, and when is

2  this?

3  A    That was at SPECA, S-P-E-C-A.  That's after the arrest

4  and they transferred us to a different place.

5  Q    And who is this standing with you?

6  A    Her name is Celena.

7  Q    How did you meet her?

8  A    At that time -- well, she was one of the guests, and she

9  came to visit.  And she came at the time that he was

10  arrested.

11  Q    So she came to visit, do you mean she came to visit the

12  Hope Transition Center, or somewhere else?

13  A    She came with a group of people to visit at the Hope

14  Transition Center, but then he got arrested.  And then after

15  that, they sent her back to her country.  But then before she

16  left, she came to visit us at the SPECA or SPECA center.

17  Q    And when you say he got arrested, you are referring to

18  Daniel Johnson?

19  A    Yes.

20  Q    Let's look at Exhibit 271, which I believe has been

21  admitted, and I would ask to be published.

22       Do you know what this is that you are looking at,

23  ES XXX?

24  A    It's a -- the first house.

25  Q    Let's look at 272, which I believe has also been

Page 332

1    admitted and I ask to be published.  What about this one?

2    A    It's a second home.

3    Q    If I could see Exhibit 139, also admitted, and I would

4    ask for that to please be published.

5              What is this?

6    A    The third house.

7    Q    So ES XXX, I want to talk to you a little bit more about

8    your time at Hope Transition Center.  It looks like you were

9    there for about four years.

10             Where did you sleep when you were there?

11   A    In a room.

12   Q    Where was that room located?

13   A    Upstairs.

14   Q    Did you ever sleep in anyone else's room when you were

15   there?

16   A    Well, it was a big room, and so there were like ten

17   beds, and there were bunk beds.  So we kind of slept there.

18   Q    Did you ever spend any time in Daniel Johnson's room at

19   Hope Transition Center?

20   A    Sometime during the day, we went to -- we went into his

21   room to watch TV and things like that.

22   Q    ES XXX, I want to talk to you about some things that may

23   be uncomfortable to talk about.  And these are things that

24   may have happened at Hope Transition Center.

25             Do you know what things I am talking about?

DIRECT EXAMINATION - ES XXXXXXXXXXXXXXX

Page 333

1   A    I do.

2   Q    Do you want to tell me what those things are, and I will

3   ask you a few questions about them?

4   A    I don't know what to say, what word to say, so can you

5   just ask me the questions?

6   Q    Sure.  Yeah.  ES XXX, while you were living at Hope

7   Transition Center, did Daniel Johnson ever do anything to you

8   that made you feel uncomfortable?

9   A    Yes.

10  Q    And were those things sexual in nature, or not sexual?

11  A    True.

12  Q    Were those things that he did to you sexual things?

13  A    Yes.

14  Q    Where did the things, the sexual things that he did to

15  you, take place?

16  A    In his room.

17  Q    And that was at the center?

18  A    Yes.

19  Q    And did they take place during the day or at night or

20  both?

21  A    Sometimes it was during the day, sometimes it was at

22  nighttime.

23  Q    And how often did those things take place?

24  A    Not often.

25  Q    Were there things of a sexual nature that Daniel Johnson

Page 334

1    made you do to him?

2    A    He made me play with him, and then he played with me.

3    Q    And when you said you played with him and he played with

4    you, are you talking about touching each other's penises?

5    A    Yes.

6    Q    And was that skin-on-skin contact?

7    A    Yes.

8    Q    ES XXX, was there ever an instance in which Daniel

9    Johnson touched your penis with anything other than his hand?

10   A    Mouth.

11   Q    Was there ever an instance in which Daniel Johnson had

12   you touch his body with your penis?

13   A    I don't know, I'm not sure.

14   Q    Were there ever times where your penis -- where Daniel

15   Johnson had you touch his butt with your penis?

16   A    (Witness nods head.)

17            MR. SINHA:  I am going to note that the witness is

18   nodding.

19            THE COURT:  I need to have you answer out loud.

20            THE WITNESS:  Yes.

21   Q    BY MR. SINHA:  When that happened, was that skin-on-skin

22   contact?

23   A    Yes.

24   Q    ES XXX, did Daniel Johnson ever touch your butt with his

25   penis?

DIRECT EXAMINATION - ES XXXXXXXXXXXXXX

Page 335

1    A    Yes.

2    Q    Was there penetration?

3    A    He tried, but he couldn't.

4    Q    How did it feel when he tried?

5    A    It was painful, but I just -- it was just impossible,

6    because he was an adult and I was a child.

7    Q    It was impossible for you to resist him?

8    A    No, it was not like that.  Because you were asking

9    earlier if it was painful, and I said it was.  And you asked

10   if the penetration could take place, and I said it was

11   impossible because --

12   Q    Because you were much smaller than him?

13   A    Yes.

14   Q    And he was a full-grown man?

15   A    Yes.

16   Q    How soon after you moved to Hope Transition Center, did

17   these things start happening?

18   A    At the first week.

19   Q    And did they continue until pretty close to the time of

20   Daniel Johnson's arrest?

21   A    Yes.

22   Q    ES XXX, during the period that these things were

23   happening, did you feel like you could make Daniel Johnson

24   stop doing these things to you?

25   A    What do you mean by stopping?

1  Q   Do you feel like you had the power to say, No, I don't
2  want to do these things with you, to him?
3  A   I did that, but I still couldn't win.
4  Q   Why was that?
5  A   Because he was like dad, and I was a child, how could I
6  win?
7  Q   Were you scared of Daniel Johnson?
8  A   Yes.
9  Q   Why were you scared of him?
10 A   It's because of his expression, his face, kind of mean.
11 Q   Did he ever hit you or anything?
12 A   Yes.
13 Q   How did he hit you?
14 A   He slapped me.
15 Q   What types of things would he slap you for?
16 A   One day somebody gave me a shirt.  That person bought me
17 a shirt, and I took it, and then he slapped me because he
18 said -- well, he said, because I don't have the ability to
19 buy you clothes, or something like that.
20 Q   Were there ever times when Daniel Johnson wanted you to
21 engage in sexual activity, and you resisted and he did
22 something physical to you to make you engage in sexual
23 activity?
24 A   Well, truthfully, he never used his -- physical, but in
25 short, he was really good with his -- he was really good in

1    terms of using his psychological way.

2    Q    What types of things would he do, to use his

3    psychological way?

4    A    It's hard to say, because he did this since we were so

5    young, so he would just say something and you just went on

6    your own.

7    Q    He would tell you -- he -- do you feel like Daniel

8    Johnson trained you and other boys?

9    A    I don't think he trained, he would just do it like that.

10   He was just that kind of person with that kind of behavior.

11   Q    Was there ever an instance in which you recall Daniel

12   Johnson grabbing your hair?

13   A    I know that he grabbed my hair, but I don't know when.

14   Q    ES XXX, you said that you were -- I believe that you

15   said that you had some fear towards Daniel Johnson?

16   A    Yes.

17   Q    Did you having fear towards him, was that one of the

18   reasons that he was able to get you to engage in sexual

19   activity?  -- let me reask the question, I am sorry.

20        Was the fear you had of Daniel Johnson one of the

21   reasons why you engaged in sexual activity with him?

22   A    Well, according to the truth, I mean, we had done this

23   since we were young, and so -- and even when you refused, it

24   didn't do you any good.  So why continue to refuse.

25   Q    What happened when you refused?

1   A    He continued to do it.  Like yanking on your arms or

2   your shoulders.

3   Q    ES XXX, was there ever a point at which Daniel Johnson

4   touched your mouth with his penis?

5   A    Yes.

6   Q    Where were his hands when that was happening?

7   A    I don't know.  I don't remember.

8   Q    About how many times a week did these things happen?

9   A    I didn't count.  I don't know.

10  Q    Did they happen more than three times a week, or less

11  than three times a week, usually?

12  A    Under.

13  Q    But they were happening for the whole time you were at

14  Hope Transition Center, more or less?

15  A    Yes.

16  Q    While you were living at Hope Transition Center, did you

17  ever receive any gifts or money or food from Daniel Johnson

18  that you thought was the result of sexual activity with him?

19  A    Please rephrase your question.

20  Q    Sure.  Did you feel like Daniel Johnson treated you and

21  other boys who he was engaged in sexual activity with better,

22  sometimes?  Just in terms of giving you extra money, or

23  special food, or not making you do chores, or giving you

24  gifts?

25  A    No, he provided the same equally to everybody.

1  Q    ES XXX, while this was going on, what were your feelings

2  towards Daniel Johnson?

3  A    You mean at the beginning or recently?

4  Q    At the beginning.

5  A    What did you ask?  I forgot your question.

6  Q    When you were living at Hope Transition Center, how did

7  you feel about Daniel Johnson?

8  A    He had good points about him, but then that one point,

9  but it was really a terrible -- and I hate him for that.

10  Q    While you were living at Hope Transition Center, did

11  Daniel Johnson ever threaten you?

12  A    When I did something wrong.

13  Q    What did he threaten you with?  Let me rephrase that.

14        What did he threaten to do?

15  A    He used to take the spatula, the plastic spatula,

16  hitting me.

17  Q    Did he ever kick you out of the Hope Transition Center?

18  A    He didn't kick.  He just chasing me out a couple times.

19  Q    Did he lock you out?

20  A    No, he didn't do that.  He just told you to go back to

21  your hometown.

22  Q    And when he would tell you those things, did you find

23  that upsetting?

24  A    No, I was not upset.  It was fine.  If I didn't come

25  back, it was okay, too.

1  Q   Were you ever worried about LS X -- were you worried
2  about LS X while you were at the Hope Transition Center?
3  A   I was worried about him, of course.  But you know,
4  because he was younger than me -- I mean, he's younger than
5  me and he's small.  But I didn't know what to do, because I
6  could not even take care -- solve my own problems, so how
7  could I help him?
8  Q   Are you referring to LS X telling you -- what are you
9  referring to that was happening to LS X?
10  A   What happened to me, happened to him, the same thing,
11  because he told me.
12  Q   Were you aware of any of the other boys at Hope
13  Transition Center being sexually abused by Daniel Johnson?
14  A   I cannot say, but the only thing that I know was about
15  my brother.
16  Q   And that was because he told you?
17  A   Yes.
18  Q   Did you ever tell anyone about what Daniel Johnson was
19  doing to you during -- let me start this again.
20         While you were living at Hope Transition Center, did
21  you ever tell anyone about what Daniel Johnson was doing to
22  you?
23  A   Yes.
24  Q   Who did you tell?
25  A   Sopheak.

1  Q    And is that the person I would refer to as Pastor

2  Sopheak?  Is that the right name?

3  A    Yes.

4  Q    Do you recall what you told Pastor Sopheak?

5  A    I told him some.  I didn't tell him in depth.

6  Q    Do you recall whether you told him about LS X?

7  A    I just told him that it happened to my brother, also.

8  Q    Do you know what Pastor Sopheak did after you told him?

9  A    What I know and I heard, he went into D's room and

10 screamed at him.

11 Q    And when you say D, do you mean Daniel Johnson?

12 A    Yes.

13 Q    And how do you know that Pastor Sopheak screamed at

14 Daniel Johnson?

15 A    I was standing in front of the window, and he was --

16 they were in the room.  But because he screamed so loud, I

17 could hear him.

18 Q    Did you make out the conversation they were having?

19 A    I didn't hear what he said when he was talking.  I

20 couldn't hear him.  I only could hear him screaming.

21 Q    After you heard Pastor Sopheak scream at Daniel Johnson,

22 did Daniel Johnson abuse you anymore?

23 A    No, that was toward the end already.  It was at the

24 third house.

25 Q    And then how long after that, about, was it that Daniel

Page 342

1   was arrested?

2   A    It was like three or four days.

3   Q    If I told you it was a little bit longer, a few weeks,

4   would you think that would be accurate?

5   A    I am not sure.

6   Q    ES XXX, after Daniel's arrest while he was in jail in

7   Cambodia, did you communicate with him?

8   A    At first, no.  But then somebody sent a message saying

9   that he wanted to meet with me.

10  Q    And did you meet with him?

11  A    Yes.

12  Q    And what -- did you meet with him at the jail?

13  A    Yes.

14  Q    What did he tell you when you were there?

15  A    At that time, I don't know.  I mean, he didn't accept

16  what he did wrong, and he -- and he wanted me to talk to my

17  brother, not to talk to the police.

18  Q    And the brother you are referring to there is LS X?

19  A    Yes.

20  Q    Did you know why he didn't want LS X to talk to the

21  police?

22  A    Well, because he did those kind of acts onto him.  So

23  why would he want the kid to say anything bad about him.

24  Q    Did he want LS X to tell lies to the police, or did he

25  not want him to talk to the police?

Page 343

1   A    Lie.

2   Q    Do you know what he wanted LS X to lie to the police

3   about?

4   A    He just said not to say anything about what had

5   happened, but just to talk about something else.

6   Q    Just so I understand, Daniel said that LS X should not

7   say anything about what had happened, and that LS X should

8   talk about something else to the police; is that correct?

9   A    Yes.

10  Q    While Daniel was in jail, did he ever give you money for

11  anything?

12  A    At that time, I failed the exam, and so I asked for the

13  money, $500, to pay.  And it was 9th grade.

14  Q    And ES XXX, do you recall whether it was -- I think you

15  previously said it was $300, but was it $500 or $300?

16  A    Well, it was three, but the teacher wanted 500, so I

17  didn't pay.

18  Q    Did you give all that money back to Daniel?

19  A    I gave him back 100.

20  Q    ES XXX, do you recall whether you communicated with

21  Daniel on Facebook while Daniel was in jail?

22  A    Yes.

23  Q    And I know we spoke the other day, and I showed you some

24  of the Facebook messages that you had back and forth.  And I

25  can show them to you again, but if I told you that you were

DIRECT EXAMINATION - ES XXXXXXXXXXXXXXX

Page 344

1    having Facebook messages back and forth with Daniel up to

2    October 26th of 2014, would that seem about right to you?

3    A    Yes, in 2014 we were sending messages asking to see how

4    he was doing.

5    Q    So ES XXX, I know you have spoken to a few different

6    people since Daniel's arrest.  And I know that sometimes you

7    haven't told the people you were talking to everything that

8    you have told us today.  And I know that sometimes you have

9    told people that things didn't happen with Daniel.  And I

10   know that sometimes, I think one time, you gave a little bit

11   more detail than you have told us today.  So I just want to

12   go through and talk about a few of those interviews real

13   quickly.

