Page 651

1           UNITED STATES DISTRICT COURT

2              DISTRICT OF OREGON

3      THE HON. MICHAEL J. McSHANE, JUDGE PRESIDING

4

5  UNITED STATES OF AMERICA,    )

6              Government,      )

7        vs.                    )  No. 6:14-cr-00482-MC-1

8  DANIEL STEPHEN JOHNSON,      )

9              Defendant.       )

10

11        REPORTER'S TRANSCRIPT OF PROCEEDINGS

12              EUGENE, OREGON

13            Monday, May 7, 2018

14          Day 6, Afternoon Session

15          Volume 5P, PAGES 651- 741

16

17

18

19

20

21

22          DEBORAH COOK, RPR, CSR.
            OFFICIAL COURT REPORTER
23          405 East 8th Avenue
               Suite 2130
24          Eugene, Oregon 97401
              (541) 431-4162
25          Deborah_Cook@ord.uscourts.gov

1    APPEARANCES OF COUNSEL:

2    FOR THE GOVERNMENT:

3    Jeffrey S. Sweet
     United States Attorney's Office
4    405 E. Eighth Avenue, Suite 2400
     Eugene, OR 97401
5    541-465-6771
     Fax: 541-465-6917
6    Email: Jeff.sweet@usdoj.gov

7    Lauren E. Britsch
     U.S. Department of Justice
8    Criminal Division
     1400 New York Ave NW, 6th Floor
9    Washington, DC 20530
     202-514-2220
10   Fax: 202-514-1793
     Email: Lauren.britsch@usdoj.gov
11
     Ravi Sinha
12   United States Attorney's Office
     1000 SW Third Ave, Suite 600
13   Portland, OR 97204
     503-727-1014
14   Fax: 503-727-1117
     Email: Ravi.sinha@usdoj.gov
15
     FOR THE DEFENDANT:
16
     Craig E. Weinerman
17   Office of the Federal Public Defender
     859 Willamette Street, Suite 200
18   Eugene, OR 97401
     541-465-6937
19   Fax: 541-465-6975
     Email: Craig_weinerman@fd.org
20
     Lisa A. Maxfield
21   Pacific Northwest Law LLP
     1255 NW Ninth Avenue, No. 11
22   Portland, OR 97209
     (503) 222-2661
23   Fax: (503) 222-2864
     Email: Lamaxfield@pacificnwlaw.com
24
                        * * * * *
25

Page 653

1                          WITNESS INDEX

2                                          Page/Line
                FOR THE GOVERNMENT
3
            BT XXXXXXX
4       DIRECT EXAMINATION Continuing         655      18
        BY MR. SWEET
5       CROSS EXAMINATION                      660      11
        BY MR. WEINERMAN:
6       REDIRECT EXAMINATION                   715       5
        BY MR. SWEET
7       RECROSS EXAMINATION                    720       7
        BY MR. WEINERMAN:
8
            LINDSAY ALDERSON                   722       6
9       DIRECT EXAMINATION                     722      20
        BY MR. SINHA
10      CROSS EXAMINATION                      731       6
        BY MS. MAXFIELD:
11
            KELBY ALDERSON                     733       1
12      DIRECT EXAMINATION                     733      15
        BY MR. SINHA
13

14

15

16

17              EXHIBIT OFFERED INDEX

18      EXHIBIT 600, 602 to 617 OFFERED       654      17
        EXHIBIT 700 OFFERED                    655       8
19
                EXHIBIT RECEIVED INDEX
20
        EXHIBIT 600, 601 to 617 RECEIVED      655       3
21

22

23

24

25

DEBORAH COOK, OFFICIAL COURT REPORTER
deborah_cook@ord.uscourts.gov

Page 654

PROCEEDINGS

Monday, May 7, 2018, at 1:18 p.m.

1

2

3

4          MR. WEINERMAN:  Judge, we were hoping to get our

5    exhibits admitted, so we can publish them as we go.  I have

6    handed Ms. Pew -- I think Ms. Pew has the amended exhibit

7    list.  So I am going to go through this.  It's Exhibit 600,

8    Exhibit 602, 603, 604, 605, 606, and I believe there's still

9    a dispute about 607, at least some of them.  But I think

10   we've removed all the objectionable ones; is that correct?

11   So 607, I think, as redacted -- 608, 609, 610, same with 611,

12   there was some disputes and we removed some.  So the

13   remaining ones the government doesn't object to.  612, 613, I

14   think we did some revisions and the government is satisfied.

15   Same with 614, 615, 616, 617 and for now that's the extent of

16   our exhibits.

17          (**EXHIBIT 600, 602 to 617 OFFERED.**)

18          THE COURT:  With the revisions and redactions that

19   were made, any objections?

20          MR. SWEET:  Mr. Weinerman went through those as fast

21   as I went through the chat, so I was trying to keep up.  But

22   based on our conversations with the defense, I think we're in

23   agreement on everything.  And we certainly don't have an

24   objection to publication today.  And if we come across

25   anything, prior to the submission to the jury, I am sure we

Page 655

1    can work it out with the defense.

2            THE COURT:  They will be published.

3                    (**EXHIBIT 600, 601 to 617 RECEIVED**.)

4            THE COURT:  Okay, let's get our witness and our

5    translator.

6            MR. WEINERMAN:  I forgot one, Judge, and it's

7    Exhibit 700, if the government doesn't object.

8                    (**EXHIBIT 700 OFFERED**.)

9            MR. SWEET:  No objection to 700.

10           And, Your Honor, the witness is in the restroom

11   right now, so if we could wait just one moment.

12           THE COURT:  Sure.

13                   (JURY IN.)

14           THE COURT:  Please be seated, everybody.  And we

15   will return to direct examination of Mr. BT X.

16           MR. SWEET:  Thank you.

17

18               DIRECT EXAMINATION Continuing

19       BY MR. SWEET:

20   Q   I have a few more matters to discuss.  I want to clarify

21   one thing.  If we could look at 271, please?

22           MR. SWEET:  And if we could publish --

23   Q   BY MR. SWEET:  BT XX, for this location, I wanted to

24   clarify, where did you sleep, please?

25   A   At the lower level.

1  Q    And in whose room did you sleep?

2  A    I slept in Daniel Johnson's room.

3  Q    Did you have a bunk bed in his room at this location?

4  A    Yes.

5  Q    And so, BT XX, I wanted to ask you, as well, looking at

6  the Facebook chats, you obviously can communicate in English

7  and you are speaking with an interpreter here.  And I wanted

8  to ask, there's some technical vocabulary and this is a more

9  stressful situation?

10 A    Yes.

11 Q    And so there are -- I would like to turn back to

12 Government's Exhibit 163, for a moment.  I am told I went

13 through some of these very fast, so there are a few I want to

14 talk to you about, and make sure that we understand what is

15 being said.  So if we could look first, please, at page 214.

16 A    (Complies.)

17 Q    And the middle highlighted section, expand that, please.

18 And BT XX, is the date on top, February 5th of 2014?

19 A    Yes.

20 Q    And that's after Mr. Johnson was arrested at the end of

21 2013?

22 A    Correct.

23 Q    So I want to ask you about the meaning of something that

24 you wrote.  I am going to read this part.  It says, I have

25 been praying for you many years that God will clean your

1    heart and become a faithful and a man after God heart.

2    That's what I expected to see out of you.  God answered to my

3    prayer, many time.

4         What is it that you meant by that, please?

5    A    Meaning at that time there were many people who came to

6    help, and then -- but he created problems for them, and so

7    they left.

8    Q    And is the "he" referring to Daniel Johnson?

9    A    Yes.

10   Q    And then a little bit lower on that same page, the

11   section in yellow -- actually, two questions.  Second God

12   sent Kalar.

13        Who is Kalar, please?

14   A    I meant -- I mean, Karla Comstock.

15   Q    And then you wrote, It's shame on me that I said nothing

16   and agreed with you.  Even me, I lived with you in fear and

17   painful.

18        What did you mean by that?

19   A    I meaning that I regretted that, and also the cries

20   within my heart that I didn't say anything.

21   Q    And just one more on that page, in the middle of the

22   highlighted section, I knew long time already that you had

23   sexual abuse to the kids, but I didn't want defile you.

24        What did you mean by that?

25   A    What I meant is if I report him and he knew about it,

1  and then he would run away.  And then the organization would

2  be closed, and then the children would be disarray and not

3  know where to go.

4  Q    And page 2416, please, at the top.  So I want to ask you

5  what you mean when you wrote, They said you go out at night,

6  almost every night, and got back in orgy and drunkenness.

7  And this is the key part.  Then you did inappropriate to LS X

8  and ES XXX.

9         What did you mean by "did inappropriate to LS X and

10 ES XXX"?

11 A    I meant he did something to like the important parts,

12 and also it's like he did something that was connected to

13 sexual --

14 Q    Sexual abuse?

15 A    Yes.

16 Q    So BT XX, this is a -- this conversation took place over

17 a few months; is that correct?

18 A    Yes.

19 Q    On page 2420, at the top, please, in your back and forth

20 regarding things, Mr. Johnson wrote here, There is absolutely

21 nothing in Vietnam.

22        When he said there's nothing in Vietnam, did you

23 understand nothing to mean no sex abuse?

24        MR. WEINERMAN:  Objection; leading, calls for

25 speculation.  Leading.

Page 659

1    THE COURT:  I will allow some leading to clarify the

2    issue.

3         THE WITNESS:  Yes.

4    Q   BY MR. SWEET:  And one more, essentially, the same

5    question, on 2421.  This is the last one like this, the

6    middle, top.  I tell you, I did nothing in the USA.

7         Same question.  Did you understand nothing to refer

8    to sexual abuse from your participation in the overall

9    conversation?

10   A    Yes.

11   Q    Thank you.  I have two more for you, BT XX.  At the

12   bottom of 2427 -- excuse me, 2426, in the yellow, The tongue

13   is like small flame, but it can destroy an entire forest or

14   cause a new forest to flourish and grow.

15        What did you understand from that?

16   A    To me.

17        MR. WEINERMAN:  Judge, I am going to object to him

18   interpreting what somebody else meant.  It calls for

19   speculation.

20        THE COURT:  Rephrase the question to go toward the

21   witness's own understanding.

22   Q    BY MR. SWEET:  BT XX, when you read this, what did you

23   understand that to mean?

24   A    To me, I understand that he did not want me to say the

25   truth.

Page 660

1   Q    Last question, BT XX.  Do you recall in any of these

2   chats Mr. Johnson ever telling you that he did nothing in

3   Cambodia?

4   A    No, he did not say anything.  He did not deny anything.

5           MR. SWEET:  Thank you, Your Honor.  Pass this

6   witness.

7           THE COURT:  Mr. BT X, I'm going to have

8   Mr. Johnson's attorneys ask you some questions now.

9           MR. WEINERMAN:  Can we have that exhibit back up?  I

10  have one question, 2414.

11

12                  CROSS EXAMINATION

13      BY MR. WEINERMAN:

14  Q    Could the government put that up since they have

15  Exhibit 163, page 2414?  If we could make it a little bigger.

16  Why don't we go a little further down.

17           So Mr. BT X, this is a chat that you wrote to

18  Mr. Johnson on February 5, 2014, and you have already

19  answered many questions about it, correct?

20  A    Yes.

21  Q    And in this chat, towards the bottom, you say, Remember

22  when Lona, Bill, Melissa and Brandy were in Cambodia and

23  prayed for everyone?  Remember that?

24  A    Yes.

25  Q    And those are supporters of Hope Transition Center from

CROSS EXAMINATION - BY XXXXXXXX

Page 661

1  the United States, correct?

2  A    Yes.

3  Q    And you said that you felt the Holy Ghost gave you

4  courage to tell directly what you -- referring to Daniel

5  Johnson -- did is sinful.

6         Do you remember saying that?

7  A    Yes, I remember.

8  Q    And then you went on to say, But you still denied it.

9  "You" referring to Daniel Johnson, correct?

10  A    Yes, I referred to Daniel Johnson.

11  Q    Daniel Johnson denying sex abuse, correct?

12  A    Yes.

13  Q    And if one was to go back through all of the chats that

14  preceded this, would there be a gap in the chats that you

15  exchanged with Daniel Johnson before February 5, 2014.  In

16  other words, did you delete any chats that preceded this one

17  in which Daniel Johnson said that he denied sexual abuse?

