1          UNITED STATES DISTRICT COURT

2              DISTRICT OF OREGON

3     THE HON. MICHAEL J. McSHANE, JUDGE PRESIDING

4

5   UNITED STATES OF AMERICA,    )

6              Government,     )

7        vs.                   )  No. 6:14-cr-00482-MC-1

8   DANIEL STEPHEN JOHNSON,     )

9              Defendant.      )

10

11        REPORTER'S TRANSCRIPT OF PROCEEDINGS

12              EUGENE, OREGON

13             Tuesday, May 8, 2018

14           Day 7, Afternoon Session

15          Volume 6P - PAGES 819 - 891

16

17

18

19

20

21            DEBORAH COOK, RPR, CSR
              OFFICIAL COURT REPORTER
22            405 East 8th Avenue
                  Suite 2130
23            Eugene, Oregon 97401
                (541) 431-4162
24        Deborah_Cook@ord.uscourts.gov

25

Page 820

APPEARANCES OF COUNSEL:

FOR THE GOVERNMENT:

Jeffrey S. Sweet
United States Attorney's Office
405 E. Eighth Avenue, Suite 2400
Eugene, OR 97401
541-465-6771
Fax: 541-465-6917
Email: Jeff.sweet@usdoj.gov

Lauren E. Britsch
U.S. Department of Justice
Criminal Division
1400 New York Ave NW, 6th Floor
Washington, DC 20530
202-514-2220
Fax: 202-514-1793
Email: Lauren.britsch@usdoj.gov

Ravi Sinha
United States Attorney's Office
1000 SW Third Ave, Suite 600
Portland, OR 97204
503-727-1014
Fax: 503-727-1117
Email: Ravi.sinha@usdoj.gov

FOR THE DEFENDANT:

Craig E. Weinerman
Office of the Federal Public Defender
859 Willamette Street, Suite 200
Eugene, OR 97401
541-465-6937
Fax: 541-465-6975
Email: Craig_weinerman@fd.org

Lisa A. Maxfield
Pacific Northwest Law LLP
1255 NW Ninth Avenue, No. 11
Portland, OR 97209
(503) 222-2661
Fax: (503) 222-2864
Email: Lamaxfield@pacificnwlaw.com

* * * * *

Page 821

1                          WITNESS INDEX

2                                              Page/Line

3          FOR THE GOVERNMENT
               BRETT CALLIER                   829      9
4          DIRECT EXAMINATION                  829     17
           BY MR. SINHA
5          CROSS EXAMINATION                   832      2
           BY MR. WEINERMAN:

6
               TOLA LONG                       833      6
7          DIRECT EXAMINATION                  833     21
           BY MS. BRITSCH
8          CROSS EXAMINATION                   855      4
           BY MR. WEINERMAN:

9
               SOPHEAK CHHOEURN                861     20
10         DIRECT EXAMINATION                  862      8
           BY MR. SWEET

11

12

13

14

                      EXHIBIT OFFERED INDEX
15
           EXHIBIT 294 to 298, 302 and 303     827      5
16         OFFERED
           EXHIBIT 156 OFFERED                 834     11
17         EXHIBIT 120 OFFERED                 844     21
           EXHIBIT 121 OFFERED                 845     10
18         EXHIBIT 122 OFFERED                 846     24

19                    EXHIBIT RECEIVED INDEX

20         EXHIBIT 294 to 298, 302, 303 RECEIVED  827   24
           EXHIBIT 156 RECEIVED               834     14
21         EXHIBIT 120 RECEIVED               844     24
           EXHIBIT 121 RECEIVED               845     13
22         EXHIBIT 122 RECEIVED               847      2

23

24

25

Page 822

PROCEEDINGS

Tuesday, May 8, 2018, at 1:04 p.m.

1

2

3      THE COURT:  We will go on the record.

4      Mr. Sweet.

5      MR. SWEET:  One thing, just to alert the Court, in

6  terms of scheduling, we have a very brief witness and then we

7  have a more substantive witness.  We had another witness

8  after that on deck for this afternoon.  I heard that he may

9  have an abscess and is apparently being taken to the dentist

10 now.  So I strongly suspect that will rule him out for this

11 afternoon.  And he would have been a fairly lengthy witness

12 that would have taken us to the end of the day.

13      We have another witness who is flying in.  His plane

14 is supposed to land within the half hour.  He is short;

15 however, we let the defense know we might try to squeeze him

16 in.  So if we do reach a gap in time, the government can put

17 him on and the defense, we have been giving the defense a day

18 in advance.  We did not give them notice of this person.  We

19 understand, and we could break from there.  So I think our

20 schedule for today, we may run out of witnesses, Your Honor,

21 because of the dentist visit.

22      THE COURT:  That's fine.  Are we on track to finish

23 the governments case?

24      MR. SWEET:  We are, Your Honor.  And something we

25 very briefly discussed with the defense today is we would

Page 823

1  likely finish either very end of tomorrow, or probably early

2  on Thursday, would be our guess.  And one thing we discussed

3  with the defense is if we raced through to finish tomorrow,

4  so that we wouldn't have to bring in the jury for a 40-minute

5  witness on Thursday, since there would be an inevitable gap

6  between our case and their case on Monday, I think the

7  defense is agreeable to us not actually resting at the end of

8  tomorrow, but then -- which would allow us to digest what we

9  put on, look at the transcript, and make sure everything was

10 in.

11         If there was something to clean up, we could do

12 that, if that's something that is acceptable to the Court.

13 That would probably make it a little easier for us to hurry

14 through and try to get it by the end of tomorrow.

15         THE COURT:  That's acceptable.

16         MR. SWEET:  And it may go into Thursday, depending

17 on medical stuff.  And we do have a few other housekeeping

18 matters.  We're about to file a motion to submit some

19 co-conspirator statements and the defense will need to

20 digest --

21         THE COURT:  The motion to admit statements of Gary

22 Johnson?

23         MR. SWEET:  Yes, Your Honor.

24         THE COURT:  Thank you.

25         MR. WEINERMAN:  Judge, I agree with all of that.

Page 824

1    And so the Court knows, and it's worked out pretty well, the

2    government has been telling us in advance who they are going

3    to call the next day so we can be prepared.  There's a

4    witness that I know they want to get on who they didn't tell

5    us about.  So we're not prepared to cross examine that

6    witness.

7               We have no objection if the government or the Court

8    wants to put him on for direct, but we would like to do the

9    cross tomorrow.

10              THE COURT:  Sure.  We can do that.

11              MS. BRITSCH:  There's some Facebook messages we're

12   going to seek to submit through Tola Long, who is our second

13   witness.  The defense has indicated they have some objections

14   to those messages.  They indicate they have a general

15   objection to all of the messages, something we perhaps want

16   to take up before the jury comes in.

17              THE COURT:  Do you have an exhibit I can look at?

18              MS. BRITSCH:  Yes, there are several exhibits.

19   First is 295.  And, Your Honor, I am not sure if it will be

20   in the notebook.  They have been added later.

21              Britney, do you have the copy I gave you earlier?

22   Is it possible you could pass that up to the Court for ease.

23              Your Honor, the packet I have passed up has all the

24   exhibits that we will be seeking to have admitted, all the

25   Facebook exhibits.

Page 825

1        THE COURT:  Other than a general objection to

2   Facebook exhibits, does the defense have any succinct --

3        MR. WEINERMAN:  If I'm not mistaken, isn't this the

4   theory of admissibility as a co-conspirator here saying as to

5   Tola Long.

6        MS. BRITSCH:  No, Your Honor, these are

7   messages between Daniel Johnson and Tola, and we're seeking

8   to admit them as statements of a party opponent.

9        MR. WEINERMAN:  So, Judge, it's more of a structural

10  objection.  The government has kind of changed the format.

11  Previously all the chats that came in came in under the

12  Facebook formats, and they have condensed them and submitted

13  it as a stand-alone document.

14        And we think for purposes of consistency and not

15  confusing the jury it should be the same format that all the

16  other exhibits, the Facebook chats have come in, not changed

17  in the middle of the trial the way they are submitted to the

18  Court and the jury.

19        MS. BRITSCH:  Your Honor, what we have done is

20  essentially put together a summary of the content.  Behind

21  that summary is the actual content.  It's simply for ease to

22  allow everyone on the jury, the witness, the Court to see

23  what these messages say more quickly to save time and

24  confusion.

25        But the original Facebook pages are behind that

Page 826

1  summary, and we would seek to admit the entirety, both the

2  summary and the original content beneath.

3          THE COURT:  I agree.  The summary is much easier to

4  read.  I think the format of the texting within Facebook is

5  sometimes hard to determine who is speaking with who and

6  when.  So I do think it's helpful to have it in the summary

7  fashion that's been presented by the government.

8          Could I just clarify?  Tola is a person in the case?

9          MS. BRITSCH:  I am sorry, Your Honor?

10          THE COURT:  What is Tola's role in this case?

11          MS. BRITSCH:  Tola lived in the orphanage.  He thus

12  far has not disclosed sexual abuse.  I don't expect him to

13  disclose sexual abuse.  But he heard say that Mr. Daniel

14  Johnson sexually abused LS X and he was -- he did not tell

15  anybody about that originally, because of the visits to

16  Daniel Johnson in jail and the things that are said in these

17  messages to Tola, paying for his school, paying for a

18  motorcycle.

19          And these messages also reveal Mr. Daniel Johnson

20  asking Tola to bring certain boys to visit him in jail, and

21  those boys are ones that have testified or will testify to

22  being victims.

23          THE COURT:  I am going to allow the exhibit.

24          MS. BRITSCH:  Thank you, Your Honor.

25          THE COURT:  And that's 294.  These are -- is it 275?

Page 827

1        MS. BRITSCH:  No, I apologize.  That list is

2   broader.  Exhibits 294 through 298, and then Exhibit 300.

3   And I should clarify, Exhibit 300 are messages between Tola

4   Long and Janice Roberts, not Mr. Johnson.

5                    (**EXHIBIT 294 to 298, 302 and 303**

6                     **OFFERED**.)