14        So ES XXX, do you recall whether you spoke to an

15   organization called APLE, A-P-L-E, the day or day after

16   Daniel was arrested?

17   A    I don't know if they were APLE people or not, but I just

18   knew that they were police, and they didn't have any uniform

19   on.

20   Q    Let me show you a couple of pictures here real quickly.

21   I am going to pull up 105.

22        MR. SINHA:  And unless there's an objection, I ask

23   that it be published to the jury please.

24        MS. MAXFIELD:  No objection.

25        THE COURT:  It will be published.

Page 345

1    Q    BY MR. SINHA:  ES XXX, what is this that we're looking

2    at?

3    A    When I was answering him, I didn't look at him.  My face

4    turned away the whole time through.

5    Q    Is this somebody interviewing you about things Daniel

6    had done to you?

7    A    Yes, but I didn't tell everything to them.

8    Q    Why didn't you tell everything to him?

9    A    Because it was just -- because everything happened so

10   fast, and I just couldn't think of what to say.

11   Q    This was the day of the arrest?

12   A    Yes.

13        MR. SINHA:  Exhibit 110, please.  And I would ask

14   that this also be published.

15        MS. MAXFIELD:  No objection.

16        THE COURT:  It will be published.

17   Q    BY MR. SINHA:  Is this the same day of the arrest?

18   A    It was a different day.  It was a day after the arrest.

19   Q    Now, ES XXX, either the day of the arrest or the day

20   after the arrest, you talked to these people, but you said

21   you didn't tell everything to them?

22   A    Correct.

23   Q    Do you recall whether or not you told them about Daniel

24   abusing LS X?

25   A    I don't think I did.

Page 346

1   Q    Do you recall whether you told them about having told

2   Pastor Sopheak?

3          THE INTERPRETER:  I am sorry, Counsel.  The

4   interpreter did not hear.

5   Q    BY MR. SINHA:  I am sorry.  Do you recall if you told

6   them about having told Pastor Sopheak?

7   A    Yes.

8   Q    ES XXX, on the day of the arrest, how did you feel about

9   the Cambodian National Police officers coming to the

10  orphanage?  How did they treat you?

11  A    They didn't say anything much.  They had their uniforms

12  on.  They did not have -- they didn't have any uniform on,

13  but they just had a card, maybe like ID.

14  Q    While all of that was going on -- start again.

15         While the arrest was happening and later that day,

16  were you able to find your brother, LS X?

17  A    I tried to look for him.  I rode all over the Stung

18  Meanchey area to look for him, but I couldn't find him.

19  Q    Did you find that frustrating and scary that you

20  couldn't find your little brother?

21  A    Yes.

22  Q    Were you upset with the officers who wouldn't let you

23  or help you find him?

24  A    How could they help me?  It was them who took my younger

25  brother away.  And I asked them to return him to live with

Page 347

1   me.  And I have been asking for him for two to three years
2   now.  I am sorry.
3           THE INTERPRETER:  I think the interpreter said two
4   or three years.  Let the interpreter clarify with the
5   witness.
6           MR. SINHA:  Sure.
7           THE WITNESS:  I have been asking for them to bring
8   my brother back to live with me.  And I have been asking for
9   two years, since the problems started.  So it has been two to
10  three years now.
11  Q   BY MR. SINHA:  ES XXX, after Daniel's arrest, did you
12  ever exchange Facebook messages with his brother, Gary?
13          THE INTERPRETER:  I am sorry.  The name?
14          MR. SINHA:  Gary, G-A-R-Y.
15          THE WITNESS:  Yes.
16  Q   BY MR. SINHA:  Did Gary ever send you or your family any
17  money?
18  A   At that time my brother-in-law or sibling-in-law, needed
19  to build a restroom.  And so I needed $300, but he told me
20  that the money that was to give me was just to give me, and
21  it has nothing to do with this younger brother's problem.
22  Q   But did Gary give you that money?
23  A   Yes.
24  Q   ES XXX, was there a point in around 2014 where you heard
25  from Sambo that Daniel was losing weight in jail?

1  A    I don't know if that person told me or not, because I

2  went to see him -- I mean, I got to go to see him.

3  Q    Was there a point in 2014 where you told APLE that

4  Daniel hadn't abused you?

5            THE INTERPRETER:  "Hadn't."

6            MR. SINHA:  Had not.

7            THE WITNESS:  Yes.

8  Q    BY MR. SINHA:  And did you give one of the reasons for

9  why you didn't -- let me start again.

10           Why did you tell APLE that Daniel had not abused

11 you?

12 A    Because I went to meet with Daniel in jail, and he said

13 to -- or he persuaded me not to say -- well, in short, just

14 to not say anything about that.

15 Q    To not say anything about him abusing you?

16 A    Yes.

17 Q    Do you recall how he persuaded you to say that he hadn't

18 abused you?

19 A    I am not sure, but I just know that he was telling me so

20 that I did not have to tell the truth.

21 Q    And so when you spoke to APLE and said that Daniel had

22 not abused you, was that the truth or was that a lie?

23 A    A lie.

24 Q    And did -- that same year, did you meet with a woman

25 named Martha from the FBI?

DIRECT EXAMINATION - ES xxxxxxxxxxxxxxx

Page 349

1   A    Yes.

2   Q    Did you lie to her, also?

3   A    Yes.

4   Q    And among the things that you told her, you told her

5   that you were not in contact with Daniel, and that you didn't

6   know how to contact him.  Was that true or was that a lie?

7   A    A lie.

8   Q    And that interview took place in November -- excuse me,

9   November of 2014.  And so as we talked about earlier, were

10  you Facebooking with Daniel Johnson in late October of 2014?

11  And if you don't recall, I can show you the Facebook

12  messages.

13  A    I know it was in 2014, but I just didn't know the day

14  and the month, or anything like that.

15  Q    Okay.  Would looking at the Facebook messages help

16  refresh your memory?

17  A    Well, if you want to review it, go ahead.  But I know

18  that I contacted -- I mean, I was contacting him.  But I just

19  wanted to know who started it first, was it me or him who

20  wrote -- who started first?

21  Q    Sure.  I am not sure in that exchange, and we can look

22  at it.  But I guess the point for me is you were in contact

23  with him during this period, even though you said you were

24  not in contact with him?

25  A    Yes.

Page 350

1   Q    And you also said to Martha that you didn't know if

2   people were visiting Daniel in prison, but in fact, you,

3   yourself, had visited Daniel Johnson, correct?

4   A    Yes, there was a person who took me there.

5   Q    Do you remember that person's name?

6   A    Pagna.

7   Q    Do you know how Pagna was related to Daniel?

8   A    I don't know.  I just know that they know each other,

9   but I just don't know what kind of relationship they had.

10  Q    And ES XXX, when you spoke to Martha, you told her that

11  Daniel had not sexually abused you, and you gave a few

12  reasons as to why you thought you may have said that he had?

13  A    Yes.

14  Q    Do you recall having said that he hadn't abused you, and

15  you said that he had because, perhaps -- these are your words

16  exactly, I believe, quote, Perhaps, I was scared.

17          And I also think you said that perhaps -- not quote,

18  but that you were nervous.  Do you recall saying those

19  things?

20  A    Everything I said was a lie.  It was a lie and it was

21  not because I was scared, and it was not because I was

22  nervous, or anything like that.  It was the reason that I

23  told you earlier, that there was a person who took me to meet

24  with him, and he told me that.

25  Q    So then pretty much everything you said to Martha was

1    untrue?

2    A    Correct, it was a lie.

3    Q    And was there a time later in 2017 that you sat down

4    with another FBI interviewer?

5    A    Yes.

6    Q    And was her name Janetta?

7    A    Yes.

8    Q    And did you lie to Janetta, or did you tell the truth?

9    A    The truth.

10   Q    What happened in between the time that you spoke to

11   Martha, and the time that you spoke to Janetta that made you

12   want to tell Janetta what had happened?

13   A    So I thought by lying, it would have been the last time

14   that I had to meet with her, and I thought it was going to be

15   over with, but I didn't.  I had to meet with some other

16   person afterward.  So then in 2007, I decided to tell the

17   truth, because I thought that by telling the truth now, in

18   2017 -- I mean 2017, that they would stop asking and talking

19   about this.  They had -- now we're here talking about it

20   again.

21   Q    So ES XXX, why are you testifying today?

22   A    I don't want to have this kind of meeting again.

23   Q    And does you testifying about it today have anything to

24   do with trying to get immigration status into the United

25   States, or receiving money from anyone?  V's

DIRECT EXAMINATION - ES XXXXXXXXXXXXXXX

Page 352

1    A    No.

2    Q    Is there any reason why you are testifying today, other

3    than just wanting to talk about it this one last time, and be

4    done with it?

5    A    I mean, whatever you do, I -- just don't make me talk

6    about this again, and this is my last time to talk about it.

7    Q    ES XXX, thank you for speaking with us about this today.

8    I don't have any other --

9              MR. SINHA:  I am going to pass the witness.

10             THE COURT:  Cross-examination.

11             MS. MAXFIELD:  Thank you, Your Honor.

12

13                    CROSS EXAMINATION

14        BY MS. MAXFIELD:

15   Q    Good afternoon, Mr. ESX.  I am over here.  I am Lisa

16   Maxfield, and I am one of Daniel Johnson's lawyers, and I

17   have a few questions for you as well.  Is that okay?

18   A    Yes.

19   Q    You testified about the day that the Cambodian National

20   Police showed up at the Hope Transition Center.  And I want

21   to show you Government's Exhibit 105, and ask you to look at

22   that.

23             THE INTERPRETER:  Your Honor, if the interpreter

24   could take a break?

25             THE COURT:  Yes, we will take our afternoon break,

Page 353

1  and we will be in recess for 10 or 15 minutes.

2          MR. SINHA:  Could the witness step down and relax,

3  as well?

4          THE COURT:  Yes.  You can step down, and Court will

5  be in recess.

6                          (Brief recess taken from 1:55 p.m.

7                          to 2:14 p.m.)

8          THE COURT:  Mr. Weinerman.

9          MR. WEINERMAN:  We would ask the witness to speak in

10 Khmer into the microphone, as well as the interpreter

11 speaking into the microphone.  We're determining the accuracy

12 of the translation, and if the witness's answers could also

13 be amplified a little more, it hasn't been amplified very

14 well up until now.  But that is our request.

15         THE COURT:  Maybe if you can explain to him with the

16 translator before we put him on the witness stand to move up

17 towards the microphone.  I think right now he's got the

18 Kleenex right in front of the microphone.

19         So Char, you might need to move those.  Let's go

20 ahead and have him come on in, and then we will bring the

21 jury in.

22                          (Discussion off the record.)

23         MR. SINHA:  Your Honor, just real quickly, at the

24 end of Mr. ESX's testimony, I was going to ask the Court to

25 release him and assure him the United States will not be

Page 354

1   calling him again.  And Ms. Maxfield has graciously agreed to
2   that.  Thank you, Your Honor.
3           THE COURT:  Mr. ESX, we will have you return to the
4   witness stand.
5                   (Jury In.)
6           THE COURT:  Please be seated.  We're returning to
7   cross-examination.
8   Q   BY MS. MAXFIELD:  Hello, again, Mr. ESX.  We were
9   talking about the day the government came to the Hope Center.
10  You had been at school that day; is that right?  And you came
11  back to find the Cambodian police all throughout the center?
12  A   Yes.
13  Q   How many police do you think were there?
14  A   I didn't count.
15  Q   Many?
16  A   It was more than three or four people.
17  Q   Your first worry, though, was about your brother, LS X?
18  A   Yes.
19  Q   You couldn't find him?
20  A   Yes.
21  Q   And did you -- would anyone tell you where he was?
22  A   So, I was just -- I heard, actually, I heard from
23  different sources that he was living in the Stung Meanchey
24  area.
25  Q   Not that first day, though?  You didn't know that he was

Page 355

1   going to live somewhere else on that first day when the

2   police showed up, did you?

3          THE INTERPRETER:  I am sorry.  The interpreter did

4   not hear the first part of the question.

5   Q    BY MS. MAXFIELD:  On the day the police showed up at the

6   center, you did not know then that LS X would go live

7   somewhere else?

8   A    So on that first day, he was still there.  They hadn't

9   taken him anywhere.  But the second day, I mean, the day

10   after, they put him in the bus to take him somewhere else.

11   Q    Would they let you talk to him on the first day?

12   A    At that time -- well, on that day, I was getting ready

13   to go into a vehicle, a car, and I saw my brother over in

14   another car.  So I was going to go into the car with him, but

15   then -- it's not that they stopped me or anything, but they

16   just -- it's not that they didn't let me to go in, but they

17   just closed the car door and took him somewhere else -- I

18   mean, to a different place.

19   Q    In your country, Cambodian National Police are

20   considered corrupt by almost everyone; is that right?

21   A    I don't know if it was a majority or not majority.  But

22   some of them are like that.

23   Q    Do you believe the Cambodian National Police in your

24   community, in Phenom Penh, can be trusted?

25   A    Majority of the time, you trust them because they are to

Page 356

1  serve you.  But then some are not good.

2  Q    Let me show you again Government's Exhibit 105.  Can you

3  see it there on the screen?  You are looking at her screen, I

4  see now.

5         And you are dressed there in a blue shirt; is that

6  right?

7  A    Yes.

8  Q    Is that the shirt you had worn to school?

9  A    No, it was a white shirt.

10  Q    And I think you testified that you were being questioned

11  there with your head turned away.

12  A    Yes.

13  Q    And was it your hope that when you finished that

14  questioning, that you would be able to find your brother and

15  go off in peace?

16  A    Well, that picture, it was taken immediately -- it's

17  very -- just immediately right after.  So they haven't taken

18  my younger brother away.  Only in that evening, when they

19  took him away.

20  Q    So when you are being questioned here, you don't know

21  what is going to happen to your brother, but in the evening

22  you see him get on a bus and be taken away?

23  A    So, yeah, in the evening.  But while I was being

24  interviewed, he was still downstairs, because he was already

25  interviewed and went downstairs because we were being

Page 357

1    interviewed one person at a time.

2    Q    But the next day, you were taken back in for another

3    interview; is that right?  Can I show you Government's

4    Exhibit 110?

5    A    Yes.

6    Q    Do you know where you are in this picture?

7    A    I do.

8    Q    Where are you?

9    A    SPECA organization.

10   Q    And again, did you assume that person who was asking you

11   questions was a member of the Cambodian police?