18  A    I did not delete anything.

19  Q    Now, I have some questions for you on some of the

20  defense exhibits.  And I am just going to ask you if you

21  recognize some of them, so we're going to start with

22  Exhibit 602, page 1.  And this should be published to

23  everyone, so if you don't have it, please say something.  So

24  far, I know no one has it.

25         601 -- 602, sorry, page 1.  So you recognize this

CROSS EXAMINATION - BY XXXXXXXX

Page 662

1   building, correct?

2   A    Yes.  I do.

3   Q    And that's where the Coffee Ministry was, correct?

4   A    Yes, Coffee Ministry took place there.

5   Q    Did a man named Pilot and his wife reside in this

6   building?

7   A    Yes, he lived there.  I had been there for a while

8   before he moved in.

9   Q    And then when he moved in, more kids started moving into

10  this particular building, correct?

11  A    Yes.

12  Q    And he was a house parent.  He supervised the kids; is

13  that correct?

14  A    Yes.

15  Q    He and his wife?

16  A    Yes.

17  Q    Page 2, same exhibit.  Is this an office building in the

18  Coffee House Ministry house -- I am sorry, an office in the

19  Coffee House Ministry building?

20  A    Yes.

21  Q    And with Daniel Johnson is a man Thearith,

22  T-H-E-A-R-I-T-H?

23  A    Yes.  He is -- I mean, he was the interpreter.

24  Q    He was a translator?

25  A    Yes.

CROSS EXAMINATION - BY XXXXXXXX

Page 663

1   Q    And you eventually became a translator for Daniel

2   Johnson?

3   A    At that time he finish his study, and he had a job so he

4   left.

5   Q    Page 3, same exhibit.  Is this a room in the Coffee

6   House Ministry building where people learned how to use

7   computers?

8   A    Correct.

9   Q    Page 5, same exhibit, another room in the building where

10  people studied, correct?

11  A    Yes.  At the bottom level.

12  Q    Page 6, same exhibit.  Same thing, a class of some sort?

13  A    Yes.  English class.

14  Q    And the same on page 7, same exhibit?

15  A    Yes.  That was in the same class.

16  Q    Same Coffee House Ministry building?

17  A    Yes.

18  Q    You can tell there's some papers that these kids are

19  writing on, English letters, correct?

20  A    Correct.

21  Q    And did you take classes like that to improve your

22  English at this same building?

23  A    Yes, but I did not go to school in that place.

24  Q    Right.  You went outside the building.  You went to

25  school outside the building?

CROSS EXAMINATION - BY XXXXXXXX

Page 664

1  A    At the beginning, I used to go to take class like that.

2  But it was at the first house with him.

3  Q    But you had to leave the building to go to class.  You

4  went to school outside the building, correct?

5  A    Are you talking about English class or school or

6  Cambodia school?

7  Q    I am taking about both.  Let's talk first about

8  Cambodian school?

9  A    Yes, I went to Boeung Tompun High School, Cambodian

10  school.

11  Q    And is it true you have to pay to go to high school at

12  Cambodia, or at least you have to pay the teachers?

13  A    Yes, because the teachers, they sell lessons, paper, so

14  you have to buy it in order to learn.  And if you are taking

15  different courses, such as physics or mathematics, you have

16  to pay separately.

17  Q    Did Daniel Johnson help you pay for some of your classes

18  at the high school?

19  A    Yes, he helped some.

20  Q    Page 8, same exhibit.  Would this be Bible study at the

21  Coffee House Ministry?

22  A    Yes, they were singing gospel to praise the Lord.

23  Q    Next page, I don't have a page number, but it's -- no

24  page number on the next one.  Should be the next page.  Do

25  you recognize that photograph?

CROSS EXAMINATION - BY XXXXXXXX

Page 665

1   A    Yes, I do.

2   Q    And you are the young man to the right, standing up

3   wearing the red shirt, correct?

4   A    Yes, with the red shirt on.

5   Q    And this was the Coffee House Ministry building?

6   A    Yes.

7   Q    It's like a play area for kids to play?

8   A    Yes.

9   Q    Is that part of the Bible study or games that kids would

10  play who attended events at the Coffee House Ministry?

11  A    Yes.

12  Q    Now, we have another one that popped up.  This is some

13  of the people cooking food for people at these events?

14  A    Yes.

15  Q    Kids eating the food at the ministry event?

16  A    Correct.

17  Q    And people playing music and people singing and things

18  at the Coffee House Ministry, correct?

19  A    Yes.

20  Q    And Daniel Johnson held these events at the Coffee House

21  Ministry couple times a week, two times a week?

22  A    He did it like once a week.

23  Q    Once a week.  Many people would attend these events?

24  A    Yeah.  Majority of them were kids, between 40 to 50

25  kids.

Page 666

1  Q    And would adults attend, as well?

2  A    Yes, there were, but not too many.

3  Q    So Exhibit 603, first page, so this is the -- I think

4  for you, this was the fourth house you lived in with Daniel?

5  A    Yes, that is correct.

6  Q    And is it true that you helped Daniel locate this house?

7  In other words, when he had to move out of the Coffee

8  Ministry house, you helped him find this house?

9  A    Yes.

10  Q    Exhibit 603, page 4, do you recognize this as a collage

11  of different photographs that you sent to Daniel Johnson

12  about the new building?

13  A    Yes, I remember.

14  Q    Daniel Johnson was in the United States doing fund

15  raising and you were responsible for administering things at

16  Hope Transition Center?

17  A    Yes.

18  Q    Page 5, same exhibit.  And these next series of

19  photographs shows moving into this new building, correct?

20  A    Correct.

21  Q    The next one, same with these next two photographs,

22  shows moving from that first building to the next building,

23  correct?

24  A    Correct.

25  Q    Page 12, same exhibit.  Was there some construction work

Page 667

1   that had to be done in order to make the building fit to

2   house all the kids?

3   A    Yes, the brick wall, we had to -- they had to raise them

4   up a little bit.

5   Q    For security?

6   A    Yes.

7   Q    Page 16, same exhibit.  And page 17, this was drawings

8   that people did on the inside walls of the building?

9   A    Yes.

10  Q    I don't have a page number -- do you recognize this

11  photograph?

12  A    I remember.

13  Q    From left to right, Daniel, Pastor Sopheak, PE XX and

14  BT XX, you?

15  A    Yes.

16  Q    And this was at the same building?

17  A    This is not the building that we just moved in.  It is

18  the other building, he got that for girls.

19  Q    So that second building, there was one building for the

20  boys, one building for the girls?

21  A    Yes, because the -- that place is so small.  It was too

22  small.  That's why he rented another building to house the

23  girls.

24  Q    Page 22 of the same exhibit, is this the girls'

25  building?

CROSS EXAMINATION - BY XXXXXXXX

1    A    No.  That house is the boys' building.

2    Q    That's the boys.  All right.  Next one.  Is that you

3    cooking or helping someone cook?

4    A    Yes, I am helping PE XX and his older sister.

5    Q    Boys' building or girls' building?

6    A    Boys.

7    Q    Do you recognize this person?

8    A    Yes, I do.

9    Q    That's -- I may be mispronouncing her name, Channy?

10   A    No.

11   Q    Who is that?

12   A    That is ES XXX and LS X's mom.

13   Q    Did she live at the building?

14   A    She lived at the girls' building.

15   Q    So she was like a house mother?

16   A    Yes.

17   Q    Took care of the girls?

18   A    Yes.

19   Q    How about the boys?  Does she take care of the boys,

20   sometimes?

21   A    The boys, no, she did not.

22   Q    Page 26, another view of the girls' building?

23   A    Yes.

24   Q    Page 603 -- I am sorry, Exhibit 603, page 29.  Sorry.

25   Is this one of the dorms where the girls stayed?

CROSS EXAMINATION - BY XXXXXXXX

Page 669

1  A    Yes, but I don't know where that dorm room is, because

2  looking like that, I am not clear.  So I don't remember.

3  Q    So you don't remember whether it's the girls' building

4  or not?

5  A    Looking at it, maybe it is a girl's room, one of the

6  girls' rooms.

7  Q    Page 36, same exhibit, is this the kitchen for the

8  girls?

9  A    Correct.

10 Q    Page 37, another part of the girls' building?

11 A    Yes.

12 Q    Exhibit 604, I want to show you some photographs that

13 were taken at the last building, the one that -- between, I

14 think, the summer of 2012 and December 2013, which is when

15 Daniel was arrested.

16        So does this photograph look like that building, the

17 last one you stayed in?

18 A    Yes, that's the building.

19 Q    Do you recognize that they are putting up a sign that

20 says Hope Transition Center on the glass door?

21 A    Yes, I remember.

22 Q    Next page, and this is a more close-up version.  If you

23 look really carefully, you can see to the left of the ladder

24 some hands, and underneath you can see the word "Hope."

25 Let's see if we can make that bigger.  Do you see that?

CROSS EXAMINATION - BY XXXXXXXX

Page 670

1    A    Yes.

2    Q    That was the signage that was on the building, correct?

3    A    Correct.

4    Q    Next page is even a better blowup of it.  That was the

5    sign that was on the glass, above the glass doors?

6    A    Yes.

7    Q    Next, and that's a photograph of you.  You are the

8    second from the right; is that correct?

9    A    Yes.

10   Q    And this is as you were moving into this new building,

11   correct?

12   A    Yes.

13   Q    Page 6, do you recognize that as some of the boys and

14   girls who lived in the last building?

15   A    Yes, I remember.

16   Q    Are you present in this photograph?

17   A    It appears that I am not.  No.

18   Q    Page 8, is that the hallway, the breezeway of that

19   building?

20   A    Yes, that is the place where we ate outside.

21   Q    And the next page, who is that in this photograph?

22   A    Her name is Channy.

23   Q    Was she the house mom?

24   A    Yes.

25   Q    Page 14, is that the boys' dormitory?

CROSS EXAMINATION - BY XXXXXXXX

Page 671

1   A   Yes.

2   Q   And bunk beds?

3   A   Yes.

4   Q   Crowded?

5   A   It was kind of crowded.

6   Q   Air conditioning or no air conditioning?

7   A   No.

8   Q   TV?

9   A   No TV.

10  Q   Movies?

11  A   No.

12  Q   Had to go to Daniel's room for that?

13  A   We had a television close to Daniel's room, or next to

14  Daniel's room.

15  Q   The dorm was on the second floor -- third floor, third

16  floor.

17  A   Yes, third floor.

18  Q   Daniel's room was on the first floor?

19  A   Yes.

20  Q   And the last from this batch is page 21.  And this is

21  where guests would stay?

22  A   Yes.

23  Q   Second floor -- fourth floor, fourth floor?

24  A   Yes.  Fourth floor.

25  Q   Exhibit 605, page 1 -- actually, why don't we go to page

Page 672

1  3.   When Hope Transition Center rented that third building,

2  you were the one who actually signed the lease; is that

3  correct?

4  A    The lease for -- the contract for the third place?

5  Q    The lease, the third building that I just showed you the

6  photographs of -- hold on here.

7  A    The last house?

8  Q    Hold on.  Let me see if we can get the exhibit up.

9  Let's put the English version up, Exhibit 605, page 1.  So

10  this is the English translation of the lease.  So do you know

11  what building I am talking about?

12  A    Yes, I remember the building.

13  Q    Do you see your name on the lease?  That's been

14  magnified.

15  A    Yes.

16  Q    And you signed the lease for -- to rent the building for

17  Hope Transition Center?

18  A    Yes.

19  Q    Exhibit 606, page 1, have you ever -- are you familiar

20  with the Hope Transition Vision Statement, Mission Statement,

21  Purpose Statement?

22  A    Yes, I have seen it.

23  Q    And the next page is the organizational structure

24  definitions, and your name is mentioned as the assistant

25  country co-director.

Page 673

1   A    Yes, that is my name.

2   Q    Did Hope Transitions have meetings of the board of

3   directors?

4   A    Yes, they had.

5   Q    At the building?

6   A    Yes.

7   Q    And would you attend some of those meetings?

8   A    Yes, I participated.

9   Q    Page 11, Exhibit 606, do you see your name on this

10  exhibit as having attended a meeting on March 6, 2013?

11  A    Yes.

12  Q    And there are others just like this, you attended -- you

13  attended other board meetings, as well; is that correct?