7        MR. WEINERMAN:  And I think that might be

8   objectionable.  It's not an --

9        THE COURT:  Admission of party opponent.  So what is

10  the relevance and admissibility of that?

11       MS. BRITSCH:  Your Honor, we would seek to admit

12  that on redirect as a prior consistent statement in this

13  message.  The statement of Tola Long, he says, I had no

14  choice because he tell me he would help me buy a moto to go

15  to school and help me with university.  To the extent he's

16  impeached --

17       THE COURT:  If he's impeached, it does appear to be

18  a prior consistent statement.  It would come in, but not --

19  it would be conditional on those two things occurring.

20       MS. BRITSCH:  And then the remaining two, 302 and

21  303, that are also messages between Tola and Mr. Daniel

22  Johnson.

23       THE COURT:  Those will come in.

24                    (**EXHIBIT 294 to 298, 302, 303**

25                     **RECEIVED**.)

Page 828

1          THE COURT:  Are we ready for the jury?

2          MR. SINHA:  I think so.

3          THE COURT:  So 294 through 298 are in, as well as

4     302 and 303.

5          MR. WEINERMAN:  The only one not admitted is 300?

6          THE COURT:  Not at this time, no.

7          MR. WEINERMAN:  So I need to see 294 and 298.

8          Thank you, Judge.

9          THE COURT:  Ms. Pew, if you want to get the jury.

10                    (JURY IN.)

11          THE COURT:  I am hoping our visit by Judge Bloch

12     from New York will coincide with our afternoon break.  He's

13     coming around three thirty.

14          MR. SWEET:  Would the Court recess for the day,

15     essentially?

16          THE COURT:  No, I think we can have a short break,

17     maybe 20 minutes.

18          MS. BRITSCH:  Your Honor, we may be done with our

19     other two witnesses by that point.  We can't be certain, but

20     for your planning purposes, that's certainly possible.

21          THE COURT:  Maybe you will get a chance to meet him.

22     He presided over all the Gambino Family's prosecution in New

23     York.  He's quite a character.

24                    (JURY IN.)

25          THE COURT:  Folks, thanks for your patience.

Direct Examination - Brett Callier

Page 829

1    Sometimes I need to talk to the attorneys about evidentiary

2    matters.  I promise we're working, not out lounging around.

3    So with that, we will --

4              MR. SINHA:  The United States calls Brett Callier of

5    the United States Marshal Service.

6              THE COURT:  Mr. Callier, if you will step up to the

7    witness chair, remain standing for just a moment to be sworn

8    in.

9                        BRETT CALLIER,

10   produced as a witness, having been first duly sworn, was

11   examined and testified as follows:

12             THE WITNESS:  Yes.

13             COURT CLERK:  You may be seated.  Please state your

14   full name and spell your first and last name for the record.

15             THE WITNESS:  Brett Callier, B-R-E-T-T,

16   C-A-L-L-I-E-R.

17                      DIRECT EXAMINATION

18      BY MR. SINHA:

19   Q    Mr. Callier, can you tell us what you do for a living,

20   please?

21   A    I'm an Administrative Officer for the US Marshals

22   Service in Oregon.

23   Q    In that capacity, are you familiar with the ways in

24   which Federal witnesses for both the United States Government

25   and criminal defendants are compensated?

1  A    Yes.

2  Q    And so the testimony you are going to give today, am I

3  correct in understanding, you are not testifying about this

4  case specifically?  You are just going to talk generally

5  about how witnesses for the government and witnesses for

6  criminal defendants receive money?

7  A    Correct.

8  Q    So my first question to you is, if you had a witness in

9  a criminal trial who was traveling into the district of

10 Oregon to testify, what is the amount of money that that

11 person would receive per day?

12 A    In Eugene they receive $59 per diem, and $40 a day for

13 the trial attendance.

14 Q    So that's $99 a day?

15 A    $99.

16 Q    So over the course of a seven-day week, that would would

17 be $693, correct?

18 A    Yes.

19 Q    And does that person receive that money, the same amount

20 of money if they were a witness for a criminal defendant?

21 A    Yes.

22 Q    So it doesn't matter if they are a government witness or

23 defendant's witness?

24 A    No.

25 Q    Is that amount of money changeable at the request of the

Direct Examination - Brett Callier

Page 831

1  US Attorney's Office or the request of the Federal Bureau of

2  Investigations?

3  A    No.

4  Q    Is that amount set by law?

5  A    Yes.

6  Q    Tell me the mechanics of how that money is distributed.

7  A    For an international witnesses, the US Marshals receive

8  a DOJ-3 form for the amounts for the court attendance fees

9  and per diem, and we make checks, and distribute the checks.

10 Q    And if someone is traveling from a long distance and

11 they don't have money to pay for their food on the trip, is

12 it common for there to be an advance of their witness fees

13 and per diem that is given to them before they get on the

14 plane?

15 A    Correct.

16 Q    Is that done through the United States Department of

17 State?

18 A    That is for international witnesses.

19 Q    Okay.  And so once the witnesses receive the checks, is

20 it common for those witnesses to be able to cash those checks

21 at a local bank if they don't have a checking account?

22 A    Yes.

23         MR. SINHA:  Just one second, if I could, Your Honor.

24 Okay.

25         I don't have any other questions.  I will pass the

Cross Examination - Brett Callier

Page 832

1  witness.

2          THE COURT:  Any cross?

3                  CROSS EXAMINATION

4      BY MR. WEINERMAN:

5  Q    A couple.  So this $99 a day would apply even if the

6  person testified just one day?

7  A    Correct.

8  Q    So if they were here for weeks, for let's say a month,

9  and they only testified one day, they are still going to get

10 $99 a day?

11 A    Correct.

12         MR. WEINERMAN:  No further questions.

13         MR. SINHA:  No redirect.

14         THE COURT:  Thank you very much, sir.  You are free

15 to go.

16         MS. BRITSCH:  Your Honor, the United States calls

17 Tola Long.

18         THE COURT:  For the jury, in terms of logistics,

19 we're on target.  The government should be finishing up by

20 end of tomorrow, or early Thursday.  Then we will be taking a

21 break for the remainder of the week and have you come back on

22 Monday for the defense case.  And I should have a better idea

23 how many days that will be in the next couple of days, I

24 think.

25         MS. BRITSCH:  Your Honor, the interpreter is on his

Direct Examination - Tola Long

Page 833

1    way now.  Sorry for the delay.

2            Your Honor, it sounds like the interpreter is going

3    through security at the moment.

4            THE COURT:  Mr. Long, please stand.

5

6                        TOLA LONG,

7    produced as a witness, having been first duly sworn, was

8    examined and testified as follows:

9

10           (NOTE:  Unless otherwise indicated, all answers

11   represented by "A" and "THE WITNESS" will be answers given by

12   the witness through the interpreter after translation.)

13           THE WITNESS:  Well, you speak too fast.  I couldn't

14   understand you.

15           I do.

16           COURT CLERK:  You may be seated.  Please state your

17   full name, and please spell your first and last for the

18   record.

19           THE WITNESS:  Tola Long, L-O-N-G, T-O-L-A.

20

21                     DIRECT EXAMINATION

22      BY MS. BRITSCH:

23   Q   Good afternoon, Tola.  Sorry to keep you waiting.  Tola,

24   can you tell me how old you are?

25   A   Now I am 26 years old.

Direct Examination - Tola Long

Page 834

1   Q    And what is your birth date?

2   A    The 20th of November, 1992.

3   Q    I am going to ask you to please take a look at

4   Government Exhibit 156.  It's going to show on the screen to

5   your left.  Do you recognize this as your passport?

6   A    Yes, I do.

7   Q    And is that your birth date on that passport?

8   A    Yes.

9        MS. BRITSCH:  I move to admit Exhibit 156, and ask

10  it to be published, please.

11              (**EXHIBIT 156 OFFERED**.)

12       MR. WEINERMAN:  No objection.

13       THE COURT:  It will be received.

14              (**EXHIBIT 156 RECEIVED**.)

15  Q    BY MS. BRITSCH:  And that accurately reflects your birth

16  date, November 20, 1992?

17       And, Tola I am going to ask if you can say "yes" or

18  "no" instead of nodding. That will be help the court reporter

19  to be able to record it.

20  A    Yes.

21  Q    Tola, where are you from?

22  A    From Phnom Penh.

23  Q    And that is the capital city of Cambodia?

24  A    Yes.

25  Q    Do you have any family in Cambodia?

Direct Examination - Tola Long

Page 835

1    A    Yes.

2    Q    Can you tell me the members of your family?

3    A    I have three siblings.

4    Q    Do you have brothers and sisters?

5    A    I have two older sisters.

6    Q    Do you work in Cambodia?

7    A    Yes.

8    Q    Can you tell us what you do there, please?

9    A    I am working as a civil police, with the Department of

10   Interior.

11   Q    So you work for the government of Cambodia?

12   A    Yes.

13   Q    And do you work with the police service?

14   A    Yes.

15   Q    And how long have you been doing that?

16   A    Two years, now.

17   Q    And before that, did you go to university?

18   A    Yes, I went for two years.

19   Q    And what did you study there?

20   A    Before it was medicine.

21   Q    Tola, do you know a man named Daniel Johnson?

22   A    I do.

23   Q    And can you tell us when and how you met Daniel Johnson?

24   A    I knew Daniel Johnson when he opened a school close to

25   my house.

Page 836

1  Q    And was that a school to teach English?

2  A    Yes.

3  Q    And you said that was close to your house in Phnom Penh?

4  A    Yes.

5  Q    And about how old were you when you first met Daniel at

6  that school?

7  A    11 or 12 years old.

8  Q    And did you begin visiting and attending classes at that

9  school?

10  A    Yes.

11  Q    About how often did you go to those classes?

12  A    I went for two -- one or two months.

13  Q    And did you go basically every evening?

14  A    Yes.

15  Q    And was that after you went to regular Cambodia school

16  during the day?

17  A    Yes.

18  Q    And did there come a point where you stopped going to

19  Daniel Johnson's English school?

20  A    Yes.

21  Q    And you were living with your mom at that time?

22  A    Yes.

23  Q    Did something happen where you stopped living with your

24  mom, and moved into an orphanage?