12   A    I don't know.  I just saw their card, and I don't know

13   who was the police and who was not the police.

14   Q    After this interview, did you ask to be -- to have your

15   brother come home, or to have your brother sent back to be

16   with you?

17   A    Well, they asked me what I wanted, and I told them that

18   I wanted my brother to come to live at SPECA with me.

19   Q    But that did not happen?

20   A    Correct.  It has been over two years now, and it hasn't

21   happened.

22   Q    A little less than a year later, in November of 2014,

23   you were again questioned.  Do you remember that?

24   A    Yes.

25   Q    And do you remember where you were when you were

Page 358

1   questioned?

2   A    It was in Kampong (phonetic) area, and it is called --

3   actually, I don't remember what it is called anymore.

4   Q    Were you in an interview room that had some people

5   looking in on the interview through one-way glass?

6   A    I don't know, but they opened the glass.

7   Q    One-way glass, that's probably not an easy translation.

8        Do you know whether someone was observing your

9   interview from another room?

10  A    At that time I did not know.  I did not know that I was

11  being observed or taped or videotaped, or anything like that.

12  So I didn't know that they -- if they had any cameras to

13  catch me.

14  Q    So during that interview where you did not believe you

15  were being observed, you told the interviewer that you had

16  not been abused; is that correct?

17  A    Yes.

18  Q    And that was an interview that lasted almost an hour and

19  a half; is that right?

20  A    It was a long time.  Maybe it was an hour, but I know

21  that it was a long time.  I didn't know that it was an hour

22  and a half.

23  Q    And during that interview, you told FBI Martha at least

24  20 different times that you had not been sexually abused;

25  isn't that right?

1  A    Well, then, okay, I just want to clarify, and I want to

2  tell you to be sure that -- I want to say that -- okay.  I

3  would like to restate this, again, please.

4        Like earlier when -- earlier when that man was

5  asking me questions, and I told him that I have met with

6  Daniel, and Daniel told me to change my answer.

7  Q    My question, though, was during that hour and a half,

8  again, and again, and again, as many as 20 times you told FBI

9  Martha that you had not been sexually abused?

10 A    So like I told you earlier, the reason I said that

11 because I wanted it to be over.  And on top of that, I wanted

12 to help him, so that's why I continued to say over and over

13 and over again.  If I said over and over and over again, I

14 would be helping him.

15 Q    You said it over and over and over again in the hopes

16 that it would all be over; is that right?

17 A    Yes, it was going -- it would have been over, and I

18 didn't want to meet again.

19 Q    Then you did have to meet -- let me ask you this.

20       Your brother didn't come home after that; is that

21 right?

22 A    So I -- I got my brother to live with me in 2016, and it

23 was at the organization, Water of Life organization.

24 Q    But this is back in 2014, and in 2014 at the end of that

25 first FBI interview, you were not -- you and your brother

Page 360

1    were not put back together?

2    A    Like I said, I got my brother to live with me, together

3    with me again, in 20 -- end of 2016 or 2017.  But I -- I

4    remember clearly it was in 2016.

5    Q    And after the first FBI interview and a year later,

6    after you were finally rejoined with your brother, there was

7    yet another FBI interview; is that right?

8    A    Yes.

9    Q    So it wasn't over.  You needed to talk with them again?

10   A    Yes, I spoke with him in 2017, and that was the last

11   time.  And now we're here.

12   Q    Yeah, and now we're here.  And you told them, then, that

13   your brother was living with you.  Is your brother living

14   with you now?

15   A    So my brother is currently living at the Water of Life

16   organization, but I left -- I left that organization three

17   months ago to live separately.  But I still go to meet my

18   brother pretty often.

19   Q    When you met with the FBI the second time, you told them

20   you were meeting with them because you wanted it to finally

21   be over?

22   A    Yes.

23   Q    And you believed it wouldn't finally be over until you

24   told them that you had been sexually abused?

25   A    Yes.

Page 361

1    Q    And then you were asked to come to this country?

2    A    Yes.

3    Q    And talk about it yet once again.  And you came with the

4    final hope that this would be over; is that right?

5    A    Yes.

6    Q    You have said what you needed to say to make it be over?

7    A    Yes.

8            MS. MAXFIELD:  No further questions.  Thank you.

9            THE COURT:  Any redirect?

10           MR. SINHA:  Actually, Your Honor, I am not sure I

11   have a redirect.  I think what we're hoping to do is play a

12   clip of the video from Mr. ESX's 2017 interview.

13           My understanding is that Mr. Johnson's counsel

14   doesn't mind if Mr. ESX is excused from his testimony today

15   while we play that clip.  And I had previously asked for

16   Mr. ESX to be released from his subpoena at the end of his

17   testimony.  But for technical reasons I don't understand, so

18   just asking the Court to inform him that it's our intention

19   that he would not be called back to the stand.

20           THE COURT:  It's the belief of the Court that you

21   will not be required to testify further.  You are still under

22   subpoena.  There's always a possibility that you could be

23   recalled, but we're hoping that is not the case.  But you are

24   free right now to step down and leave the courtroom.

25           If you could introduce the video one more time, and

Page 362

1    who is involved.

2         MR. SINHA:  We're playing a clip and handing out

3    transcripts for the jury.  I would ask the transcript be

4    marked and entered as Court Exhibit 5.

5         THE COURT:  We will enter it as Court Exhibit 5.

6              (**COURT EXHIBIT 5 OFFERED**.)

7         THE COURT:  Ms. Pew, if you would hand those to the

8    jury and those will be collected after.

9              (**COURT EXHIBIT 5 RECEIVED**.)

10        MR. SINHA:  And the clip that we're playing is a

11   ten-minute clip from a child forensic interview that occurred

12   on March 22nd, 2017.  The participants are a woman named

13   Janetta Michaels, who is an FBI forensic interviewer,

14   translator named Roth, R-O-T-H, and the person ES XXXXXXXX is

15   ES XXX, as we have been calling him today.

16        THE COURT:  Thank you for that.

17        MR. SINHA:  And, Your Honor, I will note for the

18   Court this is Exhibit 260-A, as in apple.

19        THE COURT:  Thank you.

20              (Video Played.)

21        MR. SINHA:  Your Honor, I am not sure this video is

22   being published to the jury.

23        A JUROR:  It's not.

24        MR. SINHA:  I think as long as everyone has heard it

25   and can read it.

DIRECT EXAMINATION - ES XXXXXXXXXXXXXXX

Page 363

1          THE COURT:  Char --

2          COURT CLERK:  It should now.

3          THE COURT:  All right.  Next witness for the

4  government.

5          MR. SINHA:  I apologize.  Just in terms of

6  scheduling, I would ask the Court if we could have about five

7  minutes to talk to the next witness.

8          THE COURT:  Folks, we will get the next witness

9  ready, and we will have you out in just a moment.  Thank you.

10                    (JURY OUT.)

11                    (Brief recess taken from 2:52 p.m.

12                     to 2:57 p.m.)

13          MR. WEINERMAN:  So, Judge, for the rest of the

14  afternoon, Ms. Ocon is going to testify, and then the

15  government advised us that they are going to call SES XXXXX,

16  S-E-S-X.  And they are agreeable, at our request, if we could

17  adjourn after his direct is over so that we can more prepare

18  for the cross-examination.

19          THE COURT:  Okay.  That's fine.

20          MR. WEINERMAN:  If that's acceptable to the Court.

21          THE COURT:  Whatever you guys work out.

22          MR. SINHA:  And, Your Honor, if we're on the record,

23  I would like to note for the Court, and make sure I didn't

24  miss anything.  I spoke to Ms. Ocon about the Court's rulings

25  and she's been instructed.  And I will ask about six topics

DIRECT EXAMINATION - C. OCON

Page 364

1    that I think the Court ruled on.

2         THE COURT:  What I would ask is that you listen

3    carefully to the question, and just answer those questions.

4    And you have a tendency to want to add some extra things.

5    Sometimes those extra things can't come in, so just focus in

6    on the questions.  We will bring the jury in.

7                         (JURY IN.)

8         THE COURT:  Please be seated.

9         We will have the witness sworn in.

10

11                       CELENA OCON,

12     produced as a witness, having been first duly sworn, was

13   examined and testified as follows:

14        THE WITNESS:  Yes.

15        COURT CLERK:  Be seated and state your name for the

16   record, spelling your first and last.

17        THE WITNESS:  Celena, C-E-L-E-N-A, last name Ocon,

18   O-C-O-N.

19

20                    DIRECT EXAMINATION

21     BY MR. SINHA:

22   Q   Good afternoon, Ms. Ocon.  Can you tell us what you do

23   for a living?

24   A   I am self-employed and I am an insurance benefit

25   counselor.

Page 365

1  Q    Where do you live?

2  A    Pomona, California.

3  Q    And in addition to being an insurance benefit counselor,

4  do you do any volunteer work?

5  A    I do a lot of mission work.

6  Q    Religious type --

7  A    Religious mission work, yes.

8  Q    How long have you been doing that?

9  A    I started doing missionary work in 2009.  Every summer I

10 would take one trip to different countries with my school,

11 and then I took an 11-month trip in 2013, September, all the

12 way to July 2014.

13 Q    What was the organization that you took that 11-month

14 trip with?

15 A    The organization was called Adventures in Missions and

16 the trip was the World Race.

17 Q    Tell me about Adventures in Missions?

18 A    About the trip?

19 Q    About the organization.

20 A    The organization is a Christian missionary trip, and

21 they send out young adults throughout the whole world to help

22 out people in third-world countries and whatnot.

23 Q    How about the World Race?

24 A    The World Race is specifically is a trip where young

25 adults go on an 11-month trip, and every single month we go

DIRECT EXAMINATION - C. OCON

Page 366

1   to a new country and do different work.

2   Q    What countries did you visit to?

3   A    Philippines, and then I went to Malaysia, Vietnam,

4   Cambodia, Thailand, South Africa, Swaziland, Ireland,

5   Romania, Albania, I believe.  If that's 11.  I believe that's

6   all of them, unless I missed one.

7   Q    And what types of projects did you do in each of those

8   countries?

9   A    I worked at orphanages.  I also went to Thailand and

10  worked in the bars.  I would become friends with the

11  prostitutes and offer them work outside of the bar, so they

12  would have a job at a coffee shop and a place to live so they

13  no longer had to do that.

14          We did ministry in women's prisons with women who

15  were murderers, and we would preach to them, and show them

16  love.  I worked at hospitals.  I did medical missions,

17  business missions, a whole variety.

18  Q    Was that 11-month period, was that a good experience for

19  you?

20  A    Yes, it really was.

21  Q    The next thing I want to talk to you about is the time

22  you spent in Cambodia.  So tell me about the time you spent

23  in Cambodia, please, as part of that 11-month trip.

24  A    We went to Cambodia.  I was there for several days.  We

25  were to work at an orphanage with Hope Transition, and we

DIRECT EXAMINATION - C. OCON

Page 367

1   didn't really get to do much there, though, because of

2   everything that had happened.

3   Q    So Hope Transition, that is Hope Transition Center and

4   is that -- is that Hope Transition Center?

5   A    Yes.

6   Q    And is that the orphanage run by Daniel Johnson?

7   A    Yes, it is.

8   Q    Where was that located?

9   A    That was located in Phenom Penh.

10  Q    How many people were sent to go to the Hope Transition

11  Center?

12  A    There were three teams of seven, and they were disbursed

13  in other areas of Cambodia.  However, only one team stayed at

14  the center, and that was my team.  It was a group of seven

15  women.

16  Q    What were the age ranges of the women?

17  A    Anywhere between 19 and 25, 24.

18  Q    What were you -- what were you planning on doing at the

19  Hope Transition Center, or what was your role?

20  A    We all had different roles, but my role specifically was

21  to help out with some type of administration work with the

22  computers; however, I wasn't clear on what I had to do.

23  Q    Did you know who you would be working under at Hope

24  Transition?

25  A    I was just going to have instruction by Johnson.

DIRECT EXAMINATION - C. OCON

Page 368

1    Q    Daniel Johnson?

2    A    Daniel Johnson, yes.

3    Q    Prior to arriving in Cambodia, did you have any

4    correspondence with Daniel Johnson, or anyone else from Hope

5    Transition Center?

6    A    No.

7    Q    So you met Daniel when you arrived?

8    A    Yes.

9    Q    And tell us, what did you observe about Hope Transition

10   Center when you arrived?

11   A    When I arrived one thing that I noticed was when you get

12   there there's a big wall that you can't see the orphanage.

13   And there was no signage outside that said it was an

14   orphanage.  I worked with other orphanages, and there was

15   always some type of labeling that said it was an actual

16   orphanage.  So I thought that was odd that it didn't say it

17   was.  When you enter the compound or whatever you call it, it

18   does say it on the front door, but that's not viewable from

19   the outside.

20           Another thing I found odd was when I enter the

21   house, you enter to a living room.  And the first wall you

22   see will be Daniel Johnson's room.  However, it was not a

23   wall.  It was a one-way glass that you can see outside of.

24   So I thought that was kind of odd that there was a window

25   from his bedroom to see the living room.

DIRECT EXAMINATION - C. OCON

Page 369

1     MR. WEINERMAN:  I object to the relevancy of "odd"

2  and move to strike.

3     THE COURT:  Please do not add commentary.

4     Go ahead.

5  Q  BY MR. SINHA:  Outside of the layout of the orphanage,

6  what did you observe about the ratio of boys to girls?

7  A  There was a lot of boys.  There was 20 boys or so, and

8  about five girls.

9  Q  So do you know what -- approximately, what day you

10  arrived?

11  A  I am not sure, but it was December 2013.

12  Q  So early December?

13  A  Uh-huh.

14  Q  Tell me about your interactions with Daniel Johnson

15  while you were at the orphanage -- excuse me.

16     Tell me about your interactions with Daniel Johnson

17  after you arrived at Hope Transition Center.

18  A  There was not many.  My interaction that I had with him

19  was the beginning orientation where he told us what we would

20  be doing and whatnot.  And that's where he mentioned that I

21  would be doing the administration work on the computer.

22  However, there wasn't much detail on what to do, and I saw

23  him one time, one evening after that.

24  Q  In the time that you were at Hope Transition Center, did

25  you participate in any religious ceremonies?