14  A    Yes.

15  Q    Exhibit 607, did Daniel send out updates, newsletters to

16  donors in the United States and other places to keep them

17  up-to-date what was going on at Hope Transition Center?

18  A    Yes.

19  Q    And this was sent to potential donors or current donors

20  in the United States?

21  A    Yes.

22  Q    And this is an example of one of them?

23  A    Yes.

24  Q    Exhibit 608, page 1, another newsletter that was

25  distributed to donors?

CROSS EXAMINATION - BY XXXXXXXX

Page 674

1  A    Yes.

2  Q    Page 3, do you recognize this as a Power Point that was

3  prepared to make presentations to church groups in the United

4  States?

5  A    Yes.

6  Q    And the date says, Hope Transitions December 2012 to

7  March 2013.  You were still in Cambodia at that time,

8  correct?

9  A    Yes.

10 Q    And so are you familiar with this Power Point and what

11 is in it?

12 A    Yes, I have seen it.

13 Q    And when you were in the United States starting in

14 August 2013, did you show it to anyone when you were here in

15 the United States?

16 A    I showed this Power Point to the church that I attended,

17 the church at Albany.

18 Q    And where was that?

19        THE COURT:  I think he said Albany.

20 Q    BY MR. WEINERMAN:  I am sorry.  So it was Albany in

21 Oregon?

22 A    Albany in Oregon.

23 Q    Exhibit 609, page 1.  So do you recognize this as an

24 intake form that someone would fill out if they wanted their

25 child to live at Hope Transition Center?

Page 675

1   A    Yes, that is correct.  I remember.

2   Q    Exhibit 610, do you recognize this photograph?

3   A    I do.

4   Q    It's the garbage dump in Phnom Penh?

5   A    Yes, landfill.

6   Q    Exhibit 2 -- I am sorry, page 2.  And did Hope

7   Transition Center, Daniel, you, and some of the others try to

8   help some of the people who lived in this garbage dump?

9   A    We went to visit, and to see the kids, but we didn't get

10  to help them.  And we didn't help them.  We didn't go very

11  often, but -- but we had two or three kids who came to live

12  at the center who came from the landfill.

13  Q    So you would go to the landfill, and brought some kids

14  back, a few kids back?

15  A    No.  I was not the one who took them.

16  Q    Who brought them back?

17  A    It was Mr. Daniel Johnson and someone who worked with

18  him.  I don't know who.

19  Q    And did he also try to find work in people's homes for

20  some of the women who lived at the garbage dump?

21  A    That, I don't know.  I don't know anything that had

22  anything to do with that.

23  Q    Exhibit 611, page two, Daniel built wells for people in

24  the countryside?

25  A    Yes.

CROSS EXAMINATION - BY XXXXXXXX

Page 676

1    Q    And did you ever help with that?

2    A    I helped with getting people to make the sign, or the

3    plaque.  So I got somebody to do the plaques for us.

4    Q    Were you involved with paying people who helped with the

5    work?

6    A    No.  People who built the well, I had nothing to do with

7    it.

8    Q    Exhibit 612, so Daniel also put together eyeglass

9    ministries for people in some of the villages?

10   A    Yes.

11   Q    And did you help with that?

12   A    I helped him once, because at the time I was busy going

13   to school.

14   Q    Page 612, page 4, this is another eyeglass clinic.  Is

15   this the type of eyeglass clinic that Daniel put on?

16   A    Yes.

17   Q    Page 6.  The people who fit the patients with the

18   eyeglasses, did they come from the United States to do this?

19   A    Yes, there was a team from the United States, they came

20   to help.

21   Q    Exhibit 613, Daniel also organized medical clinics for

22   people in the country?

23   A    Yes, it was a plan.

24   Q    Do you recognize the woman in this photograph?

25   A    I heard of her, but I have never seen her.

CROSS EXAMINATION - BY XXXXXXXX

Page 677

1   Q    Did you hear that she had to have that growth removed

2   from her neck?

3   A    Yes.

4   Q    Page 4, and this is her after the surgery?

5   A    Yes.

6   Q    Page 10, do you recognize the man in that photograph?

7   A    Yes.  Yes, I do.

8   Q    Pastor Sinai?

9   A    Yes.

10  Q    And was this one of the medical clinics?

11  A    Yes.

12  Q    Exhibit 614, page 1, do you recognize this photograph?

13  I think you are in this one.

14  A    Yes, I remember.

15  Q    Why don't you put a little -- touch the part where you

16  are.

17  A    It doesn't make a mark -- right there.

18  Q    And this was a ministry?  What was this, a religious

19  event?

20  A    Yes, it's a ministry with trying to invite people to

21  come to the church.

22  Q    Do you know what -- where this was?  What part of

23  Cambodia?

24  A    At Prey Veng.

25  Q    Next page, page 2, is that the same Outreach Ministry?

CROSS EXAMINATION - BY XXXXXXXX

Page 678

1    A    Yes.

2    Q    And that's Daniel talking to the group?

3    A    Yes.

4    Q    And you are translating for him?

5    A    Yes.

6    Q    And would you do that a lot?

7    A    Yes, majority of the time.

8    Q    Next page, is this another ministry?

9    A    Correct.

10   Q    And do you know where this one was?

11   A    That one was at Svay Rieng, S-V-A-Y, R-I-E-N-G.

12   Q    I have a page number.  And Daniel also did water

13   baptisms?

14   A    Yes.

15   Q    615, Exhibit 615, page 2, do you recognize that church?

16   A    Yes.  At the Kampot.

17   Q    And that was before Daniel and his group repaired it,

18   correct?

19        THE INTERPRETER:  I am sorry, Counsel, the

20   interpreter did not hear the last part of your question.

21   Q    BY MR. WEINERMAN:  I am sorry.  I will get a little

22   closer.

23        Is this photograph of the church in Kampot before it

24   was renovated?

25   A    Correct.

CROSS EXAMINATION - BY XXXXXXXX

Page 679

1    Q    Is this part of the renovation?

2    A    Yes.

3    Q    Did you help?

4    A    I helped some.

5    Q    Page 5, same thing, part of the renovation?

6    A    Yes.  The bathroom part.

7    Q    Page 6, this is what it looked like when it was done or

8    almost done?

9    A    Yes.

10   Q    Page 10, do you recognize this photograph?

11   A    Yes.

12   Q    And that's you, and would that be Chuck Roberts teaching

13   children in the church in Kampot?

14   A    Yes.

15   Q    You are translating for him?

16   A    Yes, I interpreted for him.

17   Q    Same thing on page 12?

18   A    Yes.

19   Q    Page 48, that's what it looks like now?

20   A    Yes.

21   Q    Exhibit 615, page 615, page 1 -- 616, page 1, is that

22   the model drawings for the church complex in Prey Veng?

23   A    Yes.

24   Q    Page 23, so are these volunteers working on the

25   construction of the church in Prey Veng?

CROSS EXAMINATION - BY XXXXXXXX

Page 680

1   A    Yes.

2   Q    And they are from Skyline in Oregon?

3   A    Yes.

4   Q    Page 51, so this is the church after it was built?

5   A    Yes.

6   Q    Exhibit 43 -- I am sorry.  Exhibit 616, page 43.  This

7   is a photograph of the building process for that church.  Do

8   you recognize the two people in that photograph?

9   A    Yes.

10  Q    And is the younger one ES XXX?

11  A    Yes, ES XXX.

12  Q    And the older man is Pastor Kim San?

13  A    Yes.

14  Q    And he's the pastor for the church in Prey Veng?

15  A    Yes.

16  Q    Page 238, is this the housing for students that was

17  built at Prey Veng?

18  A    Yes.  It was for -- the goal was to house the kids.

19  Q    Page 209.  Is that the playground next to the church?

20  A    Yes.

21  Q    Page 193, is that the partially completed medical clinic

22  next to the church?

23  A    Yes.

24  Q    Thank you for sitting through that, and identifying all

25  of those photographs.

CROSS EXAMINATION - BY XXXXXXXX

Page 681

1  A    Yes.

2  Q    So I have a number of questions for you regarding your

3  testimony.  So it's fair to say that Daniel has done a lot to

4  help you before he was arrested in 2013?

5  A    Correct.

6  Q    You lived in poor conditions before you started living

7  with Daniel at Hope Transition Center?

8  A    Yes.

9  Q    And he helped you with your education?

10 A    Yes.

11 Q    Paid for some of it?

12 A    Yes.

13 Q    And before Daniel was arrested, were you attending the

14 university in Cambodia?

15 A    Yes, I did.

16 Q    And he helped pay for some of that?

17 A    Yes, he did.

18 Q    And he encouraged you to go to church?

19 A    Yes.

20 Q    And he helped you run his ministry in Cambodia?

21 A    Yes.

22 Q    And he -- you started as a volunteer at Hope Transition

23 Center?

24 A    Correct.

25 Q    And then you moved up into a paying position?

CROSS EXAMINATION - BY XXXXXXXX

Page 682

1   A    Yes.

2   Q    You were an assistant administrator?

3   A    Yes.

4   Q    And then you were the administrator?

5   A    Yes.

6   Q    And you helped Daniel promote the ministry?

7   A    Yes.

8   Q    And you helped with fund raising?

9   A    Collecting money, no.

10  Q    Helping to raise it.  Not actually collecting it, but

11  helping Daniel get people to donate money for his ministry?

12  A    Yes, like helping taking photographs, and things like

13  that.  I did do that.

14  Q    And Daniel was your mentor?

15  A    Yes.

16  Q    And you helped manage the projects, the building

17  projects in Prey Veng and Kampot?

18  A    Yes, when I have some free time from school, I went to

19  help.

20  Q    And Daniel took you on trips with him?

21  A    Yes.

22  Q    Trips to Vietnam?

23  A    Yes.

24  Q    Thailand?

25  A    Yes.

CROSS EXAMINATION - BY XXXXXXXX

Page 683

1  Q    To teach the gospel?

2  A    No, we went for pleasure.

3  Q    So you went on vacations with him?

4  A    Yes.

5  Q    You never went on religious missions to these countries?

6  A    No, not at all.

7  Q    So from time to time, Daniel had to leave Hope

8  Transition Center and go to the United States to raise money?

9  A    Yes.

10 Q    And when he would leave, you would be running Hope

11 Transition Center?

12 A    Yes.

13 Q    And you would have to take care of the kids?

14 A    Yes.

15 Q    And discipline the kids, sometimes?

16 A    Yes.

17 Q    And while Daniel was in the United States raising money,

18 would he, from time to time, send money back to Cambodia?

19 A    Yes, he did he send.

20 Q    To help pay for the bills?

21 A    Yes.

22 Q    And for the school?

23 A    Correct.

24 Q    And there were donors in the United States who sponsored

25 some of the children who were at Hope Transition Center?

CROSS EXAMINATION - BY XXXXXXXX

Page 684

1    A    Yes.

2    Q    And the sponsors gave different amounts of money to the

3    kids that they sponsored?

4    A    Correct.

5    Q    But not every sponsor gave the same amount of money --

6    contributed the same amount of money to the child that he

7    sponsored?

8    A    Correct.

9    Q    So some of the kids received more money from their

10   sponsors than others did?

11   A    Yes.

12   Q    And some kids got more generous gifts than others?

13   A    Yes.

14   Q    So some kids would get more expensive gifts, like

15   iPhones?

16   A    Yes.

17   Q    iPods?

18   A    Yes.

19   Q    Laptops?

20   A    Yes.

21   Q    So not all kids received those?

22   A    Correct.

23   Q    Most didn't receive gifts that expensive?

24   A    Correct -- none of us.

25   Q    And while Daniel was gone in the United States, he also

Page 685

1    was trying to obtain and bring back to Cambodia medical

2    supplies?

3    A    Yes.

4    Q    For the medical clinic?

5    A    Correct.

6    Q    So he would bring back sometimes blood -- a device to

7    take your blood pressure?

8    A    Yes.

9    Q    And, of course, money for the other things, for school?

10   A    Yes.

11   Q    And to dig the wells?

12   A    Yes.

13   Q    And money for building the churches?

14   A    Yes.

15   Q    And he needed money to pay for water?

16   A    Yes.

17   Q    And electricity?

18   A    Yes.

19   Q    And he brought back equipment for construction, like

20   cement mixing machines?