25  A    My mom died.

Direct Examination - Tola Long

Page 837

1   Q   And when was that?

2   A   When I was around 13 or 14 years old.

3   Q   And Tola, when your mom died, where did you start

4   living?

5   A   I went to live at the -- one of the organizations.

6   Q   And did you first live at an organization that was not

7   associated with Mr. Daniel Johnson?

8   A   Yes.

9   Q   And about how long did you live there?

10  A   Two years.

11  Q   And while you were living there, did there come a time

12  when you met Mr. Daniel Johnson again at church?

13  A   Yes.

14  Q   And whose church was that?

15  A   It was Pastor Sinai's church.

16  Q   And what happened when you saw Daniel Johnson at Pastor

17  Sinai's church?

18  A   I got to spoke -- I mean, I got to speak with him.

19  Q   And did Daniel ask you to live -- come and live at his

20  orphanage?

21  A   Yes.

22  Q   And was that place called Hope Transition Center?

23  A   Yes.

24  Q   And did you move into Daniel Johnson's orphanage in

25  about 2009?

Direct Examination - Tola Long

Page 838

1    A    Yes.

2    Q    Were there other boys living with Daniel Johnson at that

3    time?

4    A    Yes.

5    Q    And who were some of those other boys?

6    A    BT XX, SESX, Sopheak, and Chai, and Hain, Brother Hain,

7    and Brother Ravy.

8    Q    So was it just a few boys at that time?

9    A    Yes.

10   Q    And about what grade were you in at the time you first

11   moved in with Daniel Johnson?

12   A    9th grade.

13   Q    Tola, I am going to ask you to look at a few photos.

14   They will pop up on your screen.  The first is Government

15   Exhibit 62.

16        MS. BRITSCH:  And, Your Honor, I don't believe

17   there's any objections to these photos, so I would ask that

18   they be published.

19        MR. WEINERMAN:  I don't anticipate any objection.

20        THE COURT:  They will be published.

21   Q    BY MS. BRITSCH:   Tola, do you recognize this photo?

22   A    Yes, I do.

23   Q    Is that you in the photo?

24   A    Yes.

25   Q    And do you know where this photo was taken?

Direct Examination - Tola Long

Page 839

1   A    At the second home.

2   Q    Is that the second home of Hope Transition Center?

3   A    Yes.

4   Q    And is that the second home that you lived in with the

5   defendant?

6   A    Yes.

7   Q    And if you could take a look at Government Exhibit 63,

8   please.  Is that also you?

9   A    Yes.

10  Q    Do you know where this photo was taken?

11  A    At the first house.

12  Q    Is that the first house where you lived with Daniel

13  Johnson?

14  A    Yes.

15  Q    Do you know about how old you are in this photo?

16  A    About 15 or 16 years old.  I think that was about it.

17  Q    Government Exhibit 64, please.  Do you remember where

18  this photo was taken?

19  A    That was at the second house.

20  Q    And was it Christmastime?

21  A    Yes.

22  Q    And who are the presents from that you are holding?

23  A    From D, present from D.

24  Q    And when you say D, are you referring to Mr. Daniel

25  Johnson?

Direct Examination - Tola Long

Page 840

1   A    Daniel Johnson.

2   Q    And Government Exhibit 65, please.  Do you recognize

3   this photo?

4   A    Yes, I do.

5   Q    Who is pictured in this photo?

6   A    PE XX.

7   Q    And are you also in this photo?

8   A    Yes.

9   Q    And do you remember when this photo was taken?

10  A    It looks like it was at the second home.

11  Q    And where were you and PE XX when this photo was taken?

12  A    At Island Rong, R-O-N-G.

13  Q    Is that an island in Cambodia?

14  A    Yes.

15  Q    Now, Tola, you said before you moved in with Mr. Daniel

16  Johnson you had been living at a different orphanage.

17  A    Yes.

18  Q    How did life at Hope Transition Center compare to life

19  at the previous orphanage?

20  A    It was very different.

21  Q    Can you explain to us how it was different?

22  A    So at the other organization, it was under the

23  Filipino's Administration, so the food was not enough.  And

24  so the budget was not enough.  And we didn't -- we did not

25  have the budget to go to school.

Direct Examination - Tola Long

Page 841

1   Q    So would you say you were better taken care of at Daniel

2   Johnson's orphanage?

3   A    Yes, Daniel Johnson's place was better.

4   Q    When you were living at Hope Transition Center, would

5   you say Daniel Johnson treated all the boys the same, or did

6   he treat some better?

7   A    He was good to people that he liked more.

8   Q    And who were some of the people that he liked more?

9   A    BT XX and Chai.

10   Q    Were there any others?

11   A    The younger kids like LS X, SO XXX, and ES XXX.

12   Q    And does "ES XXX" also go by "ES XXX"?

13   A    Yes.

14   Q    And why did you think that Daniel Johnson liked those

15   boys more?

16   A    I don't know.

17   Q    Well, how did he treat them differently?  Can you give

18   us an example?

19   A    Well, because he liked them more.

20   Q    Did he give them more presents at Christmas, for

21   example?

22   A    Yes.

23   Q    Did he give them different presents at Christmas?

24   A    Yes.

25   Q    And what kind of presents did you see those boys get as

Page 842

1  compared to you, or some of the other boys?

2  A    People whom he liked more, they received electronic

3  stuff.

4  Q    And what kind of stuff would the other boys he didn't

5  like as much get?

6  A    They received also, but not as good.

7  Q    And when you are at Hope Transition Center, did boys

8  ever spend time in Daniel Johnson's bedroom?

9  A    Yes, kids went in there to play games.

10 Q    Did they go in there to do anything else?

11 A    Sometimes I saw kids give him massages.

12 Q    Can you tell us the names of some of the kids you saw

13 going into Daniel Johnson's room to give massages?

14 A    VS XXX, LS X, ES XXX, you know, just young ones.

15 Q    And do you know what Daniel Johnson -- did you ever see

16 what Daniel Johnson was wearing during those massages?

17 A    Sometimes he had jeans on, and sometimes he had shorts.

18 Q    Did he wear a shirt?

19 A    During the massages, no.

20 Q    Did you ever see any boys sleeping in Daniel Johnson's

21 bedroom?

22 A    Yes, I used to see ES XXX.

23 Q    And do you remember at which house of Hope Transition

24 Center that was?

25 A    The third house.

Page 843

1   Q    Did you ever see anyone sleep or live in Daniel

2   Johnson's bedroom in the first house?

3   A    BT XX lived with D at the room in house No. 1.

4   Q    And how about house No. 2?  Did any of the boys live in

5   Daniel Johnson's bedroom?

6   A    At the second house, there was -- there were BT XX and

7   SO XXX with Daniel.

8   Q    Tola, did you ever hear any of the boys at Hope

9   Transition Center say that Daniel Johnson sexually abused

10  them?

11  A    Yes, I heard from LS X.

12  Q    And what did you hear LS X say?

13  A    He said Daniel touched his penis.

14  Q    And when you heard LS X say that, where was LS X?

15  A    He was in the room talking to his fellow kids.

16  Q    And was that the room where the younger kids slept?

17  A    Yes.

18  Q    And where were you when you heard him say that?

19  A    I was walking to go downstairs.

20  Q    And did that room where the little boys slept have a

21  door?

22  A    No, it did not.

23  Q    So you could hear from outside the room what LS X was

24  telling his friends?

25  A    Yes.

Direct Examination - Tola Long

Page 844

1  Q    And what location of Hope Transition Center was this at

2  when you heard LS X say that?

3  A    The third house.

4  Q    And is that the house where Daniel Johnson was arrested?

5  A    Yes.

6  Q    And you said that LS X said Daniel Johnson touched his

7  penis.  Do you remember the exact words that LS X used?

8  A    I heard him talking to other kids, saying that D touched

9  his penis.

10  Q    And Tola, about how long did you live at the third house

11  of Hope Transition Center?

12  A    It was like about a year.

13  Q    Tola, I am going to ask you to take a look at Government

14  Exhibit 120, please, on the screen.  Do you recognize this

15  photo?

16  A    Yes.

17  Q    And where was this photo taken?

18  A    At the second house.

19         MS. BRITSCH:  Your Honor, at this time I would move

20  to admit Exhibit 120.

21                    (**EXHIBIT 120 OFFERED**.)

22         MR. WEINERMAN:  No objection.

23         THE COURT:  It will be received.

24                    (**EXHIBIT 120 RECEIVED**.)

25  Q    BY MS. BRITSCH:  Tola, whose room is this at the second

Page 845

1   house?

2   A    Daniel's room.

3   Q    And had you ever been in Daniel Johnson's room before?

4   A    Yes.

5   Q    I am going to ask you to take a look at Government

6   Exhibit 121, please.  Do you recognize that photo?

7   A    Yes, that is the room at the second house.

8        MS. BRITSCH:  Your Honor, I would move to admit

9   Government Exhibit 121, please.

10              (**EXHIBIT 121 OFFERED**.)

11       MR. WEINERMAN:  No objection.

12       THE COURT:  Received.

13              (**EXHIBIT 121 RECEIVED**.)

14  Q    BY MS. BRITSCH:  When you say the room, which room or

15  whose room is that?

16  A    It's hard to tell, because it is not a full picture.

17  Q    Do you recognize which house this photo was taken at?

18  A    That is the second house.

19  Q    And do you recognize the boys in this photo?

20  A    LS X and BT XX.

21  Q    I am going to ask you to take a look at Government

22  Exhibit 120, again, please.  Sorry.  Do you recognize any of

23  the people in this photo?

24  A    SO XXX, LT XXXXXXX, ES XXX, LS X, and me.

25  Q    Can you put a mark where you are?  If you touch the

Direct Examination - Tola Long

Page 846

1    screen it will make a mark.

2    A    (Complies.)

3    Q    And can you put a mark where LT XXXXXXX is, please?

4    A    (Complies.)

5    Q    And what about SO XXX?

6    A    (Complies.)

7    Q    And what about LS X?

8    A    (Complies.)

9    Q    And ES XXX?

10   A    (Complies.)

11   Q    And who is the other person in this photo?

12   A    Daniel.

13   Q    Is that Daniel Johnson?

14   A    Yes.

15   Q    Thank you.  And Government Exhibit 122, please.  Do you

16   recognize this photo?