Page 370

1    A    There was one, yes.

2    Q    What was that one?

3    A    It was a Bible study and prayer, early morning, at 5:00

4    in the morning.

5    Q    And during that time, or during any other time while you

6    were at Hope Transition, did you observe Daniel Johnson or

7    Mr. Johnson ministering to any of the children or

8    participating in any sort of worship ceremonies?

9    A    No.

10   Q    Do you know where he was when the worship ceremony was

11   going on?

12   A    In his bedroom.

13   Q    Was there anything -- do you recall anything that

14   happened -- let me start again.

15         Let's talk about the worship ceremony that you

16   attended.  You mentioned that that was 5:00 in the morning?

17   A    Yes.

18   Q    And does that day stand out in your mind for any reason?

19   A    Yes, it does.

20   Q    What is the reason?

21   A    That is the day that Daniel Johnson was apprehended.

22   Q    And were you present when Mr. Johnson was apprehended?

23   A    Yes, I was --

24         MR. WEINERMAN:  I object to the term "apprehended,"

25   that denotes that he was running away and that's not the

Page 371

1   case.

2           THE COURT:  Can you rephrase the statement?

3   Q    BY MR. SINHA:  Were you present when Daniel Johnson was

4   arrested?

5   A    Yes, I was present when he was arrested.

6   Q    And do you know who arrested him?

7   A    The Cambodian police.

8   Q    And so could you tell us what happened -- what you

9   observed the morning of the arrest?

10  A    The morning of the arrest, just to clarify, when he

11  was -- ask me one more time, please.

12  Q    Sure.  On the morning of the arrest, you woke up?

13  A    Yes.

14  Q    What did you go do?

15  A    Okay, the morning of the arrest we had the worship

16  service at 5:00, Bible study, as well.  Daniel Johnson was

17  not present for that.  After the worship service, the kids

18  got ready and did what they needed to do, and I stayed in the

19  living room area.  And I knocked on Daniel Johnson's door

20  several times.

21  Q    Let me ask you a question.  You had a worship service at

22  5:00 a.m.?

23  A    Yes.  Yes.

24  Q    Approximately what time did it end?

25  A    Maybe half an hour or 45 minutes after.

1  Q    Did you go straight to the living room after that?

2  A    Went upstairs to take a shower and get ready, and then I

3  came back down.

4  Q    And you came back down to the living room?

5  A    Yes.

6  Q    From where you were in the living room, could you see

7  Mr. Johnson bedroom door?

8  A    Yes.

9  Q    You said you knocked on his bedroom door.  Why did you

10  knock on his bedroom door?

11  A    I knocked on his bedroom door, because I wasn't clear on

12  what task I needed to do in regards to administrative work.

13  Q    Did Mr. Johnson open the door?

14  A    No, he did not.

15  Q    What did you do after he didn't open the bedroom door?

16  A    I stayed in the living room.

17  Q    While you were in the living room area, could you

18  continue to see the door to his bedroom?

19  A    Yes.

20  Q    Did you see anyone come in or out of his bedroom?

21  A    No.

22  Q    How long did you sit there with the door to his bedroom

23  in your field of vision?

24  A    Until approximately 10:00 a.m.

25  Q    What happened at 10:00 a.m.?

1    A    At 10:00 a.m. two individuals came knocking on the front

2    door.  It was a man and a woman, dressed in business attire

3    and they asked for Daniel Johnson.

4    Q    What did you do?

5    A    I went to his door and knocked on it.

6    Q    What happened then?

7    A    There was no answer immediately, but a little after, a

8    young boy came out and he looked a little disheveled.

9    Q    When you say he looked a little disheveled, can you give

10   us a little detail, please?

11   A    His hair was messy, his clothes was ruffled, and he

12   looked as if he were intoxicated.

13          MR. WEINERMAN:  Judge, I need to -- would you repeat

14   the last part.

15          THE WITNESS:  His hair was messed up, his clothes

16   were disheveled, and the boy looked as if he had been

17   intoxicated.

18          MR. WEINERMAN:  I object to the last of that; lack

19   of expertise.

20          THE COURT:  Overruled.  It's her observation.  You

21   can cross on it.

22   Q    BY MR. SINHA:  Did the boy look like he had gotten --

23   from your -- in your opinion, did he look like he had gotten

24   a full night's sleep?

25   A    No.

DIRECT EXAMINATION - C. OCON

Page 374

1  Q    When the boy came out of Mr. Johnson's bedroom, could

2  you see into the room?

3  A    Very slightly.  It was dark.  However, the boy shut the

4  door right behind him.

5  Q    What happened next?

6  A    A little after, Daniel Johnson came out of the room.

7  Q    And what did you observe, if anything, about Mr. Johnson

8  when he came out of the room?

9  A    He fixed his hair to the side, and he was tucking in his

10  shirt.

11  Q    What happened after that?

12  A    He went to speak with the two individuals that came, the

13  woman and the man.  And then at that point I went upstairs.

14  Q    And Ms. Ocon, during the course of this day, did you

15  observe what Hope Transition Center was like while the arrest

16  was going on?

17  A    Yes, I did.

18  Q    What was it like?

19  A    It was just, you know, an odd experience.  You are not

20  used to having something like that all the time.  The police

21  came in, they were searching things and whatnot.  However,

22  the two individuals, the man and the woman, they were sitting

23  on the side and they were very calm and reassuring to the

24  children, because they were pulling the kids aside and

25  speaking to them while everything was going on.

1   Q    And those are the two people from APLE?

2   A    Yes.

3   Q    Did you know at the time what the APLE people were

4   speaking to the kids about?

5   A    No.

6   Q    In the course of the day, did you ever have the

7   opportunity to speak to any of the kids?

8   A    I did, yes.

9   Q    Who did you talk to?

10  A    I spoke to ES XXX.

11  Q    And what did ES XXX tell you?

12          MR. WEINERMAN:  Objection; hearsay.

13          THE COURT:  Overruled.  ES XXX has testified.

14          THE WITNESS:  Okay.  As I spoke with ES XXX, he was

15  telling me of an experience that he had with Daniel Johnson.

16  He mentioned that Daniel Johnson had beaten him and kicked

17  him out of the orphanage.  He also mentioned that he came

18  back to the orphanage, and was at the gate crying to let

19  Daniel Johnson -- to let him back into the orphanage.

20          And he said the reason why he was kicked out was

21  because he was a bad boy, is what he said.  I also asked him

22  why would he want to come back to the orphanage, if he would

23  be -- had been beaten by this man, and he said because he

24  wanted to be able to go to college.

25  Q    BY MR. SINHA:  Do you know if you -- do you know if you

1   had that conversation with ES XXX before or after he spoke to

2   the people from APLE?

3   A    I believe it was before.

4   Q    Did you talk to anyone else, any of the other children?

5   A    Yes.

6   Q    Who was that?

7   A    I spoke with LS X.

8   Q    Is that LS X?

9   A    LS X, yes.

10  Q    Do you know about how old LS X was -- strike that.

11       What did LS X tell you?

12  A    Well, I spoke to LS X.  He was -- he didn't know what

13  was going on, and it was his turn to speak to the APLE

14  individuals.  And all I told him was just answer every

15  question they have, and just be truthful with them.

16  Q    And did you observe LS X do anything after that?

17  A    Yes.  At that time he walked over to the bench swing

18  that they had to speak with the lady, and he looked like he

19  didn't know what to say so -- or if he wanted to say

20  something.  And he looked at another individual named PE XX

21  and he went like, what do I say?  He was like --

22            MR. WEINERMAN:  Objection to --

23            THE COURT:  You can't speculate as to what somebody

24  else is thinking.  Just what you observed.

25  Q    BY MR. SINHA:  Did you see LS X shrug his hands?

1  A    Yes, I did.

2  Q    Did you see Peter or LS X say or do anything in response

3  to LS X shrugging his hands?

4  A    PE XX responded by shaking his head.

5  Q    Are you shaking your head no?

6  A    No -- yes.  Yes, I am shaking my head no.

7  Q    And PE XX was shaking his head no?

8  A    PE XX was shaking his head no.

9  Q    So you were around the area, it seems, where LS X and

10 some of the other kids were being questioned by people from

11 APLE; is that correct?

12 A    Yes.

13 Q    Was that a chaotic environment?

14 A    When the kids were being questioned, they were being

15 pulled to the side and a little swing area, and the people

16 who were speaking to them, they seemed to be calm.

17            MR. WEINERMAN:  Objection as to the "seem to be."

18            THE COURT:  Sustained.

19            Please do not talk about what you think other people

20 are thinking.

21 Q    BY MR. SINHA:  If you were able to observe, were the

22 people who were speaking to the kids speaking in loud voices,

23 or were they speaking in quiet voices?

24 A    They were speaking in quiet voices.

25 Q    Were they making aggressive gestures?

DIRECT EXAMINATION - C. OCON

Page 378

1    A    They were not making aggressive gestures.

2    Q    Did you -- were the -- when the kids were being spoken

3    to by the two individuals at APLE, were they being surrounded

4    by other people, or were they isolated?

5    A    They were isolated, and they were speaking to them on an

6    individual basis.

7    Q    Were they in a place that was very loud, or was it

8    quiet?

9    A    It was quiet.  It was on the corner of the front patio

10   area, to the side.  The majority of the kids were kept

11   upstairs on the roof area, covered roof.  And as the APLE

12   people would speak to them, they would call them down one by

13   one to talk to them in the garden area.

14   Q    Did you see any of the kids being questioned by

15   Cambodian National Police?

16   A    No.

17         MR. WEINERMAN:  Lack of foundation as to what

18   Cambodian police officer was wearing or looked like.

19         THE COURT:  You can cross on that issue.

20   Q    BY MR. SINHA:  As far as you understood things, the

21   people that were interviewing the kids, were one of the two

22   APLE people; is that correct?

23   A    Yes.

24   Q    After the day of Mr. Johnson's arrest, did you ever see

25   the kids again?

Page 379

1    A    I saw them a couple days after, yes.

2    Q    Tell me how that happened.

3    A    I visited them at the new orphanage, SPECA, and I spent

4    some time with them.

5    Q    Do you remember -- did you see ES XXX there?

6    A    I saw ES XXX there, yes.

7    Q    Did you see other kids there?

8    A    Yes, I did.

9    Q    Did you take photographs of some of the kids you saw?

10   A    Yes, I did.

11   Q    Was there some point at which you posted that to a

12   Flicker account?

13   A    Yes, I did.

14   Q    We have shown one of those photos, so I am not going to

15   show it to you again, but that's where we got it.

16           MR. SINHA:  If I could have one moment, Your Honor.

17           THE COURT:  Yes.

18           MR. SINHA:  Thank you, Ms. Ocon.

19           I am going to pass the witness.

20           THE COURT:  Cross-examination.

21

22                    CROSS EXAMINATION

23   BY WEINERMAN:

24   Q    So Ms. Ocon, this was the third stop on your 11-month

25   tour of orphanages in third-world countries?

1    A    No, this was my fourth stop.

2    Q    Thank you.  So this is a program, I think you testified,

3    through Adventures in Missions and World Race.  Are those two

4    different organizations or the same?

5    A    The organization name is Adventures in Missions, and the

6    specific trip I took was labeled the World Race.

7    Q    The World Race.  Is this something you did after

8    finishing either high school or college, or during the time

9    you were in either?

10   A    I did this after completing my master's in business

11   administration.

12   Q    So is this something that is subsidized, or do you have

13   to pay for the 11-month program?

14   A    We need to pay out of our own pocket.

15   Q    How much does it cost to do a program like that?

16   A    At that time, it was approximately $16,000.

17   Q    And I think you testified every month was -- for

18   11 months was to go to a different or new country, correct?

19   A    Yes.

20   Q    So while you were there, part of your team, there was, I

21   believe, a professional photographer on your team?  And I

22   hope I am not confusing this trip with another one.  Was

23   Susan Barnes on the trip?

24   A    No.

25   Q    But there were photographs taken by someone?

Page 381

1   A    I took photographs on my cell phone.

2   Q    There are a number of photographs with you in them that

3   I believe you sent to the FBI.  They were on your Flicker

4   account; is that correct?

5   A    Yes.

6   Q    Are those photographs taken by you, or were some taken

7   by you and some are taken by other people on the trip?

8   A    They were taken by me.  I believe there's one photo that

9   I have on that Flicker account that was taken by another girl

10  on the trip, but she was not a professional photographer.

11  Q    I am going to show you a number of photographs.

12          MR. WEINERMAN:  I believe they have been admitted

13  into evidence, and the government has seen them all and the

14  government doesn't object.

15  Q    BY MR. WEINERMAN:  We're going to start with Exhibit

16  701-A, and there's a series of five photographs.  8, 12, 13,

17  33, and 46.  That's the Bates number.

18          So the first photograph, do you recognize that one?

19  A    Yes.

20  Q    And did you take that one?

21  A    That was the photo that was taken by the other

22  individual, the girl, that was not a professional

23  photographer.

24  Q    Do you know who is in this photograph?

25  A    Yes.

DIRECT EXAMINATION - C. OCON

Page 382

1    Q    Who?

2    A    LS X, Lougha and VS XXXXX.

3    Q    And this was taken at Hope Transition?

4    A    Yes, on the roof.

5    Q    And was this a natural photograph?  The kids just

6    decided to jump up, or did someone prompt them to do that?

7    A    The girl I was traveling with asked them to jump up.

8    Q    The next photograph, do you recognize this one?

9    A    That photo, I did not take it.  I had correspondence

10   with PE XX after I saw this picture, and I downloaded it to

11   my file.

12   Q    So you don't know who took this?

13   A    No, I do not know who took that one.

14   Q    Were you present when it was taken?

15   A    No, I was not.

16   Q    You said PE XX sent this to you?

17   A    No, I believe I saw it on his Facebook account.

18   Q    PE XX, one of the residents at Hope Transition?

19   A    Yes.

20   Q    The next photograph?

21   A    I did not take that photo, either, and I was not present

22   during that time.

23   Q    Do you recognize any of the kids in the photograph?

24   A    I recognize the boy, Young.  And the girls, I believe

25   it's maybe Vanni (phonetic) and Vesna.  And I am not that

DIRECT EXAMINATION - C. OCON

Page 383

1    sure of the name of the other boys.

2    Q    And you don't know if this was a natural photo, or it

3    was posed?

4    A    That photo was -- this one, I don't know who took it.

5    And I also downloaded this photo; I wasn't present for this

6    one.