21   A    As far as the cement mixer go, I don't know.

22   Q    And he also was able to bring back some vehicles, right?

23   A    Yes.  He took two vehicles.

24   Q    And got them shipped to Cambodia?

25   A    Yes.

CROSS EXAMINATION - BY XXXXXXXX

Page 686

1  Q   Now, you -- I believe you testified on direct, you were

2  paid a salary?

3  A   Salary from where?

4  Q   When you were the administrator, once you graduated to

5  become the administrator, you had a salary or an allowance?

6  A   Yes, they call it offering.

7  Q   A love offering.  Got that on a weekly basis?

8  A   Every month.

9  Q   So while Daniel was away fund raising and you were in

10 charge at Hope Transition Center, you would communicate with

11 Daniel on Facebook on almost a daily basis?

12 A   Yes.

13 Q   And you would discuss with him if there were any

14 problems at Hope Transition Center?

15 A   Correct.

16 Q   And get his advice on how to handle problems?

17 A   Yes.

18 Q   So see if you remember some of these texts, the subject

19 of some of these texts.  You talked to him about getting

20 money to pay some medical expenses for people?

21 A   Yes.

22 Q   For Pastor Kim San?

23 A   Yes.

24 Q   For your father?

25 A   Yes.

Page 687

1  Q    Once you asked Daniel to bring back, I think, an iPhone

2  for Pastor Sopheak?

3  A    I am not sure, but maybe I did ask for him.

4  Q    Do you recall once, Daniel directing you to take food to

5  the people who lived in the garbage dumps?

6  A    I don't remember.

7         MR. WEINERMAN:  Could I have a moment to see if we

8  can get this --

9         Judge, we may use the Elmo.  Judge, this might be a

10 good time -- I think both parties are requesting a break.

11        THE COURT:  Folks, let's take our afternoon break.

12 I keep forgetting that we have translators and court

13 reporters who have to stay focused.  So we will have the

14 afternoon break and have you out shortly.

15                    (JURY OUT.)

16                    (Brief recess taken from 2:37 p.m.

17                     to 3:03 p.m.)

18        MR. WEINERMAN:  Judge I have something that has come

19 up.  This is another one of those 412 issues.  Which I think

20 we agree, out of the presence of the jury, if the Court would

21 allow it, I could ask some questions of Mr. BT X about

22 something that he put in his declaration that he filed with

23 immigration to get his T visa.

24        And in that declaration, which of course is under

25 oath, he said that he had been sexually abused by another man

Page 688

1   at Hope Transition Center named Piseth, P-I-S-E-T-H.

2   Although in the declaration it's spelled differently.  I

3   think it's a misspelling, but we're really not going to know

4   until he testifies.

5        I think that is admissible to show bias and possibly

6   making a false declaration, that he put that in there because

7   he believed, Mr. BT XXXXXXX did, that he needed to convince

8   immigration that it was dangerous for him to go back to

9   Cambodia.  And at the time he made this declaration, which I

10  think was August 11, 2014 -- and the Court will recall, he's

11  been here for about a year at that time.  And at that time

12  Mr. Johnson was still in Cambodia, but on his way back to the

13  United States by the end of the year.

14       And Piseth was in Cambodia, and I want to question

15  Mr. BT X about why he said that.  And if, in fact, he said it

16  because he felt he had to be able to establish in the future,

17  after Mr. Johnson was returned to the United States, that

18  there was somebody else in Cambodia that he feared.  And he

19  needed to establish that for the purposes of getting his T

20  Visa so he could stay in the United States.

21       So those are the questions I want to ask out of the

22  presence of the jury, and then the Court can make its ruling

23  on whether that's admissible either under 412, or admissible

24  as Brady, or admissible as it goes to his bias and

25  credibility.  And I would argue that if he were to deny that

CROSS EXAMINATION - BY XXXXXXXX

Page 689

1    that's true, I would think it would certainly be admissible

2    because he's making a false declaration under oath --

3            THE COURT:  Okay.  Let's hear, first, what the

4    witness says in response to the questions, Mr. Weinerman, and

5    then we can take up argument.

6            MR. SINHA:  Thank you, Your Honor.  May I grab him?

7            MR. WEINERMAN:  -- Judge, we're going to publish the

8    declaration.  The jury is not here, but for Court and

9    counsel.

10           THE COURT:  Mr. BT X, if you would like to have a

11   seat, I am going to have Mr. Weinerman ask you some questions

12   without the jury here.

13           (Jury not present for the following:)

14   Q    BY MR. WEINERMAN:  Mr. BT X, you have applied for a T

15   visa, correct?

16   A    Yes.

17   Q    And in the process of doing it, you filed a declaration

18   with immigration authorities, and you signed it August 11,

19   2014?

20   A    Yes.

21   Q    And do you recognize the document in front of you on the

22   screen as your -- actually, it's an affidavit?

23   A    Yes.

24   Q    So I want to ask you some questions about what you said

25   in paragraph 8 of the declaration.  That's on the second

1  page.  And in that declaration -- in that paragraph you

2  talked about a man named Priseth, P-R-I-S-E-T-H?

3  A    Yes.  I know Piseth.

4  Q    And is that the right way to spell his name, or is his

5  name Piseth, P-I-S-E-T-H, without an R?

6  A    Yeah.  It looks like it is a wrong -- it's a wrong name.

7           MR. WEINERMAN:  And, Judge, I don't know if I can --

8  I would like to show the witness, I have a photograph of who

9  I believe is Piseth.

10           THE COURT:  Sure.

11           MR. WEINERMAN:  So why don't we put that up.  I

12  don't have an exhibit number, whatever our next in order is.

13  We can mark it for identification Exhibit 701, but we don't

14  intend at this time to introduce it.

15           THE COURT:  Okay.

16           COURT CLERK:  You had 703.

17           MR. WEINERMAN:  So it should be 704 -- call it 708.

18  Q    BY MR. WEINERMAN:  Do you recognize the person in that

19  photograph?

20  A    Yes, I remember.

21  Q    And is that Piseth?

22  A    Yes, his name is Piseth.

23  Q    And that's the person you were talking about in the

24  declaration that you filed with immigration?

25  A    Yes.

Page 691

1  Q    So if we can go back to the declaration, page 2,

2  paragraph 8.  I keep calling it a declaration, it's an

3  affidavit, I am sorry.

4       You read English pretty well, don't you, Mr. BT X?

5  A    Yes, I can understand quite a bit.

6  Q    So read paragraph 8, and then I am going to ask you some

7  questions.

8       MR. SWEET:  Your Honor, because the translator has

9  read everything else to Mr. BT X, could he read that as well?

10      THE COURT:  Yes.  I think it would be -- I mean,

11 he's adopted this as his statement.  I think he said he made

12 the affidavit.  It's not necessary for me that he read it out

13 loud.

14      MR. WEINERMAN:  I didn't ask him to read it out

15 loud.  I asked him to read it to himself.

16      THE COURT:  I see.  Let me ask this.  Mr. BT X, did

17 you, yourself, write this in English?

18      THE WITNESS:  No, it was not me.

19      THE COURT:  I am going to have the translator read

20 it out loud to you, then.

21      THE INTERPRETER:  (Complies.)

22      THE WITNESS:  Yes.

23 Q    BY MR. WEINERMAN:  Let me ask you this.  Do you remember

24 reading paragraph 8 before you signed the affidavit?

25 A    Yes, I read it.

CROSS EXAMINATION - BY XXXXXXXX

Page 692

1  Q    And paragraph 8 says that a man named Priseth, whose

2  real name is Piseth, sexually abused you a few different

3  times four years earlier, right?

4  A    Yes.

5  Q    And you signed this in 2014, so a few years earlier

6  would have been 2010?

7  A    Yes.

8  Q    And you were around 20 years old in 2010?

9  A    Yes, around that time.

10 Q    So I have a few questions about Piseth.  Have you ever

11 told anybody, before you signed this affidavit, saying that

12 Piseth had sexually abused you?  Did you ever tell anybody

13 about that?

14 A    No.

15       MR. SWEET:  Your Honor, I object.  I think it's fine

16 for Mr. Weinerman to ask if this is true and accurate, and

17 perhaps what the motivation would be, but the details of what

18 he did or didn't tell and when --

19       THE COURT:  Sustained as to relevance as to whether

20 he told someone else.

21 Q    BY MR. WEINERMAN:  Is this true?

22 A    Correct.  I didn't get to tell anyone.

23 Q    Is this, what you put in paragraph 8, true, that you

24 were sexually abused by Piseth?

25 A    Yes, correct.

CROSS EXAMINATION - BY XXXXXXXX

Page 693

1  Q    Was it your understanding when you signed this

2  affidavit, that you needed to convince immigration

3  authorities that you feared for your life if you had to

4  return to Cambodia?

5  A    Yes, at that time I was scared.

6  Q    Did you feel you had to convince immigration that you

7  feared for your life if you returned to Cambodia in order to

8  get the T visa to stay in the United States?

9          MR. SWEET:  Your Honor, the witness has already

10  answered that it's true, so there's no impeachment for him

11  for this statement.  So I am not sure what the further

12  relevance of this is.

13          THE COURT:  By answering it's true, it certainly

14  doesn't come across as a prior false accusation.  But I

15  believe Mr. Weinerman is trying to make the argument that

16  because he was willing to put this in an affidavit, this is

17  motivation for not returning to Cambodia, perhaps his

18  testimony here today is an attempt to create a motivation for

19  not having to return to Cambodia.

20          I am not sure if I am seeing -- I believe -- I don't

21  mean to speak for Mr. Weinerman, but generally that's his

22  argument.

23          MR. WEINERMAN:  You have given me some good advice

24  during the trial, Judge, so keep it coming.

25          THE COURT:  So I think Mr. Weinerman is saying it

CROSS EXAMINATION — BY XXXXXXXX

Page 694

1   goes to motivation.

2          MR. SWEET:  I guess I am not sure if that's what the

3   question was asking.  He said it's true.  So even if that's

4   part of the reason he did or didn't say it, I don't see how

5   it's relevant to --

6          THE COURT:  The question is, did you include that in

7   the affidavit so that you would convince immigration that you

8   can stay in the United States.

9   Q   BY MR. WEINERMAN:  Did you put the information about

10  Piseth sexually abusing you in the affidavit in order to help

11  you stay in the United States?

12  A   Well, they asked me about the truth, and I just told

13  them about the truth.

14  Q   Have you ever told anyone from the FBI in all the,

15  probably half dozen times that you have talked to them, have

16  you ever told them that you were sexually abused by Piseth?

17         MR. SWEET:  Objection; relevance.

18         THE COURT:  Sustained.  I don't see the relevance --

19         MR. WEINERMAN:  My argument there is for this to

20  just be disclosed out of the blue in 2014, and it's never

21  come up before in any meetings he's had with the FBI, he's

22  probably talked to them five or six different occasions,

23  probably more, including the prep, and it just doesn't seem

24  credible that this would never come up, and it would only

25  appear out of the blue in an affidavit in order to get a T

CROSS EXAMINATION — BT XXXXXXXX

Page 695

1   visa to stay in the United States.

2          I can tell you that as far as I know, the government

3   doesn't even know about this.  The government learned about

4   this for the first time, and it just seems to me just not

5   credible that this would just happen like this out of the

6   blue in an affidavit without Mr. BT X telling anybody,

7   whether it's the government, prosecutors, or the FBI.

8          THE COURT:  Well, unless there was some interview or

9   a transcript of an interview, Mr. BT X was asked if somebody

10  else abused you and he said no, I agree it might be relevant.

11         But it seems to me, the fact that he's saying

12  somebody else abused him in and of itself doesn't have a lot

13  of relevance to his allegation against Mr. Johnson.  It was

14  made in the context of the prosecution of Mr. Johnson.

15  Mr. Johnson was in custody.  The FBI was contacting Mr. BT X

16  to ask him about what occurred with Mr. Johnson.

17         Mr. Johnson was contacting the witness to tell him

18  not to say things, it appears.  Should it have been asked by

19  a child welfare worker about whether other abuse occurred?

20  Perhaps.  But I don't see anything in the record that

21  suggested it was bravado.

22         I don't think it's incumbent on the witness to make

23  a disclosure about every event that occurred in his life, so

24  that by itself is not relevant.