17   A    Yes.

18   Q    What does it show?

19   A    It shows the gifts from the sponsors.

20   Q    And which house was this photo taken at?

21   A    Second home.

22        MS. BRITSCH:  Your Honor, I move to admit Government

23   Exhibit 122, please.

24                    (**EXHIBIT 122 OFFERED**.)

25        MR. WEINERMAN:  No objection.

Direct Examination - Tola Long

Page 847

1    THE COURT:  It will be received.

2    (**EXHIBIT 122 RECEIVED**.)

3  Q    BY MS. BRITSCH:  So you said these are gifts from

4  sponsors?

5  A    Yes.

6  Q    And do you remember when you were receiving these gifts?

7  A    It was like in 2011 or 2012.

8  Q    Do you know which room at Hope Transition Center this

9  is?

10  A    D's room, Daniel's room.

11  Q    And can you identify the boys in this photo, please?

12  A    SO XXX, LS X, LT XXXXXXX, ES XXX, myself, and D or

13  Daniel.

14  Q    Thank you, Tola.  So you said you lived at the third

15  house of Hope Transition Center for about a year; is that

16  correct?

17  A    Yes.

18  Q    Were you there when Daniel was arrested?

19  A    No, I was not.

20  Q    And where were you?

21  A    I was in Kampot.

22  Q    And what were you doing in Kampot?

23  A    I took my guest for a mission over there.

24  Q    Was Pastor Sopheak with you?

25  A    Yes.

Direct Examination - Tola Long

Page 848

1   Q   Did you, at some point while you were in Kampot, learn

2   that Daniel Johnson had been arrested?

3   A   Yes.

4   Q   And who told you about that?

5   A   Sopheak -- Pastor Sopheak did.

6   Q   And Tola, did Daniel Johnson ever sexually abuse you?

7   A   No.

8   Q   After Daniel Johnson was arrested, did you ever see him

9   again?

10  A   I did.

11  Q   And where was that?

12  A   In jail.

13  Q   Was that in jail in Cambodia?

14  A   Yes.

15  Q   And about how many times did you visit him in jail?

16  A   Four or five times.

17  Q   And did you bring any of the other boys with you to

18  visit him?

19  A   I took CC X, SO XXX, PE XX, and occasionally, I went

20  with Pastor Sopheak.

21  Q   And at that time, had you told anyone what LS X had said

22  about Daniel touching him?

23  A   No.

24  Q   Why didn't you tell anyone at that time?

25  A   Because I just walk there, and I heard it so I was

Direct Examination - Tola Long

Page 849

1  not -- I wasn't sure.

2  Q    Are you sure now of what you heard?

3  A    Yes.

4  Q    Tola, did you also communicate on Facebook with Daniel

5  Johnson?

6  A    Yes.

7  Q    And was that while Daniel Johnson was in jail?

8  A    Yes.

9  Q    If it's okay, I am going to show you some of the

10 Facebook conversations between you and Mr. Daniel Johnson.

11 And they are going to pop up on the screen, and we will just

12 walk-through them.

13 A    Yes.

14      MS. BRITSCH:  And, Your Honor, these are going to be

15 Exhibits 294 through 298, and 302 and 303, which the Court

16 has already admitted.

17      THE COURT:  Correct.

18      MS. BRITSCH:  So I would ask that they be published

19 to the jury.

20 Q    BY MS. BRITSCH:  We're going to start with Exhibit 294.

21 Tola, do you recognize this as a message from Daniel Johnson

22 to you?

23 A    Yes.

24 Q    And do you see where the message says, My heart is

25 breaking that SO XXX is being encouraged to pull away from

Direct Examination - Tola Long

Page 850

1   me?

2   A    Yes.

3   Q    Please talk with him privately and tell him not to

4   abandon his dad.  I love you Tola.

5        Is that a message from Daniel Johnson to you?

6   A    Yes.

7   Q    Government Exhibit 295, please.  And Tola, this exhibit

8   is going to look a little different, as well as the rest.

9   The first page is going to be a summary of the messages, and

10  I should clarify, it's not a summary.  It's the exact

11  message, just condensed in an easier to read format.

12  A    Yes.

13  Q    And then behind the next page of the exhibit, it

14  contains the original messages.  If we can go back to the

15  first page of 295, please.

16        Do you recognize this as messages between you and

17  Daniel Johnson?

18  A    Yes.

19  Q    And in it you discuss money for a moto; is that correct?

20  A    Yes.

21  Q    And can you explain why you are discussing money for a

22  moto in this conversation?

23  A    Because when I went on a mission, like ministries

24  mission, he said that he was going to buy a moto.  Save the

25  money to buy a moto for me to go to school.

Direct Examination - Tola Long

Page 851

1    Q    When you say he, you mean Daniel Johnson?

2    A    Yes.

3    Q    So here, are you discussing his promise to buy you a

4    moto?

5    A    Yes.

6    Q    And here, does Daniel Johnson say, I had $600 I will get

7    to you after I know what is happening in Friday?

8    A    Yeah.

9    Q    And then does he go on to say, Now I have people wanting

10   to know what they can do to help.  So I am suggesting people

11   they can help like LT XXXXXXX, SO XXX, ES XXX and others.

12         And Tola, are those some of the boys that you saw go

13   into Daniel Johnson's bedroom?

14   A    Yes.

15   Q    Please take a look at Government Exhibit 296.  And Tola,

16   before I move on, can you explain what a moto is in the

17   context of your messages?

18   A    Moto it's a moto to ride on.

19   Q    So does it refer to, essentially, a motorcycle or moped?

20   A    Yes, a motorcycle.

21   Q    And is that how a lot of people get around Phnom Penh?

22   A    Yes.

23   Q    Thank you.  So Government Exhibit 296, do you see where

24   Daniel Johnson says, Tola, many people are very confused

25   right now and trying to find answers.  But when we try to

Page 852

1   find answers we often make mistakes.

2          And then skipping a couple of lines, It's easy to

3   come up with the wrong answers.  And then he says, Please

4   don't believe everything you are hearing.  And then does he

5   go on to quote scripture?

6   A    Yes.

7   Q    Do you see at the bottom where he quotes Matthew,

8   Chapter 7, Verses 1 through 2?

9   A    Yes.

10  Q    And it starts, Do not judge or you, too, will be judged.

11  And then the second page of that exhibit, please.  Do you see

12  where Daniel Johnson quotes John, Chapter 8, Verse 7?

13         When they kept on questioning him, he straightened

14  up and said to them, let any of one of you who is without sin

15  be the first to throw a stone.

16  A    Yes.

17  Q    And after the scripture quotes does he say, I love you

18  Tola.  Keep your eyes on Jesus and remember to follow your

19  heart?

20  A    Yes.

21  Q    And at the end of that paragraph, Do not follow your

22  ears or your mind.  Those often lead to flesh decisions.

23         And if we can take a look at Government Exhibit 297,

24  please, and here, again, are you and Daniel Johnson

25  discussing money for your moto?

Direct Examination - Tola Long

Page 853

1   A    Yes.

2   Q    Does he also ask you to bring LT XXXXXXX and RT XX to

3   visit?

4   A    Yes.

5   Q    And are LT XXXXXXX and RT XX brothers?

6   A    Yes.

7   Q    And do they live at Hope Transition Center with you?

8   A    Yes.

9   Q    Government Exhibit 298, please.  Do you see here where

10  Daniel asked you to try to bring CC X to visit him?

11  A    Yes.

12  Q    And then does Daniel say, Don't tell anyone, but ask him

13  if he would like to go see me?

14  A    Yes.

15  Q    Tell him I miss him so much, and I am praying he will

16  come to visit me.

17  A    Yes.

18  Q    And Government Exhibit 302, please.  And this message,

19  does Daniel say, Tola, maybe don't need to change Facebook.

20  If you post something, it will let people know your heart.

21  You can post.  I don't want anyone message me about anything

22  negative.  God is in control of everything, but people try to

23  play like a god and it's not good.  I want to close my

24  Facebook and make new, so people stop try to make bigger

25  problem.

Direct Examination - Tola Long

Page 854

1    Does Daniel then say, If you post something like
2 that it will be you holding up a sign to say, This Street Is
3 Closed.  Go Another Way.
4    In that message, did you understand Daniel to be
5 asking you to post that on Facebook?
6         MR. WEINERMAN:  Objection; calls for speculation.
7         THE COURT:  He can testify as to what he understood.
8         THE WITNESS:  I don't remember at that time.
9 Q   BY MS. BRITSCH:  And finally, Government Exhibit 303.
10 And about six lines down, does Daniel tell you that SO XXX
11 will be moving to Siem Reap in August?
12 A   Yes.
13 Q   And does Daniel say he got a sponsor for him already,
14 $120 per month?
15 A   Yes.
16 Q   And then he says, Can get for you, too, but please don't
17 say to anyone.  I don't want anyone thinking I am trying to
18 cause CUT.  I am not.  I just want to see everyone go in the
19 right direction.  And I try to talk SO XXX, stay Phnom Penh
20 but he wants far away from everyone.
21    And on the next page of that exhibit, does Daniel
22 say, Soon we dance.  Three to four more months I will be
23 back.
24    Do you recognize that last message, Tola?
25 A   Yes.

Page 855

1        MS. BRITSCH:  I have nothing further at this time,

2   Your Honor.

3        THE COURT:  Any cross?

4        MR. WEINERMAN:  A couple.

5                    CROSS EXAMINATION

6   BY MR. WEINERMAN:

7   Q    Tola, did you ever move to Siem Reap?

8   A    No, I don't think so.

9   Q    You stayed in the city?

10  A    Yes.

11  Q    You were asked some questions about -- let's put on the

12  exhibit of the Pilot house.  Do we have a number?  We're

13  going to pull up a photograph in a minute.