7    Q    Next are three kids with guitars.  Do you remember this

8    one?

9    A    I remember that picture.  I was not present for that

10   picture, either.  It was one I downloaded from the account,

11   as well.

12   Q    And that was at Hope Transition Center?

13   A    I can't say if it was.  I was not present.

14   Q    Could we go back to the last one?  Do you know if this

15   one was at Hope Transition Center?

16   A    I do not.  I was not present for that one.

17   Q    And I apologize for not asking you.  The one before

18   that, that was at Hope Transition Center, is that true, this

19   group photograph?

20   A    I cannot -- I don't know.

21   Q    And we will go to the last one, the two boys with the

22   guitar, similar to the previous one we looked at.  Were you

23   present when that was taken?

24        We're going to get it here.  I think it's page 46.

25   There we go.

DIRECT EXAMINATION - C. OCON

Page 384

1   A    I was not present when that photo was taken.

2   Q    Do you know if that was taken at Hope Transition Center?

3   A    I cannot say if it was.

4   Q    But, again, it was sent to you, or you downloaded it?

5   A    This photo I did, yes.

6   Q    So I am going to show you a few other photographs.  And

7   this would be Exhibit 701-B.  So let's start with page 3.

8   And this is a photograph of you and ES XXX, correct?

9   A    Yes.

10  Q    And somebody else took this photograph, obviously,

11  unless you have a really good selfie stick?

12  A    Yes, someone took it.

13  Q    Do you know who took it?

14  A    I don't remember who took it.

15  Q    This was not taken at Hope Transitions?

16  A    No, it was not.

17  Q    Next photograph, again, somebody else took this

18  photograph?

19  A    Yes.

20  Q    And who are you with?

21  A    It was one of the girls who were at Hope Transition.  I

22  do not remember her name.

23  Q    And I think you said earlier you slept in the girls'

24  dormitory or the girls' area?

25  A    I did not say that, and I did not sleep in the girls'

1    dormitory.

2    Q    Where did you stay?

3    A    We were set up on the top floor, and I believe the

4    boys -- or it was the older boys' room.  However, they were

5    placed into another bedroom.

6    Q    Next photograph, I think this is -- I am not sure what

7    page this is.  But it's another photograph of you, and who is

8    that with you?

9    A    His name is either VS XX or VS XXX.

10   Q    And taken at Hope Transition Center or somewhere else?

11   A    This was taken at SPECA.

12   Q    Next photograph, do you know who that is in the

13   photograph?

14   A    Yes.

15   Q    Who is that?

16   A    Samuel.

17   Q    And again, this was taken at SPECA?

18   A    Yes.

19   Q    Next photograph, that's you and looks like PE XX?

20   A    No.

21   Q    I am sorry.  Every time I guess, I am wrong.

22   A    Wattana.

23   Q    And these last series of photographs, looks like they

24   were taken around the same time.  At least, you are wearing

25   the same outfit -- I am sorry.

Page 386

1   A    All these photos were taken on the same day.

2   Q    And you don't recall who took the photographs?

3   A    It was one of the girls on my team with my cell phone.

4   Q    And the same person probably took all of these

5   photographs?

6   A    Yes.

7   Q    So you went around from kid to kid and decided who you

8   wanted a photograph with, and she accommodated you by taking

9   it?

10  A    Yes.

11  Q    Here's another photograph.  You are not in this --

12  sorry.  Let me see if I can find this one.  That is you with

13  who?

14  A    Lougha.

15  Q    And that was taken at SPECA?

16  A    Yes.

17  Q    That's the one I wanted.  Again, another photograph

18  taken the same day, I am assuming, at SPECA?

19  A    Yes.

20  Q    And you are with residents, former residents of Hope

21  Transition Center?

22  A    Yes.

23  Q    Do you recognize the boy in the photograph?

24  A    That was Lougha.

25  Q    Next photograph would be -- do you know who is in that

DIRECT EXAMINATION - C. OCON

Page 387

1  photograph beside you?

2  A    I am not sure what his name is.

3  Q    Again, taken at SPECA?

4  A    Yes.

5  Q    Next photograph.  Do you recall who is in this

6  photograph?

7  A    The boy on the bottom is Lougha, and I do not remember

8  the girl's name on the top.

9  Q    Next.  How about this one?

10 A    This was taken at SPECA, and it is of ES XXX and Lougha.

11 Q    And do you recognize the other two --

12 A    I recognize them, but I do not know their names.

13 Q    Next photograph.

14 A    That was also taken at SPECA.  I recognize the girl, but

15 I do not recall her name.

16 Q    Do we have more?  How about this one?

17 A    That is me and RT XX at SPECA.

18 Q    Next -- is that it?  So all of these photographs were

19 taken within a relatively short period of time at SPECA a few

20 days after Daniel Johnson was arrested?

21 A    Yes.

22 Q    So how long were you at SPECA?  An hour or less or more?

23 A    About an hour.

24 Q    About an hour.  So a lot of time was spent just walking

25 around talking to kids, and then deciding which to take

DIRECT EXAMINATION - C. OCON

Page 388

1    photographs with?

2    A    Yes.

3    Q    And these photographs, once your -- either during your

4    trip when you move on to another country, you put those on

5    your Flicker account right away?

6    A    I don't remember how soon I uploaded them to my Flicker

7    account.

8    Q    Did you send these photographs to anyone outside your

9    group to show where you were, the kids you were interacting

10   with?

11   A    I do not remember.

12   Q    After you got back to the United States, did you

13   circulate these photographs to other people to show where you

14   were, and what you had done?

15   A    I uploaded them to my Instagram.

16   Q    And that would enable -- are you public or private on

17   Instagram?

18   A    My Instagram is private.

19   Q    So somebody would have to be admitted by you in order to

20   see the photographs?

21   A    Uh-huh.  Yes.

22   Q    And people who are admitted to look at your Instagram

23   account would be people you knew, or your friends, or you

24   feel comfortable with?

25   A    Yes.  And I may have also uploaded them to my Facebook

DIRECT EXAMINATION - C. OCON

Page 389

1   at the time, which I no longer have.

2   Q    So I believe you testified that there was no signage

3   that you observed at Hope Transition Center?

4   A    On the outside that is viewable to the public outside of

5   the home.

6   Q    I would like to show you Defendant's Exhibit 604, pages

7   2 and 3.

8   A    Yes.

9   Q    Do you recall seeing this sign on the outside -- let me

10  finish, ma'am.

11  A    I am sorry.

12  Q    I'll give you a chance to respond.

13        -- on the outside, visible, visible from the outside

14  of the Hope Transition Center before you walk in?

15  A    This sign is not visible from outside of the gate.  You

16  are only able to see this one once you are in the compound.

17  Q    So let's back up.  Hope Transition Center is protected

18  by a gate?

19  A    Yes.

20  Q    So anyone who wants to visit Hope Transition Center

21  would have to somehow communicate with somebody on the inside

22  to get the gate open so that they could enter?

23  A    Yes.

24  Q    So what you are saying is outside the gates, before you

25  were admitted, there was no signage?

1  A    Yes.

2  Q    Once you were admitted into the gate and before you

3  entered the building, this signage is visible; is that

4  correct?

5  A    It's right above the front door, yes.

6  Q    And I am going to show you one more photograph that is

7  probably a little better than this one.  I think it's

8  No. 3 -- I think there's another one, page 2 and page 3.

9  There we go.  That's one that's not too good, either, so

10 that's our best one.

11         You saw that once you got through the gate and

12 before you entered Hope Transition Center?

13 A    Yes.

14 Q    Now, you testified about the one-way glass at Hope

15 Transition Center -- in other words, there was a one-way

16 glass between Daniel's room and the living area, correct?

17 A    Yes.

18 Q    You don't know when that glass was put in?

19 A    No, I do not.

20 Q    Did you know how long Hope Transition Center had

21 occupied this particular building?

22 A    No, I did not.

23 Q    So to your knowledge, did Hope Transition Center own

24 this building?

25 A    I did not know -- or do not know.

Page 391

1   Q     So you don't know if that one-way glass was there when

2   Hope Transition Center first occupied the building, whenever

3   they did?

4   A     I do not know.

5   Q     So you have no idea when this glass was installed,

6   before Hope Transition Center occupied the building or after?

7   A     I don't know.

8   Q     So I am going to ask you a few questions about the

9   morning of the arrest, before the arrest occurred.  So I

10  understand there was a Bible study at 5:00 a.m., or a

11  service.  Would that be the correct term?

12  A     Yes.

13  Q     And you attended it?

14  A     Yes, I did.

15  Q     Did everyone in your group attend it?

16  A     Yes.

17  Q     How about the people at Hope Transition Center?  Did

18  every person at Hope Transition Center attend that service?

19  A     No.

20  Q     You testified Daniel Johnson didn't?

21  A     Uh-huh.

22  Q     Anybody else, to your knowledge, who did not attend the

23  service?

24  A     I don't know if there was anyone else or not.

25  Q     So you don't know whether Daniel Johnson was the only

DIRECT EXAMINATION - C. OCON

Page 392

1  person who didn't attend, or there were other people who
2  were -- either worked at Hope Transition Center or volunteers
3  or some of the kids who did not attend the service for
4  whatever reason?
5  A    Not to my knowledge.
6  Q    The worship service was in the living area or another
7  part of the building?
8  A    In the living area.
9  Q    Now, the boy you saw come out of Daniel Johnson's room
10 whose hair was messy, clothing was disheveled, do you know
11 the name of that boy?
12 A    No, I do not.
13 Q    Do you know how old he was?
14 A    I don't know exactly how old he was.
15 Q    Was he clothed?
16 A    Yes.
17 Q    Shirt?
18 A    Yes.
19 Q    Pants or shorts?
20 A    Yes.
21 Q    Shoes?
22 A    I don't know.
23 Q    You talked about a conversation you had with ES XXX that
24 day, when he told you he was kicked out of the Hope
25 Transition Center for being a bad boy.  Remember that?

1   A    Yes.

2   Q    Did ES XXX tell you that he had been punished for

3   violating a rule at Hope Transition Center?

4   A    He just told me he was a bad boy.

5   Q    He didn't explain what made him bad?

6   A    No.

7   Q    And you didn't ask him?

8   A    No, I was just listening.

9   Q    So I would like to ask you a few questions about what

10  happened after -- I will call them the authorities arrived?

11  A    Okay.

12  Q    So you indicated that some of them were from an

13  organization called APLE, A-P-L-E?

14  A    Yes.

15  Q    And they had identification on them, like what you would

16  wear around your neck.  Is that how you identified them as

17  being from APLE?

18  A    I was told they were from APLE from two FBI agents

19  afterwards.

20  Q    So there were two FBI agents, as well as --

21  A    Yes.

22  Q    And there were people from the Cambodian National

23  Police, correct?

24  A    Yes.

25  Q    And you don't know whether some were in uniform or some

DIRECT EXAMINATION - C. OCON

Page 394

1   were wearing plain clothes, as well?

2   A    Yes.

3   Q    Did you see anyone wearing a uniform, looking either law

4   enforcement or military-like?

5   A    Yes.  Yes.

6   Q    How many did you see?

7   A    I don't recall.

8   Q    So some wore uniforms and some didn't?

9   A    Yes.

10  Q    So around 10:30 a.m., which would have been pretty soon

11  after the authorities arrived and eventually arrested Daniel

12  Johnson, would it be fair to say that some of the kids were

13  terrified about the situation?

14  A    I don't know.

15  Q    I would like to show you what has been marked as 703.

16          MR. WEINERMAN:  I want to make sure we do this

17  correctly, so if I may have a moment with counsel.

18          THE COURT:  Yes.

19                  (Discussion off the record.)

20          THE COURT:  Folks, if you would like to take a quick

21  break, we will use this opportunity to let you stretch and

22  use the restroom if you need to.  Thank you.

23          (JURY OUT.)

24                  (Brief recess taken from 3:41 p.m.

25                  to 3:47 p.m.)

Page 395

1          THE COURT:  We'll go on the record.

2          MR. WEINERMAN:  Ms. Ocon, I am handing you an

3   exhibit for identification only.  Could you help me with the

4   number?  Does it say Defendant's Exhibit there?

5          THE WITNESS:  703.

6   Q   BY MR. WEINERMAN:  So that is an e-mail, and if you look

7   at maybe the third paragraph, Emily Kroll, Subject, What

8   Happened on Monday.  It's dated December 12, 2013.  Daniel

9   Johnson was arrested on December 9, 2013, so this was written

10  approximately three days after Daniel Johnson's arrest.

11         First of all, do you know Emily Kroll?

12  A   Yes.

13  Q   Was she part of the mission?

14  A   Yes she was.

15  Q   I am going to ask you to read this document, and it's

16  about three-and-a-half pages, to yourself, and then I am

17  going to ask you some questions to see if it refreshes your

18  recollection about what was going on at Hope Transition

19  Center on the day Daniel Johnson was arrested, December 9,

20  2013.  So go ahead and read it to yourself.

21  A   (Complies.)  (Reading document.)

22         MR. WEINERMAN:  Can I ask some questions now?

23         THE COURT:  Yes, go ahead.

24  Q   BY MR. WEINERMAN:  So does this e-mail from Emily Kroll

25  refresh your memory about some of the things that happened on

DIRECT EXAMINATION - C. OCON

Page 396

1    Daniel Johnson's arrest?

2    A    Yes.  However, some of the things in this e-mail was

3    exaggerated.

4    Q    Let me go point-by-point, and you tell me if you agree

5    with it or not.  Would it be accurate to say that when the

6    police first came at around 10:30 a.m., some of the kids were

7    terrified?

8    A    I can't speculate --

9              THE COURT:  Ma'am, please answer the question.  If

10   this refreshes your memory, say yes.  If it doesn't, and you

11   don't know the answer, say you don't know.

12             THE WITNESS:  The kids looked confused.

13   Q    BY MR. WEINERMAN:  Would you say they were upset?

14   A    They were confused of what was happening.  I don't know

15   if they were upset or not.

16   Q    And so you disagreed with the characterization that kids

17   were terrified?

18   A    They may have been scared, because it's a new experience

19   that they have never been through.

20   Q    The kids were scared.  You are willing to concede that?

21   A    They may have been.  I don't know.

22   Q    Well, do you think you can answer that question "yes" or

23   "no"?  Were the kids that you observed scared, or some of the

24   kids that you observed scared or none of them?