25         I guess if it's connected to the visa application,

CROSS EXAMINATION - BT XXXXXXXX

Page 696

1   maybe we may need to discuss that more.  Quite frankly, it's

2   still unclear to me, I guess, what kind of visa the witness

3   has and whether he really intends on staying in the United

4   States is a motivation.  That really hasn't been asked.  It

5   almost sounded to me like he only wants to be here to go to

6   school, but nobody asked him if he plans on returning to --

7                MR. WEINERMAN:  I was going to get to that at some

8   point.

9                THE COURT:  Well, ask as part of this offer of

10  proof, so I can see if there's any motivation or an argument

11  to be made.

12  Q    BY MR. WEINERMAN:  Mr. BT X, you as recently as February

13  of this year asked the FBI how you could go about getting a

14  green card, right?

15  A    Yes.

16  Q    And you know, with a T visa you can apply for a green

17  card within three years, right?

18  A    Yes.

19  Q    And that's what you intend to do?  You intend to apply

20  for a green card to be able to stay in the United States as

21  soon as that three years is up, correct?

22  A    Yes.

23  Q    I will ask some more questions.  A green card means you

24  are legally in the United States, and you can come and go,

25  correct?

1    A    That is correct.

2    Q    And you can apply to be a citizen within five years of

3    getting a green card?

4    A    That's what I heard.  I wouldn't know about that.

5    Q    You have heard about that?

6    A    Yes.

7    Q    Other than your attorney -- I don't want you to tell me

8    what your attorney has told you -- how do you know that you

9    could be a citizen after you obtain a green card?

10   A    I looked at the website.

11   Q    So is that something you intend to do?

12   A    Well, my goal is to go to school, like I said earlier.

13   In my family nobody went to the university.

14   Q    Right.  But aside from that, do you intend to apply to

15   become a US citizen when you are eligible?

16   A    That, I don't know.  Since the problems started, my life

17   was disarray.  So I couldn't plan anything or put anything in

18   order.

19   Q    So you are saying you don't know if you are going to

20   apply to be a US citizen?

21   A    That is correct.  I am not sure yet.

22   Q    But you are not ruling it out, are you?

23   A    Yes.

24   Q    Yes, meaning you are not ruling it out?

25   A    Correct.

Page 698

1      THE COURT:  Mr. BT X, could I ask you a question.
2  So are you aware that your status, somebody who has been
3  sexually abused gives you an opportunity to stay in the
4  United States with some kind of visa?
5      THE WITNESS:  Prior to coming to the US, I did not
6  know.
7      THE COURT:  But once you got here, did somebody, an
8  attorney or somebody, explain that to you?
9      THE WITNESS:  Yes, the attorney, he explained.
10      THE COURT:  Okay.  So after coming to the United
11  States, you understand that because you have been sexually
12  abused, you could apply for a visa to stay in the United
13  States?  Is that your understanding?
14      THE WITNESS:  Now, yes, I do.
15      THE COURT:  Okay.  Does the government have any
16  questions they want to ask?
17      MR. SWEET:  I have one.
18      BT XX, when you first spoke to the FBI, did you know
19  that being a victim of sexual abuse could result in you
20  getting a visa, the very first time you spoke to the FBI?
21      THE WITNESS:  He did not say anything like that, and
22  I did not know anything like that.
23      MR. SWEET:  Was it only sometime after speaking with
24  the FBI, that you learned that?
25      THE WITNESS:  Yes.

1           MR. SWEET:  Your Honor, if I may -- I don't know,

2     perhaps, I should let the Court say first what the rulings

3     are going to be.

4           THE COURT:  I think his awareness of the visa

5     process is relevant.  It goes towards an argument the

6     government is making that he does have some motivation to

7     present as a victim of sexual abuse.  I agree the government

8     has certainly brought forth evidence that well before coming

9     to the United States he was making these allegations, and

10    that certainly goes toward the weight of what the jury is

11    going to accept.

12          I don't think to prove his awareness, though, it

13    requires that we go into a second allegation of abuse.  If he

14    was denying that he was aware of this, or he wasn't clear as

15    to what he understood, I think the application for the

16    affidavit and the visa would be relevant.

17          But the witness is saying that once he came to the

18    United States he could stay on a visa if he were a victim of

19    sexual abuse.  And that's the relevant motivation and bias,

20    and we're going to do that without going into the allegations

21    that some other individual named Piseth may have sexually

22    abused him eight years ago.

23          MR. SWEET:  The government has no issue with that.

24    I did want to clarify that Mr. BT X didn't learn that, he's

25    saying, immediately upon coming to the US, but only sometime

Page 700

1   after talking to FBI.

2          So to the extent that any allegations of bias are

3   brought up by the defense, all of his prior consistent

4   statements prior to talking to FBI and even his first

5   conversation with the FBI, those all get to come in then.

6          THE COURT:  Yes.

7          MR. WEINERMAN:  I think they have already come in.

8          MR. SWEET:  Well, I think there are more.

9          THE COURT:  There are a lot of prior statements.

10  They seem to be all coming in.  So bring the jury in.

11         So I am not going to allow any prior incidents of

12  sexual abuse, but we can inquire what he was aware of with

13  regard to visa applications.

14                     (JURY IN.)

15         THE COURT:  Please be seated, everybody.  Folks,

16  thank you for your patience.  Sometimes I need to discuss

17  legal issues with the attorneys.  We had to have a short

18  discussion, but we're going to return to the

19  cross-examination.

20         Mr. Weinerman.

21         MR. WEINERMAN:  Thank you, Judge.  And Judge, we're

22  going to ask to publish for the witness and for counsel and

23  the Court, we're going to call it Exhibit 709.  It's page

24  334, it's a chat between Mr. Johnson and Mr. BT X.

25         THE COURT:  Any objection to it being published?

1        MR. SWEET:  No, Your Honor.

2   Q   BY MR. WEINERMAN:  We can't see it yet.  Oh, it is

3   there.

4        COURT CLERK:  You wanted that to go to the jury,

5   too?

6        THE COURT:  No.  No.

7        MR. WEINERMAN:  So I don't know whether Mr. BT X

8   wants to read it in English, or have the translator read it.

9   Whatever the Court wants to do.

10       THE COURT:  Let's have the translator read it and

11  translate it.  We still need to get it up, though.

12       THE INTERPRETER:  (Complies.)

13  Q   BY MR. WEINERMAN:  Mr. BT X, does that refresh your

14  memory of the chat that you had with Mr. Johnson about taking

15  food to some families who needed it, who resided in the

16  slums?

17  A   Yes, I remember some.

18  Q   And then the next one.  The only other one we would like

19  to talk about is -- 329, which would be just for

20  identification only, Exhibit 710, I think is where we are.

21  Again, we will ask the interpreter to translate it for

22  Mr. BT X.

23       THE INTERPRETER:  (Complies.)

24       MR. WEINERMAN:  And for the record, it's a chat that

25  took place April 27, 2013.

CROSS EXAMINATION - BY XXXXXXXX

Page 702

1       THE WITNESS:  I remember that.

2  Q  BY MR. WEINERMAN:  So you were communicating with

3  Mr. Johnson when he was in the United States and you were in

4  Cambodia, correct?

5  A  Yes.

6  Q  And you were telling him that the ministry was running

7  out of money?

8  A  Yes.

9  Q  And there was a problem with one of the boys stealing

10  money?

11  A  Yes.

12  Q  And Daniel Johnson told you what to do in order to stop

13  that from happening, correct?

14  A  Yes.

15  Q  He told you to check the boy's pockets and bag every

16  morning?

17  A  Yes.

18  Q  Don't let him go anywhere alone?

19  A  Yes.

20  Q  And he couldn't leave the center without an older boy?

21  A  Yes.

22  Q  So he was leaving you in charge of disciplining this boy

23  who was stealing?

24  A  Yes.

25  Q  Thank you.

Page 703

1    A    Welcome.

2    Q    So you applied for a visa to come to the United States

3    in 2012, correct?

4    A    Yes.

5    Q    And you didn't get the visa?

6    A    Correct.

7    Q    And Daniel wrote a letter on your behalf so you could

8    get this visa, correct?

9    A    Yes.

10   Q    And then he wrote another letter of recommendation the

11   following year, so you could get the visa to visit the United

12   States in 2013?

13   A    Yes.

14   Q    Now, this was a one-year visa?

15   A    Yes.

16   Q    To study here?

17   A    To do volunteer work.

18   Q    In an internship?

19   A    Yes.

20   Q    So during that one-year period between August of 2013 --

21   well, let's say less than a one-year period, between

22   August 2014 and let's say, six months, seven months, you

23   completed this internship in Albany?

24   A    Yes, the program finished in Albany in July, 2014.

25   Q    But before then, were you able to travel all over the

CROSS EXAMINATION - BY XXXXXXXX

Page 704

1   United States?

2   A    Yes.

3   Q    Went to Texas?

4   A    Yes.

5   Q    Tennessee?

6   A    Yes.

7   Q    California?

8   A    Yes.

9   Q    You went to tourist places?

10  A    Yes, tourist places, yes.

11  Q    Disneyland?

12  A    Yes.

13  Q    And at some point, you decided you wanted to stay here,

14  right?

15  A    Yes.

16  Q    And at some point you decided to talk to the FBI, right?

17  A    Yes.

18  Q    And that was in February of 2014?

19  A    Yes.

20  Q    And that's the first time you told them or anyone in the

21  United States about alleged sexual abuse by Daniel Johnson?

22  A    Yes.

23  Q    And you went to them, the FBI, that is, a few months

24  before your one-year visa was going to expire, correct?

25          MR. SWEET:  Objection, Your Honor.  Counsel is

Page 705

1    stating facts that are incorrect regarding who went to who

2    and the date of the meeting.

3            THE COURT:  Well, we will have to fix that in

4    cross-examination if there's a dispute about the facts.

5            MR. WEINERMAN:  Well, let's see here --

6    Q    BY MR. WEINERMAN:  So you first met with the FBI on

7    April 14, 2014.  Does that sound right?

8    A    Yes, maybe around that time.

9    Q    And your visa was due to expire in August, your one-year

10   visa, correct?

11   A    Yes.

12   Q    And when you talked to the FBI in April 17th, you talked

13   to them about extending your visa beyond August, correct?

14   A    The first time, in April, when I met with them, we did

15   not talk about visa or anything like that.  They asked for

16   the truth, and I just told the truth.

17   Q    Did you talk to them about extending your visa?

18   A    Yes, I did.  I remember it was either in June or July.

19   Q    Well, your visa was due to expire in August?

20   A    Yes.

21   Q    And you are saying you waited until the last month

22   before talking about this?

23   A    Yes, it was two -- over two months left.

24   Q    And you discovered at some point in 2014, before your

25   visa expired, that if you cooperated in the investigation of

CROSS EXAMINATION - BY XXXXXXXX

Page 706

1    Daniel Johnson you could be eligible to get a visa that would

2    allow you to stay in the United States?

3    A    Yes.

4    Q    And you have been here since August 2013, right?

5    A    Yes.

6    Q    You have not been back to Cambodia in four-and-a-half

7    years, almost five?

8    A    Correct.

9    Q    And the FBI helped you get an extension of your visa; is

10   that correct?

11   A    Yes.

12   Q    And the FBI helped you find an attorney to help you do

13   that?

14   A    Yes.

15   Q    And the FBI paid for the attorney, correct?

16   A    That, I don't know anything that had anything to do with

17   money.  I don't know.  But according to what I heard from the

18   attorney, he did it voluntarily.

19   Q    Do you recall having a chat with Janice Roberts on

20   June 11, 2014?

21   A    I used to talk -- I spoke with her, but I don't remember

22   the time or the date.

23   Q    Now, she's a lady that has visited Cambodia, Hope

24   Transition Center, right?

25   A    Yes.

Page 707

1   Q    Do you recall telling her on June 11 via Facebook chat

2   that the following day you had an appointment with an

3   attorney who will help you extend your visa?

4   A    Maybe.  I don't remember the time or what I wrote.

5   Q    Do you recall her asking, what about the cost of the

6   attorney, who was going to pay?

7   A    That, I don't remember.

8   Q    Do you remember telling her, The FBI will take care of

9   that, mom?

10  A    Yes, maybe.

11  Q    Do you want me to show you the chat?

12  A    Yes, if I can see it, it will refresh my memory, because

13  it has been a long time so I don't remember.