14        MR. WEINERMAN:  Can I inquire if the jury has it up?

15  We need to publish it to the jury, please.

16        THE COURT:  It will.  Is it up?

17        A JUROR:  Yes.

18  Q    BY MR. WEINERMAN:  So Tola, is this the first house you

19  moved into with Daniel Johnson?

20  A    Yes.

21  Q    And is that the house where Daniel Johnson put on the

22  Coffee Ministry?

23  A    Yes.

24  Q    And was -- at some point was there a man named Pilot and

25  his wife living at the Coffee House Ministry?

Cross Examination - Tola Long

Page 856

1   A    Yes.

2   Q    And they took care of the kids, they acted as parents

3   for the kids?

4   A    Yes.

5   Q    And before they moved in, there were just a few people

6   living at the Coffee House Ministry?

7   A    Yes.

8   Q    And after Pilot and his wife moved in, many more people

9   moved into this house; is that correct?

10  A    Yes, there were more moving.

11  Q    And did you remain at this house until Pilot and his

12  wife moved out, or did you leave before they moved?

13  A    They left before I did.

14  Q    And how much longer were you at this house after they

15  left?

16  A    They lived there for about six months before they left.

17  Q    You did?  You did?

18  A    No, Pilot.

19  Q    And did things change after Pilot and his wife left?

20  A    Yes, we went to the second home.

21  Q    After they left, there were less adults to supervise the

22  kids who lived at Hope Transition Center?

23  A    Yes.

24  Q    And the adults remaining were pretty much Daniel and

25  Pastor Sopheak?

Cross Examination - Tola Long

Page 857

1  A    Yes.  And the cook.

2  Q    The cook.  What was the cook's name?

3  A    Channy, Ravy's mom.

4  Q    Did Channy cook -- did Channy supervise kids or was she

5  pretty much just the cook?

6  A    She was a cook, but she was also helping, you know,

7  oversee the kids, little ones.

8  Q    And you talked about Hope Transition Center being a

9  better place to live than the first orphanage that you lived

10 in, right?

11 A    Yes.

12 Q    So Daniel Johnson was not at the first center or

13 orphanage you lived in, correct?

14          THE INTERPRETER:  I am sorry.  The interpreter

15 didn't hear.

16 Q    BY MR. WEINERMAN:  So Daniel Johnson was not at the

17 first orphanage you lived in, correct?

18 A    Yes.

19 Q    He was not?

20 A    (Witness nods head.)

21 Q    Let me ask it this way.  You said you lived -- I believe

22 you said you lived at a center or orphanage that was run by

23 Filipinos?

24 A    Yes, two years.

25 Q    And Daniel Johnson was not at that place, correct?

Page 858

1    A    Correct, he was not.

2    Q    And is it true that at this first place you lived at you

3    only were given food on Saturdays and Sundays?

4    A    You mean at the previous place?

5    Q    The previous place.

6    A    Well, we had normal food, but we just did not have any

7    money.

8    Q    How many days a week did they feed you at that first

9    house, before you moved into Hope Transition Center?

10   A    It was three times a day, but it was just not a lot.

11   Q    So the portions were smaller?

12   A    Well, it was reasonable size, but we -- just not for you

13   to be so full.

14   Q    So I want to ask you some questions about the sponsors

15   at Hope Transition Center.  So you had a sponsor, correct?

16   A    Yes.

17   Q    More than one?

18   A    Well, I had Mary Poole and her husband.

19   Q    And other people who resided there had different

20   sponsors?

21   A    Yes.

22   Q    Not everyone had the same sponsor?

23   A    Different sponsors.

24   Q    So the gifts you received, let's say around

25   Christmastime, depended on the generosity of your sponsor?

Cross Examination - Iola Long

Page 859

1  A    Yes.

2  Q    Some sponsors were more generous than other sponsors?

3  A    Yes.

4  Q    And sponsors also provided money for weekly or monthly

5  allowance for the kids?

6  A    That, I don't know, because he never told me.

7  Q    So the money would be given to you by Daniel; is that

8  correct?

9  A    Yes.

10 Q    And you don't know where he got the money from?

11 A    I knew, because of the sponsor told him to tell me.

12 Q    So that would be Mary Poole?

13 A    Yes.

14 Q    So you testified that when Daniel Johnson was arrested,

15 you were taking guests to the mission in Kampot?

16 A    Yes.

17 Q    And these were foreigners who came to visit?

18 A    Yes.

19 Q    And Daniel Johnson asked you to take these people, these

20 guests to Kampot to see what was out there?

21 A    Yes.

22 Q    And to help the people out there?

23 A    Yes.

24 Q    Do you recall what sort of help you gave the people out

25 there?

Cross Examination - Iola Long

Page 860

1      THE INTERPRETER:  I am sorry, Counsel.

2  Q   BY MR. WEINERMAN:  Do you recall what you did when you

3  were out there with the guests?

4  A   I took the guest to visit different members or church

5  members.

6  Q   By then the church in Kampot had been rebuilt; is that

7  correct?

8  A   Yes.

9  Q   And did the guests meet some of the people from Kampot?

10 A   Yes.

11 Q   People who attended the church there?

12 A   Yes.

13 Q   And do you remember who -- the name of the pastor who

14 was out there at Kampot?

15 A   Just a second -- Pastor Sim, S-I-M.

16 Q   Is it full name Om Sim, O-M, S-I-M?

17 A   It's Om Sim, S-I-M.

18      MR. WEINERMAN:  I have no further questions.

19      THE COURT:  Any redirect?

20      MS. BRITSCH:  Nothing further, Your Honor.

21      THE COURT:  Thank you, Mr. Long.  You can step down.

22      Let's take a short break.  We will be back and

23 finish up some witnesses this afternoon.

24                (Brief recess taken from 2:22 p.m.

25                 to 2:45 p.m.)

Page 861

1      MR. SWEET:  He's on topical numbing gel, which I

2  will confirm with him once I get him on the stand.

3      THE COURT:  Don't give him any water.  It might wash

4  it off.

5      MR. SWEET:  And then I think we have gone over

6  exhibits.  And then the way we set this up, Your Honor, is

7  the government would do direct of Mr. Sopheak, but as we

8  agreed with the defense yesterday, because of timing, they

9  would like to cross him tomorrow.

10      THE COURT:  Is that the witness who is coming now?

11      MR. SWEET:  So that would be our last witness.

12      So he's a 45-minute witness for the government.  So

13  then that would be our last witness for the day.

14      THE COURT:  Mr. Sopheak, the jury will come in and

15  we will stand up for them.  But if you will remain standing,

16  I will have you sworn in.

17                    (JURY IN.)

18      THE COURT:  Please be seated, everyone.

19

20                    SOPHEAK CHHOEURN,

21  produced as a witness, having been first duly sworn, was

22  examined and testified as follows:

23      (NOTE:  Unless otherwise indicated, all answers

24  represented by "A" and "THE WITNESS" will be answers given by

25  the witness through the interpreter after translation.)

Page 862

1        THE WITNESS:  Yes.

2        THE COURT:  Go ahead and have a seat, please, and if

3  you could state your first and last name, and spell both for

4  us, please.

5        THE WITNESS:  One more time?

6        My name is Chhoeurn Sopheak, C-H-H-O-E-U-R-N,

7  S-O-P-H-E-A-K.  That is my name.

8                      DIRECT EXAMINATION

9     BY MR. SWEET:

10  Q    Good afternoon.

11  A    Hello.

12  Q    May I ask you if most people call you Pastor Sopheak?

13  A    Yes.

14  Q    And is that because at Hope Transition Center there were

15  two individuals with the first name Sopheak?

16  A    Yes.

17  Q    And the other being SES XXXXXXXXXXXXX?

18  A    Yes.

19  Q    And so just because everyone else has referred to you as

20  Pastor Sopheak, may I call you Pastor Sopheak, as well?

21  A    Yes, it's okay.

22  Q    And from what we have talked about earlier, are you

23  essentially a missionary for an Evangelical church?

24  A    Yes.

25  Q    So speaking in the sense of the church, is your title

Page 863

1  probably more correctly missionary than pastor, and pastor is

2  more of a nickname?

3  A    Yes.  I am Evangelist, slash, missionary, and I am the

4  one who goes by the gospel, the good news of God, and I also

5  teach it.

6  Q    And I have to ask you, Pastor Sopheak, did you have an

7  unexpected visit to the dentist earlier today?

8  A    Yes.

9  Q    Do you have an abscessed tooth?

10  A    It's okay now.  It's just yesterday, yes, it was

11  swollen.

12  Q    My understanding is that you didn't receive any medicine

13  that affects your thinking; is that correct?

14  A    No, it's okay.

15  Q    So just a topical numbing gel; is that right?

16  A    Yes.

17  Q    Okay.  Thank you.  So Pastor Sopheak, could you please

18  tell me, where were you born?

19  A    Poum Dadao, Kom-Om-Peou-Preay, district of Srok Kondal

20  Khad  Kandal -- Province Kondal, which is middle province.

21  Q    And is that in the Kingdom of Cambodia?

22  A    Yes.

23  Q    And could you tell us where do you live now in Cambodia?

24  A    In Phnom Penh.

25  Q    What do you do, please?

1  A    I don't do anything much, but I have four to five -- no,

2  eight total younger siblings or younger fellows, missionary

3  Evangelists.  My role is to spread the gospel.  I am an

4  Evangelist, and I go to different provinces.

5  Q    Do you have churches in Phnom Penh that you rotate

6  speaking at every week?

7  A    No, not -- I don't have that.  But at home we have Bible

8  study.

9  Q    And do you speak at different locations, then?

10  A    In the provinces.

11  Q    Pastor Sopheak, you mentioned some younger men that live

12  with you.  Could you tell us who lives with you, please?

13  A    SO XXX, CC X, Rotan, Sambo, VS XXXXX, Wattana, LT XXX

14  XXXX, or LT X, in Cambodia.  Hang on let me look at --

15  Q    And if you get most of them, that's okay.

16        And Pastor Sopheak, did some of those boys start

17  living with you after Mr. Johnson was arrested in 2013?

18  A    Some were already living with me, and some of them left,

19  went home already.  And after they had gone home for a while,

20  they returned back to live with me.