25   A    Some of them may have been scared.

DIRECT EXAMINATION - C. OCON

Page 397

1    Q    All right.  Next question, and I am referring to page 2

2    of this document right at the bottom where it says,

3    2:30 p.m., that the lady who wrote this e-mail, Emily Kroll,

4    said that she met you on the stairs.  And either you or she

5    or both of you were able to take one of the little girls up

6    to the roof while Emily gathered as many boys as she could.

7              Does that refresh your recollection?

8    A    I don't remember that part.

9    Q    And same paragraph, same line, does it refresh your

10   memory about whether the police were breaking down the doors

11   in the house?

12   A    I don't remember them breaking down the doors.

13   Q    Does it refresh your memory that the house was filled

14   with police, social workers, photographers, and lost

15   children?

16   A    The kids were gathered, and they were taken up to the

17   roof.  And the policemen were going through the downstairs

18   area of the house, in my memory.

19   Q    So there were police there?

20   A    Yes.

21   Q    Social workers?

22   A    Yes.

23   Q    Photographers?

24   A    I don't remember.

25   Q    And lost children, I am not sure what that means.  Did

DIRECT EXAMINATION - C. OCON

Page 398

1  you see any lost children, or perhaps children who didn't
2  know where to go or what to do?
3  A    They may have been, but we ushered them upstairs to the
4  roof.
5  Q    How many outsiders would you say were there on the day
6  of the arrest?
7  A    I don't remember.
8  Q    Next page, I think it's the last two paragraphs,
9  5:00 p.m.  Emily writes that the house was in chaos by the
10  time you were done talking at 5:30.  I can't really remember
11  what was said this time, only that there were police yelling
12  at kids and us.
13        Does that refresh your memory, as to accurately
14  portray the atmosphere there as chaotic?
15  A    It was a lot of confusion.  We didn't know what was
16  going on, or what was next.
17  Q    How about police yelling at kids and members of your
18  group?  Does that refresh your memory whether the police were
19  doing that?
20  A    Police were not yelling at us, or at the kids.
21  Q    Neither?
22  A    Neither.
23  Q    And then 5:30 p.m.  Emily Kroll writes, We saw them -- I
24  think referring to the police -- yelling at the kids and
25  shoving them toward the van.  Did you observe that?

1    A    At that time there were other Cambodian people there

2    that were actually trying to take the kids, that were not a

3    part of the police or anything.  So there was a struggle

4    between the kids going into the van to SPECA, and other

5    people trying to sneak the children away.

6    Q    So would it be accurate that some people were yelling at

7    the kids, insofar as to which van they were going to go in,

8    and whether they were going to SPECA or someplace else?

9    A    I wouldn't say they were yelling at them.

10   Q    So you are disagreeing with this characterization that

11   the police or other authorities were yelling at the kids and

12   shoving them towards the van?  Do you agree with that?  Does

13   that refresh your memory or doesn't it?

14   A    I disagree in that it was more of a struggle.  I do

15   remember at one point someone took a little boy, Young, and

16   was trying put him on a motorcycle and sneak him away, as

17   well as with other kids.  And so they were saying, no, he

18   needs to come in the van with us.

19   Q    So would it be accurate to say there was a struggle

20   between some of the authorities wanting to put the kids in

21   the van and take them to SPECA, and other people trying to

22   prevent that from happening?  Is that an accurate

23   characterization of what was going on?

24   A    It was a struggle, because they were trying to take them

25   somewhere else.

Page 400

1   Q    And finally, the last page, Emily writes, At around --
2   sounds like sometime after 5:57, she observed her group walk
3   past the van, and they were shoving kids in -- as little
4   kids, smaller kids, desperately clung to it.
5        Did you observe kids resisting going into the vans
6   to be taken to SPECA, or somewhere else, and the kids trying
7   to cling to members of your group?
8   A    The kids did resist, as I said.  They were trying to go
9   with other people that I did not know.  I don't remember if
10  they were clinging to the members of my group.
11  Q    And again, she writes that your group was being yelled
12  at for trying to hug and comfort the kids.  Do you recall
13  that?
14  A    No, I do not recall.
15       MR. WEINERMAN:  Can I have a moment, Judge?
16       THE COURT:  Yeah.
17                 (Discussion off the record.)
18       MR. WEINERMAN:  Judge, I am going to really ask one
19  question about what Ms. Ocon seems to agree with about what
20  was going on with the van, and kids getting in the van.
21  That's all I am going to go into, just a few questions.
22       THE COURT:  Okay.
23       MR. SINHA:  That's fine with me, Your Honor.  While
24  we have her on the stand without the jury, and Mr. Weinerman
25  agrees, do you mind if I show her an exhibit to see if she

DIRECT EXAMINATION - C. OCON

Page 401

1  recognizes it?

2           THE COURT:  Sure.

3           MR. SINHA:  Do you know what this is, Ms. Ocon?

4           THE WITNESS:  No, I do not.

5           MR. SINHA:  That's all.

6           MR. WEINERMAN:  I am ready, Judge.

7           THE COURT:  I want to clarify, is this a chaotic and

8  frightening experience for the children that day?

9           THE WITNESS:  It was scary in the fact that you

10  don't know what is going on.

11           THE COURT:  Bring the jury in.

12                     (JURY IN.)

13           THE COURT:  Please be seated.

14           Mr. Weinerman, go ahead.

15  Q    BY MR. WEINERMAN:  Ms. Ocon, I am just going to ask you

16  a few questions about what you observed around 5:30 p.m. on

17  the day Mr. Johnson was arrested, December 9, 2013.  You have

18  read a document, and I believe you indicated it at least

19  refreshes your memory a little bit as to a very small aspect

20  of what was going on?

21  A    Yes.

22  Q    So I am going to ask you what was going on at 5:30, and

23  if you recall that the police or other authorities were

24  yelling at kids and shoving them towards vans to be taken to

25  the SPECA location where some of them were moved, and other

1   people were trying to prevent that from happening.  Is that

2   what you observed?

3   A    I observed that the kids were being escorted to the van,

4   and that there were other individuals who were trying to take

5   the kids to take them to another location that had nothing to

6   do with the orphanage.

7   Q    So take them to another location besides SPECA, where

8   the authorities were apparently going to take most of the

9   kids; is that correct?

10  A    Yes.

11  Q    That's the same location you visited a few days later

12  and many of the kids from the Hope Transition Center were at

13  SPECA?

14  A    Most of them were, yes.

15  Q    And people who might have been resisting this, were they

16  friends, relatives of the kids who maybe wanted to prevent

17  them from being taken to another location?

18  A    I don't know who the individuals were.  They were just

19  Cambodian people.

20  Q    Were they adults?

21  A    Some of them looked like young adults.

22          MR. WEINERMAN:  Thank you.  I have no further

23  questions.

24          THE COURT:  Any redirect?

25          MR. SINHA:  Yes, Your Honor, just a few questions.

Page 403

REDIRECT-EXAMINATION

1  BY MR. SINHA:

2  Q    Ms. Ocon, I am going to show you a few photographs, and

3  could you tell me if you recognize what these are, please?

4          MR. SINHA:  Can we start with 86, please?  And I

5  don't believe the exhibit is -- actually, I believe that

6  these have been admitted, so I guess I would ask that they be

7  published.

8          MR. WEINERMAN:  No objection, Judge.

9  Q    BY MR. SINHA:  So let's look at 86.  Can you tell me

10 what that is?

11 A    That is us on top of the roof with my team, and as well

12 as the children on the roof.

13 Q    Was this the day of the arrest?

14 A    I believe it was, yes.

15 Q    And does this photograph capture the environment the day

16 of the arrest?

17 A    Yes.

18 Q    Let's look at 87, please.  How about this?

19 A    Yes.

20 Q    Same day, same environment?

21 A    Same day, same environment.

22 Q    89.  What is this?

23 A    I believe that is the individual they were questioning,

24 PE XX, about what was happening.

Page 404

1   Q    Let's look at -- let's get 95, please.  And could you

2   tell me what this is, please.

3   A    That was the kids eating and drinking, and another lady

4   that was asking the children questions, as well.

5   Q    And so is this the day of the arrest, also?

6   A    Yes.

7   Q    And is this while the confusion was going on?

8   A    Yes.

9   Q    How about 97, please -- 96, please.  What is this that I

10  am looking at?

11  A    That's Lougha on the roof and an individual talking to

12  him.

13  Q    And does this capture the environment of that day?

14  A    Yes.

15  Q    How about 97, please?  What is this?

16  A    That's the same day, as well.  And I believe the boy is

17  Vanni or Vanett, and they are talking to him, as well.

18  Q    So you have told us that these are photographs of the

19  day on which Mr. Johnson was arrested?

20  A    Yes.

21  Q    These photographs taken as a whole, do you think they

22  paint an accurate picture of how chaotic or frightening the

23  environment was?

24  A    Yes.

25  Q    I have a couple of more questions.  So you mentioned

DIRECT EXAMINATION - C. OCON

Page 405

1  that there was a worship service at 5:00 a.m. on the morning

2  that Mr. Johnson was arrested, correct?

3  A    Yes.

4  Q    And you said that Mr. Johnson was not present?

5  A    No, he was not.

6  Q    And then you said later that morning you witnessed a boy

7  leave Mr. Johnson's bedroom; is that correct?

8  A    Yes.

9  Q    And you described that boy, which I will characterize as

10  being somewhat out of sorts; is that fair?

11  A    Yes.

12  Q    So I guess my question is, the boy who you saw leaving

13  Mr. Johnson's bedroom out of sorts, was he at that 5:00 a.m.

14  worship ceremony?

15  A    I do not remember seeing him there.

16           MR. SINHA:  That's all.  Thank you, Your Honor.

17           THE COURT:  Thank you.  You are free --

18           MR. WEINERMAN:  Just a few, Judge.

19

20                   RECROSS EXAMINATION

21      BY MR. WEINERMAN:

22  Q    You were asked by the prosecutor whether these

23  photographs, 86, 89, 95, 96, capture the environment at Hope

24  Transition Center.  Do you remember that?

25  A    Yes.

1    Q    It captured the environment at the moment that

2    particular photograph was taken, correct?

3    A    Yes.

4    Q    Didn't capture the environment from 10:00 a.m. into the

5    evening?  The environment changed depending on the time and

6    what was going on?

7    A    No, it was pretty calm the whole time.

8    Q    So you would describe it was a calm situation when kids

9    were being pushed into the vans, and other people were trying

10   to prevent them from being taken to SPECA.  Do you think that

11   was calm?

12   A    It was a slight struggle.  However, it wasn't

13   necessarily pushed on by the authorities that were there.  It

14   was other people that were trying to take the children.

15        THE COURT:  The question is whether it's calm or

16   not.

17   Q    BY MR. WEINERMAN:  Was that calm when kids were being

18   pushed into the vans, and other people were trying to prevent

19   them from going?  That's not calm, is it?

20   A    Not as calm as is it was the majority of the time.

21        THE COURT:  You are free to go.  Thank you.  Next

22   witness for the government.

23        MR. SWEET:  The government calls SES XXXXXXXXXXXXX.

24        THE COURT:  I am going to have you walk up to the

25   witness stands to my left.  And if you step up next to the

Page 407

1   chair, remain standing for just a moment, and if you raise

2   your right hand.

3                       SES XXXXXXXXXXXXXX,

4       produced as a witness, having been first duly sworn, was

5   examined and testified as follows:

6               THE WITNESS:  I swear.

7               THE COURT:  You can have a seat, and I am going to

8   ask you to please state your full name for us, and if you

9   could spell your name.

10               THE WITNESS:  In English or Khmer?

11               THE COURT:  Do you speak some English, let me ask

12   you that first?

13               THE WITNESS:  My name is SES XXX, I spell it

14   S-E-S-X, X-X-X-X-X.

15               THE COURT:  So what I want you to do is listen to

16   the question.  You are being asked questions in English, but

17   I want you to wait until you hear the translation.  And

18   please answer in the personal first person.

19               THE WITNESS:  Yes, sir.

20               THE INTERPRETER:  Just one second, please.

21

22       (NOTE:  Unless otherwise indicated, all answers

23   represented by "A" and "THE WITNESS" will be answers given by

24   the witness through the interpreter after translation.)

25

DIRECT EXAMINATION - SES XXXXXXXXXXXXXX

Page 408

DIRECT EXAMINATION

BY MR. SWEET:

1

2

3    Q    Good afternoon, Mr. SESX.  And is your name SES XXX

4    XXXX?

5    A    SES XXXXXXXX.

6    Q    And do you have a brother, SS XXXXXXX?

7    A    Yes, I do.

8    Q    And we have talked in this case about a Pastor Sopheak.

9    That's not you, is it?

10   A    Yes.  That is correct.

11   Q    So because there are two Mr. SES X and two Sopheaks, do

12   you have a nickname?

13   A    My nickname is SESX.

14   Q    And do a lot of people at the orphanage call you SESX?

15   A    At times they call me SESX, and at times they call me

16   SES XXX 1, or SES XXX 2, which means Small SES XXX.

17   Q    Is it okay if we call you SESX here, because of two

18   Sopheaks and two Mr. SES X?

19   A    Yes, that's okay.

20   Q    And what is your birthday, please?

21   A    My date of birth is the XXXXX day, the month of the

22   XXXXXXX, in 1990.

23   Q    So XXXXXX, 1990?

24   A    Yes.

25   Q    And is that what is on your passport?

DIRECT EXAMINATION - SES XXXXXXXXXXXXXXX

Page 409

1   A    Yes.

2   Q    And just for clarification, were you told that you were

3   actually born in 1989, but it was hard to correct your ID, so

4   you stuck with 1990?

5   A    Yes, like 1990.

6   Q    Where were you born, please?

7   A    I was born in the town of Salakob, in the small town of

8   Baray.

9   Q    What country is that in?

10  A    And in the province of Kom Pong Tong in Cambodia.

11  Q    And do you have brothers and sisters?

12  A    I have three -- no, four siblings.  Four total, two boys

13  and two girls.

14  Q    And are you the oldest, in the middle, the youngest?

15  A    I am the second child.

16  Q    Where did you grow up when you were young?

17  A    When I was young, I lived until 13 or 14 years old in

18  the province of Kom Pong Tong, and I moved to live in Phenom

19  Penh around the age of 13 to 14 years old.

20  Q    So Phenom Penh is a large city in Cambodia; is that

21  correct?