14          MR. WEINERMAN:  We're going to show it right now.

15  And we're just going to publish that to the witness and

16  counsel and the Court.  So let's call this 711 for

17  identification only.

18          So could the interpreter translate the highlighted

19  portions, please?

20          THE INTERPRETER:  Yes, counsel.  (Complies.)

21          THE WITNESS:  Yes, that is correct.  I remember.

22  Q    BY MR. WEINERMAN:  So you told Janice Roberts that the

23  FBI was going to take care of your attorney, pay for it, or

24  somehow get an attorney for you without you having to pay for

25  it?

1    A    Yes, I told her that the FBI was the one who contacted

2    and helped.

3    Q    And your visa was extended before it expired?

4    A    Yes.

5    Q    And it allows you to work?

6    A    Yes.

7    Q    And have you been working since you got this new visa?

8    A    Yes, I have been working at the grocery store.

9    Q    In Beaverton?

10   A    Yes.

11   Q    And did you also -- does this visa also allow you to go

12   to school?

13   A    Yes.

14   Q    And to get financial aid?

15   A    Yes.

16   Q    And you have been able to do both, go to school and get

17   financial aid, correct?

18   A    Yes.

19   Q    So you obtained another visa in 2016, which allows you

20   to stay here until 2020, correct?

21   A    Yes.

22   Q    And you are allowed to apply for a green card within

23   three years, correct?

24   A    Yes.

25   Q    And you have asked the FBI when you could apply for a

CROSS EXAMINATION - BT XXXXXXXX

Page 709

1  green card?

2  A    Yes.

3  Q    And just in case anyone doesn't know what a green card

4  is, that's also known as a permanent resident alien card,

5  correct?

6  A    Yes.

7  Q    And that will allow you to live in the United States for

8  as long as you want, correct?

9  A    Yes.

10  Q    And you could leave the United States and come back if

11  you want?

12  A    Yes.

13  Q    And it also allows you, within five years after

14  obtaining the green card, to become a United States citizen?

15  A    Yes.

16  Q    Have you also talked about the subject of filing a

17  lawsuit against Daniel Johnson?

18  A    Yes, the attorney also asked me if I have spoke about

19  that -- spoken about that.

20  Q    So you have talked to her about that?

21  A    Yes, I spoke to her a bit.

22  Q    And it's your understanding, Mr. BT X, that to obtain

23  this visa and to be able to remain in the United States, you

24  have to cooperate with the FBI in the investigation and the

25  prosecution of Daniel Johnson, correct?

1  A    Yes.

2         MR. WEINERMAN:  If I can just have a moment, Judge.

3         THE COURT:  Sure.

4  Q    BY MR. WEINERMAN:  So I want to ask you a few more

5  questions about some of the chats you have had with Daniel

6  Johnson.  And the first one I want to ask about is, do you

7  recall talking to Daniel Johnson directly or chatting with

8  him on Facebook complaining about his discipline of the boys

9  at Hope Transition Center?

10 A    Yes, I remember.

11 Q    You told him he acted too strongly and too seriously for

12 what you believed were small problems, or violations of the

13 rules?

14 A    Yes.

15 Q    That he overreacted in his discipline?

16 A    Yes.

17 Q    I believe you also testified about a chat -- I believe

18 we talked about this -- a chat that you had with Daniel

19 Johnson after you were in the United States, which would have

20 been in September after you just got here, in which Daniel

21 Johnson asked you not to speak bad about him in the United

22 States.  Do you recall that?

23 A    Yes, I remember.

24 Q    And was it not your understanding that Daniel Johnson

25 was concerned about how that would affect fund raising?

Page 711

1   A    Yes.

2   Q    So he wanted to make sure that there would be enough

3   money to run the center, and he didn't want you to speak

4   badly about him and affect what the donors would give to Hope

5   Transition Center, correct?

6   A    Yes.

7   Q    Were you also concerned, once you left Hope Transition

8   Center and came to the United States -- let me strike that

9   and start again.

10          Do you recall also talking to Daniel Johnson about

11  being disappointed that he was handing over many of the

12  projects at Hope Transition Center to Pastor Sopheak?

13  A    Yes, I remember that.

14  Q    You were disappointed that he was giving Pastor Sopheak

15  more responsibility than he was willing to give you; is that

16  correct?

17  A    That is incorrect.  It was not like that.

18  Q    Well, Pastor Sopheak and you were both running or

19  administering Hope Transition Center when Daniel was away

20  fund raising, correct?

21  A    Yes, the pastor and I worked together.

22  Q    Were you hurt -- let me ask you this.

23          At some point did you believe that Daniel was giving

24  more responsibility to Pastor Sopheak than he was giving to

25  you, particularly while he was gone fund raising?

CROSS EXAMINATION - BY XXXXXXXX

Page 712

1  A    Are you asking me when I was in Cambodia, or when I was
2  in the US?
3  Q    Let's start first in Cambodia.
4  A    In Cambodia I spend most of my time at school.  And
5  Pastor Sopheak, he went to oversee the churches.
6  Q    And did you also do work as an administrator at Hope
7  Transition Center, even while you were going to school?
8  A    Yes, that is correct.
9  Q    And since Daniel was arrested, Pastor Sopheak has taken
10 over the ministry; is that correct?
11 A    Yes.
12 Q    So I would like to ask you some questions about your
13 communications with some of the other boys who testified in
14 this case.
15 A    Yes.
16 Q    Since you left Cambodia and came here in August 2013,
17 have you communicated with many of the boys?
18 A    Yes, I asked them how they were doing.  I contacted a
19 few of them.
20 Q    So since you left Cambodia, have you talked to SO XXX?
21 A    Yes.
22 Q    "ES XXX" -- "ES XXX," I am sorry.
23 A    ES XXX, I rarely talk to him.
24 Q    LS X?
25 A    LS X, not at all.

CROSS EXAMINATION - BY XXXXXXXX

Page 713

1    Q    CC X?

2    A    CC X, yes, I contacted him to see how he was doing.

3    Q    VS XXXX?

4    A    VS XXXX, nothing at all.  I never contacted him.

5    Q    PE XX?

6    A    PE XX, once in a while.

7    Q    Do you recall having a Facebook chat -- let me strike

8    that.

9         Do you recall calling PE XX and talking to him about

10   a way to go to the United States, a way to come to the United

11   States?

12   A    That, I don't remember.

13   Q    Have you talked to any of the boys since they arrived in

14   the United States last month?

15   A    Yes, I spoke with them, asking them how they are doing.

16   Q    Which ones have you talked to?

17   A    Mostly with the kids that I know.

18   Q    Which ones are those?

19   A    SO XXX, CC X, ES XXX, LS X, and Pastor Sopheak, PE XX

20   and LT XXXXXXX.  That's all.

21   Q    Have you talked to them about your visa?

22   A    No.

23   Q    Have you told them that you are going to be able to stay

24   in the United States indefinitely?

25   A    No, I never did.

1   Q    Did any of them ask you how you have been able to stay

2   in the United States so long?

3   A    They asked me before, and I said I went -- I came here

4   to go to school, so they knew that I came here to go to

5   school so they stop asking.

6   Q    The e-mail, the Facebook account that you used to

7   communicate with Daniel Johnson through 2014 has been shut

8   down; is that correct?

9   A    I didn't use it that much.

10  Q    Do you have a new Facebook account?

11  A    Now I am using the old one again.

12  Q    And which one is that?  What is the name?

13  A    The name is BT XXXXXXXXXXXXX.

14  Q    Have you been using another Facebook account under the

15  name BT XX XXXXXXXX, X-X-X-X-X-X-X-X?

16  A    Yes.

17  Q    When did you start using that account?

18  A    That account, I started with other accounts, so I have

19  it -- I have been having it for a long time.

20  Q    And have you communicated with any of the boys we have

21  been talking about using that account?

22  A    Yes.  I would just contact them and ask them how they

23  were doing through that account.

24  Q    Have you been asked by the FBI to sign over permission

25  for them to look at your chats in that account?

Page 715

```
 1   A    No.
 2            MR. WEINERMAN:  Nothing further.  Thank you.
 3            THE COURT:  Redirect.
 4            MR. SWEET:  Thank you, Your Honor.
 5
 6                    REDIRECT EXAMINATION
 7       BY MR. SWEET:
 8   Q    BT XX, when you spoke to the FBI in April of 2014, did
 9   they call you or did you call them?
10   A    They didn't call me directly.  They called my boss.
11   Q    So they reached out to you through your boss; is that
12   right?
13   A    Yes.
14   Q    And over the subsequent meetings that you had with the
15   FBI, who brought up the matter of a visa, you staying in the
16   US?  Was it the FBI or was it you?
17   A    I remember the attorney called and I asked, how did the
18   attorney know my number.  And the attorney said the FBI gave
19   my number to him or her.
20   Q    And so that was an immigration attorney that called you?
21   A    Yes.
22   Q    And that attorney got your number from the FBI?
23   A    Yes.
24   Q    And BT XX, when you first spoke to the FBI, were you
25   reluctant or nervous about being a witness against
```

Page 716

1  Mr. Johnson?

2  A    Yes, I was very scared.

3  Q    And do you recall talking or chatting with Kelby

4  Alderson regarding being nervous about this?

5  A    Yes, I told --

6           THE INTERPRETER:  I am sorry, the interpreter wants

7  to know the gender of Kelby.

8  Q    BY MR. SWEET:  Kelby is a male, correct?

9  A    Yes, I told him.

10  Q    And could we pull up 276, please, just for counsel and

11  for Mr. BT X.

12           And BT XX, did you say to Mr. Alderson, Hi brother,

13  how are you doing today?  Did you know I talked to the

14  detective yesterday?

15  A    Yes, I remember.

16  Q    And was this on April 18, 2014, if you can see a date?

17  A    Yes.

18  Q    And did you say, It went good, but they want me to be

19  witness at the court when Daniel get back to the US?

20  A    Yes, I remember.

21  Q    I didn't agree with them yet.  I am still feeling

22  nervous about this Bro.  Please pray for me.

23  A    Yes.

24  Q    And it's such a hard decision to make.  I am so

25  exhausted that I have been through all of these things.

1   A    Yes.

2   Q    BT XX, does that sum up how you felt at the time?

3   A    Yes.  At that time it was very confusing.

4   Q    And BT XX, did the FBI or the government want you to

5   stay in the United States to be a witness for this case?

6   A    No, they asked me to make my own decision, whether to

7   stay and go to school, or to go back and come back.

8   Q    And have you been back to Cambodia in the last, well,

9   since you have arrived in 2013?

10  A    Not yet.

11  Q    Did you want to go back?

12  A    Yes, I do, because I want to see my mom and my dad,

13  because they are older now, and I am afraid that I can't see

14  them again.

15  Q    BT XX, has anyone ever told you that you had to make up

16  allegations against Mr. Johnson to get a visa?

17  A    Nobody told me anything like that.

18  Q    Has anyone told you that you will lose your immigration

19  status if you don't cooperate with the FBI, or if you change

20  your testimony?

21  A    Nobody told me.

22  Q    BT XX, have you fabricated testimony against Mr. Johnson

23  so that you can go to Disneyland in the United States?

24  A    No, I never fabricated anything.

25  Q    And BT XX, have you told people about Mr. Johnson's

Page 718

1    abuse of you and others long before you spoke to the FBI?

2    A    Yes, that is correct.

3    Q    And on February 5th, of 2014, did you directly confront

4    Mr. Johnson in a message about his sexual abuse of children?

5    A    Yes.

6    Q    And that's prior to meeting with the FBI?

7    A    Yes.

8    Q    And did you speak with Knott, Mr. Johnson's significant

9    other, within hours or within the same day of Mr. Johnson's

10   arrest?

11   A    Yes, I contacted Knott.

12   Q    And I am going to conclude with a few messages, BT XX,

13   with Exhibit 277, just for counsel and BT XX, please.

14           BT XX, some messages should pop up.  So I would like

15   to show you, does it say, "I have been praying for him six

16   years and I did go to talk with him, but he's still the

17   same"?

18   A    Yes.

19   Q    "And actually I knew one day this was going to happen to

20   him, and I did tell him but he didn't take my word."

21   A    Yes, I remember that.

22   Q    And is that right after you learned of Mr. Johnson's

23   arrest?