21  Q    So I would like to show you a few pictures to make sure

22  we're talking about the same people.  Can we pull up

23  Government Exhibit 80.

24        MR. SWEET:  And this is one we have discussed with

25  the defense and there's no objection.

Page 865

1    THE COURT:  It will be published.

2  Q   BY MR. SWEET:  Pastor Sopheak, are you in that photo,

3  sir?

4  A   Yes.

5  Q   And what about SO XXX?  Do you see SO XXX?  If you could

6  put a circle around his face, please.

7  A   (Complies.)

8  Q   And is SO XXX the same SO XXX who is living with you

9  now?

10 A   Yes.

11 Q   And you also mentioned -- is there anyone else in that

12 picture who is living with you now?

13 A   Living with me, now a day?

14 Q   Yes.

15 A   No, that's all.

16 Q   And I believe we're going to talk about BT XXXXXXX, so

17 do you see BT XXXXXXX in that photo?

18 A   Yes, I see.

19 Q   And could you circle him, please?

20 A   (Complies.)

21 Q   Let's go to Government's Exhibit 129, please.  Could you

22 identify what that is a photograph of, please?

23 A   I know the pictures.

24 Q   And is that from one of the locations that you lived at

25 with Mr. Johnson?

Direct Examination - Sopheak Chhoeurn

Page 866

1    A    Yes.

2    Q    And is Mr. Johnson in that picture, as well, the far

3    left?

4    A    Right there (indicating).

5    Q    And Government's Exhibit 4, please.  Do you know who

6    those boys are?

7    A    Yes.

8    Q    Who are they, please?

9    A    LS X and ES XXX.

10   Q    Is ES XXX on the left in the red sweater, sweatshirt?

11   A    Yes, ES XXX is in the red shirt.

12   Q    Now, Pastor Sopheak, do you know Daniel Johnson?

13   A    Yes.

14   Q    And how did you first meet him, please?

15   A    I know him because he was -- I met him around the end of

16   2010, or beginning of 2011, and I met him through my pastor,

17   Pilot.

18   Q    And did you come to become friends with Mr. Johnson?

19   A    Yes.  And then I live with him, I lived with, in his

20   center.

21   Q    And so I would like to show you Exhibit 271, and ask you

22   if you recognize that, please.  Is that the first center you

23   moved into?

24   A    Correct, that's it.

25   Q    What was your role, please, at that center?

1  A    I was a Bible student when I first moved there.

2  Q    Did you have any other responsibilities as you stayed

3  there?

4  A    After awhile, you mean?

5  Q    Yes.

6  A    After awhile, my role was to help to teach the gospel or

7  the words of God, from like a preacher.

8  Q    And did you come to know BT XXXXXXX at that location, as

9  well?

10  A    Yeah, we met over there.

11  Q    And did you come to know the other boys that lived there

12  at the orphanage, as well?

13  A    Yes.

14  Q    And Pastor Sopheak, where did you sleep in that house?

15  A    I sleep in the second level.

16  Q    And where did Daniel Johnson sleep?

17  A    At the lower level.

18  Q    And would you see other boys in Mr. Johnson's room?

19  A    Yes.

20  Q    And who are some of the boys you would see go into his

21  room?

22  A    ES XXX, LS X, CC X and SO XXX.

23  Q    And did you see some of the boys in Mr. Johnson's room

24  at night?

25  A    Yes.  Correct.

Direct Examination - Sopheak Chhoeurn

Page 868

1  Q    And would you sometimes see the same boy in
2  Mr. Johnson's room the next morning?
3  A    Some mornings I saw that, and some mornings I did not.
4  Q    And so based on your observations, Pastor Sopheak, did
5  you believe that some of the boys would spend the night in
6  Mr. Johnson's room?
7  A    Yes, there was some boys.
8  Q    And could you name some of the those boys that you
9  believe spent the night in Mr. Johnson's room?
10 A    This is not every time, okay.
11 Q    I understand.
12 A    There was ES XXX, LS X, CC X or SO XXX.  And other ones,
13 too, but I don't know and I don't remember.
14 Q    And Pastor Sopheak, we're just asking you what you saw.
15 We're not saying it's every time, just what you saw to the
16 best as you remember.
17 A    Yes.
18 Q    And Pastor Sopheak -- excuse me, Pastor Sopheak, about
19 how long did you stay at that first house?
20 A    That, I am not -- I don't remember clearly.  Around
21 about five to six months, or a little bit more than that.
22 Q    And let's take a look at Government's Exhibit 272.  And
23 do you recognize that, please?  Do you believe that's the
24 second location you lived at?  And if you are not sure, it's
25 okay.

Direct Examination - Sopheak Chhoeurn

Page 869

1  A    Perhaps it is that.  That is it.

2  Q    And where did you stay in this second house, please?

3  A    The highest, the top level, third level.

4  Q    And where did Mr. Johnson stay?

5  A    On the bottom.  There's one -- on the first level but

6  there's like -- there's one room, and then a couple steps,

7  and there's another room.  So the first level, but in the

8  room way in the back.

9  Q    And Pastor Sopheak, did it appear that Mr. Johnson had

10  some boys that were his favorites?

11  A    Yes, ES XXX, LT XXXXXXX, LS X.

12  Q    And what makes you say that those boys were his

13  favorites?

14  A    Because I see they would always be present at his room.

15  They like to go into his room.

16  Q    And did it appear that -- did Mr. Johnson encourage boys

17  to come to his room?

18  A    That, I do not know.

19  Q    Did boys who went to Mr. Johnson's room -- let me ask

20  you this.  What did boys do in Mr. Johnson's room?

21  A    Sometime they watch TV, and other times they give

22  massages and things like that.

23  Q    Let's talk a little bit about massages.  Did Mr. Johnson

24  get a lot of massages from boys?

25  A    Yes.

1   Q    And where would the boys give him massages, what room?

2   A    In his room.

3   Q    And did Mr. Johnson get massages from boys in the first

4   house, second house, and third house?

5   A    With regard to the first house, I do not know.  But the

6   second house and the third house, yes.

7   Q    Then talking about the second and third houses, did you

8   see where in Mr. Johnson's room he received massages?

9   A    Once again, please?

10  Q    What part of Mr. Johnson's room did he get massages?

11  Was it at a chair, a desk?  Do you know where he got

12  massages?

13  A    On the mattress on the bed, sometime on the chair, like

14  this.

15  Q    And what would Mr. Johnson wear when he was getting

16  massages?

17  A    Sometime he would wear normal clothes, and other times

18  he would wear a towel.

19  Q    And Pastor Sopheak, did Mr. Johnson give the boys

20  anything after he would receive a massage?

21  A    Afterward, I would often see the kids would have a

22  little bit of money to buy things to eat.

23  Q    After giving Mr. Johnson a massage?

24  A    Yes.

25  Q    And Pastor Sopheak, did you give Mr. Johnson a massage

Page 871

1    on his bed in his bedroom?

2    A    No, but I have done it in a joking manner.

3    Q    Did you -- where did you massage Mr. Johnson in a joking

4    manner?  Like what part of him?

5    A    (Indicating) here, right here, right there.

6    Q    Like a shoulder rub?

7    A    Yes.

8    Q    Did Mr. Johnson ever get in his bed in a towel, and you

9    sit next to him and give him a body massage, or a full back

10   massage?

11   A    No, that's never.  If there's kid, and kid in a joking

12   manner, in a teasing manner, joking manner.

13   Q    Pastor Sopheak, would you get in your bed with a towel

14   and have boys come into your room and give you massages on

15   your back?

16   A    No.

17   Q    Did you give boys money or gifts for giving you

18   massages?

19   A    I have, but not like that.  They are already big, they

20   are big kids.

21   Q    Give me an example, please.

22   A    So like Tola, an example, when he sees me, like I am

23   tired and exhausted, Sopheak, You look tired.  Can I give you

24   a massage?

25   Q    But was that in your bed?

1 A No, no.  It's never on my bed.  The area where there's a

2 bunch of kids, and sometimes it's on his bed.

3 Q Let me just ask you this.  Were the massages or shoulder

4 rubs you got different from what Mr. Johnson got from boys in

5 his room?

6 A One more time, please?

7 Q Were the massages that you received, the shoulder rubs

8 from someone like Tola, were those different from what you

9 saw Mr. Johnson receiving from boys in his bedroom?

10 A Yes.  Yes.

11 Q Pastor Sopheak, did you sleep naked in bed with the

12 boys?

13 A No.

14 Q Pastor Sopheak, I would like to go back in time a ways.

15 Was there a time when Mr. Johnson was in the United States

16 and you gave a sermon about sin?

17 A Yes.

18 Q Could you briefly explain what your sermon was talking

19 about?

20 A At that time I was explaining about sins and how sins

21 come about, and all the sins in the world are because of the

22 sins.  That's why we have the current situations, life

23 circumstances that we have.  So I would explain about that.

24 You have to admit and accept, so if you admit and accept your

25 own sin, and then you can ask for forgiveness and God will

Page 873

1  forgive you for your sin.  But you have to admit and ask and

2  accept your sin, and ask for forgiveness.

3  Q    And after that sermon, were boys coming to you

4  individually to talk about things?

5  A    Yes.  Yes.

6  Q    Did SO XXX come and talk to you?

7  A    Yes.

8  Q    What did he say to you?

9  A    SO XXX come to tell me about abuse, and I said what --

10  abuse or something he goes -- Daniel did something not good

11  to him.

12  Q    And did you ask him what that was?

13  A    He told me, he told me -- he told me right away, and he

14  said Daniel played with his penis.  And he took his penis,

15  like have sexual activity, like, you know.  And then it's

16  just for a little bit, because SO XXX said, Oh, it hurts.

17  Then after that he pulled it out.

18         However, at that time I want to send a message to

19  ask Daniel, I want to ask him, however -- but SO XXX said,

20  No, Pastor, please do not make any more out of this.  He said

21  at that time because he's in the United States, and if you

22  talk about something like that, it's going to make him not

23  return to Cambodia.  And if he does not come back to

24  Cambodia, there's not going to be any more orphanage, and the

25  kids will not have any place to live, nor will they have

Page 874

1  continuing education.