22  A    Yes.

23  Q    And did your whole family move to Phenom Penh?

24  A    Yes, sir.

25  Q    And why did you move to Phenom Penh?

Page 410

1  A    Because my family -- because my parents thought that
2  Phenom Penh has many people, and they can open a small
3  business.
4  Q    Was your family doing well financially in the
5  countryside where you lived?
6  A    Yeah.  It's because they were not doing well in Kom Pong
7  Tong province, so that's why they had a different idea to
8  move to Phenom Penh, because there's lot of people, and they
9  can have something small to operate.
10 Q    And, SESX, do you know Daniel Johnson?
11 A    Yes, I know him.
12 Q    And where did you first meet him?
13 A    When I first met him, it was in the area that's called
14 the market, Tu Tow Bong market nearby there.  Yes, Tu Tow
15 Bong market, because I was looking for a place to learn
16 English to speak.  And at that time at his house, he was
17 opening a way to teach English, for kids to learn English.
18 Q    Was that kind of a coffee house?
19 A    Yeah.  It's called Coffee House.
20 Q    And so about how old were you when you met Daniel
21 Johnson?
22 A    Maybe I was 15 or 16 years old.  I am not certain.
23 Q    And how did your meetings go?  How did you two get to
24 know each other better?
25 A    When I first meet him, it was just face-to-face.  And we

DIRECT EXAMINATION - SES XXXXXXXXXXXXXXX

Page 411

1   got close, and we got to know each other better when I was

2   helping him with his coffee house activities of things to do.

3   Q    What kind of help did you give?

4        THE INTERPRETER:  Excuse me, Counsel?

5   Q    BY MR. SWEET:  What kind of help did you do at the

6   Coffee House?

7   A    When I first went there just to go drink coffee, and go

8   visit, and watch TV, entertaining -- just, you know,

9   chit-chat.

10  Q    And at some point, was there a discussion about

11  Mr. Johnson helping you with money for school?

12  A    Yes.  Yes.  Yes.

13  Q    Could you tell us what the arrangement was?  What were

14  you going to do, and what was Mr. Johnson going to do?

15  A    Yes.  When I first meet him, we didn't have any

16  arrangement of anything yet.  We didn't do anything yet.  But

17  when I moved to, the Lake of Mango -- no, Guava, the Lake of

18  Guava.  Yes, at that time we became really close, because my

19  house was also in that area of the Lake of Guava.  Because he

20  likes me as a person, so I help clean his house, and he gave

21  me some, like a budget, a small budget of money, like

22  financial budget to help me go to school.

23  Q    And I would like to show you a photograph that is going

24  to pop up on your screen to the left, Exhibit 271 please.

25       MR. SWEET:  And, Your Honor, all the exhibits have

Page 412

1    been discussed with counsel.

2          THE COURT:  All right.  You can publish them.

3    Q    BY MR. SWEET:  Do you recognize that location, SESX?

4    A    Yes, I do know that, sir.

5    Q    And it's kind of a two-part question.  First, did you

6    ever live at this location?

7    A    Yes, I recognize it, and I lived there, before.

8    Q    But is the location that you first moved into with

9    Mr. Johnson actually before the one that is on the screen?

10   A    Yes, it's different than this picture.

11   Q    So for you, this is the second place you lived at with

12   Mr. Johnson; is that correct?

13   A    Yes.

14   Q    So just tell us briefly, what did you do at the first

15   place you moved into with Mr. Johnson?  What was that like

16   for you?

17   A    Initially, there was not much things to do, you know.

18   The first when I was living there, there's not much household

19   chores.  There's only three to four people, including myself,

20   and I and the interpreter at the first house.

21   Q    Who was the interpreter?

22   A    Older Sophear.

23   Q    Did you become friends with Mr. Johnson when you lived

24   at the first place?

25   A    Yes, we became friends.

1   Q    Now, let's talk about the picture that is up -- 271,

2   please, the image that's up on your screen.  Do you know

3   about how old you were when you first moved into that

4   location?

5   A    Maybe I was around 16 to 17 years old.  I am not

6   absolutely certain.

7   Q    Were there more boys at this location than at the first

8   one we just talked about?

9   A    Yes.

10  Q    Was this place more of a real orphanage?

11  A    Yes.

12  Q    And so just briefly, what did boys do there on a daily

13  basis?

14  A    Some may go to schools, you know, they have their hours,

15  their schedule.  Some go to school in the morning, some go to

16  school in the afternoon.  And then the people -- those who

17  are at home, they do their chores, the things they have to do

18  at home.  And other times I am not home throughout the day,

19  because I have my school schedule, also, and I am gone, going

20  to school.

21  Q    Did the boys also learn English?

22  A    Yes.  There's some who pay attention to their education.

23  They do go to the English schools.  And the other boys, who

24  are lazy, who doesn't -- they are not mindful of their

25  English education, they don't.  And they just would rather

Page 414

1   play instead.

2   Q    What was your role in that house, please?

3           THE INTERPRETER:  Your Honor, I would like to

4   clarify one word.

5           THE WITNESS:  In the beginning, because I know

6   music, I would arrange and organize some for the coffee house

7   entertainment aspect.

8   Q    BY MR. SWEET:  And at this first orphanage here, did you

9   have a role or responsibility in that house?

10  A    Yes.

11  Q    Did your brother SS XX live there, as well?

12  A    Yes, SS XX also lived there.

13  Q    I am going to show you a few photographs, so we can see

14  if we're talking about the same people.

15          No. 3, please.  Who is that, please?

16  A    LS X.

17  Q    No. 19, who is that?

18  A    SO XXX.

19  Q    No. 29, who is on the left, please?

20  A    CC X.

21  Q    No. 33?

22  A    "ES XXX."

23  Q    Does he also go by "ES XXX"?

24  A    His real name is like ES XXXXXXX, something like that.

25  Q    And 57, please?

DIRECT EXAMINATION - SES XXXXXXXXXXXXXX

Page 415

1    A    LS XXXXXXX.

2    Q    66?

3    A    BT XXXX -- BT XXXX.

4    Q    Does he have a nickname?

5    A    His nickname is BT XX.

6    Q    And 58, please?

7    A    I and my younger sibling -- my younger sibling and I.

8    Q    SESX, all together, about how long did you live with

9    Daniel Johnson from beginning to end?

10   A    It's probably over greater than ten years.

11   Q    How is your relationship with Mr. Johnson?

12   A    Yes, it is good, because I count him as my sibling, like

13   an older brother or younger brother.

14   Q    And how do you feel about Daniel Johnson?

15   A    Now?  Right now, or when I was living with him?

16   Q    When you were living with him.

17   A    When I was living with him, my feelings were --

18   everything is normal, nothing unusual, nothing -- it's just

19   regular feeling, because I was small.  And other times, when

20   he would be angry at me or I feel disappointed in him, we

21   would have a little bit of a small conflict.  Because I know

22   you live with each other in, like a family, there's always

23   going to be some kind of conflicts or impact with different

24   activities, situations.

25         And there are times in which he was vigilant in

1   giving us guidance, so we could be good people, so we could

2   become good.  Because we are young, and we do a lot of things

3   that are, like, sometime not appropriate or wrong.

4   Q    SESX, at location -- I am going to call that the

5   first -- the first real orphanage, I am going to call that

6   Location 1, okay?  Where did the boys stay in Location 1?

7   A    In the first location, it was divided into two separate

8   locations.  The upper level and lower level.

9   Q    Where did most boys stay?

10  A    Mostly, they are on the bottom and some is on the top

11  level.

12  Q    And where did Daniel Johnson stay?

13  A    He lived -- he's in the room, he stayed in the room on

14  the lower level, close or nearby to the kitchen.

15  Q    Did anyone else stay in his room -- did anyone else stay

16  in Daniel Johnson's room with him?

17  A    Before I saw two of them, there were SO XXX -- I am

18  sorry, there were -- originally there were BT XX, and then

19  actual SO XXX that recently went to live with him in another

20  room, yes.

21  Q    So did BT XX stay the most with Daniel Johnson at first?

22  A    Yes, because BT XX -- because D likes BT XX, and BT XX

23  has a role, has a responsibility role.

24          THE INTERPRETER:  And I am sorry, I just can't

25  remember the rest of what he said.  May I clarify?

Page 417

1          THE COURT:  Yes.

2          THE WITNESS:  So BT XX has his permission, because

3     he liked BT XX the most.

4     Q    BY MR. SWEET:  And once SO XXX came, did SO XXX sort of

5     replace BT XX in Mr. Johnson's room?

6     A    I don't know what his intentions were.  I just saw that

7     SO XXX was in his room, also.

8     Q    And would BT XX and SO XXX spend the night in Daniel

9     Johnson's room?

10    A    Yes, he slept in the room.  Because in that one room I

11    saw BT XX and SO XXX slept over there, also.

12    Q    Were there other boys that would go to Mr. Johnson's

13    room a lot?

14    A    I see a lot -- mostly I see the boys going to his room,

15    they like going there.  Because sometimes they want

16    something, or they need something.  You must tell him in

17    advance that you are going to go in there, yes.  And other

18    times if the boys needed something, and they wanted the older

19    siblings -- excuse me, the older kids in the orphanage, it's

20    hard for us to understand what they need.  So we tell them to

21    go tell D himself.

22    Q    So is the orphanage sort of divided into the younger

23    boys and then a group of older boys, more like you?

24    A    Yes, however -- however, when we were living, we did as

25    one unit, one family, we combine the younger and older.

Page 418

1  Q    And SESX, did the boys give Mr. Johnson a massage a lot?

2  A    Yes, I have seen a number of those kids that gave him

3  massage, and I am included.

4  Q    And where would the boys usually give Daniel Johnson a

5  massage, like what room?

6         THE INTERPRETER:  Your Honor, this is really

7  distracting to me.  Can I put it down, please?

8         THE COURT:  We need to be able to hear you.

9         THE INTERPRETER:  I will put it right here.  It's

10 really heavy and it hurts me.

11        THE WITNESS:  They have been there.

12        THE INTERPRETER:  Your question, Counsel, was where

13 was it?

14        THE WITNESS:  In his room, in his room.

15 Q    BY MR. SWEET:  In Daniel Johnson's room?

16 A    Yes, in his personal room.

17 Q    And what boys did you see giving Daniel Johnson a

18 massage in his room?

19 A    There's -- they would take turns, the different boys

20 that go in.  Sometimes they need something for school, school

21 things, or other times they are lacking money for school.  So

22 they would take turns to go -- so they would go in to take

23 turns to give him massages, so that way they could entice him

24 to give them the things they want when they ask him for the

25 things the boys want.

Case 6:14-cr-00482-MC   Document 283   Filed 11/02/18   Page 100 of 115

1  Q    Was Daniel Johnson giving the boys money or rewards if

2  they gave him a massage?

3  A    Yes, but we get our weekly allowance for -- money for

4  school and stuff.  But if you want extra money, you can go in

5  and give a massage, and things like that, so you can get what

6  you want.

7  Q    Where in the room would they give Daniel Johnson a

8  massage?

9  A    It's in his bedroom on the lower level.  There would be

10  nowhere but on his bed.

11  Q    And did you also give him massages?

12  A    Yes, I have done it before.

13  Q    And was that also on his bed?

14  A    Yes.

15  Q    What would he be wearing when you would give him a

16  massage?

17  A    When you giving a massage, typically you would have to

18  take off someone's shirt.  And I don't think anything unusual

19  about that, because I am just giving him a massage.

20  Q    SESX, is this hard for you to talk about?

21  A    It's okay, sir.

22  Q    SESX, did anything happen when you were giving Daniel

23  Johnson a massage?

24  A    When I was massaging, D, you know, he, you know, he has

25  a way of playing, or jokingly teasing me.  It's not in a

Page 420

1   manner in which -- that I should be afraid of, or is

2   something that is to be taken seriously.  It's just I thought

3   of it as okay, we're so close, we're intimately close.  In

4   his manner of playing with me, he did touch, and I thought

5   it's not a big deal.  He's joking and playing and I didn't

6   take it seriously.

7   Q    Where did he touch you, SESX?

8   A    He would take his hand and pinch and twist my thigh in a

9   joking manner.

10  Q    So would he be lying on his bed facedown?

11  A    Yes.

12  Q    And when you were giving him a massage, were you on his

13  bed or next to his bed?

14  A    I am on the bed, but my legs are on the side, like off

15  to the side of the bed.

16  Q    So you are kneeling on the bed to the side of

17  Mr. Johnson?

18  A    I am sitting here like this, and I massage like that

19  (indicating).

20  Q    So he took his hand around, and let me ask you this:

21  What did you do when he put his hand on your thigh?

22  A    I would be -- I would take his hand away.

23  Q    And so he put his hands sometimes on your thigh; is that

24  correct?

25  A    Yes.

Page 421

1    Q    And sometimes did his hand go over towards your penis or

2    your testicles?

3              MR. WEINERMAN:  Objection; leading.

4              THE COURT:  Overruled.

5              THE WITNESS:  Yes, but I never thought of it as

6    anything big or serious.  I always think of it as in a manner

7    of teasing, kidding around.  So however, every time he's

8    about to touch it, I would always be on guard to push it

9    away.

10   Q    BY MR. SWEET:  So would you be ready for the touching to

11   happen?

12   A    No, I wouldn't be ready for him to touch it, not like

13   that.

14   Q    I should say, were you wary of him touching you?

15   A    No, I was not wary.  I just think every time I would

16   give him a massage and he would take his hand and try to

17   touch it, I was just like, he's just kidding.

18   Q    And was he touching you over your clothes or under your

19   clothes?

20   A    He would touch me over my pants, but it would be beneath

21   my shirt, like on the thigh area.

22   Q    I am trying to picture how your clothes -- so give me an

23   example.  Would you be wearing a tee-shirt and shorts?

24   A    Sometimes.  I don't remember, because I am changing my

25   clothes all the time.  I don't know if I am wearing shorts or

Page 422

1    pants.

2    Q    But his hand was not down your pants; is that correct?

3    A    That is correct.  He did not do that.

4    Q    And did he touch over your shorts?  Did he touch your

5    penis?

6    A    Yeah.  There were times when he actually touched my

7    penis, but I took his hand away.

8    Q    Did you talk to Daniel Johnson about the touching?  Did

9    you talk to him and say stop, or anything?

10   A    I don't remember clearly whether I thought about

11   saying -- whether I did say or did not say it.  But I just

12   thought to myself, well, if he keeps continuing to do that to

13   me, I am going to stop giving him massage.