24   A    Yes.

25   Q    And then the next page, did you tell Knott -- did you

1    tell Knott he committed sexual -- "I don't know the story for

2    sure, but I just know he had sex with one of the boy in

3    center.  When I talked with him about this, he cried a lot

4    and he want to commit suicide.  He told me he wants to

5    change, but he can't."

6           Did you write that to Knott on December 9, 2013?

7    A    Yes.

8    Q    And then did Knott on the same day, on the same day did

9    Knott ask you -- "Did you have sex with him?"  And you

10   responded, "I knew already God will allow this to happen."

11          You said, "No."  And then, "He try to, but I didn't

12   allow."

13          Did you write that to Mariah Knott on December 9,

14   2013?

15   A    Yes.

16   Q    And you talked about Mr. Johnson, and you talked about

17   loving him, and you talked about your religion.  Was part of

18   your motivation for talking about Mr. Johnson and his

19   activity, you were concerned for his salvation?

20   A    Yes.

21   Q    And on the same day that you first sent Mr. Johnson a

22   message regarding the path he was taking, did you write

23   Knott, "I already made a finally decision.  If I make him

24   angry and he stop talking with me, it's fine.  But I want to

25   see him repent from his sins, then he can go to" -- it says

Page 720

1   "haven"?

2   A    Yes.

3   Q    Is that part of why you talked about Mr. Johnson and

4   what he did is because you were worried about his soul?

5   A    Yes.

6        MR. WEINERMAN:  A few more, Judge.

7

8                    RECROSS EXAMINATION

9   BY MR. WEINERMAN:

10  Q    So you talked to the FBI in April of 2014, correct?

11  A    Yes.

12  Q    And when you engaged in these chats, you weren't sure

13  what you were going to do, right?

14  A    Yes.

15  Q    They wanted you to cooperate against Daniel Johnson, and

16  you weren't sure?

17  A    Correct.

18  Q    And they sent you to an attorney that they found for

19  you?

20  A    Yes.

21  Q    And you -- they either paid for it, or got the attorney

22  to do it for free, correct?

23        THE COURT:  Mr. Weinerman, we have covered all of

24  this.

25        MR. WEINERMAN:  It's recross.  They went through the

Page 721

1    same --

2            THE COURT:  It's cumulative.  We're just repeating

3    what he's already said, so get to the point.

4            MR. WEINERMAN:  I will be getting there.

5    Q    BY MR. WEINERMAN:  And after you talked with the

6    attorney, you decided you were going to cooperate, correct?

7    A    Yes, I decided to tell the truth, the entire truth.  I

8    no longer wanted to hide.

9    Q    And you made that decision after you learned from the

10   attorney that you could get a visa to stay here indefinitely?

11   A    No, I made the decision prior to the T visa.  I did not

12   know anything about it.  I already made my decision, and I

13   was determined to tell the truth whether I was to be able to

14   stay or to leave.

15   Q    But you have been here since August of 2013?

16           MR. SWEET:  Objection; relevance at this point, Your

17   Honor.

18           THE COURT:  I think it's been covered.

19           MR. WEINERMAN:  Thank you.

20           THE COURT:  Mr. BT X, thank you very much.  You are

21   free to step down.

22           MR. SINHA:  I think we have a couple of witnesses

23   that we're hoping to be quick.  If the Court will allow, we

24   will at least get one on.

25           The next witness for the United States is Lindsay

Page 722

1    Alderson.

2         THE COURT:  Step up to the witness stand to my left.

3    We will move one chair out of your way.  Step up here, and I

4    will have you raise your right hand.

5

6              LINDSAY ALDERSON,

7    produced as a witness, having been first duly sworn, was

8    examined and testified as follows:

9         THE WITNESS:  Yes.

10        THE COURT:  If you would like to have a seat, pull

11   up -- and see that little button.  That's a microphone to

12   pick up your voice.  We have a court reporter who is taking

13   down everything that is being said, so speak up and maybe

14   speak slowly, even though you might be nervous.

15        If you can begin by stating your name and spelling

16   the last for the record.

17        THE WITNESS:  Lindsay Alderson, L-I-N-D-S-A-Y,

18   Alderson, A-L-D-E-R-S-O-N.

19        THE COURT:  Go ahead, counsel.

20              DIRECT EXAMINATION

21   BY MR. SINHA:

22   Q    Good afternoon, Ms. Alderson.  Tell us about yourself.

23   Where is it that you live?

24   A    I live in Texas, Gladewater, Texas.

25   Q    What part of Texas is Gladewater in?

DIRECT EXAMINATION - LINDSAY ALDERSON

Page 723

1  A    East Texas.

2  Q    What do you do there?

3  A    I'm a nurse.

4  Q    Do you have any children?

5  A    I have two children, two girls.

6  Q    How old are they?

7  A    19 and 15.

8  Q    Are you married?

9  A    Yes.

10 Q    What is your husband's name?

11 A    Kelby.

12 Q    Ms. Alderson, I think you know the topics that I want to

13 talk to you about today, so we will just get right to them.

14       Do you know Daniel Johnson?

15 A    Yes, I do.

16 Q    How did you meet Mr. Johnson?

17 A    He was a missionary in Cambodia, and he came to our

18 church there in Texas in 2012 and started speaking about the

19 ministry there, and the orphanage there in Cambodia.

20 Q    So tell me about your church in Gladewater?

21 A    So we're a Baptist church.  We have approximately 300

22 members, probably 150 showing up each Sunday, just kind of a

23 small church, but we're mission-minded.  So we do Cambodia

24 and Belize ministries out of our church.

25 Q    Which one of those two were you doing first?

DIRECT EXAMINATION - LINDSAY ALDERSON

Page 724

1  A    Cambodia.

2  Q    So is it common for people to come speak to your

3  congregation?

4  A    Yes.  We, as a matter of fact, just had a missionary

5  from Africa come.

6  Q    So what was the -- when Mr. Johnson came to speak to the

7  congregation, what were the things he was talking to you

8  about?

9  A    Just the types of work that was being done over there.

10  We actually got to Skype.  He had on the big screen Skyping

11  with the children.  And that's how we just knew we wanted to

12  go, because of that Skype and seeing the kids there.

13  Q    And when you say "we," who are you referring to?

14  A    My husband and I.

15  Q    What was the -- did you understand the purpose of

16  Mr. Johnson coming to your congregation?  Can you give us

17  some specifics?

18  A    Sure.  So I felt like he was coming to raise funds to

19  help with the ministry there.  And I think also only one

20  trip, maybe two trips had been done out of our church prior

21  to that, me meeting him, so maybe just to get more people on

22  board to coming there to Cambodia.

23  Q    So did you and your husband, Kelby Alderson, ever go to

24  Cambodia?

25  A    Yes, we have been -- this will be seven years that we

Page 725

1    have been going.

2    Q    What was the first year, do you recall, that you went?

3    A    2012 in May to June area, I believe.

4    Q    Did you usually go the same time of year?

5    A    Yes.

6    Q    Did you go in 2013?

7    A    I did.

8    Q    And did you go in 2014?

9    A    Yes.

10   Q    So it sounds like you went twice prior to Mr. Johnson

11   being arrested?

12   A    Yes.

13   Q    And then you went at least once afterward; is that

14   right?

15   A    Yes, that's right.

16   Q    Just real quickly before we move on, when Mr. Johnson

17   came to your church to ask for money, did he make multiple

18   trips to the church, or was it just that first time?

19   A    There were several times that he would come and speak at

20   our church, and kind of update on what was going on with the

21   ministry there.

22   Q    And was it your understanding when he came to speak at

23   the church that he had come from Cambodia to do fund raising,

24   and that at some point after speaking to your church he was

25   headed back to Cambodia?

Page 726

1  A    Yes.

2  Q    For all of those times he came to the church?

3  A    Yes, sir.

4  Q    So tell me a little bit, since you had been to Cambodia

5  twice before his arrest, tell me about those trips and what

6  you experienced during those trips.

7  A    Sure.  So year one we went, small group, approximately

8  five people.  We did ministry in villages, so we would go out

9  and do -- hand out rice and oils, and those types of things

10  to the community there, and the villages.  Spend a lot of

11  time with the boys there in the orphanage, and there was some

12  church services that we attended and were part of in the

13  villages.  And a lot of just witnessing, and things like

14  that.  Eyeglass ministry where we hand out reading glasses to

15  the village people there.

16  Q    So it sounds like you were pretty active with Hope

17  Transition Center when you were over there?

18  A    Yes, sir.

19  Q    And was there a point at which Mr. Johnson talked to you

20  about, perhaps, becoming a member of a board of directors for

21  Hope Transition Center?

22  A    Yes.

23  Q    Tell me about that.  When was that, about?

24  A    That was 2013.  There was several of us that went on

25  that trip, approximately 12 to 13 people, I believe.  And at

1  that time there were several of us who were asked to be on a

2  board for Hope Transitions.  And due to my medical

3  background, I would be kind of involved with that medical

4  portion of the work.

5  Q   And did they ever form a board of directors that you

6  joined?

7  A   We -- I don't think that there was ever really a board

8  made.  I know we had initiated that process in 2013, just

9  giving him -- we gave Daniel our information, our licenses

10 and those things, and I am not certain that it was ever

11 official, though.

12 Q   And was -- what happened that stopped the process of

13 forming a board from going forward?

14 A   Well, Daniel was arrested.

15 Q   And so after the arrest in Cambodia, did you think that

16 Daniel was being falsely prosecuted?

17 A   Initially, I did.

18 Q   And was there a point at which you came to believe --

19        MS. MAXFIELD:  Your Honor, I object to this line of

20 questioning about what she believes with respect to my

21 client's guilt or innocence.

22        THE COURT:  You need to ask it in a different way.

23 Q   BY MR. SINHA:  Was there anything that happened after

24 Daniel's arrest that caused you -- was there anyone -- did

25 you ever speak to any of the kids who lived at the orphanage

DIRECT EXAMINATION - LINDSAY ALDERSON

Page 728

1    and learn something from them about whether or not Daniel had

2    sexually abused them?

3    A    Let me think about the time frame, but before my trip

4    in -- following Daniel's arrest, we had BT XXXXXXXXXX come to

5    stay with us in Texas for a short stay.

6         THE COURT:  Could I clarify.  BT XXXXXXXXXX is BTXX

7    XXXX, our last witness?

8         MR. SINHA:  Yes, Your Honor.

9         THE WITNESS:  Sorry.

10        THE COURT:  No, that's okay.

11        THE WITNESS:  Prior to his arrival to Texas, I was

12   convinced --

13        MS. MAXFIELD:  Your Honor, I object to the line of

14   questioning, whether she's convinced in Mr. Johnson's guilt

15   or innocence is irrelevant.

16        THE COURT:  Be careful to just answer the question

17   that is being asked.

18        So reask the question, please.

19   Q    BY MR. SINHA:  Ms. Alderson, what if anything did BT XX

20   tell you during this trip, about Daniel abusing him?

21   A    BT XX told me that the accusations of sexual molestation

22   were true.

23   Q    Was there a point at which you ever talked to any of the

24   other children who lived at the orphanage about Daniel

25   Johnson sexually abusing them?

DIRECT EXAMINATION - LINDSAY ALDERSON

1  A    Yes, in my -- on my trip in 2014, it was approximately

2  May or June, CC X, as well as SO XXX had both told me that

3  the accusations were true.

4  Q    And with regards to CC X, is that CC XXXXXX, who we

5  refer to as CC XXXXXX?

6  A    Yes.

7  Q    Do you remember specifically what he told you that

8  Daniel had done to him?

9  A    He told me that Daniel would call him into his room and

10 touch him down there, and he pointed to his private areas.

11 Q    That was his genital area?

12 A    Yes, sir.

13 Q    Did he tell you anything else about how the abuse would

14 be initiated by Mr. Johnson?

15 A    He just said Daniel would call him into his room and

16 touch him in his private areas.

17 Q    After he told that to you, was there a point at which

18 you participated in videotaping CC X speaking about these

19 things?

20 A    Yes, sir.

21 Q    What was the reason you made the video?

22 A    There were several people in Texas who were uncertain --

23        MS. MAXFIELD:  I am going to object again with

24 respect to whether the congregation believed that my client

25 was guilty or innocent.

Page 730

1        THE COURT:  Sustained.

2   Q    BY MR. SINHA:  Did you make the video to document CC X's

3   statement?