2  Q    And do you remember what house it was that SO XXX said

3  that to you?

4  A    The second house.

5  Q    And is the third house, the house that Mr. Johnson was

6  arrested at?

7  A    No, SO XXX told me in the second house.

8  Q    Do you remember what room it was that SO XXX told you

9  this?

10 A    In front of the room, like here is the -- and here is

11 room where SO XXX and he lived.  And there's another room,

12 they call the meeting room, and that's where all the kids

13 came and told me about their stuff.

14 Q    So SO XXX told you this in the meeting room at the

15 second house; is that right?

16 A    Yes.

17 Q    And so I am understanding, did SO XXX say that Daniel

18 Johnson touched SO XXX's penis?

19         INTERPRETER:  One more time, counsel.

20 Q    BY MR. SWEET:  Did SO XXX say that Daniel Johnson

21 touched SO XXX's penis?

22 A    Yes.

23 Q    And did SO XXX say that Daniel Johnson put his penis

24 part way in SO XXX's bottom or anus?

25 A    Yes, just a little bit.  Yes.

Page 875

1  Q    And he had to stop why?

2  A    Because SO XXX said he was in pain.

3  Q    And SO XXX asked you not to talk to Daniel Johnson; is

4  that correct?

5  A    Yes.  Yes.

6  Q    And did you talk to Mr. Johnson about that?

7  A    No.

8         THE COURT:  Mr. Sweet, I wonder if I can touch base

9  with the attorneys real quick on time.

10        MR. SWEET:  Yes.

11             (Bench Discussion.)

12        THE COURT:  Folks, we're going to take a quick break

13  so I can accommodate another scheduling matter.  15,

14  20 minutes, and then we have about 15 or 20 minutes of

15  testimony remaining with Pastor Sopheak.  The

16  cross-examination of Pastor Sopheak will not happen until

17  tomorrow morning.  So we will get you out of here well before

18  5:00, and we're moving along on schedule.  Thanks very much.

19             (JURY OUT.)

20             (Brief recess taken from 3:30 p.m.

21              to 3:59 p.m.)

22        THE COURT:  Please be seated.  Thanks for your

23  patience with me.  That was on me.  I had a meeting that I

24  committed to a long time ago.  So thank you.  We will return

25  to direct examination.

1          MR. SWEET:  Thank you, Your Honor.

2   Q   BY MR. SWEET:  Pastor Sopheak, when we took a break, I

3   want to summarize where we were.  You reported that at the

4   second location SO XXX came to you and said that Daniel

5   Johnson had touched SO XXX's penis; is that correct?

6   A   Yes.

7   Q   And that Mr. Johnson had put his penis into SO XXX's

8   anus, but only part way because it was too painful for

9   SO XXX?

10  A   Yes.

11  Q   And SO XXX had asked you not to tell Mr. Johnson and you

12  didn't do so; is that correct?

13  A   Yes.

14  Q   So Pastor Sopheak, did you consider calling the police

15  yourself?

16  A   At that time, I don't know what to think.

17  Q   Well, so but you have a child who is saying that

18  Mr. Johnson had sexually abused him, why wouldn't you go to

19  the police?  Were you afraid of something?

20  A   Yes.  So it is because SO XXX had asked me not to say

21  anything about it, what Daniel did.  And it's a promise.

22  It's a word I have to keep.  And also, it's shared in

23  confidence and he really loves Daniel.  And all the time he

24  would beg me not to say anything.

25  Q   So SO XXX, just to confirm, was -- excuse me, Pastor

Page 877

1    Sopheak, was SO XXX a boy at that time?

2    A    Yeah.  He was young.

3    Q    Pastor Sopheak, was there another time that a boy came

4    to you to talk about Mr. Johnson touching him sexually?

5    A    Yes, there was.

6    Q    And who was that, please?

7    A    ES XXX told me.

8    Q    And what house was it that he told you this?

9    A    He told me that Daniel play with his penis and stuff

10   like that, and it's not good.  Oh, and his younger brother

11   named LS X.

12   Q    And did this -- did ES XXX tell you this at the first,

13   second or third house?

14   A    The third house.

15   Q    Is that the house where Mr. Johnson was arrested at?

16   A    Yes.  Yes.

17   Q    And did he -- did ES XXX tell you this within a few

18   weeks before Mr. Johnson was arrested?

19   A    Yes, two or three weeks prior.

20   Q    So how is it that this came about?  Where were you when

21   ES XXX came to talk to you?

22   A    It is because in the center in other home, our house,

23   there is a rule that said that you cannot play with touching

24   each other's penis, and things like that.  And I don't know

25   about all the other rules that are there.  I just, you know,

1  perhaps -- so because that kid told me about that, and I am

2  their teacher, I had go and ask and find out what happened.

3  Q    So let's back up just a little bit, Pastor Sopheak.  Did

4  ES XXX come to you in the day or at night?  Do you remember?

5  A    It's like in the morning time, but it's not at night,

6  definitely.

7  Q    Did he come to your room, or did you talk somewhere

8  else?

9  A    At that time when he came to tell me about it, it was at

10 the level -- it's at the top level.

11 Q    How did -- how was ES XXX acting when he talked to you?

12 Was he upset?  Was he angry?  What was his mood or demeanor?

13 A    He was feeling unhappy, not so happy.

14 Q    And as best you can recall, what did ES XXX say to you?

15 A    He told me that Daniel played with the penis, and

16 masturbated with LS X's.

17 Q    So you said ES XXX told you that Daniel played with the

18 penis.  Are you talking about ES XXX's penis?

19 A    LS X's.

20 Q    So ES XXX told you that Mr. Johnson was playing with

21 LS X's penis and masturbating LS X?

22 A    Yes.

23 Q    And was ES XXX also telling you that Mr. Johnson was

24 touching ES XXX sexually?

25 A    That part, I don't remember.

Direct Examination - Sopheak Chhoeurn

Page 879

1  Q    And so after that, what did you do?  What did you do

2  after ES XXX told you that?

3  A    So afterward, I went to ask him what did he do anything

4  to the kids or not.  I asked him in an investigating manner.

5  Q    And so let me back you up one more second.  So you just

6  said "him."  Did "him" mean Daniel Johnson?

7  A    Yes.

8  Q    Before you talked to Daniel Johnson, did you also talk

9  with both ES XXX and LS X at the same time?

10 A    Yes, I asked -- I talked to them and I asked them

11 different questions to both of them.  However, LS X was

12 always crying.

13 Q    So while you are talking to them and asking questions,

14 are those questions about Mr. Johnson touching them sexually?

15 A    Yes.  Yes.

16 Q    While you are asking him those questions, LS X was just

17 crying; is that correct?

18 A    Yes.

19 Q    And after you spoke with ES XXX and LS X, did you go

20 talk with Mr. Johnson?

21 A    Yes.

22 Q    Where did you go talk to him?

23 A    In his room.

24 Q    Were you nervous?

25 A    Some some.

Direct Examination - Sopheak Chhoeurn

Page 880

1   Q    Was this a hard thing to do?

2   A    Yes.

3   Q    So you are in Mr. Johnson's room.  What do you say to

4   Mr. Johnson?

5   A    I asked him, did you do things that are not good to LS X

6   or not.

7   Q    And were you specific about doing sexual things to LS X?

8   A    It was -- at that time I am not certain, not so clear.

9   I think I remember asking, did you play with his penis.

10  Q    And were you upset as you were talking to Mr. Johnson?

11  A    Who, me?

12  Q    Yes, were you angry at Mr. Johnson?

13  A    Just a little bit.  My feeling, but I was more concerned

14  about is this the truth, did this happen, true or not.

15  Q    So LS X's crying, you go into Mr. Johnson's room and you

16  ask him, did you play with LS X's penis; is that correct?

17          MR. WEINERMAN:  Objection; he's leading the witness.

18          THE COURT:  I think he's just summarizing what was

19  stated.  Overruled.

20          THE WITNESS:  I asked a lot of other questions, but

21  at the end was, did you play with his penis?  And did you do

22  something that is not good to LS X, "yes" or "no."

23  Q    BY MR. SWEET:  What did Mr. Johnson say?

24  A    He said no.

25  Q    Did he make any motion or any movement?

Page 881

1  A    Some, too.

2  Q    What was his motion or movement?

3  A    I don't remember.

4  Q    Pastor Sopheak, when we talked the other day, did you

5  describe Mr. Johnson as shrugging when you asked him this?

6  A    Like that (indicating).

7  Q    So you just kind of threw your hands up in the air?

8  A    So he just did like this, and then he said, Well, those

9  kids, you know, they were upset because they were asking me

10 for something, and I didn't want to give them it.  And they

11 wanted to tell you so this way you can come and argue on

12 their behalf.

13 Q    After you talked to Mr. Johnson about sexually abusing

14 LS X, did Mr. Johnson start to say things to you in the

15 morning?

16 A    After that, he often come and say, I apologize.  I am

17 sorry.  And he also said that, You are a good person.  You

18 are good servant of God.  You are a good leader.

19 Q    And did this start a day or a few days after you

20 confronted Mr. Johnson?

21 A    Yes.  He would always say it all the time, but I don't

22 know what the word "sorry" is meant -- for what it's meant.

23 Q    So after you confronted him and -- so starting after you

24 confronted him, he began saying, I am sorry to you; is that

25 correct?

Page 882

1   A     Yes.

2   Q     Did Mr. Johnson meet with ES XXX after you confronted

3   him?

4   A     At that time, I didn't pay attention.  I do not know.

5   Because after that, I left his room and I went upstairs, so I

6   don't know.

7   Q     Pastor Sopheak, after ES XXX and LS X came and talked

8   with you, or LS X just cried, did you discuss this, the

9   disclosure to you with anyone?  Did you chat with anyone?

10  A     I spoke with BT XX.

11  Q     And was that on a Facebook message?

12  A     Yes, messenger.

13        MR. SWEET:  I would ask that Government's

14  Exhibit 194 be pulled up, but not published, just for the

15  witness and counsel, please.