14   Q    And would he give you money after you gave him the

15   massages and he tried to touch you?

16   A    Sometimes when I need to buy something or get something,

17   and I go in and give the massage and stuff like that for him,

18   he would know what I need and stuff, and I would get it.

19   Q    And the first location with all the boys, did he touch

20   you there when you were giving him a massage?

21   A    Touch me?

22        MR. SWEET:  Sorry.  Could you pull up 271, please.

23   Q    BY MR. SWEET:  Did Mr. Johnson touch your penis at this

24   location that's on the screen?

25   A    Yes, in this location.

DIRECT EXAMINATION - SES XXXXXXXXXXXXXXX

Page 423

1  Q    And 272 please.  Did you live at this location?

2  A    Yes, I lived there.

3  Q    Did you give Mr. Johnson massages at this location?

4  A    Yes, I did, the massage.

5  Q    Did he also touch your penis at this location?

6  A    In this location, I can't hardly remember all the

7  different times, because there's times I did massages for

8  him.  Maybe he did, maybe he didn't, but I also had other

9  work to do.  I had to go out of place and out of town.  And

10  this location, yes, he did touch me some.  But I don't

11  totally and clearly recall all of it.

12  Q    So you don't recall how many times he touched you at

13  this location, 272?

14  A    Yes.

15  Q    What about 139, please?  Did you live at this location?

16  A    Yes, I have lived there.

17  Q    And did you give Mr. Johnson massages there?

18  A    Yes, at that house would be the least one.  It's not too

19  frequently.

20  Q    He didn't touch your penis too frequently at this

21  location?

22  A    Yes.

23  Q    How old were you about, SESX, the first time he touched

24  your penis?

25  A    I don't remember 100 percent.  Maybe I was 17 or 18.

DIRECT EXAMINATION - SES XXXXXXXXXXXXXXX

Page 424

1   Q    And how old -- let me ask you this.  This third

2   location, do you remember when you left this third location?

3   How old were you when you left it?

4   A    23 or 24 years old.  But I am not sure -- I am not

5   certain 100 percent, sure.  It's around that age.

6   Q    And so -- and he still touched you when you lived at --

7   do you know how old you were when he last touched you at this

8   location, Location 3?

9   A    Maybe I was around 20, 21, a little bit 22.

10  Q    And SESX, did you talk to other boys about Mr. Johnson

11  touching during massages?

12  A    Yes, I have talked to the other boys, but in a joking,

13  teasingly manner.  Because we live as a family, we have to be

14  able to tease and joke around with each other about things.

15  Q    And did you tell the other boys to be careful when

16  giving Mr. Johnson a massage?

17              MR. WEINERMAN:  Objection; leading.

18              THE COURT:  If you can restate it.

19  Q    BY MR. SWEET:  I can rephrase that.  Is there anything

20  specific you told the boys about giving Mr. Johnson a

21  massage?

22  A    Yes, I spoke about things that were specific, but in a

23  joking and teasing manner.  And I never have the idea or the

24  thought of him doing something that was strange to those

25  boys, either.

Page 425

1   Q    Is "him" Mr. Johnson, Daniel Johnson?

2   A    Yes.

3   Q    Did you tease or joke with ES XXX about Daniel Johnson

4   touching?

5   A    Yes, I did.  I teased SO XXX, ES XXX, and with other

6   kids, other boys, many other kids, like the older ones, too.

7   The older one would be BT XX, yes, so we would kid around and

8   tease about it.

9   Q    Did ES XXX say something to you?  Did he tell you

10   something when you teased him?

11   A    He didn't say anything at all to me, when I talk about

12   it.  He was pretty shy and quiet.  But one time when I was

13   teasing he did tell me something, but I never told anybody.

14   Q    What is it that he told you?

15   A    He did tell me that D play with his sex organ, but I

16   didn't take it seriously.  I thought it was just, you know,

17   kidding manner.

18   Q    So when you say D, is that Daniel Johnson?

19   A    Yes.

20   Q    So because there are a couple of "hes" in there, are you

21   saying that ES XXX told you that Daniel Johnson played with

22   ES XXX's penis?

23   A    Yes.  Yes.  Yes.

24   Q    And did you -- did SO XXX tell you anything about Daniel

25   Johnson and touching?

Page 426

1   A    Yes, I tried to say something.  But it was in -- again,

2   once again, teasing, joking, kidding manner.  But the way I

3   tease and joke was 50 percent truth and 50 percent, you know,

4   joking.  And he did tell me once.  Those are the only two

5   that I know is ES XXX and SO XXX, and nobody else.

6   Q    And what did SO XXX tell you?

7   A    He said I used to do it once --

8            THE INTERPRETER:  I am sorry, Your Honor.  I have to

9   ask for clarification.

10            THE COURT:  That's okay.  Go ahead.

11            THE WITNESS:  He said he did things with him once,

12   but I did not ask him to elaborate further.

13   Q    BY MR. SWEET:  Did SO XXX tell you that Daniel sucked

14   his penis?

15            MR. WEINERMAN:  Objection; leading.

16            THE COURT:  I will allow him to lead.

17            Go ahead.

18            THE WITNESS:  I am not certain.  But I just know

19   that he said that he was with D in a sexual way.  In what

20   sexual manner, I do not know.  However, ES XXX said that D

21   sucked him once.

22   Q    BY MR. SWEET:  Did you tell anyone else what SO XXX told

23   you about being with D sexually?

24   A    Never.  I never did.  I never told anyone at all.

25   Q    Did SO XXX -- did or did not SO XXX ask you to tell

Page 427

1   anyone?

2   A    SO XXX told me -- SO XXX asked me not to tell anyone.

3   Q    SESX, you said you were 50 percent joking and 50 percent

4   serious when you would talk with the boys about touching.

5   Did I understand that right?

6   A    Yes.  Yes, you know, in the manner of joking, comedy,

7   with them.  Yes.  I don't think too much in terms of

8   seriousness towards what D did.  But every time I would give

9   him a massage and he would touch me, so I would be mindful to

10  remind the kids and using that, my own personal example, just

11  to -- but in the -- mostly with the meaning of teasing.

12  Q    Were you also warning the other boys to be careful?

13          MR. WEINERMAN:  Objection; asked and answered.

14          THE COURT:  Let's have it clarified one more time,

15  but we have covered this area.

16          Go ahead, please.

17          THE WITNESS:  Yes, I would often say when you go

18  give him a massage, be on guard.  However, when I said that,

19  it was in manner of teasing them.  Not in a serious manner

20  when I said it to them.

21  Q    BY MR. SWEET:  SESX, do you remember which house ES XXX

22  told you about being with Daniel sexually?

23  A    I cannot remember it all.  But perhaps it's either the

24  first house or the second house.

25  Q    Do you remember what house SO XXX told you about being

Page 428

1    with Mr. Johnson sexually?

2    A    SO XXX, perhaps either the third house -- the second or

3    the third house.  Perhaps, it's the second or the third

4    house, because it's been so long.  It's been so many years

5    ago.

6    Q    And was that before Mr. Johnson was arrested?

7    A    Yes.

8    Q    SESX, in the last week you, me, and the FBI met and

9    talked; is that right?

10   A    Yes.

11   Q    And did you talk with the FBI agent, his name was Bill?

12   Do you remember him?

13   A    Yes, I remember him.

14   Q    SESX, after we talked, did Bill take you back to the

15   hotel, FBI Bill?

16   A    Yes.

17   Q    And SESX, did you ask Bill if after this case is over,

18   if the government could help you with some money so you can

19   get kind of a tuk tuk, like a motorcycle with a cart behind

20   it?

21   A    Yes, I did ask him about that, because right now my

22   situation is very, very poor, or weak.  And the reason why I

23   even thought about asking is because I have not worked at all

24   for six, seven months already this year.  And my wife is

25   pregnant, and she's about to give birth and I have no work,

Page 429

1   no job.  This is just a request, because I really want to

2   have my own way of -- my own business, or my own way of

3   providing sustenance for my family.

4           This requires that I ask.  I never mentioned it in

5   Cambodia.  It was just in the last two weeks, because of the

6   situation, that's why I thought about asking.

7   Q    So SESX, do you understand that the government can't

8   help you get a tuk tuk?

9   A    I didn't understand.  That was just my request.  I did

10  not know that.

11  Q    But do you understand now?

12  A    Yes.  Yes, I understand.  It's okay.  It's all right.

13  Q    So do you understand that while you get -- all

14  witnesses -- all witnesses get money for living expenses and

15  witness fees, not the defense, not the government, no one can

16  give you money for a tuk tuk.  Do you understand?

17  A    Yes, I understand.  It's okay, sir.

18  Q    SESX, given that Mr. Johnson had touched your penis, and

19  what ES XXX and SO XXX had said, did you think about telling

20  an adult or calling the police?

21  A    I did not tell, because sometimes I thought of it as

22  it's just his way of horsing around.  And however, at that

23  time when ES XXX and SO XXX told me about each of their

24  incidents, I never thought about telling anyone.

25  Q    And did Daniel Johnson hear you joking one time about

Page 430

1    him touching --

2             MR. WEINERMAN:  Objection; leading.

3             THE COURT:  I think it's the easiest way to get

4    through the idea.  I will allow some leading, because we're

5    going through the translator.

6             But understand, folks, the question itself is not

7    testimony, but he can answer.

8             THE INTERPRETER:  Could you please repeat the

9    question?

10   Q    BY MR. SWEET:  Yes.  Was there a time when Daniel

11   Johnson heard you joking with other boys about him touching?

12   A    He never hurt us, but there's times when he saw us

13   playing around with the kids.  Yes, he seen us touching each

14   other, like with the adults to the adults.  So he seen that.

15   And he put a rule in the house, house rule that said --

16            MR. WEINERMAN:  Can he finish his answer, Judge?

17            THE COURT:  Go ahead.

18            THE WITNESS:  So he made a rule, because he saw the

19   adults, the older boys touch each other, he made a rule in

20   the house that you cannot touch each other in those areas, or

21   you are going to be punished.

22   Q    BY MR. SWEET:  Did Daniel Johnson get very angry with

23   you one time when he heard you joking with the boys?

24   A    I would -- may I request -- I would like to request not

25   to answer that question, because I do not remember clearly.

Page 431

1    There's times in which he would see me, or not see me, or

2    hear me -- or not.  I would ask not to answer that question.

3            MR. SWEET:  I have three more questions, and then I

4    will wrap up.

5            THE COURT:  Okay.

6    Q   BY MR. SWEET:  Had you left the orphanage before

7    Mr. Johnson was arrested?

8    A   Yes.

9    Q   And is the first time you talked to the police or the

10   FBI about Mr. Johnson and touching, was the first time about

11   two months ago in Phenom Penh?

12   A   Yes.

13   Q   And did the FBI call you, or did you call the FBI?

14   A   The FBI called me.

15   Q   SESX, how do you feel about Daniel Johnson today?

16           MR. WEINERMAN:  Asked and answered.

17           THE COURT:  Go ahead.  He answered in the past, but

18   not today.

19           MR. WEINERMAN:  Objection; relevancy.

20           THE COURT:  Overruled.  It goes to bias.

21           THE WITNESS:  With my own feelings, I still love him

22   from the time I lived with him until now, because I -- I

23   treat him and think of him as my own sibling, my older

24   brother, younger brother.  And we know that he tried really

25   hard to help all of us, much help.

Page 432

1       Even within my own family, he has helped me

2   personally.  I will always -- I will always think of him -- I

3   always remember that he's a good person to me and for me.

4   And I will always remember him, and I will always love him

5   forever.

6       MR. SWEET:  Your Honor, we would ask that SESX's

7   passport, Exhibit 226, be admitted.

8               **(EXHIBIT 226 OFFERED.)**

9       THE COURT:  Any objection?

10      MR. WEINERMAN:  No.

11      THE COURT:  Exhibit 226 will be admitted.

12              **(EXHIBIT 226 RECEIVED.)**

13      THE COURT:  Sir, I will have to have you come back

14  tomorrow morning at 9:00.  And Mr. Johnson's attorneys may

15  have some questions for you.  You are free to step down now.

16      THE WITNESS:  Yes, sir.

17      THE COURT:  With that, folks, we have gone a little

18  late tonight.  I appreciate your patience.  I know our

19  schedule is a little off today.  If you want to come a few

20  minutes early tomorrow, my staff will be providing you with

21  bagels and fruit and juice and coffee.  So please feel free

22  to come early if you are hungry.

23      Otherwise, again, on behalf of all the parties, we

24  want to thank you for all of your attention today.  It's a

25  lot of work to pay attention for this long.  You are doing a

Page 433

1    great job.  We will see you tomorrow morning at 9:00.

2           (JURY OUT.)

3           THE COURT:  Anything we need to discuss?

4           MR. SINHA:  Not for the government.

5           THE COURT:  I will let both sides know, just so you

6    know, I have been trying a lot of cases in Federal Court.

7    And I have been very frustrated with the level of

8    preparedness, the ability to articulate and organize in front

9    of a jury.  And I have to say, both sides, I am going to say

10   this before you get tired as we go into next week, before you

11   get frustrated with the case -- you are doing a fantastic

12   job, and I am very proud of the work you are presenting.

13           See you tomorrow at 9:00.

14                   (Proceedings concluded at 5:25 p.m.)

15

16

17

18

19

20

21

22

23

24

25

Page 434

1          STATE OF OREGON  )

2                          )ss

3          COUNTY OF YAMHILL )

4

5                    I, Deborah L. Cook, RPR, Certified Shorthand

6    Reporter in and for the State of Oregon, hereby certify that

7    at said time and place I reported in stenotype all testimony

8    adduced and other oral proceedings had in the foregoing

9    hearing; that thereafter my notes were transcribed by

10   computer-aided transcription by me personally; and that the

11   foregoing transcript contains a full, true and correct record

12   of such testimony adduced and other oral proceedings had, and

13   of the whole thereof.

14                    Witness my hand and seal at Dundee, Oregon, this

15   3rd day of May, 2018.

16

17   /s/ Deborah L. Cook

18   _____
     DEBORAH L. COOK, RPR
19   Certified Shorthand Reporter
     OREGON CSR #04-0389
20   CALIFORNIA CSR #12886
     WASHINGTON CSR #2992
21

22

23

24

25

DEBORAH COOK, OFFICIAL COURT REPORTER
deborah_cook@ord.uscourts.gov