4   A    Yes.

5   Q    What about SO XXX?  What did SO XXX tell you about

6   Daniel abusing him?

7   A    SO XXX told me that, along the same lines, Daniel would

8   call him into his room, and touch him.  Again, he pointed to

9   his genital area.  He said --

10  Q    You can take a moment, if you want to.

11  A    He said that on one episode, that there was two boys in

12  the room, him and another boy.  And that he had pretended he

13  was asleep while the other boy was being molested to avoid

14  being molested himself.

15  Q    Did CC X identify the other boy?

16  A    That was SO XXX who said that.

17  Q    I am sorry.

18  A    Not to my recollection.  I can't recall who it was.

19  Q    And both your conversation with CC X and your

20  conversation with SO XXX took place in approximately May or

21  June of 2014?

22  A    Yes.

23        MR. SINHA:  Give me just one second, if I could,

24  Your Honor.

25        MS. MAXFIELD:  Were you --

Page 731

1              THE COURT:  Wait a minute.

2              MS. MAXFIELD:  I am sorry.

3              MR. SINHA:  Thank you, Your Honor.  I am going to

4    pass the witness.

5              THE COURT:  Cross-examination.

6

7                    CROSS EXAMINATION

8    BY MS. MAXFIELD:

9    Q    Were you CC X's financial sponsor before Mr. Johnson's

10   arrest?

11   A    Yes, ma'am.

12   Q    And when you sponsored him, what sort of things did you

13   take care of for CC X?

14   A    I would send -- starting in 2013, I became his sponsor

15   and I would send $60 per month to the Hope Transition Center

16   fund for whatever needs he needed.

17   Q    So that was to pay for CC X's clothing, pay for CC X's

18   schooling, pay for the things -- maybe buy some nice things

19   for CC X, as well?

20   A    Yes, ma'am.

21   Q    Were you the only church sponsor for Mr. CC X?

22   A    To my recollection, yes, ma'am.

23   Q    And then after Mr. Johnson's arrest, you continued to

24   support him; is that right?

25   A    Yes.

1  Q    So when he made these statements to you, he was relying

2  on you for financial support?

3  A    Yes, ma'am.

4  Q    And what about SO XXX?  Did SO XXX rely on you for

5  financial support as well?

6  A    Not until 2014.

7  Q    And so when SO XXX talked to you in 2014, were you his

8  financial sponsor?

9  A    Not at that time, no ma'am.

10  Q    How soon after that were you?

11  A    After my trip, following that mission trip, so I would

12  say probably July -- end of June, July of 2014.

13  Q    So somewhere between weeks and a month you became his

14  sponsor?

15  A    Yes, ma'am.

16         MS. MAXFIELD:  Nothing further.  Thank you.

17         THE COURT:  Any redirect?

18         MR. SINHA:  No, Your Honor.

19         THE COURT:  Thank you very much.  You are free to

20  go.

21         Next witness.

22         MR. SWEET:  The government calls Kelby Alderson.

23         THE COURT:  Sir, if you would step up to the witness

24  stand to my left.  Step up the stairs and just remain

25  standing for just a moment.

DIRECT EXAMINATION - KELBY ALDERSON

1                          KELBY ALDERSON,

2    produced as a witness, having been first duly sworn, was

3    examined and testified as follows:

4              THE WITNESS:  I do.

5              COURT CLERK:  Please be seated.  State your name for

6    the record, spelling your last.

7              THE WITNESS:  Kelby Alderson, A-L-D-E-R-S-O-N.

8              THE COURT:  Spell the first name, too.

9              THE WITNESS:  K-E-L-B-Y.

10             THE COURT:  The microphone is a little button in

11   front of you.  If you move up, it will pick up your voice.

12   We have a court reporter who is taking down everything that

13   is said, and keep your voice up, and speak a little slower

14   than normal.

15                        DIRECT EXAMINATION

16        BY MR. SWEET:

17   Q    Good afternoon, sir.  Could you tell me, sir -- and

18   we're going to know a lot of these answers because we just

19   talked to your wife.

20             Where do you live, please?

21   A    Gladewater, Texas.

22   Q    And how are you employed?

23   A    I am employed with a large environmental services

24   company.

25   Q    And again, because we just spoke to your wife, I am

Page 734

1    going to skip some of the preliminary questions.

2            But could you tell us, please, do you know

3    approximately when you first met Daniel Johnson?

4    A    It was either end of 2011, 2012.

5    Q    And after you met him, did you begin supporting his

6    orphanage in Cambodia?

7    A    Yes.

8    Q    And did you become friendly with Mr. Johnson?

9    A    Yes.

10   Q    Did you start making trips to Cambodia, as well?

11   A    Yes.

12   Q    When you went to Cambodia, what was your impression of

13   life at the orphanage?

14   A    It was good.  We loved Daniel, we liked him.  The kids

15   loved Daniel, and it was -- seemed to be a very close family.

16   Q    And were the kids -- did they have shelter?

17   A    Yes.

18   Q    And did they have enough food?

19   A    Yes.

20   Q    Clothes?

21   A    Yes.

22   Q    Money for school?

23   A    Yes.

24   Q    And do you recall what years you went -- you first went

25   to Cambodia?

DIRECT EXAMINATION - KELBY ALDERSON

Page 735

1  A    2012 was our first trip there.

2  Q    And did you go again in 2013?

3  A    Yes, sir.

4  Q    So I would like to jump ahead a little bit until 2014.

5  Was there a time when BT XXXXXXX came and visited you and

6  your wife in Texas?

7  A    Yes.

8  Q    And I am going to show you --

9         MR. SWEET:  Ask that this be produced for

10 Mr. Alderson and the defense.  This is just an excerpt of a

11 chat marked as Exhibit 301.  I will give counsel an

12 opportunity to look at this, because we just put this

13 together.  It's short.  And I am going to ask regarding your

14 recollection about the date.

15 Q    BY MR. SWEET:  And Mr. Alderson, do you see something on

16 your screen to the left?

17 A    Yes, sir.

18 Q    Does it discuss a date for when you would be picking up

19 BT XXXXXXX?

20 A    Yes.

21 Q    And what is that date, please?

22 A    April 8, 2014.

23 Q    And then when it talks about seeing him tonight, is that

24 actually on April 9th?  The very last chat.  Okay, see you

25 tonight.

DIRECT EXAMINATION - KELBY ALDERSON

Page 736

1  A    Yes.

2  Q    And do you believe that that is about the time, as far

3  as you recall, when Mr. BT X -- when BT XXXXXXX came out to

4  see you?

5  A    Yes.

6  Q    And did he -- did BT XX stay at your house?

7  A    Yes.

8  Q    When he came to your house, did you and your wife have a

9  talk with BT XX that evening?

10 A    Yes.

11 Q    And did BT XX say anything to you about Mr. Johnson?

12 A    Yes.

13 Q    In essence, what did he say?

14 A    The specific details of BT XX with the conversation in

15 our living room, I have vague memory of -- the overall

16 conversation was, were the allegations against Daniel Johnson

17 true or false.  And my wife may remember more details than I

18 do, but the response we got from BT XX, was yes, that they

19 were true.

20 Q    Was BT XX upset when he was talking with you?

21 A    Yes, of course.  It's a very uncomfortable conversation

22 to have, but yes.

23 Q    And do you recall if you were talking about BT XX --

24 specifically about BT XX being sexually abused by

25 Mr. Johnson?

1   A    Yes, because those were the allegations.  So yes.

2   Q    So BT XX was saying, essentially, that it was true that

3   he was abused by Daniel Johnson?

4   A    Yes.

5   Q    A few months later, in the same year in 2014, did you go

6   to Cambodia with your wife?

7   A    Yes.

8   Q    And did you speak with SO XXX?

9   A    Yes.

10  Q    What do you recall, if anything, regarding statements

11  SO XXX made about any abuse?

12  A    Yes.   SO XXX's response was the same, that the

13  allegations were true and that they did happen to him, as

14  well.   And at the same time SO XXX was living in another

15  apartment by himself, and had separated himself from the home

16  that they were living in.

17  Q    And did you encourage him to go -- to stop living by

18  himself?

19  A    Yes.  Yes, we did.

20  Q    Where did you encourage him to go back to, or go to?

21  A    Go back to the home of Sopheak, home where the other

22  kids remained that was able to remain there.

23  Q    And when you say Sopheak, is that known, essentially, as

24  Pastor Sopheak?

25  A    Pastor Sopheak, yes.

DIRECT EXAMINATION - KELBY ALDERSON

Page 738

1  Q    Do you know him well?

2  A    I do.  I have gotten to know him very well, more so

3  since 2014.

4  Q    And just to clarify one thing, when you said that SO XXX

5  essentially confirmed that the allegations regarding

6  Mr. Johnson were true, was he stating that he was -- was

7  SO XXX stating that he was sexually abused by Mr. Johnson?

8  A    Yes.

9  Q    And CC XXXXXX, did you have a similar conversation with

10 CC XXXXXX?

11 A    Yes, sir.

12 Q    Was this also on the same trip of May or June of 2014?

13 A    Yes, sir.  Yes, I believe that was the same trip in

14 2014.

15 Q    Best that you can recall, what did CC X say?

16 A    CC X revealed that he would be called into Daniel

17 Johnson's room, and would be asked to touch him.  And he

18 would say no, but Daniel would do it anyway.

19 Q    And when you say touch him, was it -- was he talking

20 about being touched sexually?

21 A    Yes.

22 Q    And just to conclude, going back to SO XXX for just a

23 moment, did SO XXX mention who was funding his separate

24 apartment?

25 A    Yes.  He said Daniel was giving him money.  I am not

Page 739

1   sure if it was direct or through other means, but Daniel was

2   funding him to live in his own separate apartment, away from

3   everyone else.

4           MR. SWEET:  Thank you, Mr. Alderson.

5           THE COURT:  Cross-examination.

6           MS. MAXFIELD:  None.

7           THE COURT:  Mr. Alderson, thank you very much.  I

8   think that wraps up today's testimony.  I really do

9   appreciate the work today.  I know some of these are a little

10  bit long, and there's a lot of detail but I appreciate it

11  very much.

12          So please, as you head home, drive safe.  If you

13  are -- I do try to explain a little bit about the Federal

14  Court system, which I haven't been able to do.  Jurors often

15  ask, why is it we're coming from so far to hear a case in

16  Eugene?

17          There's only two main Federal Court houses in

18  Oregon, one is in Portland and one is in Eugene.  We have

19  satellite courts in Medford and Pendleton, so I go to Medford

20  every other month to manage cases down there.

21          The Eugene Division, if you take the entire middle

22  of the state from the coast, Florence, Newport, down to Coos

23  Bay, across through Salem, Woodburn -- I think some of you

24  are from Woodburn -- all the way to Roseburg almost to Grants

25  Pass, start heading over the mountains to Bend and Lake

Page 740

1   County, and that's our division.  And we have to draw jurors

2   randomly from our division.

3          In State Court when I was in Portland, it was

4   Multnomah County Circuit Court, and it was just jurors from

5   Multnomah County.  But here in Eugene, we really are

6   required, by law, to use everybody in the division.

7          So that's why some of you are coming from very far

8   away.  So that's your lesson on the Federal Courts today.  We

9   will see you tomorrow at 9:00.

10                    (JURY OUT.)

11          THE COURT:  We're off the record.

12                    (Proceedings concluded at 4:47 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 741

1      STATE OF OREGON   )

2                        )ss

3      COUNTY OF YAMHILL)

4

5              I, Deborah L. Cook, RPR, Certified Shorthand

6    Reporter in and for the State of Oregon, hereby certify that

7    at said time and place I reported in stenotype all testimony

8    adduced and other oral proceedings had in the foregoing

9    hearing; that thereafter my notes were transcribed by

10   computer-aided transcription by me personally; and that the

11   foregoing transcript contains a full, true and correct record

12   of such testimony adduced and other oral proceedings had, and

13   of the whole thereof.

14              Witness my hand and seal at Dundee, Oregon, this

15   7th day of May, 2018.

16

17

18   _____

19   DEBORAH L. COOK, RPR
     Certified Shorthand Reporter
20   OREGON CSR #04-0389
     CALIFORNIA CSR #12886
21   WASHINGTON CSR #2992

22

23

24

25