16        THE COURT:  Okay.

17  Q     BY MR. SWEET:  Pastor Sopheak, could you take a minute

18  and read that to yourself, please?

19  A     (Complies.)

20  Q     Have you read that?

21  A     I don't understand.  It's okay.  The bottom part I don't

22  understand.

23  Q     It cuts off.  Pastor Sopheak, could you read just the

24  date at the top, please, or let me read it and can you

25  confirm.  The first message, is it dated November 24th at

Page 883

1    3:49 p.m.?

2    A    Yes.

3    Q    Was your message clear to BT XXXXXXX that you were

4    concerned that Daniel was sexually abusing children?

5    A    Yes, that is my worry and my concern.

6    Q    And is the Daniel that you mention in your message, is

7    that Daniel Johnson?

8    A    Yes.

9    Q    And in your exchange of messages, are you specific in

10   talking about LS X and ES XXX?

11   A    Yes.

12   Q    And that your concern was regarding actually Daniel

13   having sex with kids?

14              MR. WEINERMAN:  Objection; leading the witness.

15              THE COURT:  Sustained.

16   Q    BY MR. SWEET:  Was or was not your question regarding

17   Mr. Johnson having sex with kids?

18   A    One more time, please.

19   Q    Did or did not your message discuss your concern was

20   that Daniel was having sex with kids?

21   A    Yes, that's what I thought.

22   Q    And then after you spoke with Mr. Johnson, did you then

23   send a message to BT XXXXXXX again?

24   A    I don't remember.

25   Q    Can you take a look at the very last message, at the

1   very bottom, beginning, Hey bro.  Do you see that, the last

2   part at the bottom.  It says, I talked with him.

3           Was that last message, as far as you recall, after

4   you spoke with Mr. Johnson?

5   A    That's right.

6   Q    And is that last message stamped November 24th at

7   10:25 p.m?

8   A    Yes, that's what it says in the Facebook.  I didn't

9   remember that at the time.

10  Q    You don't remember that right now, you are saying?

11  A    It's there, the time.

12  Q    And did you and BT XXXXXXX message fairly regularly

13  about your concerns with Mr. Johnson, at least about this

14  incident?

15  A    According to what I remember about the incident at that

16  time, we don't -- I don't know what to message him for,

17  generally.

18  Q    About approximately two weeks after the boys spoke to

19  you, was Mr. Johnson arrested?

20  A    Yes, around there, two to three weeks.

21  Q    And after Mr. Johnson was arrested, did you go and see

22  him in jail?

23  A    Yes.

24  Q    And did Mr. Johnson -- what did he say to you

25  regarding -- did he say anything to you regarding abusing

Page 885

1  boys?

2  A    I don't remember.

3  Q    Did he say to you that he was sorry?

4  A    Yeah, the word sorry, he often say that a lot.  But in

5  so many different things that we talk about, and the word

6  sorry is always there.  So --

7  Q    Did you see boys -- did boys that stayed with you or

8  that had lived in the orphanage, did they go see Mr. Johnson

9  in jail, regularly?

10  A    I do not know if it's regularly on a daily basis, but

11  some of them went to see him.

12  Q    Who do you recall going to see Mr. Johnson?

13  A    There's kids, all of them.  They wanted to go see him.

14  Q    SO XXX?

15  A    Yes.  SO XXX.

16  Q    ES XXX?

17  A    I don't know about ES XXX.  At that time he wasn't

18  living with me anymore.  SO XXX, too, at that time he wasn't

19  living with me.  But I just know that he went to see him

20  often.

21  Q    Did you see the boys with money or phones or gifts after

22  they went to visit Mr. Johnson?

23  A    That, I don't know.  But I hear it, I hear the boys talk

24  about it pretty often when they go, and then they come back,

25  they would say they have a small budget, money.

Page 886

1          THE COURT:  I am sorry?

2          MS. MAXFIELD:  Objection; hearsay.

3          THE COURT:  I am sorry.  I wasn't tracking.

4          MR. SWEET:  The question, Your Honor, was did you

5   see the boys with money or gifts after visiting with

6   Mr. Johnson.  He didn't see it, but he heard from the boys

7   that they got certain things from him.

8          THE COURT:  Sustained.  That would be hearsay, and I

9   ask that you strike that answer.

10  Q    BY MR. SWEET:  Pastor Sopheak, do you know Pastor Sinai?

11  A    I know him, but not -- it was when -- what do you mean

12  by know him?

13  Q    Do you know who he is?

14  A    I just know he's a pastor, Pastor Sinai.

15  Q    Do you know if Pastor Sinai is friends with Daniel

16  Johnson?

17  A    Yes, that I know.

18  Q    When you saw Daniel Johnson in jail, did Mr. Johnson

19  talk to you about getting a message to Pastor Sinai?

20  A    Yes, I think there was.

21  Q    And was that message about Pastor Sinai going and

22  talking to BT XX, BT XXXXXXX?

23         MR. WEINERMAN:  Objection; leading the witness.

24         THE COURT:  Overruled.  I will allow it.

25         THE WITNESS:  What again?

Page 887

1  Q    BY MR. SWEET:  Was the message from Mr. Johnson to you

2  to relay to Pastor Sinai, regarding Pastor Sinai talking to

3  BT XX's family?

4  A    That, I don't recall.  I don't remember.

5  Q    Pastor Sopheak, did Mr. Johnson talk about knowing

6  powerful people?

7  A    Yeah.  He told -- he knows the authority, he knows the

8  rich --

9  Q    And would he say --

10  A    -- knows the officials, also.

11  Q    I am sorry.  I cut you off.

12         THE INTERPRETER:  The rich, the authority and the

13  officials.

14  Q    BY MR. SWEET:  And is that something that Mr. Johnson

15  would talk about or boast about when he was at Hope

16  Transition Center?

17  A    Yes.

18  Q    And did you see Mr. Johnson with a lot of money?  Does

19  he have a lot of money?

20         MR. WEINERMAN:  Lack of foundation; objection.

21         THE COURT:  We can follow up with some questions,

22  but let's see if he can answer the question first.

23         THE WITNESS:  There are times -- there's times where

24  I have seen the money, and he told me that he had money.  But

25  I don't know whose money it belongs to.  I don't know how

Page 888

1   much the money is, like the amount.

2   Q   BY MR. SWEET:  Did Mr. Johnson talk about calling the

3   police when he would get upset at people?

4   A   Like I said, sometime when he just say as a warning to

5   the kids when they do something wrong, when they break the

6   rules in the house, like stealing things and taking stuff

7   from, you know, each other, the brothers and the siblings.

8   And that's it.  It's just a warning.

9   Q   Pastor Sopheak, are you afraid of Daniel Johnson?  Are

10  you afraid of the connections that he claims?

11          MR. WEINERMAN:  Objection; leading the witness.

12          THE COURT:  Sustained.

13  Q   BY MR. SWEET:  Just the first question, then.  Are you

14  afraid of Daniel Johnson?

15  A   Sometimes I am afraid, other times I am not.

16  Q   Almost done, Pastor Sopheak.  Pastor Sopheak, when you

17  spoke with the FBI in Cambodia, you didn't bring up that

18  SO XXX had been penetrated by Mr. Johnson, correct?

19  A   Yes.

20  Q   And is that something that -- when was the first time

21  you told the FBI or the government about that?

22  A   Here.  It's couple days ago.

23  Q   Pastor Sopheak, is what SO XXX told you a hard thing for

24  you to talk about?

25  A   What do you mean?  What do you mean by hard to continue

Page 889

1  to tell others?  Can you just summarize your meaning?

2  Q    Do you regret not having told anyone about what SO XXX

3  told you at the second house?

4  A    It's really hard for me to think about that, and to -- I

5  don't feel good inside.  It's a burden that I carry and I

6  want to take a burden and release it.  I feel like it's

7  something I have to carry with me all the time.  And I want

8  to be free.

9            MR. SWEET:  Thank you, Your Honor.

10           THE COURT:  Folks, we're going to break.  We will

11  take up cross-examination tomorrow morning, and we will see

12  everybody at 9:00 in the courtroom.  Thank you very much.

13           (JURY OUT.)

14           THE COURT:  We will be back on the record.  The

15  witness may step down.

16           MR. SWEET:  Interpreter, would you please advise him

17  he's still a witness and can't talk about the case with

18  anyone?

19           THE INTERPRETER:  Yes, Counsel.

20           MR. SWEET:  One thing that we had discussed was

21  because we have some pretrial -- not pretrial.  Because we

22  have some matters to discuss with the Court tomorrow, we were

23  going to suggest that we might start with the jury at 9:30

24  because there's a motion which the government has filed to

25  admit co-conspirator statements that I think will take some

Direct Examination - Sopheak Chhoeurn

Page 890

1    time to argue.

2           And there was a lawsuit filed by Mr. Johnson which

3    we need to address a few matters about, that will potentially

4    impact some testimony that the government will seek to admit.

5    So I can't imagine we would start before 9:30 or around

6    there.

7           THE COURT:  All right.  I will let Ms. Pew know and

8    let the jury know, and we will see everybody at 9:00 here.

9    Thank you.

10                  (Proceedings concluded at 4:39 p.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 891

1       STATE OF OREGON   )

2                         )ss

3       COUNTY OF YAMHILL)

4

5              I, Deborah L. Cook, RPR, Certified Shorthand

6       Reporter in and for the State of Oregon, hereby certify that

7       at said time and place I reported in stenotype all testimony

8       adduced and other oral proceedings had in the foregoing

9       hearing; that thereafter my notes were transcribed by

10      computer-aided transcription by me personally; and that the

11      foregoing transcript contains a full, true and correct record

12      of such testimony adduced and other oral proceedings had, and

13      of the whole thereof.

14             Witness my hand and seal at Dundee, Oregon, this

15      8th day of May, 2018.

16

17      /s/ Deborah L. Cook, RPR, CSR

18      _____
        DEBORAH L. COOK, RPR
19      Certified Shorthand Reporter
        OREGON CSR #04-0389
20      CALIFORNIA CSR #12886
        WASHINGTON CSR #2992
21

22

23

24

25